**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF OREGON

Case number *(if known)* _____  Chapter  **7**

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Oregon Brewing Company** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Rogue Ales & Spirits** <br> **DBA  Rogue Ales** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **93-0996650** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** <br><br> **981 SE 8th Ave.** <br> **Portland, OR 97214** <br> Number, Street, City, State & ZIP Code <br><br> **Multnomah** <br> County | **Mailing address, if different from principal place of business** <br><br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor    **Oregon Brewing Company**    Case number (*if known*) _____

_____

Name

**7.   Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

|  | District | When | Case number |
|---|---|---|---|
|  | _____ | _____ | _____ |
|  | _____ | _____ | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ☐ No

■ Yes.

| Debtor | **Oregon Brewing Company** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

List all cases. If more than 1, attach a separate list

| | | | | Relationship | |
|---|---|---|---|---|---|
| Debtor District | **See Attachment** | When | | Case number, if known | |

**11.** **Why is the case filed in *this district?*** *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds** . *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Oregon Brewing Company**                                        Case number (*if known*) _____
          Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 24, 2025**
               MM / DD / YYYY

X **/s/ Steven Garrett**
Signature of authorized representative of debtor

**Steven Garrett**
Printed name

Title    **President**

**18. Signature of attorney**

X **/s/ Daniel R. Kubitz**                                    Date    **November 24, 2025**
Signature of attorney for debtor                                     MM / DD / YYYY

**Daniel R. Kubitz**
Printed name

**Schwabe, Williamson & Wyatt, P.C.**
Firm name

**1211 SW 5th Ave., Suite 1900**
**Portland, OR 97204**
Number, Street, City, State & ZIP Code

Contact phone    **503.222.9981**        Email address    **dkubitz@schwabe.com**

**181381 OR**
Bar number and State

Debtor    **Oregon Brewing Company**                                    Case number (*if known*) _____
              Name

---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF OREGON

Case number (*if known*) _____    Chapter    **7**

☐ Check if this is an
   amended filing

---

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | |
|---|---|---|---|
| Debtor | **Rogue River Brewing Company** | Relationship to you | **Wholly-owned subsidiary** |
| District | **Oregon** | When **11/24/25** | Case number, if known |
| Debtor | **Yaquina Bay Beverage Company** | Relationship to you | **Wholly-owned subsidiary** |
| District | **Oregon** | When **11/24/25** | Case number, if known |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Oregon

In re   **Oregon Brewing Company** _____    Case No. _____
                                    Debtor(s)        Chapter    **7** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|   |   |   |
|---|---|---|
| For legal services, I have agreed to accept | $ | 101,373.35 |
| Prior to the filing of this statement I have received | $ | 101,373.35 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

     ■ Debtor        ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor        ☐ Other (specify):

4.   ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
     e.  [Other provisions as needed]
         **SEE ATTACHED EXHIBIT A - DETAILED FEE DISCLOSURE**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**November 24, 2025** _____        **/s/ Daniel R. Kubitz** _____
*Date*                                           **Daniel R. Kubitz**
                                                 *Signature of Attorney*
                                                 **Schwabe, Williamson & Wyatt, P.C.**
                                                 **1211 SW 5th Ave., Suite 1900**
                                                 **Portland, OR 97204**
                                                 **503.222.9981  Fax: 503.796.2900**
                                                 **dkubitz@schwabe.com**
                                                 *Name of law firm*

---

## IN RE OREGON BREWING COMPANY

## EXHIBIT A TO FORM 2030: NARRATIVE EXPLANATION OF COMPENSATION

1.    Joint Administration & Allocation of Deposit. Schwabe, Williamson & Wyatt, P.C. ("Counsel") has been retained to represent this Debtor and its affiliates, Rogue River Brewing Company and Yaquina Bay Beverage Company, in concurrently filed chapter 7 cases. The cases are intended to be jointly administered.

 a.    Total Deposit Received: Counsel received Advance Fee Deposits ("AFDs") totaling $155,959 to represent all three entities.

 b.    Allocation to This Debtor: The amount disclosed in Line 1 of this form ($101,373.35) represents the portion of the total deposit (65%) allocated to this specific Debtor based on complexity, asset volume, and other factors.

 c.    No Duplication: The remaining portion of the Total Deposit has been allocated to and disclosed in the bankruptcy cases of the affiliated debtors.

2.    Nature of Engagement. This engagement has been on an hourly basis rather than a flat fee arrangement. The funds described above constitute an AFD against which fees were drawn as incurred. In addition to the legal services specified in Line 5, Counsel also provided the following legal services in connection with the bankruptcy filing: advise client as to controlled cessation of operations to preserve value for creditors, including advising board of directors regarding fiduciary obligations, management of creditor notices and communications, and conducting WARN Act analysis for determination of notice procedures to employees; advise client regarding interest and offers received from potential investors, including conducting meetings with interested prospective buyers and investors and review proposed Letters of Intent and diligence checklists; and advise client as to interaction of bankruptcy and federal statutes regulating cannabinoids.

3.    Pre-Petition Drawdown (Earned Fees). Prior to the Petition Date, Counsel incurred fees totaling $135,323.00 for all three entities. $87,959.95 represents the portion of these fees (65%) allocated to this specific Debtor. On November 24, 2025, before the filing of the petition, Counsel drew these earned funds from the Client Trust Account and applied them to the pre-petition invoice.

4.    Remaining Trust Balance. As of the Petition Date, the remaining unearned balance of the allocated deposit is $13,413.40. Counsel acknowledges that these funds are held in the Client Trust Account and constitute "Property of the Estate" under 11 U.S.C. § 541. Counsel holds these funds subject to the instruction of the Chapter 7 Trustee.

**Fill in this information to identify the case:**

Debtor name     **Oregon Brewing Company**

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known)    _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 24, 2025**          X **/s/ Steven Garrett**
                                                  Signature of individual signing on behalf of debtor

                                                  **Steven Garrett**
                                                  Printed name

                                                  **President**
                                                  Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name     **Oregon Brewing Company**

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known)

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1:    Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................    $                    0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*...........................................................................................    $         4,900,596.74

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................................    $         4,900,596.74

**Part 2:    Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $         1,408,956.54

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $           576,786.05

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................    +$        14,777,717.67

4.   Total liabilities ...............................................................................................................
    Lines 2 + 3a + 3b    $        16,763,460.26

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re: | Chapter 7 |
| Oregon Brewing Company, | Case No. |
| Debtor. | |

GLOBAL NOTES AND STATEMENT OF LIMITATIONS,

METHODOLOGY, AND DISCLAIMER REGARDING DEBTOR'S

SCHEDULES AND STATEMENTS

The Schedules of Assets and Liabilities (collectively with attachments, the "Schedules") and the Statements of Financial Affairs (collectively with attachments, the "Statements," and together with the Schedules, the "Schedules and Statements") filed by Oregon Brewing Company (the "Debtor"), were prepared pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") by the Debtor's management, with the assistance of the Debtor's advisors, and are unaudited.

These Global Notes and Statement of Limitations, Methodologies, and Disclaimers Regarding the Debtor's Schedules and Statements (the "Global Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and Statements and should be referred to and considered in connection with any review of the Schedules and Statements.

The Schedules and Statements have been signed by Steven Garrett, the President of the Debtor as of the date of the filing of the voluntary bankruptcy petition in this case (the "Petition Date"). Accordingly, in reviewing and signing the Schedules and Statements, Mr. Garrett necessarily relied upon the efforts, statements, and representations of the Debtor's other personnel and advisors. Mr. Garrett has not (and could not have) personally verified the accuracy of each such statement and representation, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and respective creditor addresses.

*General Reservation of Rights.* Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements based on information that was available at the time of preparation; however, inadvertent errors, inaccuracies, or omissions may exist, and the Debtor's management may discover subsequent information that requires material changes to the Schedules and Statements. Because the Schedules and Statements contain unaudited information, which is subject to further review, verification, and potential adjustment, there can be no assurance that the Schedules and Statements are complete.

<u>Specific Disclosures with Respect to the Debtor's Schedules and Statements</u>

*Schedule A/B.* To the best of the Debtor's knowledge, the asset information provided herein, except as noted otherwise, represents the asset data of the Debtor as of the Petition Date. Amounts ultimately realized may vary from net book value, or whatever value was ascribed, and such variance may be material. Leaseholds and equipment are reported at book value, net of accumulated depreciation, as described on the Debtor's most recently prepared depreciation schedule dated December 31, 2024. Inventory is reported at cost basis as of July 2025, the most recent full accounting of Debtor's inventory.

The scheduled accounts receivable consist of intercompany receivables and non-intercompany receivables. The intercompany receivables have been characterized as "Uncollectible or Doubtful" due to the insolvent nature of Debtor and its affiliates.

*Schedule E/F.* The claims of individual creditors for, among other things, goods, products, or services are listed as amounts entered on the Debtor's books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtor. Reasonable best efforts have been used to list all general unsecured claims against the Debtor on Schedule E/F based upon the Debtor's existing books and records as of the date of the Order for Relief. The claims listed in Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact. Determining the date upon which each claim in Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, Schedule E/F does not list a date for each listed claim.

*Schedule G.* Although diligent attempts have been made to properly identify the counterparty(ies) to each executory contract and unexpired lease of the Debtor on Schedule G, it is possible that more executory contracts exist than are listed on Schedule G. The Debtor reserves all rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G. While the Debtor made diligent attempts to properly identify all executory contracts and unexpired leases, inadvertent errors, omissions, or over inclusion may have occurred.

**Fill in this information to identify the case:**

Debtor name **Oregon Brewing Company**

United States Bankruptcy Court for the: DISTRICT OF OREGON

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

**Current value of debtor's interest**

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)     Type of account     Last 4 digits of account number

| | Name of institution | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Columbia Bank** | **General Checking Account** | **8425** | **$491,396.40** |
| 3.2. | **Columbia Bank** | **Pubs Checking Account** | **7121** | **$16,877.69** |
| 3.3. | **Columbia Bank** | **Payroll Checking Account** | **3802** | **$0.00** |
| 3.4. | **Columbia Bank** | **MOM Credit Cards Checking Account** | **6883** | **$0.00** |
| 3.5. | **Columbia Bank** | **House of Spirits Checking Account** | **9309** | **$0.00** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$508,274.09**

**Part 2:      Deposits and Prepayments**

Debtor **Oregon Brewing Company**      Case number *(If known)* _____

     Name

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

     7.1. **Columbia Bank Credit Card Deposit** _____ **$100,000.00**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

     8.1. **Prepaid expenses** _____ **Unknown**

9. **Total of Part 2.** **$100,000.00**
   Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

■ Yes Fill in the information below.

11. **Accounts receivable**

     11a. 90 days old or less:    **898,082.65** - **299,347.97** = .... **$598,734.68**

           face amount             doubtful or uncollectible accounts

     11b. Over 90 days old:    **1,342,005.63** - **853,743.72** =.... **$488,261.91**

           face amount             doubtful or uncollectible accounts

12. **Total of Part 3.** **$1,086,996.59**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
    Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
    Name of entity:      % of ownership

     15.1. **Subsidiary Rogue River Brewing Company**    **100**  % _____ **$0.00**

Debtor  **Oregon Brewing Company**                              Case number *(If known)* _____
Name

| | | | | | |
|---|---|---|---|---|---|
| 15.2. | **Subsidiary Yaquina Bay Beverage Company** | **100** | % | _____ | **$0.00** |
| 15.3. | **Non-operating subsidiary Oregon Brewing Company II** | **100** | % | _____ | **$0.00** |
| 15.4. | **Non-operating subsdiary Leroy Ventures LLC** | **100** | % | _____ | **$0.00** |
| 15.5. | **Non-operating subsidiary Rogue Cannabis Company** | **100** | % | _____ | **$0.00** |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:

17. **Total of Part 4.**                                                                                 **$0.00**
    Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** **Ingredients on-site: hops, malt, grain, and other raw brewing materials (NBV from July 2025)** | | **$1,045,669.38** | **Liquidation** | **Unknown** |
| **Packaging: cans, labels, and bottles (NBV from July 2025)** | | **$614,827.59** | **Liquidation** | **Unknown** |
| 20. **Work in progress** **~1300 barrels of aging whiskey (NBV from July 2025)** | | **$2,880,100.95** | **Liquidation** | **$975,000.00** |
| 21. **Finished goods, including goods held for resale** **Labeled and bottled beverages (NBV from July 2025)** | | **$692,644.64** | **Liquidation** | **Unknown** |

22. **Other inventory or supplies**

Debtor    **Oregon Brewing Company**                                      Case number *(If known)* _____
                  Name

| | | | | |
|---|---|---|---|---|
| **Pub inventory (food and beverage) (NBV from July 2025)** | | $165,713.47 | Liquidation | Unknown |
| **Hops, purchased and stored off-site (NBV from July 2025)** | | $1,239,190.53 | Liquidation | Unknown |
| **Oak barrels (NBV from July 2025)** | | $100,000.00 | Liquidation | Unknown |

| | | |
|---|---|---|
| 23. | **Total of Part 5.**<br>Add lines 19 through 22.  Copy the total to line 84. | $975,000.00 |

24.    **Is any of the property listed in Part 5 perishable?**
☐ No
☑ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☑ Yes. Book value

| | Valuation method | | Current Value |
|---|---|---|---|
| 0.00 | **Specific property not identified** | | 0.00 |

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>Office furniture | Unknown | N/A | Unknown |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>Office equipment: computers, networking equipment, etc. (NBV from December 2024 Depreciation Schedule) | $103,786.36 | | Unknown |

Debtor   **Oregon Brewing Company**                              Case number *(If known)* _____
          <span style="font-size:smaller">Name</span>

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
     books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
     collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**                                                                    | $0.00 |
     Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ☐ No
     ■ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1. **Various other vehicles, including trailers and tractors (NBV from December 2024 Depreciation Schedule)** | $14,432.28 | | Unknown |
| 47.2. **2000 Freightliner Box Truck / VIN: 1FV3HJAC8YHG82599/ Mileage: 203,522** | $0.00 | | Unknown |
| 47.3. **1989 Walker 6000 Gal Trailer / VIN: 1W9P82028K1028908** | $0.00 | | Unknown |
| 47.4. **1989 Walker 6000 Gal Trailer / VIN: 1W9S82022M1029632** | $0.00 | | Unknown |
| 47.5. **2014 International Tractor / VIN: 1HSDJAPR1EH032884 / Mileage: 394,755** | $0.00 | | Unknown |
| 47.6. **2001 Sterling Tractor / VIN: 2FWJA3AS11AH38207 / Mileage: 615,532** | $0.00 | | Unknown |
| 47.7. **2014 Chevrolet Silverado 1 Ton Pickup / VIN: 1GC3KZCG0EF116713 / Mileage: 77,827** | Unknown | Replacement | $20,435.00 |
| 47.8. **2011 Ford Econoline E-450 Super Duty / VIN: 1FDXE4FL6BDB35760 / Milage: 148208** | $0.00 | Recent cost | $9,891.06 |

Debtor  **Oregon Brewing Company**                    Case number *(If known)* _____
         Name

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
     **Other Brewery Equipment (NBV from December 2024 Depreciation Schedule)** | $3,940,300.77 | Liquidation | $200,000.00

51.  **Total of Part 8.**                                                                    | $230,326.06

     Add lines 47 through 50. Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ☐ No
     ☑ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

**Part 9:  Real property**

54. **Does the debtor own or lease any real property?**

     ☐ No.  Go to Part 10.
     ☑ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Brewery Leasehold Improvements** | **Leasehold Improvements** | $2,206,283.49 | N/A | Unknown |
| 55.2.  **Sunset Bar Leasehold Improvements** | **Leasehold Improvements** | $342.14 | N/A | $0.00 |
| 55.3.  **Distillery Leasehold Improvements** | **Leasehold Improvements** | $556,831.72 | N/A | $0.00 |
| 55.4.  **Portland Office Leasehold Improvements** | **Leasehold Improvements** | $51,813.35 | N/A | $0.00 |

Debtor   **Oregon Brewing Company**                              Case number *(If known)* _____
_____
Name

56.   **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| | $0.00 |
|---|---|

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets**<br>**Trademarks and Brands** | **Unknown** | **Liquidation** | **$2,000,000.00** |
| 61. | **Internet domain names and websites**<br>**rogue.com** | **$0.00** | **Liquidation** | **Unknown** |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations**<br>**Customer names, birthdays, email addresses, and state/zip codes (but not street addresses) collected for the Rogue Nation email list** | **$0.00** | | **Unknown** |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

66.   **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | $2,000,000.00 |
|---|---|

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☐ No
■ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Debtor  **Oregon Brewing Company**
Name

Case number *(If known)*

Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Oregon Brewing Company**                                              Case number *(If known)* _____
               Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $508,274.09 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $100,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,086,996.59 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $975,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $230,326.06 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2,000,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,900,596.74 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,900,596.74 |

ASSET DEPRECIATION SHORT REPORT  
*Oregon Brewing Company - Dec. 31, 2024*

Assets: 1,254 of 1,254 Included  
Include: All Assets  
Method: BOOK - Std Conventions Applied

Sort #1: Asset A/C#

| | | | | | | Includes Section 179 | | |
|---|---|---|---|---|---|---|---|---|
| Date Acq | Description | Meth/Life | Cost | Salvage Value | Depr Basis | Curr Depr | End A/Depr | NBV |
| **Asset A/C#: 1610-10 - BREWERY EQUIPMENT** | | | | | | | | |
| 7/1/1989 | Fermenter F3 15 bbl | SLP / 7 | 3,793.00 | 0.00 | 3,793.00 | 0.00 | 3,793.00 | 0.00 |
| 12/1/1989 | Bright Beer Tank - 15 BBL #B1 | SLP / 7 | 10,779.00 | 0.00 | 10,779.00 | 0.00 | 10,779.00 | 0.00 |
| 5/1/1991 | RACKING ARMS (6) | SLP / 7 | 1,229.00 | 0.00 | 1,229.00 | 0.00 | 1,229.00 | 0.00 |
| 7/1/1991 | OXYGEN TESTER | SLP / 7 | 1,500.00 | 0.00 | 1,500.00 | 0.00 | 1,500.00 | 0.00 |
| 5/1/1992 | KEG RACKS | SLP / 7 | 1,587.71 | 0.00 | 1,587.71 | 0.00 | 1,587.71 | 0.00 |
| 9/1/1992 | FLOOR ENHANCEMENT 1992 | SLP / 7 | 3,533.45 | 0.00 | 3,533.45 | 0.00 | 3,533.45 | 0.00 |
| 9/2/1992 | SIGNS 1992 | SLP / 7 | 3,710.00 | 0.00 | 3,710.00 | 0.00 | 3,710.00 | 0.00 |
| 10/1/1992 | FERMENTER #F6 60 BBL 1992 | SLP / 7 | 17,156.61 | 0.00 | 17,156.61 | 0.00 | 17,156.61 | 0.00 |
| 10/1/1992 | FERMENTER #F4 60 BBL 1992 | SLP / 7 | 6,375.00 | 0.00 | 6,375.00 | 0.00 | 6,375.00 | 0.00 |
| 10/1/1992 | FERMENTER #F5 60BBL 1992 | SLP / 7 | 6,375.00 | 0.00 | 6,375.00 | 0.00 | 6,375.00 | 0.00 |
| 10/1/1992 | FERMETER HOOKUP 1992 | SLP / 7 | 4,557.99 | 0.00 | 4,557.99 | 0.00 | 4,557.99 | 0.00 |
| 10/1/1992 | HOOKUP - VARIOUS EQUIPMENT IN 1992 | SLP / 7 | 47,831.65 | 0.00 | 47,831.65 | 0.00 | 47,831.65 | 0.00 |
| 4/1/1993 | TANK REPAIRS (EXTENSIONS) | SLP / 7 | 6,200.00 | 0.00 | 6,200.00 | 0.00 | 6,200.00 | 0.00 |
| 5/1/1993 | CONDITIONING TANK #B5 90 BBL | SLP / 7 | 13,503.52 | 0.00 | 13,503.52 | 0.00 | 13,503.52 | 0.00 |
| 5/1/1993 | CONDITION TANK #B6 90 BBL | SLP / 7 | 13,503.52 | 0.00 | 13,503.52 | 0.00 | 13,503.52 | 0.00 |
| 6/1/1993 | TANK EXTENSIONS 1993 | SLP / 7 | 1,333.36 | 0.00 | 1,333.36 | 0.00 | 1,333.36 | 0.00 |
| 12/1/1993 | FERMENTER #F7 90 BBL | SLP / 7 | 11,784.09 | 0.00 | 11,784.09 | 0.00 | 11,784.09 | 0.00 |
| 12/1/1993 | FERMENTER #F8 90 BBL 1993 | SLP / 7 | 11,784.09 | 0.00 | 11,784.09 | 0.00 | 11,784.09 | 0.00 |
| 12/1/1993 | FERMENTER #F9 90 BBL 1993 | SLP / 7 | 11,784.09 | 0.00 | 11,784.09 | 0.00 | 11,784.09 | 0.00 |
| 1/1/1994 | FERMENTER #F13 90 BBL 1994 | SLP / 7 | 2,827.29 | 0.00 | 2,827.29 | 0.00 | 2,827.29 | 0.00 |
| 1/1/1994 | FERMENTER #B8 90 BBL 1994 | SLP / 7 | 2,827.29 | 0.00 | 2,827.29 | 0.00 | 2,827.29 | 0.00 |
| 1/1/1994 | HOOK UP NEW BOTTLING MACHINE - 1994 | SLP / 7 | 16,246.98 | 0.00 | 16,246.98 | 0.00 | 16,246.98 | 0.00 |
| 5/1/1994 | NON-PORTABLE COOLER | SLP / 7 | 3,000.00 | 0.00 | 3,000.00 | 0.00 | 3,000.00 | 0.00 |
| 5/1/1994 | HOOK UP FOR HOT WATER TANK | SLP / 7 | 6,235.60 | 0.00 | 6,235.60 | 0.00 | 6,235.60 | 0.00 |
| 7/1/1994 | DEBUNGER, WASHER & FILLER 1994 | SLP / 7 | 9,188.08 | 0.00 | 9,188.08 | 0.00 | 9,188.08 | 0.00 |
| 7/1/1994 | TANK #F15 120 BBL | SLP / 7 | 7,982.45 | 0.00 | 7,982.45 | 0.00 | 7,982.45 | 0.00 |
| 7/1/1994 | TANK #B9 120 BBL | SLP / 7 | 7,982.44 | 0.00 | 7,982.44 | 0.00 | 7,982.44 | 0.00 |
| 9/1/1994 | FERMENTER #F10 90 BBL | SLP / 7 | 7,268.23 | 0.00 | 7,268.23 | 0.00 | 7,268.23 | 0.00 |
| 9/1/1994 | FERMENTER #F11 90 BBL | SLP / 7 | 7,268.23 | 0.00 | 7,268.23 | 0.00 | 7,268.23 | 0.00 |
| 9/1/1994 | FERMENTER #F12 90 BBL   NL LC | SLP / 7 | 7,268.22 | 0.00 | 7,268.22 | 0.00 | 7,268.22 | 0.00 |
| 10/1/1994 | PALLET JACKS (2) | SLP / 7 | 1,000.00 | 0.00 | 1,000.00 | 0.00 | 1,000.00 | 0.00 |
| 10/1/1994 | GRUNDY TANK REPAIR | SLP / 7 | 1,600.56 | 0.00 | 1,600.56 | 0.00 | 1,600.56 | 0.00 |
| 12/1/1994 | TANK INSTALL   nl lc | SLP / 7 | 1,280.15 | 0.00 | 1,280.15 | 0.00 | 1,280.15 | 0.00 |
| 1/1/1995 | TANK EXTENSIONS | SLP / 7 | 8,738.55 | 0.00 | 8,738.55 | 0.00 | 8,738.55 | 0.00 |
| 2/1/1995 | GRAIN BIN | SLP / 7 | 8,255.70 | 0.00 | 8,255.70 | 0.00 | 8,255.70 | 0.00 |
| 5/1/1995 | TANK INSTALLATION | SLP / 7 | 3,583.86 | 0.00 | 3,583.86 | 0.00 | 3,583.86 | 0.00 |
| 8/1/1995 | SHEPLER GLYCHOL SYSTEM | SLP / 7 | 9,336.95 | 0.00 | 9,336.95 | 0.00 | 9,336.95 | 0.00 |
| 9/1/1995 | GLYCHOL PUMP & HOOKUP | SLP / 7 | 2,587.10 | 0.00 | 2,587.10 | 0.00 | 2,587.10 | 0.00 |
| 1/1/1996 | FORKLIFT - TOYOTA 1996 | SLP / 7 | 21,725.00 | 0.00 | 21,725.00 | 0.00 | 21,725.00 | 0.00 |
| 7/1/1996 | PRESSURE WASHER | SLP / 7 | 3,477.90 | 0.00 | 3,477.90 | 0.00 | 3,477.90 | 0.00 |
| 7/1/1996 | CASE SEALER - 1996 | SLP / 7 | 4,311.72 | 0.00 | 4,311.72 | 0.00 | 4,311.72 | 0.00 |
| 7/1/1996 | TANK REPAIRS 1996 | SLP / 7 | 1,937.31 | 0.00 | 1,937.31 | 0.00 | 1,937.31 | 0.00 |
| 12/1/1996 | GLYCHOL UNIT MOTOR 1996 | SLP / 7 | 1,110.76 | 0.00 | 1,110.76 | 0.00 | 1,110.76 | 0.00 |
| 2/1/1997 | GYLCHOL REPAIR PARTS 1997 | SLP / 7 | 1,089.20 | 0.00 | 1,089.20 | 0.00 | 1,089.20 | 0.00 |
| 3/1/1997 | TANK INSTALL 1997 | SLP / 7 | 10,094.66 | 0.00 | 10,094.66 | 0.00 | 10,094.66 | 0.00 |
| 4/1/1997 | TANK REPAIRS | SLP / 7 | 1,037.17 | 0.00 | 1,037.17 | 0.00 | 1,037.17 | 0.00 |
| 7/1/1997 | TANK JACKETING & INSTALL 1997 | SLP / 7 | 14,147.40 | 0.00 | 14,147.40 | 0.00 | 14,147.40 | 0.00 |
| 9/1/1997 | BOILER INSTALL 1997 | SLP / 7 | 68,972.00 | 0.00 | 68,972.00 | 0.00 | 68,972.00 | 0.00 |
| 9/1/1997 | MAINTENANCE WORKSHOP | SLP / 7 | 2,880.00 | 0.00 | 2,880.00 | 0.00 | 2,880.00 | 0.00 |
| 11/1/1997 | LOADING RAMP | SLP / 7 | 2,000.00 | 0.00 | 2,000.00 | 0.00 | 2,000.00 | 0.00 |
| 12/1/1997 | OFFICE FURNITURE BILL VB OFFICE | SLP / 7 | 1,549.00 | 0.00 | 1,549.00 | 0.00 | 1,549.00 | 0.00 |
| 12/1/1997 | MAIL ORDER SHELVING | SLP / 7 | 2,657.28 | 0.00 | 2,657.28 | 0.00 | 2,657.28 | 0.00 |
| 5/1/1998 | FORKLIFT - TOYOTA REPAIRS    NL LC | SLP / 7 | 1,754.88 | 0.00 | 1,754.88 | 0.00 | 1,754.88 | 0.00 |
| 7/1/1998 | COMPRESSOR (7/98) | SLP / 7 | 8,140.43 | 0.00 | 8,140.43 | 0.00 | 8,140.43 | 0.00 |
| 7/1/1998 | TANKS #F16 200 BBL | SLP / 7 | 14,388.61 | 0.00 | 14,388.61 | 0.00 | 14,388.61 | 0.00 |
| 7/1/1998 | TANKS #F17 200 BBL | SLP / 7 | 14,388.62 | 0.00 | 14,388.62 | 0.00 | 14,388.62 | 0.00 |
| 7/1/1998 | TANKS #F18 200 BBL | SLP / 7 | 14,388.62 | 0.00 | 14,388.62 | 0.00 | 14,388.62 | 0.00 |
| 7/1/1998 | TANKS 200 BBL INSTALL 1998 | SLP / 7 | 15,368.04 | 0.00 | 15,368.04 | 0.00 | 15,368.04 | 0.00 |
| 8/1/1999 | DENT REMOVER | SLP / 7 | 1,500.00 | 0.00 | 1,500.00 | 0.00 | 1,500.00 | 0.00 |
| 8/1/1999 | FLOW METER 1999 | SLP / 5 | 3,157.70 | 0.00 | 3,157.70 | 0.00 | 3,157.70 | 0.00 |
| 10/1/1999 | GLYCHOL TANK 1999 | SLP / 5 | 1,000.00 | 0.00 | 1,000.00 | 0.00 | 1,000.00 | 0.00 |
| 12/1/1999 | MAXSTAR | SLP / 7 | 1,272.32 | 0.00 | 1,272.32 | 0.00 | 1,272.32 | 0.00 |
| 6/1/2000 | PRINTING PLATES/DIES FROM PCC 2000 | SLP / 7 | 1,500.00 | 0.00 | 1,500.00 | 0.00 | 1,500.00 | 0.00 |
| 11/1/2000 | FILETER - DELLA TOFFOLA NF | SLP / 7 | 27,000.00 | 0.00 | 27,000.00 | 0.00 | 27,000.00 | 0.00 |
| 12/1/2000 | TANK REPAIR | SLP / 7 | 2,888.00 | 0.00 | 2,888.00 | 0.00 | 2,888.00 | 0.00 |
| 2/1/2001 | GLYCHOL TANK INSTALL 2001 | SLP / 7 | 1,943.60 | 0.00 | 1,943.60 | 0.00 | 1,943.60 | 0.00 |
| 2/1/2001 | STORM DRAIN INSTALL 2001  LC NL | SLP / 7 | 1,037.85 | 0.00 | 1,037.85 | 0.00 | 1,037.85 | 0.00 |
| 3/1/2001 | FORKLIFT - TOYOTA OVERHAUL 2001 | SLP / 7 | 5,626.23 | 0.00 | 5,626.23 | 0.00 | 5,626.23 | 0.00 |
| 3/1/2001 | FILTER - SHOLZ HOOKUP 2001 | SLP / 7 | 3,180.55 | 0.00 | 3,180.55 | 0.00 | 3,180.55 | 0.00 |
| 7/1/2001 | FORKLIFT - TOYOTA  JULY 2001 | SLP / 7 | 11,500.00 | 0.00 | 11,500.00 | 0.00 | 11,500.00 | 0.00 |
| 12/1/2001 | DENNIS EDEN BREW SYSTEM | SLP / 7 | 3,257.50 | 0.00 | 3,257.50 | 0.00 | 3,257.50 | 0.00 |
| 4/1/2002 | KEG FILLING STATION 2002 | SLP / 7 | 15,545.00 | 0.00 | 15,545.00 | 0.00 | 15,545.00 | 0.00 |
| 6/1/2002 | COMPRESSOR - 5HP PORTABLE  NL LC | SLP / 5 | 1,316.90 | 0.00 | 1,316.90 | 0.00 | 1,316.90 | 0.00 |
| 6/1/2002 | SteamKettles | SLP / 7 | 9,109.42 | 0.00 | 9,109.42 | 0.00 | 9,109.42 | 0.00 |
| 7/1/2002 | GlycholCapacityUpgrade | SLP / 7 | 6,079.40 | 0.00 | 6,079.40 | 0.00 | 6,079.40 | 0.00 |
| 2/1/2003 | Pallet Jack - Toyota HPT25 2003 | SLP / 7 | 475.00 | 0.00 | 475.00 | 0.00 | 475.00 | 0.00 |
| 2/1/2003 | Pallet Jack - Toyota HPT25 (2 of 2) | SLP / 7 | 475.00 | 0.00 | 475.00 | 0.00 | 475.00 | 0.00 |
| 2/1/2003 | Brewery Pump - Yeast/Touge Waste | SLP / 7 | 2,624.25 | 0.00 | 2,624.25 | 0.00 | 2,624.25 | 0.00 |
| 12/1/2003 | RAMP, WAREHOUSE LOADING, REPAIR  nl lc | SLP / 5 | 1,783.75 | 0.00 | 1,783.75 | 0.00 | 1,783.75 | 0.00 |
| 1/1/2004 | PALLET JACK - TOYOTA | SLP / 7 | 399.00 | 0.00 | 399.00 | 0.00 | 399.00 | 0.00 |
| 4/1/2004 | 25-FOOT BREWLINE HOSES (4) | SLP / 7 | 2,280.20 | 0.00 | 2,280.20 | 0.00 | 2,280.20 | 0.00 |
| 4/1/2004 | YEAST PUMP | SLP / 7 | 2,132.02 | 0.00 | 2,132.02 | 0.00 | 2,132.02 | 0.00 |
| 4/1/2004 | 2 200BBL BREW TANKS, ASSESSORIES | SLP / 7 | 70,634.75 | 0.00 | 70,634.75 | 0.00 | 70,634.75 | 0.00 |
| 5/1/2004 | CONDENSER FAN MOTOR - CONTINENTAL CHILLER | SLP / 7 | 2,218.00 | 0.00 | 2,218.00 | 0.00 | 2,218.00 | 0.00 |
| 6/1/2004 | 80 FOOT RACKING | SLP / 7 | 2,128.72 | 0.00 | 2,128.72 | 0.00 | 2,128.72 | 0.00 |
| 9/1/2004 | BREW TANK ASSESSORIES FOR 2 200BBL BREW TANKS | SLP / 7 | 2,070.76 | 0.00 | 2,070.76 | 0.00 | 2,070.76 | 0.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10/1/2004 | HEAT EXCHANGER - 1997 APV | SLP / 7 | 2,650.00 | 0.00 | 2,650.00 | 0.00 | 2,650.00 | 0.00 |
| 10/1/2004 | VAULT 1 PUMP REPLACEMENT | SLP / 7 | 1,110.50 | 0.00 | 1,110.50 | 0.00 | 1,110.50 | 0.00 |
| 10/1/2004 | MQ PUMP FOR BREW TANKS | SLP / 7 | 5,975.30 | 0.00 | 5,975.30 | 0.00 | 5,975.30 | 0.00 |
| 11/1/2004 | 100 FT BEER HOSE, TRI-CLAMP ENDS | SLP / 5 | 1,214.41 | 0.00 | 1,214.41 | 0.00 | 1,214.41 | 0.00 |
| 11/1/2004 | KEG BOILER | SLP / 7 | 26,928.05 | 0.00 | 26,928.05 | 0.00 | 26,928.05 | 0.00 |
| 12/1/2004 | COMPRESSOR PUMP | SLP / 7 | 2,573.00 | 0.00 | 2,573.00 | 0.00 | 2,573.00 | 0.00 |
| 12/1/2004 | CASE UNPACKER | SLP / 7 | 3,200.00 | 0.00 | 3,200.00 | 0.00 | 3,200.00 | 0.00 |
| 1/1/2005 | BOTTLING LINE - SYMPAK - | SLP / 7 | 347,280.00 | 0.00 | 347,280.00 | 0.00 | 347,280.00 | 0.00 |
| 1/1/2005 | REFRIGERATED DRYER - PORTLAND COMPRESSOR | SLP / 7 | 1,902.00 | 0.00 | 1,902.00 | 0.00 | 1,902.00 | 0.00 |
| 1/1/2005 | ELECTRIC PALLET JACK | SLP / 5 | 650.00 | 0.00 | 650.00 | 0.00 | 650.00 | 0.00 |
| 2/1/2005 | SYMPAK BOTTLE LINE ADDITIONAL THRU 2/28/05 | SLP / 7 | 21,297.43 | 0.00 | 21,297.43 | 0.00 | 21,297.43 | 0.00 |
| 5/1/2005 | BOTTLE LINE - FINAL ENTRY | SLP / 7 | 31,333.87 | 0.00 | 31,333.87 | 0.00 | 31,333.87 | 0.00 |
| 7/1/2005 | FORK LIFT LIFT CHAINS | SLP / 7 | 1,686.27 | 0.00 | 1,686.27 | 0.00 | 1,686.27 | 0.00 |
| 9/1/2005 | BREWERY - MICRO MATIC KEG VALVE | SLP / 7 | 4,072.50 | 0.00 | 4,072.50 | 0.00 | 4,072.50 | 0.00 |
| 12/1/2005 | Brew Tank - Replacement #F?? | SLP / 7 | 16,497.08 | 0.00 | 16,497.08 | 0.00 | 16,497.08 | 0.00 |
| 12/1/2005 | Aqua Var Glychol System | SLP / 7 | 6,648.07 | 0.00 | 6,648.07 | 0.00 | 6,648.07 | 0.00 |
| 12/1/2005 | Grain Silo #3 | SLP / 7 | 9,611.82 | 0.00 | 9,611.82 | 0.00 | 9,611.82 | 0.00 |
| 6/1/2006 | SILO - GRAIN SILO #3 | SLP / 7 | 2,944.15 | 0.00 | 2,944.15 | 0.00 | 2,944.15 | 0.00 |
| 6/1/2006 | BREWERY - AIR COMPRESSOR | SLP / 7 | 15,237.34 | 0.00 | 15,237.34 | 0.00 | 15,237.34 | 0.00 |
| 7/1/2006 | BREWERY - AIR COMPRESSOR | SLP / 7 | 5,778.60 | 0.00 | 5,778.60 | 0.00 | 5,778.60 | 0.00 |
| 10/1/2006 | BOTTLING LINE - LABEL GLUE PUMP | SLP / 7 | 2,831.37 | 0.00 | 2,831.37 | 0.00 | 2,831.37 | 0.00 |
| 10/1/2006 | BREWERY - AIR COMPRESSOR FINAL | SLP / 7 | 4,892.07 | 0.00 | 4,892.07 | 0.00 | 4,892.07 | 0.00 |
| 11/1/2006 | KEGS - 13.2GAL KEGS - 1368 PCS | SLP / 7 | 46,512.00 | 0.00 | 46,512.00 | 0.00 | 46,512.00 | 0.00 |
| 11/1/2006 | BREWERY - ROGUE SIGN ON WAREHOUSE | SLP / 7 | 4,775.00 | 0.00 | 4,775.00 | 0.00 | 4,775.00 | 0.00 |
| 11/1/2006 | BREWERY - KEG BOILER #2 | SLP / 7 | 10,785.05 | 0.00 | 10,785.05 | 0.00 | 10,785.05 | 0.00 |
| 11/1/2006 | BREWERY - F22 TANK | SLP / 7 | 51,960.90 | 0.00 | 51,960.90 | 0.00 | 51,960.90 | 0.00 |
| 11/1/2006 | BREWERY - F23 TANK | SLP / 7 | 51,960.90 | 0.00 | 51,960.90 | 0.00 | 51,960.90 | 0.00 |
| 11/1/2006 | BREWERY- WASTEWATER TREATMENT UPGRADE nl lc | SLP / 7 | 3,770.87 | 0.00 | 3,770.87 | 0.00 | 3,770.87 | 0.00 |
| 11/1/2006 | BREWERY - KEG SHED | SLP / 7 | 8,390.50 | 0.00 | 8,390.50 | 0.00 | 8,390.50 | 0.00 |
| 11/1/2006 | BREWERY - CHILLER REPAIRS NL LC | SLP / 7 | 8,233.00 | 0.00 | 8,233.00 | 0.00 | 8,233.00 | 0.00 |
| 11/1/2006 | BREWERY - INSULATE GLYCOL AND BOILER nl lc | SLP / 7 | 6,207.00 | 0.00 | 6,207.00 | 0.00 | 6,207.00 | 0.00 |
| 11/1/2006 | BREWERY - GLYCOL COMPRESSOR #1 | SLP / 7 | 4,924.53 | 0.00 | 4,924.53 | 0.00 | 4,924.53 | 0.00 |
| 11/1/2006 | BREWERY - BOTTLE LINE FILLER REBUILD | SLP / 7 | 3,837.04 | 0.00 | 3,837.04 | 0.00 | 3,837.04 | 0.00 |
| 12/1/2006 | BREWERY TANKS - F24 | SLP / 7 | 42,519.38 | 0.00 | 42,519.38 | 0.00 | 42,519.38 | 0.00 |
| 12/1/2006 | BREWERY TANK - F25 | SLP / 7 | 42,519.38 | 0.00 | 42,519.38 | 0.00 | 42,519.38 | 0.00 |
| 2/1/2007 | KEG RACKING PUMP | SLP / 7 | 1,665.12 | 0.00 | 1,665.12 | 0.00 | 1,665.12 | 0.00 |
| 2/1/2007 | BREWERY - F24 TANK FINAL | SLP / 7 | 7,531.97 | 0.00 | 7,531.97 | 0.00 | 7,531.97 | 0.00 |
| 2/1/2007 | BREWERY - F25 TANK FINAL | SLP / 7 | 7,531.97 | 0.00 | 7,531.97 | 0.00 | 7,531.97 | 0.00 |
| 4/1/2007 | KEGS - 13.2 GALLON - 720 PCS | SLP / 7 | 24,480.00 | 0.00 | 24,480.00 | 0.00 | 24,480.00 | 0.00 |
| 5/1/2007 | BREWERY - SURE CLEAN PRESSURE WASHER | SLP / 7 | 3,895.00 | 0.00 | 3,895.00 | 0.00 | 3,895.00 | 0.00 |
| 6/1/2007 | BREWERY - BOILER #3 | SLP / 7 | 81,357.85 | 0.00 | 81,357.85 | 0.00 | 81,357.85 | 0.00 |
| 6/1/2007 | BREWERY - ROGUE NATION FLAG POLES | SLP / 7 | 3,201.60 | 0.00 | 3,201.60 | 0.00 | 3,201.60 | 0.00 |
| 8/1/2007 | KEGS - 13.2GAL - 720 PCS | SLP / 7 | 24,480.00 | 0.00 | 24,480.00 | 0.00 | 24,480.00 | 0.00 |
| 10/1/2007 | KEGS - 13.2 GAL KEGS - 2160 PCS | SLP / 7 | 116,640.00 | 0.00 | 116,640.00 | 0.00 | 116,640.00 | 0.00 |
| 11/1/2007 | BREWERY - F26 TANK | SLP / 7 | 60,157.44 | 0.00 | 60,157.44 | 0.00 | 60,157.44 | 0.00 |
| 11/1/2007 | BREWERY - F27 TANK | SLP / 7 | 60,157.44 | 0.00 | 60,157.44 | 0.00 | 60,157.44 | 0.00 |
| 11/1/2007 | BREWERY - 10,000GAL HOT WATER SYSTEM | SLP / 7 | 31,943.48 | 0.00 | 31,943.48 | 0.00 | 31,943.48 | 0.00 |
| 11/1/2007 | BREWERY - FILTER SYSTEM | SLP / 7 | 55,378.55 | 0.00 | 55,378.55 | 0.00 | 55,378.55 | 0.00 |
| 11/1/2007 | BREWERY - BRAUKON BREW SYS PLUMBING | SLP / 7 | 36,297.73 | 0.00 | 36,297.73 | 0.00 | 36,297.73 | 0.00 |
| 11/1/2007 | BREWERY - IDD MOVE | SLP / 7 | 18,412.50 | 0.00 | 18,412.50 | 0.00 | 18,412.50 | 0.00 |
| 12/1/2007 | BREWERY - F28 TANK | SLP / 7 | 60,719.84 | 0.00 | 60,719.84 | 0.00 | 60,719.84 | 0.00 |
| 12/1/2007 | BREWERY - BRAUCON BREW SYSTEM | SLP / 7 | 1,264,703.36 | 0.00 | 1,264,703.36 | 0.00 | 1,264,703.36 | 0.00 |
| 12/1/2007 | BREWERY - BVB DIESEL CONVERTER | SLP / 7 | 4,301.07 | 0.00 | 4,301.07 | 0.00 | 4,301.07 | 0.00 |
| 12/1/2007 | BREWERY - BOTTLING LINE 07 REPAIR | SLP / 7 | 11,853.32 | 0.00 | 11,853.32 | 0.00 | 11,853.32 | 0.00 |
| 12/1/2007 | BREWERY - GRAIN SILO #2 | SLP / 7 | 31,875.99 | 0.00 | 31,875.99 | 0.00 | 31,875.99 | 0.00 |
| 2/1/2008 | BREWERY - GRAIN BAGGER | SLP / 7 | 4,901.85 | 0.00 | 4,901.85 | 0.00 | 4,901.85 | 0.00 |
| 3/1/2008 | KEGS - 13.2 GALLON - 680 PCS | SLP / 5 | 36,720.00 | 0.00 | 36,720.00 | 0.00 | 36,720.00 | 0.00 |
| 3/1/2008 | BREWERY - GRAIN BAGGER FINAL | SLP / 7 | 3,718.15 | 0.00 | 3,718.15 | 0.00 | 3,718.15 | 0.00 |
| 4/1/2008 | KEGS - 720 13.2 GALLON | SLP / 7 | 38,880.00 | 0.00 | 38,880.00 | 0.00 | 38,880.00 | 0.00 |
| 4/1/2008 | KEGS - 720 13.2 GALLON | SLP / 7 | 38,880.00 | 0.00 | 38,880.00 | 0.00 | 38,880.00 | 0.00 |
| 4/1/2008 | KEGS - 720 13.2 GALLON | SLP / 7 | 38,880.00 | 0.00 | 38,880.00 | 0.00 | 38,880.00 | 0.00 |
| 4/1/2008 | BREWERY - CHILLER# | SLP / 7 | 85,746.50 | 0.00 | 85,746.50 | 0.00 | 85,746.50 | 0.00 |
| 6/1/2008 | BREWERY - TANK INSULATION | SLP / 7 | 11,156.88 | 0.00 | 11,156.88 | 0.00 | 11,156.88 | 0.00 |
| 10/1/2008 | BREWERY - BOTTLING LINE GLUE PUMP | SLP / 5 | 1,991.78 | 0.00 | 1,991.78 | 0.00 | 1,991.78 | 0.00 |
| 11/1/2008 | BREWERY - 12 TOTES | SLP / 7 | 1,824.00 | 0.00 | 1,824.00 | 0.00 | 1,824.00 | 0.00 |
| 12/1/2008 | BREWERY - 2 CHILLERS | SLP / 7 | 89,322.00 | 0.00 | 89,322.00 | 0.00 | 89,322.00 | 0.00 |
| 12/1/2008 | BREWERY - COOLER #2 | SLP / 7 | 100,084.22 | 0.00 | 100,084.22 | 0.00 | 100,084.22 | 0.00 |
| 3/1/2009 | BREWERY - COOLER #2 FINAL | SLP / 7 | 61,884.91 | 0.00 | 61,884.91 | 0.00 | 61,884.91 | 0.00 |
| 3/1/2009 | BREWERY - BOILER LINER UPGRADE | SLP / 7 | 2,651.00 | 0.00 | 2,651.00 | 0.00 | 2,651.00 | 0.00 |
| 4/1/2009 | BREWERY - BARRELL RACKS | SLP / 7 | 3,900.00 | 0.00 | 3,900.00 | 0.00 | 3,900.00 | 0.00 |
| 4/1/2009 | BREWERY - COOLER FINAL FINAL | SLP / 7 | 10,680.00 | 0.00 | 10,680.00 | 0.00 | 10,680.00 | 0.00 |
| 4/1/2009 | BREWERY - LAB, ALL INCLUSIVE | SLP / 7 | 18,138.24 | 0.00 | 18,138.24 | 0.00 | 18,138.24 | 0.00 |
| 4/1/2009 | BREWERY - SILO | SLP / 7 | 21,324.91 | 0.00 | 21,324.91 | 0.00 | 21,324.91 | 0.00 |
| 4/1/2009 | BREWERY - F29 TANK | SLP / 7 | 6,965.59 | 0.00 | 6,965.59 | 0.00 | 6,965.59 | 0.00 |
| 4/1/2009 | BREWERY - F30 TANK | SLP / 7 | 6,965.60 | 0.00 | 6,965.60 | 0.00 | 6,965.60 | 0.00 |
| 4/1/2009 | BREWERY - LAB FINAL | SLP / 7 | 13,324.62 | 0.00 | 13,324.62 | 0.00 | 13,324.62 | 0.00 |
| 9/1/2009 | KEGS - 1729 PCS FROM WORLD CLASS BEV | SLP / 7 | 112,320.00 | 0.00 | 112,320.00 | 0.00 | 112,320.00 | 0.00 |
| 11/1/2009 | BREWERY - BOTTLE LINE LABELER REBUILD | SLP / 7 | 4,104.08 | 0.00 | 4,104.08 | 0.00 | 4,104.08 | 0.00 |
| 11/1/2009 | BREWERY - BOTTLING LINE MAIN SEAL REPLACEMENT | SLP / 7 | 11,186.09 | 0.00 | 11,186.09 | 0.00 | 11,186.09 | 0.00 |
| 12/1/2009 | BREWERY - TANK REBUILD - F7,8,9,10,11 | SLP / 7 | 60,772.54 | 0.00 | 60,772.54 | 0.00 | 60,772.54 | 0.00 |
| 12/1/2009 | BREWERY - BOTTLE LINE GLUE PUMP | SLP / 7 | 1,682.10 | 0.00 | 1,682.10 | 0.00 | 1,682.10 | 0.00 |
| 12/1/2009 | BREWERY - BOTTLE LINE REBUILD | SLP / 7 | 16,228.62 | 0.00 | 16,228.62 | 0.00 | 16,228.62 | 0.00 |
| 2/1/2010 | BREWERY - GLYCOL PIPING UPGRADE | SLP / 7 | 4,450.00 | 0.00 | 4,450.00 | 0.00 | 4,450.00 | 0.00 |
| 2/1/2010 | BREWERY - TANK STAND REPAIRS | SLP / 7 | 3,214.01 | 0.00 | 3,214.01 | 0.00 | 3,214.01 | 0.00 |
| 2/1/2010 | BREWERY - BOTTLING LINE GEAR BOX | SLP / 7 | 2,970.74 | 0.00 | 2,970.74 | 0.00 | 2,970.74 | 0.00 |
| 2/1/2010 | BREWERY - BOTTLING LINE MODS FOR 7OZ | SLP / 7 | 9,238.07 | 0.00 | 9,238.07 | 0.00 | 9,238.07 | 0.00 |
| 2/1/2010 | BREWERY - BBL RACKS FOR JOHN JOHN | SLP / 7 | 3,500.00 | 0.00 | 3,500.00 | 0.00 | 3,500.00 | 0.00 |
| 5/1/2010 | BREWERY - LABELER REBUILD AND UPGRADE | SLP / 7 | 19,130.14 | 0.00 | 19,130.14 | 0.00 | 19,130.14 | 0.00 |
| 9/1/2010 | BREWERY - BOILER PARTS/REPAIR | SLP / 7 | 2,156.31 | 0.00 | 2,156.31 | 0.00 | 2,156.31 | 0.00 |
| 10/1/2010 | BREWERY - 5TH WHEEL BEARING FOR BOTTLER | SLP / 7 | 6,072.62 | 0.00 | 6,072.62 | 0.00 | 6,072.62 | 0.00 |
| 11/1/2010 | BREWERY - BOTTLE LINE STARWHEEL REBUILD | SLP / 7 | 4,933.06 | 0.00 | 4,933.06 | 0.00 | 4,933.06 | 0.00 |
| 11/1/2010 | BREWERY - OVERHEAD LIGHT FIXTURES | SLP / 7 | 3,745.00 | 0.00 | 3,745.00 | 0.00 | 3,745.00 | 0.00 |
| 11/1/2010 | BREWERY - KEG FILLING STATION WATER LINE | SLP / 7 | 1,750.00 | 0.00 | 1,750.00 | 0.00 | 1,750.00 | 0.00 |
| 12/1/2010 | BREWERY - SURE CLEAN PRESSURE WASHER | SLP / 7 | 4,636.75 | 0.00 | 4,636.75 | 0.00 | 4,636.75 | 0.00 |

| Date | Description | Code | Amount 1 | | Amount 2 | | Amount 3 | |
|---|---|---|---|---|---|---|---|---|
| 3/1/2011 | BREWERY - PEABODY LABELER | SLP / 7 | 1,759.21 | 0.00 | 1,759.21 | 0.00 | 1,759.21 | 0.00 |
| 5/1/2011 | BREWERY - 100 2 BARRELL BARREL RACKS | SLP / 7 | 3,000.00 | 0.00 | 3,000.00 | 0.00 | 3,000.00 | 0.00 |
| 8/1/2011 | BREWERY - BOTTLE LINE SEAL | SLP / 5 | 2,344.00 | 0.00 | 2,344.00 | 0.00 | 2,344.00 | 0.00 |
| 8/1/2011 | KEGS - 5.16GAL KEGS FOR SAB USE | SLP / 7 | 2,579.00 | 0.00 | 2,579.00 | 0.00 | 2,579.00 | 0.00 |
| 8/1/2011 | BREWERY - CENTRIFUGE | SLP / 7 | 4,187.04 | 0.00 | 4,187.04 | 0.00 | 4,187.04 | 0.00 |
| 10/1/2011 | BREWERY - BARLEY ROASTER | SLP / 7 | 7,000.00 | 0.00 | 7,000.00 | 0.00 | 7,000.00 | 0.00 |
| 10/1/2011 | BREWERY - SCISSOR LIFT | SLP / 7 | 8,000.00 | 0.00 | 8,000.00 | 0.00 | 8,000.00 | 0.00 |
| 11/1/2011 | BREWERY - MICRO MALT KILN | SLP / 7 | 17,000.00 | 0.00 | 17,000.00 | 0.00 | 17,000.00 | 0.00 |
| 11/1/2011 | BREWERY - BOTTLING LINE UPGRADES | SLP / 7 | 14,422.32 | 0.00 | 14,422.32 | 0.00 | 14,422.32 | 0.00 |
| 11/1/2011 | BREWERY - FLOOR MALT EQUIPMENT | SLP / 7 | 6,119.22 | 0.00 | 6,119.22 | 0.00 | 6,119.22 | 0.00 |
| 11/1/2011 | BREWERY - CHILLER AND TANK PIPING PROJECT | SLP / 7 | 28,788.00 | 0.00 | 28,788.00 | 0.00 | 28,788.00 | 0.00 |
| 11/1/2011 | BREWERY - BOTTLING LINE REPAIR - LABOR | SLP / 7 | 10,183.99 | 0.00 | 10,183.99 | 0.00 | 10,183.99 | 0.00 |
| 11/1/2011 | BREWERY - GEAR FOR BREW SYSTEM | SLP / 7 | 2,834.18 | 0.00 | 2,834.18 | 0.00 | 2,834.18 | 0.00 |
| 11/1/2011 | BREWERY - F31 F32 F33 F34 TANKS AND INSTALL | SLP / 7 | 221,363.43 | 0.00 | 221,363.43 | 0.00 | 221,363.43 | 0.00 |
| 11/1/2011 | BREWERY - CHILLER - NEW ADDN'L CAPACITY | SLP / 7 | 161,964.29 | 0.00 | 161,964.29 | 0.00 | 161,964.29 | 0.00 |
| 12/1/2011 | KEGS - 1510 13.2 GAL SABCO KEGS | SLP / 7 | 122,288.00 | 0.00 | 122,288.00 | 0.00 | 122,288.00 | 0.00 |
| 12/1/2011 | BREWERY - BREW SYSTEM REPROGRAMMING | SLP / 7 | 14,174.00 | 0.00 | 14,174.00 | 0.00 | 14,174.00 | 0.00 |
| 2/1/2012 | BREWERY - TANK FARM PIPING PROJECT | SLP / 7 | 3,820.00 | 0.00 | 3,820.00 | 0.00 | 3,820.00 | 0.00 |
| 2/1/2012 | BREWERY - COFFEE ROASTER | SLP / 7 | 3,571.62 | 0.00 | 3,571.62 | 0.00 | 3,571.62 | 0.00 |
| 2/1/2012 | BREWERY - LABELER AND GLUE PUMP | SLP / 7 | 10,051.85 | 0.00 | 10,051.85 | 0.00 | 10,051.85 | 0.00 |
| 2/1/2012 | KEGS - SCHAFER 13.2 GAL 724 PCS | SLP / 7 | 81,848.20 | 0.00 | 81,848.20 | 0.00 | 81,848.20 | 0.00 |
| 2/1/2012 | KEGS - SCHAFER 13.2 GAL 724 PCS | SLP / 7 | 78,496.08 | 0.00 | 78,496.08 | 0.00 | 78,496.08 | 0.00 |
| 2/1/2012 | KEGS - SCHAFER 13.2 GAL 724 PCS | SLP / 7 | 78,496.08 | 0.00 | 78,496.08 | 0.00 | 78,496.08 | 0.00 |
| 2/1/2012 | KEGS - SCHAFER 13.2 GAL 724 PCS | SLP / 7 | 78,496.08 | 0.00 | 78,496.08 | 0.00 | 78,496.08 | 0.00 |
| 2/1/2012 | KEGS - SCHAFER 13.2 GAL 724 PCS | SLP / 7 | 78,496.08 | 0.00 | 78,496.08 | 0.00 | 78,496.08 | 0.00 |
| 3/1/2012 | KEGS - 13.2 GAL SCHAFER KEGS 1448 PCS | SLP / 7 | 156,988.80 | 0.00 | 156,988.80 | 0.00 | 156,988.80 | 0.00 |
| 4/1/2012 | BREWERY - FLOOR MALT FLUE | SLP / 7 | 1,637.00 | 0.00 | 1,637.00 | 0.00 | 1,637.00 | 0.00 |
| 4/1/2012 | BREWERY - F22 & F23 DOOR REBUILDS | SLP / 7 | 4,975.60 | 0.00 | 4,975.60 | 0.00 | 4,975.60 | 0.00 |
| 5/1/2012 | BREWERY - BOTTLE LINE CAPPER | SLP / 7 | 2,398.77 | 0.00 | 2,398.77 | 0.00 | 2,398.77 | 0.00 |
| 5/1/2012 | BREWERY - AIR COMPRESSOR (ENERGY TAX CREDIT) | SLP / 7 | 39,110.83 | 0.00 | 39,110.83 | 0.00 | 39,110.83 | 0.00 |
| 5/1/2012 | BREWERY - FLOW METERS (2) | SLP / 7 | 3,582.41 | 0.00 | 3,582.41 | 0.00 | 3,582.41 | 0.00 |
| 6/1/2012 | KEGS - SABCO 13.2 GAL KEGS 896 PCS | SLP / 7 | 70,784.00 | 0.00 | 70,784.00 | 0.00 | 70,784.00 | 0.00 |
| 6/1/2012 | BREWERY - BOTTLE LINE CAPPER | SLP / 7 | 3,262.70 | 0.00 | 3,262.70 | 0.00 | 3,262.70 | 0.00 |
| 6/1/2012 | BREWERY - LAB METERS | SLP / 7 | 30,974.77 | 0.00 | 30,974.77 | 0.00 | 30,974.77 | 0.00 |
| 6/1/2012 | BREWERY - LAUTER TUN GEAR BOX | SLP / 7 | 10,664.48 | 0.00 | 10,664.48 | 0.00 | 10,664.48 | 0.00 |
| 6/1/2012 | BREWERY - F7 TANK GLYCHOL CONTROL UNIT | SLP / 7 | 2,145.66 | 0.00 | 2,145.66 | 0.00 | 2,145.66 | 0.00 |
| 7/1/2012 | BREWERY - NANO BREW SYSTEM | SLP / 7 | 26,742.96 | 0.00 | 26,742.96 | 0.00 | 26,742.96 | 0.00 |
| 7/1/2012 | BREWERY - BOTTLE LINE CENTRI PUMP | SLP / 7 | 3,369.93 | 0.00 | 3,369.93 | 0.00 | 3,369.93 | 0.00 |
| 7/1/2012 | BREWERY - BREW SYSTEM PUMP | SLP / 7 | 7,220.08 | 0.00 | 7,220.08 | 0.00 | 7,220.08 | 0.00 |
| 7/1/2012 | BREWERY - BOTTLE LINE MOTOR | SLP / 7 | 3,282.56 | 0.00 | 3,282.56 | 0.00 | 3,282.56 | 0.00 |
| 8/1/2012 | BREWERY - BOTTLE LINE CAPPER | SLP / 7 | 14,561.86 | 0.00 | 14,561.86 | 0.00 | 14,561.86 | 0.00 |
| 8/1/2012 | BREWERY - TANK ALARM SYSTEM | SLP / 7 | 2,331.55 | 0.00 | 2,331.55 | 0.00 | 2,331.55 | 0.00 |
| 8/1/2012 | BREWERY - YEAST BRINK SYSTEM | SLP / 7 | 79,463.07 | 0.00 | 79,463.07 | 0.00 | 79,463.07 | 0.00 |
| 8/1/2012 | BREWERY - NANO SYSTEM #2 | SLP / 7 | 13,537.50 | 0.00 | 13,537.50 | 0.00 | 13,537.50 | 0.00 |
| 8/1/2012 | BREWERY - DRUM HEATERS | SLP / 7 | 2,099.86 | 0.00 | 2,099.86 | 0.00 | 2,099.86 | 0.00 |
| 9/1/2012 | BREWERY - LABELER UPGRADE | SLP / 7 | 7,862.72 | 0.00 | 7,862.72 | 0.00 | 7,862.72 | 0.00 |
| 9/1/2012 | BREWERY - BREW SYSTEM CONTROLLER | SLP / 7 | 2,468.50 | 0.00 | 2,468.50 | 0.00 | 2,468.50 | 0.00 |
| 9/1/2012 | BREWERY - GLYCHOL CONTROL PANEL | SLP / 7 | 2,012.46 | 0.00 | 2,012.46 | 0.00 | 2,012.46 | 0.00 |
| 9/1/2012 | BREWERY - BOTTLING LINE HOSES | SLP / 7 | 2,130.72 | 0.00 | 2,130.72 | 0.00 | 2,130.72 | 0.00 |
| 9/1/2012 | BREWERY - 2 200BBL FERMENTERS F39 - F40 | SLP / 7 | 118,230.77 | 0.00 | 118,230.77 | 0.00 | 118,230.77 | 0.00 |
| 9/1/2012 | BREWERY - 4 200 BBL FERMENTERS F 35-38 | SLP / 7 | 221,911.08 | 0.00 | 221,911.08 | 0.00 | 221,911.08 | 0.00 |
| 9/1/2012 | KEGS - SABCO 13.2 GAL 896 PCS | SLP / 7 | 73,899.00 | 0.00 | 73,899.00 | 0.00 | 73,899.00 | 0.00 |
| 10/1/2012 | BREWERY - BARREL TABLE AND STOOLS 18/54 | SLP / 7 | 9,900.00 | 0.00 | 9,900.00 | 0.00 | 9,900.00 | 0.00 |
| 10/1/2012 | BREWERY - CAPS CHUTE FOR BOTTLE LINE | SLP / 7 | 4,210.25 | 0.00 | 4,210.25 | 0.00 | 4,210.25 | 0.00 |
| 10/1/2012 | BREWERY - NANO FERMENTERS | SLP / 7 | 6,930.28 | 0.00 | 6,930.28 | 0.00 | 6,930.28 | 0.00 |
| 11/1/2012 | BREWERY - BREW SYSTEM PUMP | SLP / 7 | 1,759.78 | 0.00 | 1,759.78 | 0.00 | 1,759.78 | 0.00 |
| 11/1/2012 | BREWERY - BEER FILTER MANIFOLD | SLP / 7 | 4,596.76 | 0.00 | 4,596.76 | 0.00 | 4,596.76 | 0.00 |
| 11/1/2012 | BREWERY - LOADING DOCK IMPROVEMENTS | SLP / 7 | 9,880.00 | 0.00 | 9,880.00 | 0.00 | 9,880.00 | 0.00 |
| 11/1/2012 | BREWERY - BREW SYSTEM SEAL KIT | SLP / 7 | 2,791.10 | 0.00 | 2,791.10 | 0.00 | 2,791.10 | 0.00 |
| 11/1/2012 | BREWERY - GRAIN SYSTEM IMPROVEMENTS | SLP / 7 | 3,327.09 | 0.00 | 3,327.09 | 0.00 | 3,327.09 | 0.00 |
| 12/1/2012 | BREWERY - OVERHEAD LIGHTING UPGRADE | SLP / 7 | 2,070.00 | 0.00 | 2,070.00 | 0.00 | 2,070.00 | 0.00 |
| 12/1/2012 | BREWERY - LAB GAS ANALYZER | SLP / 7 | 1,457.16 | 0.00 | 1,457.16 | 0.00 | 1,457.16 | 0.00 |
| 12/1/2012 | BREWERY - BIG BARRELS (FODDERS) | SLP / 7 | 47,409.75 | 0.00 | 47,409.75 | 0.00 | 47,409.75 | 0.00 |
| 12/1/2012 | KEGS - SABCO 13.2 GAL KEGS 896 PCS | SLP / 7 | 70,784.00 | 0.00 | 70,784.00 | 0.00 | 70,784.00 | 0.00 |
| 2/1/2013 | KEGS - 896 13.2 SABCO KEGS | SLP / 7 | 75,826.00 | 0.00 | 75,826.00 | 0.00 | 75,826.00 | 0.00 |
| 2/1/2013 | BREWERY - CHILLER SPEED CONTROL | SLP / 7 | 3,803.69 | 0.00 | 3,803.69 | 0.00 | 3,803.69 | 0.00 |
| 2/1/2013 | BREWERY - GHLYCOL LINE | SLP / 7 | 4,170.40 | 0.00 | 4,170.40 | 0.00 | 4,170.40 | 0.00 |
| 2/1/2013 | BREWERY - OVERHEAD LIGHTING UPGRADE | SLP / 7 | 9,276.56 | 0.00 | 9,276.56 | 0.00 | 9,276.56 | 0.00 |
| 4/1/2013 | BREWERY - 896 13.2 GAL SABCO KEGS | SLP / 7 | 72,576.00 | 0.00 | 72,576.00 | 0.00 | 72,576.00 | 0.00 |
| 4/1/2013 | BREWERY - TOYOTA FORKLIFT | SLP / 7 | 22,112.00 | 0.00 | 22,112.00 | 0.00 | 22,112.00 | 0.00 |
| 4/1/2013 | BREWERY - FLOW METER | SLP / 7 | 1,662.92 | 0.00 | 1,662.92 | 0.00 | 1,662.92 | 0.00 |
| 4/1/2013 | BREWERY - BOTTLE LINE UPGRADE | SLP / 7 | 10,022.05 | 0.00 | 10,022.05 | 0.00 | 10,022.05 | 0.00 |
| 4/1/2013 | BREWERY - SUMP VAULT AND PUMP | SLP / 7 | 5,068.80 | 0.00 | 5,068.80 | 0.00 | 5,068.80 | 0.00 |
| 4/1/2013 | BREWERY - KEG PUMP | SLP / 7 | 1,828.31 | 0.00 | 1,828.31 | 0.00 | 1,828.31 | 0.00 |
| 4/1/2013 | BREWERY - GRAIN REMOVAL STATOR | SLP / 7 | 3,343.38 | 0.00 | 3,343.38 | 0.00 | 3,343.38 | 0.00 |
| 4/1/2013 | BREWERY - PORTABLE CENTRIFUGE PUMP | SLP / 7 | 4,615.98 | 0.00 | 4,615.98 | 0.00 | 4,615.98 | 0.00 |
| 5/1/2013 | BREWERY - LABELER REBUILD | SLP / 7 | 21,551.10 | 0.00 | 21,551.10 | 0.00 | 21,551.10 | 0.00 |
| 5/1/2013 | BREWERY - CHILLER REBUILD | SLP / 7 | 12,871.00 | 0.00 | 12,871.00 | 0.00 | 12,871.00 | 0.00 |
| 5/1/2013 | BREWERY - YEAST BEARD PROJECT | SLP / 7 | 4,070.53 | 0.00 | 4,070.53 | 0.00 | 4,070.53 | 0.00 |
| 6/1/2013 | BREWERY - 2 400BBL TANK FERMENTERS | SLP / 7 | 224,241.63 | 0.00 | 224,241.63 | 0.00 | 224,241.63 | 0.00 |
| 6/1/2013 | BREWERY - NANO FERMENTER FROM TYGH VALLEY | SLP / 7 | 5,423.80 | 0.00 | 5,423.80 | 0.00 | 5,423.80 | 0.00 |
| 7/1/2013 | BREWERY - CENTRIFUGE | SLP / 7 | 628,734.98 | 0.00 | 628,734.98 | 0.00 | 628,734.98 | 0.00 |
| 8/1/2013 | BREWERY - CO2 UPGRADE | SLP / 7 | 19,779.14 | 0.00 | 19,779.14 | 0.00 | 19,779.14 | 0.00 |
| 8/1/2013 | BREWERY - VAULT PUMP | SLP / 7 | 1,520.00 | 0.00 | 1,520.00 | 0.00 | 1,520.00 | 0.00 |
| 8/1/2013 | BREWERY - GRAIN PUMP | SLP / 7 | 3,460.00 | 0.00 | 3,460.00 | 0.00 | 3,460.00 | 0.00 |
| 8/1/2013 | BREWERY - LAUTER TUN PISTON | SLP / 7 | 2,231.21 | 0.00 | 2,231.21 | 0.00 | 2,231.21 | 0.00 |
| 9/1/2013 | BREWERY - LABLER REBUILD | SLP / 7 | 10,898.87 | 0.00 | 10,898.87 | 0.00 | 10,898.87 | 0.00 |
| 9/1/2013 | BREWERY - BREW SYSTEM TOUCH SCREEN | SLP / 7 | 2,257.00 | 0.00 | 2,257.00 | 0.00 | 2,257.00 | 0.00 |
| 9/1/2013 | BREWERY - KEG STEAM WASHER | SLP / 7 | 4,238.00 | 0.00 | 4,238.00 | 0.00 | 4,238.00 | 0.00 |
| 10/1/2013 | BREWERY - JOCKEY BOXES | SLP / 7 | 7,134.34 | 0.00 | 7,134.34 | 0.00 | 7,134.34 | 0.00 |
| 11/1/2013 | BREWERY - BREWHOUSE COMPUTER | SLP / 7 | 6,210.00 | 0.00 | 6,210.00 | 0.00 | 6,210.00 | 0.00 |
| 11/1/2013 | BREWERY - NEW LABELER | SLP / 7 | 6,360.00 | 0.00 | 6,360.00 | 0.00 | 6,360.00 | 0.00 |
| 11/1/2013 | BREWERY - SPARE PARTS | SLP / 7 | 22,946.58 | 0.00 | 22,946.58 | 0.00 | 22,946.58 | 0.00 |
| 11/1/2013 | BREWERY - KEG LINE KEG LIFT | SLP / 7 | 19,180.00 | 0.00 | 19,180.00 | 0.00 | 19,180.00 | 0.00 |

| Date | Description | Code | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11/1/2013 | BREWERY - GRAIN PUMP | SLP / 7 | 15,389.47 | 0.00 | 15,389.47 | 0.00 | 15,389.47 | 0.00 |
| 12/1/2013 | BREWERY - KEG VALVES - 300 PCS | SLP / 7 | 6,447.00 | 0.00 | 6,447.00 | 0.00 | 6,447.00 | 0.00 |
| 12/1/2013 | BREWERY - KEGGING LINE | SLP / 7 | 383,826.06 | 0.00 | 383,826.06 | 0.00 | 383,826.06 | 0.00 |
| 12/1/2013 | BREWERY - FERMENTERS from TYGH VALLEY | SLP / 7 | 2,253.53 | 0.00 | 2,253.53 | 0.00 | 2,253.53 | 0.00 |
| 2/1/2014 | BREWERY - ROASTER HOOD | SLP / 7 | 2,379.23 | 0.00 | 2,379.23 | 0.00 | 2,379.23 | 0.00 |
| 2/1/2014 | BREWERY - STATOR FOR ELECTRIC MOTOR | SLP / 7 | 3,346.65 | 0.00 | 3,346.65 | 0.00 | 3,346.65 | 0.00 |
| 3/1/2014 | BREWERY - 14 STAGE PUMP | SLP / 7 | 2,345.26 | 0.00 | 2,345.26 | 0.00 | 2,345.26 | 0.00 |
| 3/1/2014 | BREWERY - BOTTLE LINE SPARE PART SUPPLY | SLP / 7 | 11,329.25 | 0.00 | 11,329.25 | 0.00 | 11,329.25 | 0.00 |
| 3/1/2014 | BREWERY - CO2 PANEL EXPANSION | SLP / 7 | 2,245.52 | 0.00 | 2,245.52 | 0.00 | 2,245.52 | 0.00 |
| 3/1/2014 | BREWERY - REDUCER MOTOR | SLP / 7 | 2,066.83 | 0.00 | 2,066.83 | 0.00 | 2,066.83 | 0.00 |
| 3/1/2014 | BREWERY - CONVEYOR REPAD | SLP / 7 | 2,472.81 | 0.00 | 2,472.81 | 0.00 | 2,472.81 | 0.00 |
| 3/1/2014 | BREWERY - LAB CABINETS | SLP / 7 | 2,069.65 | 0.00 | 2,069.65 | 0.00 | 2,069.65 | 0.00 |
| 4/1/2014 | BREWERY - 3 EYE WASH STATIONS | SLP / 7 | 2,800.00 | 0.00 | 2,800.00 | 0.00 | 2,800.00 | 0.00 |
| 4/1/2014 | BREWERY - FINAL KEGGING LINE | SLP / 7 | 10,591.00 | 0.00 | 10,591.00 | 0.00 | 10,591.00 | 0.00 |
| 8/1/2014 | BREWERY - BEER TRANSFER PUMP | SLP / 7 | 1,928.74 | 0.00 | 1,928.74 | 0.00 | 1,928.74 | 0.00 |
| 8/1/2014 | BREWERY - BUILDING SIGNAGE | SLP / 7 | 2,355.00 | 0.00 | 2,355.00 | 0.00 | 2,355.00 | 0.00 |
| 8/1/2014 | BREWERY - GOULDS PUMPS QTY 2 | SLP / 7 | 1,786.80 | 0.00 | 1,786.80 | 0.00 | 1,786.80 | 0.00 |
| 8/1/2014 | BREWERY - TOYOTA PALLET JACK | SLP / 7 | 2,999.00 | 0.00 | 2,999.00 | 0.00 | 2,999.00 | 0.00 |
| 8/1/2014 | BREWERY - PALLET WRAPPING MACHINE | SLP / 7 | 27,451.90 | 0.00 | 27,451.90 | 0.00 | 27,451.90 | 0.00 |
| 8/1/2014 | BREWERY - SILO REPAINT | SLP / 7 | 19,125.00 | 0.00 | 19,125.00 | 0.00 | 19,125.00 | 0.00 |
| 9/1/2014 | BREWERY - DOSEATRON PUMP | SLP / 5 | 1,565.00 | 0.00 | 1,565.00 | 0.00 | 1,565.00 | 0.00 |
| 9/1/2014 | BREWERY - PORTABLE PUMP | SLP / 5 | 2,293.48 | 0.00 | 2,293.48 | 0.00 | 2,293.48 | 0.00 |
| 9/1/2014 | BREWERY - VACUUM PACKING MACHINE | SLP / 5 | 1,647.11 | 0.00 | 1,647.11 | 0.00 | 1,647.11 | 0.00 |
| 10/1/2014 | BREWERY - 35 275 GAL TOTES | SLP / 5 | 7,135.50 | 0.00 | 7,135.50 | 0.00 | 7,135.50 | 0.00 |
| 11/1/2014 | BREWERY - GRAIN PUMP | SLP / 5 | 3,426.77 | 0.00 | 3,426.77 | 0.00 | 3,426.77 | 0.00 |
| 12/1/2014 | BREWERY - 3 - 200BBL FERMENTERS | SLP / 10 | 195,008.50 | 0.00 | 195,008.50 | 17,875.78 | 195,008.50 | 0.00 |
| 12/1/2014 | BREWERY - CO2 TANK FARM ADDITION | SLP / 5 | 17,787.00 | 0.00 | 17,787.00 | 0.00 | 17,787.00 | 0.00 |
| 12/1/2014 | BREWERY - BREWERY BUILDING SIGN | SLP / 5 | 2,355.00 | 0.00 | 2,355.00 | 0.00 | 2,355.00 | 0.00 |
| 12/1/2014 | BREWERY - 1440 15.5 GAL KEGS (originally booked as 13.2, corrected6/2018) | SLP / 5 | 91,622.00 | 0.00 | 91,622.00 | 0.00 | 91,622.00 | 0.00 |
| 12/1/2014 | BREWERY - PHASE 3 ELECTRICAL TRANSFORMERS | SLP / 5 | 40,660.51 | 0.00 | 40,660.51 | 0.00 | 40,660.51 | 0.00 |
| 12/1/2014 | BREWERY - KEGGING LINE FINAL | SLP / 5 | 32,196.95 | 0.00 | 32,196.95 | 0.00 | 32,196.95 | 0.00 |
| 12/1/2014 | BREWERY - BLACK LIQUOR PROJECT | SLP / 5 | 2,300.00 | 0.00 | 2,300.00 | 0.00 | 2,300.00 | 0.00 |
| 12/1/2014 | BREWERY - KEG WASHING STATION | SLP / 5 | 32,754.13 | 0.00 | 32,754.13 | 0.00 | 32,754.13 | 0.00 |
| 12/1/2014 | BREWERY - TANK FARM CHILLERS | SLP / 5 | 131,815.00 | 0.00 | 131,815.00 | 0.00 | 131,815.00 | 0.00 |
| 12/1/2014 | BREWERY - GLYCHOL SYSTEM ADDITION | SLP / 5 | 27,264.00 | 0.00 | 27,264.00 | 0.00 | 27,264.00 | 0.00 |
| 12/1/2014 | BREWERY - CARBONATION SYSTEM ATTACHED TO CENTRIFUGE | SLP / 5 | 20,315.29 | 0.00 | 20,315.29 | 0.00 | 20,315.29 | 0.00 |
| 3/1/2015 | BREWERY - NANO FERMENTER | SLP / 5 | 3,485.00 | 0.00 | 3,485.00 | 0.00 | 3,485.00 | 0.00 |
| 3/1/2015 | BREWERY - WOOD ROOM MOVE | SLP / 5 | 7,358.94 | 0.00 | 7,358.94 | 0.00 | 7,358.94 | 0.00 |
| 3/1/2015 | BREWERY - 2 NANO BLENDING TANKS | SLP / 5 | 4,345.62 | 0.00 | 4,345.62 | 0.00 | 4,345.62 | 0.00 |
| 3/1/2015 | BREWERY - NEW 2014 COOLER | SLP / 5 | 207,919.26 | 0.00 | 207,919.26 | 0.00 | 207,919.26 | 0.00 |
| 3/1/2015 | BREWERY - HOT WATER SYSTEM PUMP UPGRADE | SLP / 5 | 18,859.00 | 0.00 | 18,859.00 | 0.00 | 18,859.00 | 0.00 |
| 3/1/2015 | BREWERY - 5L KEG HAND FILLER | SLP / 5 | 1,887.32 | 0.00 | 1,887.32 | 0.00 | 1,887.32 | 0.00 |
| 4/1/2015 | BREWERY - COOLER MOVE FINAL | SLP / 5 | 51,165.25 | 0.00 | 51,165.25 | 0.00 | 51,165.25 | 0.00 |
| 4/1/2015 | BREWERY - RELOCATE CO2 EQUIPMENT | SLP / 5 | 21,622.00 | 0.00 | 21,622.00 | 0.00 | 21,622.00 | 0.00 |
| 6/1/2015 | BREWERY - DUST SYSTEM | SLP / 5 | 31,026.50 | 0.00 | 31,026.50 | 0.00 | 31,026.50 | 0.00 |
| 6/1/2015 | BREWERY - SEEPEX STATOR | SLP / 5 | 3,778.67 | 0.00 | 3,778.67 | 0.00 | 3,778.67 | 0.00 |
| 7/1/2015 | BREWERY - PRESSURE WASHER | SLP / 5 | 4,867.52 | 0.00 | 4,867.52 | 0.00 | 4,867.52 | 0.00 |
| 7/1/2015 | BREWERY - 2 BIG ASS BARRELS 2ND ROUND | SLP / 7 | 89,082.59 | 0.00 | 89,082.59 | 0.00 | 89,082.59 | 0.00 |
| 8/1/2015 | BREWERY - PUMP SANITIZING CART | SLP / 7 | 4,501.30 | 0.00 | 4,501.30 | 0.00 | 4,501.30 | 0.00 |
| 8/1/2015 | BREWERY - 2015 BOTTLE LINE | SLP / 7 | 1,934,567.00 | 0.00 | 1,934,567.00 | 0.00 | 1,934,567.00 | 0.00 |
| 8/1/2015 | BREWERY - 2015 BOTTLE LINE | MA200 / 7 | 600,000.00 | 0.00 | 600,000.00 | 0.00 | 600,000.00 | 0.00 |
| 9/1/2015 | BREWERY - BREWERY DRAIN | SLP / 7 | 2,972.00 | 0.00 | 2,972.00 | 0.00 | 2,972.00 | 0.00 |
| 9/1/2015 | BREWERY - BREWHAUS SEEPEX STATOR | SLP / 7 | 3,768.20 | 0.00 | 3,768.20 | 0.00 | 3,768.20 | 0.00 |
| 9/1/2015 | BREWERY - LAB THERMOCYCLER & CENTRIFUGE | SLP / 7 | 10,650.00 | 0.00 | 10,650.00 | 0.00 | 10,650.00 | 0.00 |
| 9/1/2015 | BREWERY - DOSATRON DISPENSER | SLP / 7 | 1,935.00 | 0.00 | 1,935.00 | 0.00 | 1,935.00 | 0.00 |
| 9/1/2015 | BREWERY - SPENT GRAIN VALVE | SLP / 7 | 3,237.84 | 0.00 | 3,237.84 | 0.00 | 3,237.84 | 0.00 |
| 9/1/2015 | BREWERY - LASER MARKING SYSTEM | SLP / 7 | 15,113.83 | 0.00 | 15,113.83 | 0.00 | 15,113.83 | 0.00 |
| 9/1/2015 | BREWERY - CENTRIFUGE | SLP / 7 | 16,906.67 | 0.00 | 16,906.67 | 0.00 | 16,906.67 | 0.00 |
| 10/1/2015 | BREWERY - PLASTIC KEG INTRO ARM FOR KEG MACHINE | SLP / 5 | 1,718.50 | 0.00 | 1,718.50 | 0.00 | 1,718.50 | 0.00 |
| 10/1/2015 | BREWERY - WOOD ROOM WATER PIPING | SLP / 5 | 5,950.00 | 0.00 | 5,950.00 | 0.00 | 5,950.00 | 0.00 |
| 11/1/2015 | BREWERY - HYGIA IMPELLER PUMP | SLP / 10 | 1,728.24 | 0.00 | 1,728.24 | 172.82 | 1,584.18 | 144.06 |
| 12/1/2015 | BREWERY - WOOD ROOM CHILLERS | SLP / 5 | 14,300.00 | 0.00 | 14,300.00 | 0.00 | 14,300.00 | 0.00 |
| 12/1/2015 | BREWERY - DRY HOP PORTS ON FERMENTERS | SLP / 7 | 2,546.38 | 0.00 | 2,546.38 | 0.00 | 2,546.38 | 0.00 |
| 3/1/2016 | BREWERY - LAB - O2 METER | SLP / 7 | 10,329.06 | 0.00 | 10,329.06 | 0.00 | 10,329.06 | 0.00 |
| 3/1/2016 | BREWERY - LAB - DENSITY METER | SLP / 7 | 41,539.00 | 0.00 | 41,539.00 | 0.00 | 41,539.00 | 0.00 |
| 3/1/2016 | BREWERY - LAB - CO2 METER | SLP / 7 | 23,340.55 | 0.00 | 23,340.55 | 0.00 | 23,340.55 | 0.00 |
| 3/1/2016 | BREWERY - LAB - METER | SLP / 7 | 7,680.35 | 0.00 | 7,680.35 | 0.00 | 7,680.35 | 0.00 |
| 3/1/2016 | BREWERY - FLOW METER | SLP / 7 | 7,287.31 | 0.00 | 7,287.31 | 0.00 | 7,287.31 | 0.00 |
| 3/1/2016 | BREWERY - FILLER UPGRADE | SLP / 7 | 15,900.00 | 0.00 | 15,900.00 | 0.00 | 15,900.00 | 0.00 |
| 3/1/2016 | BREWERY - PUMP | SLP / 7 | 1,620.27 | 0.00 | 1,620.27 | 0.00 | 1,620.27 | 0.00 |
| 3/1/2016 | BREWERY - 1 LTR KEG FILLER | SLP / 7 | 23,490.43 | 0.00 | 23,490.43 | 0.00 | 23,490.43 | 0.00 |
| 3/1/2016 | BREWERY - HEAT EXCHANGER | SLP / 7 | 2,070.30 | 0.00 | 2,070.30 | 0.00 | 2,070.30 | 0.00 |
| 5/1/2016 | BREWERY - PNEUMATIC ACCUATOR | SLP / 7 | 1,623.64 | 0.00 | 1,623.64 | 0.00 | 1,623.64 | 0.00 |
| 6/1/2016 | BREWERY - BOTTLE LINE VACUUM PUMP | SLP / 7 | 7,302.72 | 0.00 | 7,302.72 | 0.00 | 7,302.72 | 0.00 |
| 6/1/2016 | BREWERY - TOYOTA USED FORKLIFT | SLP / 7 | 18,500.00 | 0.00 | 18,500.00 | 0.00 | 18,500.00 | 0.00 |
| 8/1/2016 | BREWERY - EZ DRAIN STAINLESS SINK | SLP / 7 | 2,014.39 | 0.00 | 2,014.39 | 0.00 | 2,014.39 | 0.00 |
| 9/1/2016 | BREWERY - HOT BOX | SLP / 7 | 9,815.00 | 0.00 | 9,815.00 | 0.00 | 9,815.00 | 0.00 |
| 9/1/2016 | BREWERY - TWO BREWING PUMPS | SLP / 7 | 4,292.80 | 0.00 | 4,292.80 | 0.00 | 4,292.80 | 0.00 |
| 9/1/2016 | BREWERY - GRAINHOUSE STATOR | SLP / 7 | 4,050.83 | 0.00 | 4,050.83 | 0.00 | 4,050.83 | 0.00 |
| 9/1/2016 | BREWERY - BEER PASTEURIZER | SLP / 7 | 21,592.69 | 0.00 | 21,592.69 | 0.00 | 21,592.69 | 0.00 |
| 9/1/2016 | BREWERY - FILLER UPGRADE | SLP / 7 | 39,937.78 | 0.00 | 39,937.78 | 0.00 | 39,937.78 | 0.00 |
| 9/1/2016 | BREWERY - ADD ON TO 1 LTR BBL FILLER | SLP / 7 | 7,495.61 | 0.00 | 7,495.61 | 0.00 | 7,495.61 | 0.00 |
| 9/1/2016 | BREWERY - JOHN'S 5 BBL BREW SYSTEM | SLP / 7 | 67,040.73 | 0.00 | 67,040.73 | 0.00 | 67,040.73 | 0.00 |
| 9/1/2016 | BREWERY - LIGHTING - NOT ATTACHED TO BUILDING | SLP / 7 | 3,108.00 | 0.00 | 3,108.00 | 0.00 | 3,108.00 | 0.00 |
| 9/1/2016 | BREWERY - TRAY FORMER | SLP / 7 | 14,750.00 | 0.00 | 14,750.00 | 0.00 | 14,750.00 | 0.00 |
| 9/1/2016 | BREWERY - TWO JACKETED FERMENTERS | SLP / 7 | 7,130.00 | 0.00 | 7,130.00 | 0.00 | 7,130.00 | 0.00 |
| 10/1/2016 | BREWERY - GLYCHOL LINE NEAR OFFICE UPGRADE | SLP / 7 | 30,556.00 | 0.00 | 30,556.00 | 0.00 | 30,556.00 | 0.00 |
| 11/1/2016 | BREWERY - GRAIN MILL PARTS UPGRADE | SLP / 7 | 1,521.90 | 0.00 | 1,521.90 | 0.00 | 1,521.90 | 0.00 |
| 12/1/2016 | BREWERY - BREWHOUSE COMPUTER MODULE | SLP / 7 | 1,523.00 | 0.00 | 1,523.00 | 0.00 | 1,523.00 | 0.00 |
| 12/1/2016 | BREWERY - SPIRAL CASE CONVEYOR | SLP / 7 | 16,110.00 | 0.00 | 16,110.00 | 0.00 | 16,110.00 | 0.00 |
| 12/1/2016 | BREWERY - BACK LABEL RETRO FIT BOTTLING LINE | SLP / 7 | 50,416.34 | 0.00 | 50,416.34 | 0.00 | 50,416.34 | 0.00 |
| 12/1/2016 | BREWERY - 1020 1/6 BBL KEGS 960 REMAINING | SLP / 7 | 55,393.30 | 0.00 | 55,393.30 | 0.00 | 55,393.30 | 0.00 |
| 12/1/2016 | BREWERY - 1020 1/6 BBL KEGS 2ND SHIPMENT | SLP / 7 | 58,951.30 | 0.00 | 58,951.30 | 0.00 | 58,951.30 | 0.00 |
| 12/1/2016 | BREWERY - SAMPLING STATION | SLP / 7 | 3,600.00 | 0.00 | 3,600.00 | 0.00 | 3,600.00 | 0.00 |

| Date | Description | Code | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12/1/2016 | BREWERY - JOHN'S 5BBL BREW SYSTEM FINAL | SLP / 7 | 47,448.78 | 0.00 | 47,448.78 | 0.00 | 47,448.78 | 0.00 |
| 12/1/2016 | BREWERY - PHASE 5 INTERIOR FIXTURES - LIGHTING & FIRE SUPPRESSION | SLP / 7 | 140,827.00 | 0.00 | 140,827.00 | 0.00 | 140,827.00 | 0.00 |
| 12/1/2016 | BREWERY - 2380 1/6 BBL KEGS | SLP / 7 | 124,390.00 | 0.00 | 124,390.00 | 0.00 | 124,390.00 | 0.00 |
| 12/1/2016 | BREWERY - CANNING LINE SYSTEM | SLP / 7 | 369,806.47 | 0.00 | 369,806.47 | 0.00 | 369,806.47 | 0.00 |
| 3/1/2017 | BREWERY - FILLER RETROFIT | SLP / 5 | 102,971.12 | 0.00 | 102,971.12 | 0.00 | 102,971.12 | 0.00 |
| 3/1/2017 | BREWERY - 2 FERMENTORS FROM ISSAQUAH | SLP / 5 | 17,332.00 | 0.00 | 17,332.00 | 0.00 | 17,332.00 | 0.00 |
| 3/1/2017 | BREWERY - CANNING LINE INSTALL | SLP / 5 | 32,958.91 | 0.00 | 32,958.91 | 0.00 | 32,958.91 | 0.00 |
| 3/1/2017 | BREWERY - PHASE 5 EXTERIOR LIGHTING | SLP / 5 | 4,168.00 | 0.00 | 4,168.00 | 0.00 | 4,168.00 | 0.00 |
| 3/1/2017 | BREWERY - SPRINKLER VALVE REPLACEMENT | SLP / 5 | 5,237.00 | 0.00 | 5,237.00 | 0.00 | 5,237.00 | 0.00 |
| 5/1/2017 | BREWERY - AIRCOMPRESSOR | SLP / 5 | 2,149.00 | 0.00 | 2,149.00 | 0.00 | 2,149.00 | 0.00 |
| 6/1/2017 | BREWERY - WASTE WATER MONITORING SYSTEM | SLP / 5 | 36,340.31 | 0.00 | 36,340.31 | 0.00 | 36,340.31 | 0.00 |
| 6/1/2017 | BREWERY - BLACK LABELER INSTALL | SLP / 5 | 16,246.40 | 0.00 | 16,246.40 | 0.00 | 16,246.40 | 0.00 |
| 6/1/2017 | BREWERY - KEG FILLER FILTER | SLP / 7 | 22,278.46 | 0.00 | 22,278.46 | 1,326.08 | 22,278.46 | 0.00 |
| 6/1/2017 | BREWERY - DUAL LINE CAN INVERTER | SLP / 7 | 6,275.00 | 0.00 | 6,275.00 | 0.00 | 6,275.00 | 0.00 |
| 6/1/2017 | BREWERY - GLYCHOL CHILLER | SLP / 7 | 55,000.00 | 0.00 | 55,000.00 | 3,273.83 | 55,000.00 | 0.00 |
| 6/1/2017 | BREWERY - 1666 1/6BBLs KEGS | SLP / 7 | 91,382.20 | 0.00 | 91,382.20 | 5,439.42 | 91,382.20 | 0.00 |
| 6/1/2017 | BREWERY - JOHNS BREW SYSTEM FINAL | SLP / 7 | 6,104.05 | 0.00 | 6,104.05 | 363.32 | 6,104.05 | 0.00 |
| 6/1/2017 | BREWERY - CAN LINE INSTALL FINAL | SLP / 7 | 4,319.32 | 0.00 | 4,319.32 | 257.08 | 4,319.32 | 0.00 |
| 6/1/2017 | BREWERY - CAN LINE COMPRESSOR | SLP / 7 | 3,769.52 | 0.00 | 3,769.52 | 224.39 | 3,769.52 | 0.00 |
| 6/1/2017 | BREWERY - PALLET RACK SHELF & BEAM | SLP / 7 | 2,170.00 | 0.00 | 2,170.00 | 129.17 | 2,170.00 | 0.00 |
| 6/1/2017 | BREWERY - PUMP CART | SLP / 7 | 2,913.39 | 0.00 | 2,913.39 | 173.41 | 2,913.39 | 0.00 |
| 7/1/2017 | BREWERY - BREW SYSTEM TOUCH SCREEN | SLP / 5 | 1,826.75 | 0.00 | 1,826.75 | 0.00 | 1,826.75 | 0.00 |
| 8/1/2017 | BREWERY - HOTWATER PUMP & CONTROLS | SLP / 5 | 3,302.50 | 0.00 | 3,302.50 | 0.00 | 3,302.50 | 0.00 |
| 8/1/2017 | BREWERY - VACUUM PUMP ROGERS MACHINERY | SLP / 5 | 4,538.95 | 0.00 | 4,538.95 | 0.00 | 4,538.95 | 0.00 |
| 8/1/2017 | BREWERY - GRAIN OUT CONVEYOR | SLP / 5 | 2,262.17 | 0.00 | 2,262.17 | 0.00 | 2,262.17 | 0.00 |
| 8/1/2017 | BREWERY - 1/6 BBL KEGS - 714 PIECES | SLP / 5 | 39,163.80 | 0.00 | 39,163.80 | 0.00 | 39,163.80 | 0.00 |
| 9/1/2017 | BREWERY - GRINDER PUMP FOR SEWER | SLP / 5 | 2,453.28 | 0.00 | 2,453.28 | 0.00 | 2,453.28 | 0.00 |
| 9/1/2017 | BREWERY - GEAR MOTOR FOR LAUDERTON | SLP / 5 | 2,287.74 | 0.00 | 2,287.74 | 0.00 | 2,287.74 | 0.00 |
| 10/1/2017 | BREWERY - CLEAN DOOR DEVICE FOR COOLER | SLP / 5 | 1,641.87 | 0.00 | 1,641.87 | 0.00 | 1,641.87 | 0.00 |
| 11/1/2017 | BREWERY - BOTTLE LINE CONVEYOR MOTOR REPLACEMENT | SLP / 5 | 2,063.51 | 0.00 | 2,063.51 | 0.00 | 2,063.51 | 0.00 |
| 12/1/2017 | BREWERY - BOTTLE LINE GEAR BOX | SLP / 5 | 7,131.37 | 0.00 | 7,131.37 | 0.00 | 7,131.37 | 0.00 |
| 12/1/2017 | BREWERY - BOTTLE STATION AIRLINE | SLP / 5 | 6,479.45 | 0.00 | 6,479.45 | 0.00 | 6,479.45 | 0.00 |
| 12/1/2017 | BREWERY - YEAST BRINK | SLP / 5 | 40,000.00 | 0.00 | 40,000.00 | 0.00 | 40,000.00 | 0.00 |
| 12/1/2017 | BREWERY - PERFECT PITCH | SLP / 5 | 36,969.31 | 0.00 | 36,969.31 | 0.00 | 36,969.31 | 0.00 |
| 12/1/2017 | BREWERY - LIQUID HOLDING TANK | SLP / 5 | 8,300.00 | 0.00 | 8,300.00 | 0.00 | 8,300.00 | 0.00 |
| 3/1/2018 | BREWERY - TURBITY SENSOR | SLP / 5 | 3,703.51 | 0.00 | 3,703.51 | 0.00 | 3,703.51 | 0.00 |
| 6/1/2018 | BREWERY - ABER COUNTSTAR YEAST COUNTER | SLP / 5 | 3,500.00 | 0.00 | 3,500.00 | 0.00 | 3,500.00 | 0.00 |
| 7/1/2018 | BREWERY - FLOW METER | SLP / 5 | 5,263.44 | 0.00 | 5,263.44 | 0.00 | 5,263.44 | 0.00 |
| 7/1/2018 | BREWERY - 1000 PCS USED SIXTEL KEGS | SLP / 5 | 41,546.05 | 0.00 | 41,546.05 | 0.00 | 41,546.05 | 0.00 |
| 7/1/2018 | BREWERY - GLYCHOL CHILLER UPGRADE | SLP / 5 | 101,934.70 | 0.00 | 101,934.70 | 0.00 | 101,934.70 | 0.00 |
| 8/1/2018 | BREWERY - SEEPEX PUMP | SLP / 5 | 17,612.25 | 0.00 | 17,612.25 | 0.00 | 17,612.25 | 0.00 |
| 8/1/2018 | BREWERY - 2018 CANNING LINE UPGRADE | SLP / 10 | 725,123.60 | 0.00 | 725,123.60 | 72,512.36 | 465,287.64 | 259,835.96 |
| 10/1/2018 | BREWERY - CAN LINE STRAINER | SLP / 5 | 7,190.21 | 0.00 | 7,190.21 | 0.00 | 7,190.21 | 0.00 |
| 10/1/2018 | BREWERY - CAN LINE SEAM STRIPPER | SLP / 3 | 3,225.15 | 0.00 | 3,225.15 | 0.00 | 3,225.15 | 0.00 |
| 11/1/2018 | BREWERY - CIP RECLAMATION SKID SYSTEM | SLP / 5 | 220,327.11 | 0.00 | 220,327.11 | 0.00 | 220,327.11 | 0.00 |
| 12/1/2018 | BREWERY - OIL HEATER | SLP / 5 | 3,137.02 | 0.00 | 3,137.02 | 0.00 | 3,137.02 | 0.00 |
| 12/1/2018 | BREWERY - CAN LINE FILLER SEALER | SLP / 5 | 21,779.89 | 0.00 | 21,779.89 | 0.00 | 21,779.89 | 0.00 |
| 12/1/2018 | BREWERY - 2380 1/6 BBL GOPHER G4 KEGS | SLP / 5 | 137,075.00 | 0.00 | 137,075.00 | 0.00 | 137,075.00 | 0.00 |
| 3/1/2019 | BREWERY - BRAUKON GRAIN MILL ROLLERS | SLP / 5 | 21,924.11 | 0.00 | 21,924.11 | 730.81 | 21,924.11 | 0.00 |
| 3/1/2019 | BREWERY - LAB EQUIPMENT | SLP / 5 | 4,235.20 | 0.00 | 4,235.20 | 141.17 | 4,235.20 | 0.00 |
| 3/1/2019 | BREWERY - USED FORKLIFT [LKA000003]=TRADE IN ASSET | SLP / 5 | 9,195.00 | 0.00 | 9,195.00 | 306.50 | 9,195.00 | 0.00 |
| 3/1/2019 | BREWERY - USED FORKLIFT [LKA000004] =TRADE IN | SLP / 5 | 15,445.00 | 0.00 | 15,445.00 | 514.83 | 15,445.00 | 0.00 |
| 4/1/2019 | BREWERY - 60 USED GOPHER KEGS | SLP / 5 | 2,040.00 | 0.00 | 2,040.00 | 0.00 | 2,040.00 | 0.00 |
| 5/1/2019 | BREWERY - LAB METER | SLP / 5 | 12,445.45 | 0.00 | 12,445.45 | 829.70 | 12,445.45 | 0.00 |
| 6/1/2019 | BREWERY - DEHUMIDIFIER | SLP / 5 | 1,744.90 | 0.00 | 1,744.90 | 145.41 | 1,744.90 | 0.00 |
| 7/1/2019 | BREWERY - WILD GOOSE 250 SINGLE SEAMER BASE DEPALLETIZER | SLP / 7 | 87,000.00 | 0.00 | 87,000.00 | 12,428.57 | 68,357.14 | 18,642.86 |
| 9/30/2019 | BREWERY - DRY HOP SKID | SLP / 5 | 35,000.00 | 0.00 | 35,000.00 | 4,666.67 | 35,000.00 | 0.00 |
| 9/30/2019 | BREWERY - 19OZ DROP TWIST TOOL | SLP / 5 | 3,297.00 | 0.00 | 3,297.00 | 439.60 | 3,297.00 | 0.00 |
| 10/1/2019 | BREWERY - LAB INCUBATOR | SLP / 5 | 4,527.76 | 0.00 | 4,527.76 | 679.17 | 4,527.76 | 0.00 |
| 11/1/2019 | BREWERY - PASTEURIZER | SLP / 5 | 203,834.60 | 0.00 | 203,834.60 | 33,972.43 | 203,834.60 | 0.00 |
| 11/1/2019 | BREWERY - LAB EQUIPMENT UPGRADE | SLP / 5 | 18,355.42 | 0.00 | 18,355.42 | 3,059.25 | 18,355.42 | 0.00 |
| 11/1/2019 | BREWERY - COOLER SPRINKLER | SLP / 5 | 33,333.00 | 0.00 | 33,333.00 | 5,555.50 | 33,333.00 | 0.00 |
| 11/1/2019 | BREWERY - RINSE CAGE | SLP / 5 | 4,226.53 | 0.00 | 4,226.53 | 704.41 | 4,226.53 | 0.00 |
| 12/1/2019 | BREWERY - SOUR BEER BOTTLE FILLER | SLP / 5 | 1,999.99 | 0.00 | 1,999.99 | 366.66 | 1,999.99 | 0.00 |
| 12/1/2019 | BREWERY - PASTUERIZER STEAMLINE | SLP / 5 | 8,734.21 | 0.00 | 8,734.21 | 1,601.28 | 8,734.21 | 0.00 |
| 12/1/2019 | BREWERY - CLEAR BLU WASTEWATER TREATMENT PLANT | SLP / 5 | 635,154.15 | 0.00 | 635,154.15 | 116,444.93 | 635,154.15 | 0.00 |
| 12/1/2019 | BREWERY - VICINITY PRODUCTION SOFTWARE | SLP / 5 | 73,012.50 | 0.00 | 73,012.50 | 13,385.62 | 73,012.50 | 0.00 |
| 4/1/2020 | BREWERY - NANO SYSTEM FROM ISSY | SLP / 5 | 1,500.00 | 0.00 | 1,500.00 | 300.00 | 1,425.00 | 75.00 |
| 5/1/2020 | BREWERY - FLOW METER FOR SOUR TANKS | SLP / 5 | 9,052.89 | 0.00 | 9,052.89 | 1,810.58 | 8,449.37 | 603.52 |
| 8/1/2020 | BREWERY - KEGS - BLEFA 1/6 BBL 666 PCS | MA200 / 5 | 32,496.80 | 0.00 | 32,496.80 | 3,743.63 | 30,624.98 | 1,871.82 |
| 8/1/2020 | BREWERY - KEGS - GOPHER 1/6 BBL 900 PCS | MA200 / 5 | 46,800.00 | 0.00 | 46,800.00 | 5,391.36 | 44,104.32 | 2,695.68 |
| 10/1/2020 | BREWERY - CAN LINE LABELER | MA200 / 7 | 16,400.00 | 0.00 | 16,400.00 | 1,463.67 | 12,740.81 | 3,659.19 |
| 10/1/2020 | BREWERY - GLYCHOL LINE UPGRADE | MA200 / 5 | 14,239.89 | 0.00 | 14,239.89 | 1,640.43 | 13,419.67 | 820.22 |
| 10/1/2020 | BREWERY - H30 JOB BRACKET | MA200 / 5 | 3,120.00 | 0.00 | 3,120.00 | 359.43 | 2,940.29 | 179.71 |
| 10/1/2020 | BREWERY - CAN SEAMER SERVICE | MA200 / 5 | 8,249.24 | 0.00 | 8,249.24 | 950.31 | 7,774.08 | 475.16 |
| 11/1/2020 | BREWERY - PASTEURIZER FINAL | SLP / 5 | 15,389.96 | 0.00 | 15,389.96 | 3,077.99 | 12,824.96 | 2,565.00 |
| 11/1/2020 | BREWERY - LAB EQUIPMENT MISC | SLP / 5 | 13,902.00 | 0.00 | 13,902.00 | 2,780.40 | 11,585.00 | 2,317.00 |
| 11/1/2020 | BREWERY - DISCHARGE PUMP | SLP / 5 | 1,960.85 | 0.00 | 1,960.85 | 392.17 | 1,634.04 | 326.81 |
| 12/1/2020 | BREWERY - HCP CONTROL PANEL | SLP / 5 | 2,174.81 | 0.00 | 2,174.81 | 434.96 | 1,776.09 | 398.72 |
| 12/1/2020 | BREWERY - DOUBLE DIAPHRAGM AIR PUMP | SLP / 5 | 2,060.00 | 0.00 | 2,060.00 | 412.00 | 1,682.33 | 377.67 |
| 12/1/2020 | BREWERY - FLOW METER | SLP / 5 | 2,376.31 | 0.00 | 2,376.31 | 475.26 | 1,940.65 | 435.66 |
| 12/1/2020 | BREWERY - LAB EQUIPMENT LDO MOD 2 PROBE | SLP / 5 | 2,239.20 | 0.00 | 2,239.20 | 447.84 | 1,828.68 | 410.52 |
| 12/1/2020 | BREWERY - RED VALVES, MULTIPLE | SLP / 5 | 7,841.78 | 0.00 | 7,841.78 | 1,568.36 | 6,404.14 | 1,437.64 |
| 12/1/2020 | BREWERY - CLEAR BLU WASTEWATER EQUIPMENT 2020 | SLP / 5 | 26,992.64 | 0.00 | 26,992.64 | 5,398.53 | 22,044.00 | 4,948.64 |
| 6/1/2021 | BREWERY - BRAUKON FLOW METER | SLP / 5 | 4,986.20 | 0.00 | 4,986.20 | 997.24 | 3,573.44 | 1,412.76 |
| 6/1/2021 | BREWERY - 2006 NISSAN CF35LP FORK TRUCK #1207 | SLP / 5 | 5,823.00 | 0.00 | 5,823.00 | 1,164.60 | 4,173.15 | 1,649.85 |
| 7/1/2021 | BREWERY - Mueller 240 BBL Unitank with 26 PSI, 120 PSI jacket 142515-3 | SLP / 5 | 52,350.24 | 0.00 | 52,350.24 | 10,470.05 | 36,645.17 | 15,705.07 |
| 7/1/2021 | BREWERY - Mueller 240 BBL Unitank with 26 PSI, 120 PSI jacket161031-2 | SLP / 5 | 52,645.24 | 0.00 | 52,645.24 | 10,529.05 | 36,851.67 | 15,793.57 |
| 7/1/2021 | BREWERY - Mueller 240 BBL Unitank with 26 PSI, 120 PSI jacket149512-2 | SLP / 5 | 41,140.25 | 0.00 | 41,140.25 | 8,228.05 | 28,798.17 | 12,342.08 |
| 7/1/2021 | BREWERY - Mueller 240 BBL Unitank with 26 PSI, 120 PSI jacket161031-4 | SLP / 5 | 36,420.25 | 0.00 | 36,420.25 | 7,284.05 | 25,494.18 | 10,926.07 |
| 7/1/2021 | BREWERY - NEW CAN LINE TRAY PACKER | SLP / 5 | 122,935.00 | 0.00 | 122,935.00 | 24,587.00 | 86,054.70 | 36,880.50 |
| 7/1/2021 | BREWERY - 2021 NEW CAN LINE | SLP / 7 | 1,019,975.60 | 0.00 | 1,019,975.60 | 145,710.80 | 509,987.80 | 509,987.80 |
| 7/1/2021 | BREWERY - NEW CAN LINE AIR COMPRESSOR | SLP / 5 | 35,275.10 | 0.00 | 35,275.10 | 7,055.02 | 24,692.57 | 10,582.53 |
| 7/1/2021 | BREWERY - NEW CAN LINE SLEEK CAN SCALES & RINSE CAGE | SLP / 5 | 27,376.31 | 0.00 | 27,376.31 | 5,475.26 | 19,163.41 | 8,212.90 |

| Date | | Description | Code | | | | | |
|---|---|---|---|---|---|---|---|---|
| 7/1/2021 | | BREWERY - NEW CAN LINE SEAMER CAN OPTION KIT | SLP / 5 | 65,016.44 | 0.00 | 65,016.44 | 13,003.29 | 45,511.51 | 19,504.93 |
| 8/1/2021 | | BREWERY - Ripley 3 BBL Utility Tank on Castoers 15PSI Rating | SLP / 5 | 2,303.50 | 0.00 | 2,303.50 | 460.70 | 1,574.06 | 729.44 |
| 8/1/2021 | | BREWERY - Est 3 BBL Yeast Pitch Tank with Agitator | SLP / 5 | 3,867.00 | 0.00 | 3,867.00 | 773.40 | 2,642.45 | 1,224.55 |
| 8/1/2021 | | BREWERY - Portable Transfer Pump 7.5 HP | SLP / 5 | 1,697.50 | 0.00 | 1,697.50 | 339.50 | 1,159.96 | 537.54 |
| 8/1/2021 | | BREWERY - Videojet 1520 Bottle Coder 2015 | SLP / 5 | 5,519.00 | 0.00 | 5,519.00 | 1,103.80 | 3,771.32 | 1,747.68 |
| 8/1/2021 | | BREWERY - Videojet 3020 Case Coder | SLP / 5 | 4,634.00 | 0.00 | 4,634.00 | 926.80 | 3,166.57 | 1,467.43 |
| 8/1/2021 | | BREWERY - Videojet 3020 Case Coder | SLP / 5 | 3,799.00 | 0.00 | 3,799.00 | 759.80 | 2,595.98 | 1,203.02 |
| 8/1/2021 | | BREWERY - Pneumatech | SLP / 5 | 3,731.00 | 0.00 | 3,731.00 | 746.20 | 2,549.52 | 1,181.48 |
| 8/1/2021 | | BREWERY - Kaeser Air Compressor | SLP / 5 | 5,365.00 | 0.00 | 5,365.00 | 1,073.00 | 3,666.08 | 1,698.92 |
| 12/1/2021 | | BREWERY - CAN BALER | SLP / 5 | 8,446.04 | 0.00 | 8,446.04 | 1,689.21 | 5,208.40 | 3,237.64 |
| 12/1/2021 | | BREWERY - WASTEWATER TREATMENT 2021 | SLP / 5 | 88,711.80 | 0.00 | 88,711.80 | 17,742.36 | 54,705.61 | 34,006.19 |
| 12/15/2021 | | BREWERY - 2 STEEL GRAIN SILO'S | MA200 / 7 | 45,070.00 | 0.00 | 45,070.00 | 5,644.52 | 30,958.69 | 14,111.31 |
| 12/15/2021 | | BREWERY - ESOFT BAR CODING | MA200 / 7 | 3,802.50 | 0.00 | 3,802.50 | 475.71 | 2,614.71 | 1,187.79 |
| 12/15/2021 | | BREWERY - CARTONER | MA200 / 7 | 75,659.67 | 0.00 | 75,659.67 | 9,453.52 | 52,025.87 | 23,633.80 |
| 12/15/2021 | | BREWERY - VARIETY PACK XPUSH | MA200 / 7 | 334,811.20 | 0.00 | 334,811.20 | 41,833.97 | 230,226.28 | 104,584.92 |
| 12/15/2021 | | BREWERY - PASTEURIZER | MA200 / 7 | 204,871.00 | 0.00 | 204,871.00 | 25,598.21 | 140,875.48 | 63,995.52 |
| 12/15/2021 | | BREWERY - CANLINE PHASE 2 | MA200 / 7 | 259,165.00 | 0.00 | 259,165.00 | 32,382.13 | 178,209.67 | 80,955.33 |
| 1/1/2023 | | SIGNODE APPLICATOR | MA200 / 7 | 10,290.24 | 0.00 | 10,290.24 | 2,520.06 | 3,990.09 | 6,300.15 |
| 1/1/2023 | | CO2 METER | MA200 / 7 | 20,674.00 | 0.00 | 20,674.00 | 5,063.02 | 8,016.45 | 12,657.55 |
| 1/1/2023 | | DISTILLERY LABELER | MA200 / 7 | 78,034.50 | 0.00 | 78,034.50 | 19,110.49 | 30,258.28 | 47,776.22 |
| 1/1/2023 | | WHISKEY FILLER | MA200 / 7 | 33,665.10 | 0.00 | 33,665.10 | 8,244.51 | 13,053.81 | 20,611.29 |
| 1/1/2023 | | WAREHOUSE OFFICE BUILDOUT | MA200 / 7 | 12,900.45 | 0.00 | 12,900.45 | 3,159.29 | 5,002.21 | 7,898.24 |
| 1/1/2023 | | HEAT EXCHANGER | MA200 / 7 | 13,008.63 | 0.00 | 13,008.63 | 3,185.79 | 5,044.17 | 7,964.46 |
| 1/1/2023 | | DISTILLERY FILLER DEP | MA200 / 7 | 42,347.55 | 0.00 | 42,347.55 | 10,370.83 | 16,420.48 | 25,927.07 |
| 1/1/2023 | | PALLETIZER | MA200 / 7 | 7,890.85 | 0.00 | 7,890.85 | 1,932.45 | 3,059.71 | 4,831.14 |
| 3/31/2024 | A | BREWERY - SS Vat and Hopper | SLP / 7 | 5,200.00 | 0.00 | 5,200.00 | 619.05 | 619.05 | 4,580.95 |
| 9/30/2024 | A | BREWERY - Electrical Panel Upgrade | SLP / 7 | 38,482.00 | 0.00 | 38,482.00 | 1,832.48 | 1,832.48 | 36,649.52 |
| **Totals: 1610-10 - BREWERY EQUIPMENT ( 489 assets )** | | | | **19,037,887.80** | **0.00** | **19,037,887.80** | **760,013.70** | **17,581,969.75** | **1,455,918.05** |

**Asset A/C#: 1610-36 - NEWPORT STILL**

| Date | | Description | Code | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6/1/2006 | | NEWPORT STILL - EQUIPMENT | SLP / 7 | 21,576.53 | 0.00 | 21,576.53 | 0.00 | 21,576.53 | 0.00 |
| 6/1/2006 | | NEWPORT STILL - VENDOME STILL | SLP / 7 | 51,885.00 | 0.00 | 51,885.00 | 0.00 | 51,885.00 | 0.00 |
| 6/1/2006 | | NEWPORT STILL - REMODEL (PUB) | SLP / 7 | 31,050.41 | 0.00 | 31,050.41 | 0.00 | 31,050.41 | 0.00 |
| 6/1/2006 | | NEWPORT STILL - FENCE | SLP / 7 | 2,826.00 | 0.00 | 2,826.00 | 0.00 | 2,826.00 | 0.00 |
| 6/1/2006 | | NEWPORT STILL - ISSY STILL | SLP / 7 | 14,850.34 | 0.00 | 14,850.34 | 0.00 | 14,850.34 | 0.00 |
| 11/1/2006 | | NPT STILL - FINAL STILL INSTALLATION | SLP / 7 | 5,206.66 | 0.00 | 5,206.66 | 0.00 | 5,206.66 | 0.00 |
| 11/1/2006 | | NPT STILL - WINE PRESS | SLP / 7 | 2,249.00 | 0.00 | 2,249.00 | 0.00 | 2,249.00 | 0.00 |
| 1/1/2007 | | NPT STILL GRUNDIES - 2 7-BBL GRUNDIES FROM BREW | SLP / 7 | 2,519.78 | 0.00 | 2,519.78 | 0.00 | 2,519.78 | 0.00 |
| 2/1/2007 | | STILL - SHELVING | SLP / 7 | 1,089.39 | 0.00 | 1,089.39 | 0.00 | 1,089.39 | 0.00 |
| 9/1/2008 | | NEWPORT STILL - 110 USED BOURBON BARRELS | SLP / 5 | 18,914.80 | 0.00 | 18,914.80 | 0.00 | 18,914.80 | 0.00 |
| 6/1/2009 | | NEWPORT STILL - VENDOME DOUBLER | SLP / 7 | 22,635.00 | 0.00 | 22,635.00 | 0.00 | 22,635.00 | 0.00 |
| 8/1/2009 | | NPT STILL - DOUBLER MODIFICATIONS | SLP / 7 | 6,147.50 | 0.00 | 6,147.50 | 0.00 | 6,147.50 | 0.00 |
| 8/1/2009 | | NPT STILL - BOURBON BBLS FOR AGING | SLP / 3 | 7,070.00 | 0.00 | 7,070.00 | 0.00 | 7,070.00 | 0.00 |
| 12/1/2009 | | STILL - 10 WORT STOCK | SLP / 7 | 1,520.00 | 0.00 | 1,520.00 | 0.00 | 1,520.00 | 0.00 |
| 1/1/2011 | | STILL - DENSITO SCALE | SLP / 7 | 2,900.00 | 0.00 | 2,900.00 | 0.00 | 2,900.00 | 0.00 |
| 2/1/2012 | | NEWPORT STILL - BOILER | SLP / 7 | 22,925.00 | 0.00 | 22,925.00 | 0.00 | 22,925.00 | 0.00 |
| 2/1/2012 | | STILL - STILL WORT TANK TRAILER | SLP / 7 | 4,500.00 | 0.00 | 4,500.00 | 0.00 | 4,500.00 | 0.00 |
| 7/1/2012 | | NEWPORT STILL - NEW VENDOME STILL | SLP / 7 | 169,903.46 | 0.00 | 169,903.46 | 0.00 | 169,903.46 | 0.00 |
| 8/1/2012 | | NEWPORT STILL - NEW STILL BOILER SYSTEM | SLP / 7 | 24,505.69 | 0.00 | 24,505.69 | 0.00 | 24,505.69 | 0.00 |
| 9/1/2012 | | NEWPORT STILL - STILL AGITATOR | SLP / 7 | 10,323.53 | 0.00 | 10,323.53 | 0.00 | 10,323.53 | 0.00 |
| 11/1/2012 | | NEWPORT STILL - AGITATOR | SLP / 7 | 2,600.00 | 0.00 | 2,600.00 | 0.00 | 2,600.00 | 0.00 |
| 12/1/2012 | | NPT STILL - BALANCE OF FIRE SUPPRESSION SYS | SLP / 7 | 1,265.00 | 0.00 | 1,265.00 | 0.00 | 1,265.00 | 0.00 |
| 12/1/2013 | | NEWPORT STILL - 800 GAL SS TOTE | SLP / 7 | 5,427.13 | 0.00 | 5,427.13 | 0.00 | 5,427.13 | 0.00 |
| 3/1/2014 | | STILL - FLEX DRUM PUMP | SLP / 7 | 4,485.17 | 0.00 | 4,485.17 | 0.00 | 4,485.17 | 0.00 |
| 3/1/2014 | | STILL - PLATE FILTER | SLP / 7 | 3,500.00 | 0.00 | 3,500.00 | 0.00 | 3,500.00 | 0.00 |
| 3/1/2014 | | STILL - DISTILLERY PUMP | SLP / 7 | 3,753.36 | 0.00 | 3,753.36 | 0.00 | 3,753.36 | 0.00 |
| 3/1/2014 | | STILL - 40' TANKER TRAILER | SLP / 7 | 23,720.00 | 0.00 | 23,720.00 | 0.00 | 23,720.00 | 0.00 |
| 4/1/2014 | | STILL - DENSITY METER | SLP / 7 | 2,682.00 | 0.00 | 2,682.00 | 0.00 | 2,682.00 | 0.00 |
| 4/1/2014 | | STILL - AIR PUMP | SLP / 7 | 1,650.00 | 0.00 | 1,650.00 | 0.00 | 1,650.00 | 0.00 |
| 4/1/2014 | | STILL - 40' MILK TRAILER #2 | SLP / 7 | 26,470.00 | 0.00 | 26,470.00 | 0.00 | 26,470.00 | 0.00 |
| 8/1/2014 | | STILL - GIN BASKET | SLP / 7 | 10,808.11 | 0.00 | 10,808.11 | 0.00 | 10,808.11 | 0.00 |
| 8/1/2014 | | STILL - MILK TRAILER LOGO | SLP / 7 | 3,521.85 | 0.00 | 3,521.85 | 0.00 | 3,521.85 | 0.00 |
| 10/1/2014 | | STILL - 1000 GAL STAINLESS GRUNDY TANK | SLP / 5 | 6,575.10 | 0.00 | 6,575.10 | 0.00 | 6,575.10 | 0.00 |
| 12/1/2014 | | STILL - HEAT EXCHANGER | SLP / 7 | 1,036.20 | 0.00 | 1,036.20 | 0.00 | 1,036.20 | 0.00 |
| 3/1/2015 | | STILL - 2 BBL BBL RACKS - 200 PCS | SLP / 7 | 13,535.00 | 0.00 | 13,535.00 | 0.00 | 13,535.00 | 0.00 |
| 6/1/2015 | | STILL - KETTLE AND COLUMN | SLP / 7 | 2,012.60 | 0.00 | 2,012.60 | 0.00 | 2,012.60 | 0.00 |
| 9/1/2015 | | STILL - CATWALK | SLP / 7 | 4,500.00 | 0.00 | 4,500.00 | 0.00 | 4,500.00 | 0.00 |
| 12/1/2015 | | STILL - NANO PUMP/SIEVE | SLP / 10 | 9,100.00 | 0.00 | 9,100.00 | 910.00 | 8,265.83 | 834.17 |
| 12/1/2015 | | STILL - BBL RACKS | SLP / 10 | 13,650.00 | 0.00 | 13,650.00 | 1,365.00 | 12,398.75 | 1,251.25 |
| 9/1/2016 | | STILL - BBL RACKS | MA200 / 7 | 7,200.00 | 0.00 | 7,200.00 | 0.00 | 7,200.00 | 0.00 |
| 9/1/2018 | | STILL - BBL SPRINKLER SYSTEM | SLP / 5 | 7,325.00 | 0.00 | 7,325.00 | 0.00 | 7,325.00 | 0.00 |
| 11/1/2018 | | STILL - AUTO SPRINKLER SYSTEM | SLP / 5 | 6,115.00 | 0.00 | 6,115.00 | 0.00 | 6,115.00 | 0.00 |
| 8/1/2019 | | STILL - 2 SOAKING TANKS FROM EAST SIDE | SLP / 7 | 1,000.00 | 0.00 | 1,000.00 | 142.86 | 773.82 | 226.18 |
| 8/1/2019 | | STILL - LAB DENSITY METER | SLP / 7 | 18,100.00 | 0.00 | 18,100.00 | 2,585.71 | 14,005.93 | 4,094.07 |
| 9/30/2019 | | STILL - DIAPHRAM PUMP | SLP / 5 | 7,525.87 | 0.00 | 7,525.87 | 1,003.47 | 7,525.87 | 0.00 |
| 9/30/2019 | | STILL - DENSITY METER FINAL | SLP / 5 | 5,434.95 | 0.00 | 5,434.95 | 724.66 | 5,434.95 | 0.00 |
| 10/1/2019 | | STILL - MIXER | SLP / 5 | 5,634.00 | 0.00 | 5,634.00 | 845.10 | 5,634.00 | 0.00 |
| 11/1/2019 | | STILL - STRADDLE STACKER | SLP / 5 | 3,521.46 | 0.00 | 3,521.46 | 586.92 | 3,521.46 | 0.00 |
| 4/1/2020 | | STILL - SPIRIT BOTTLING TOOL | SLP / 5 | 6,331.33 | 0.00 | 6,331.33 | 1,266.27 | 6,014.78 | 316.55 |
| 10/1/2020 | | STILL - STILL DRIVE, AQUA NEMA | SLP / 5 | 1,875.73 | 0.00 | 1,875.73 | 375.15 | 1,594.39 | 281.34 |
| 11/1/2020 | | BREWERY - BOTTLE LABELER | SLP / 5 | 7,875.00 | 0.00 | 7,875.00 | 1,575.00 | 6,562.50 | 1,312.50 |
| 11/1/2020 | | STILL - PUMP | SLP / 5 | 5,775.00 | 0.00 | 5,775.00 | 1,155.00 | 4,812.50 | 962.50 |
| 12/1/2020 | | STILL - 3HP SINGLE PHASE MOTOR | SLP / 5 | 4,506.34 | 0.00 | 4,506.34 | 901.27 | 3,680.19 | 826.15 |
| 12/1/2020 | | STILL - LABELER | SLP / 5 | 9,320.00 | 0.00 | 9,320.00 | 1,864.00 | 7,611.33 | 1,708.67 |
| 5/1/2021 | | STILL - WIRELESS RADIO FOR INTERNET | SLP / 5 | 2,995.00 | 0.00 | 2,995.00 | 599.00 | 2,196.33 | 798.67 |
| **Totals: 1610-36 - NEWPORT STILL ( 55 assets )** | | | | **665,424.29** | **0.00** | **665,424.29** | **15,899.41** | **652,812.24** | **12,612.05** |

**Asset A/C#: 1610-37 - ROLLING THUNDER**

| Date | | Description | Code | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3/1/2015 | D | ROLLING THUNDER - COOPERAGE EQUIPMENT | SLP / 5 | 201,730.59 | 0.00 | 201,730.59 | 0.00 | 201,730.59 | 0.00 |
| 3/1/2015 | D | ROLLING THUNDER - HOOP HAMMER AND PUNCH | SLP / 5 | 2,242.00 | 0.00 | 2,242.00 | 0.00 | 2,242.00 | 0.00 |
| 4/1/2015 | D | ROLLING THUNDER - BBL RINSE SYSTEM | SLP / 5 | 1,672.00 | 0.00 | 1,672.00 | 0.00 | 1,672.00 | 0.00 |
| 4/1/2015 | D | ROLLING THUNDER - HYDRAULIC PUMP STATION FOR BBL HANDLING | SLP / 5 | 4,167.99 | 0.00 | 4,167.99 | 0.00 | 4,167.99 | 0.00 |
| 4/1/2015 | D | ROLLING THUNDER - BRANDING IRONS FOR BBLS | SLP / 5 | 1,726.22 | 0.00 | 1,726.22 | 0.00 | 1,726.22 | 0.00 |
| 3/1/2016 | D | ROLLING THUNDER - ASSORTED BBL TOOLS | MA200 / 7 | 5,000.00 | 0.00 | 5,000.00 | 0.00 | 5,000.00 | 0.00 |

| Date | | Description | Class | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|---|---|
| 12/1/2016 | D | ROLLING THUNDER - THICKNESS PLANER | MA200 / 7 | 5,261.00 | 0.00 | 5,261.00 | 0.00 | 5,261.00 | 0.00 |
| 4/1/2019 | D | ROLLING THUNDER - NARROW STAVE JOINTER | SLP / 7 | 6,000.00 | 0.00 | 6,000.00 | 857.14 | 4,928.56 | 1,071.44 |
| Totals: 1610-37 - ROLLING THUNDER ( 8 assets ) | | | | 227,799.80 | 0.00 | 227,799.80 | 857.14 | 226,728.36 | 1,071.44 |
| Less: 8 Disposed assets ( Current Depreciation: $857.14 ) | | | | 227,799.80 | 0.00 | 227,799.80 | 857.14 | 226,728.36 | 1,071.44 |
| Net totals: * | | | | 0.00 | 0.00 | 0.00 | 857.14 | 0.00 | 0.00 |

**Asset A/C#: 1620-060 - Bed N Beer Equipment**

| Date | | Description | Class | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|---|---|
| 2/1/2010 | | BED N BEER - BEDS - 2 | SLP / 5 | 2,162.50 | 0.00 | 2,162.50 | 0.00 | 2,162.50 | 0.00 |
| Totals: 1620-060 - Bed N Beer Equipment ( 1 asset ) | | | | 2,162.50 | 0.00 | 2,162.50 | 0.00 | 2,162.50 | 0.00 |

**Asset A/C#: 1620-30 - MOM EQUIPMENT**

| Date | | Description | Class | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|---|---|
| 6/1/2006 | | MOM - SHELVING | SLP / 7 | 2,604.96 | 0.00 | 2,604.96 | 0.00 | 2,604.96 | 0.00 |
| 7/1/2006 | | MOM - SHELVING | SLP / 7 | 1,492.75 | 0.00 | 1,492.75 | 0.00 | 1,492.75 | 0.00 |
| 11/1/2008 | | MOM - SIGNAGE | SLP / 7 | 2,052.00 | 0.00 | 2,052.00 | 0.00 | 2,052.00 | 0.00 |
| 2/1/2009 | | MOM - SIGN FINAL | SLP / 5 | 2,052.00 | 0.00 | 2,052.00 | 0.00 | 2,052.00 | 0.00 |
| 4/1/2013 | | MOM - BOTTLE ROOM REFRIGERATOR | SLP / 5 | 1,900.00 | 0.00 | 1,900.00 | 0.00 | 1,900.00 | 0.00 |
| 6/1/2013 | | MOM - BOTTLE SHOP DISPLAYS & SHELVING | SLP / 7 | 8,449.84 | 0.00 | 8,449.84 | 0.00 | 8,449.84 | 0.00 |
| 9/1/2013 | | MOM- BOTTLE ROOM COUNTER/DOORS | SLP / 7 | 3,800.00 | 0.00 | 3,800.00 | 0.00 | 3,800.00 | 0.00 |
| 4/1/2014 | | MOM - DOG TAG ENGRAVING MACHINE | SLP / 7 | 3,055.00 | 0.00 | 3,055.00 | 0.00 | 3,055.00 | 0.00 |
| Totals: 1620-30 - MOM EQUIPMENT ( 8 assets ) | | | | 25,406.55 | 0.00 | 25,406.55 | 0.00 | 25,406.55 | 0.00 |

**Asset A/C#: 1620-35 - HOS - EQUIPMENT**

| Date | | Description | Class | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|---|---|
| 6/1/2006 | | SB - EQUIPMENT | SLP / 7 | 18,500.90 | 0.00 | 18,500.90 | 0.00 | 18,500.90 | 0.00 |
| 6/1/2006 | | SB - REMODEL | SLP / 7 | 35,135.08 | 0.00 | 35,135.08 | 0.00 | 35,135.08 | 0.00 |
| 5/1/2013 | | SB - DISHWASHER | SLP / 5 | 2,200.00 | 0.00 | 2,200.00 | 0.00 | 2,200.00 | 0.00 |
| 8/1/2015 | | SB - CHAIRS | SLP / 7 | 1,728.00 | 0.00 | 1,728.00 | 0.00 | 1,728.00 | 0.00 |
| Totals: 1620-35 - HOS - EQUIPMENT ( 4 assets ) | | | | 57,563.98 | 0.00 | 57,563.98 | 0.00 | 57,563.98 | 0.00 |

**Asset A/C#: 1620-40 - BOB PUB EQUIPMENT**

| Date | | Description | Class | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|---|---|
| 10/1/1996 | | 3EOFFIC600 | SLP / 5 | 1,484.00 | 0.00 | 1,484.00 | 0.00 | 1,484.00 | 0.00 |
| 1/1/1997 | | 3EKITCH701 | SLP / 7 | 1,100.00 | 0.00 | 1,100.00 | 0.00 | 1,100.00 | 0.00 |
| 3/1/1997 | | 3EEQUIP700 | SLP / 7 | 1,775.00 | 0.00 | 1,775.00 | 0.00 | 1,775.00 | 0.00 |
| 3/1/1997 | | 3EEQUIP702 | SLP / 7 | 1,345.70 | 0.00 | 1,345.70 | 0.00 | 1,345.70 | 0.00 |
| 4/1/1997 | | 3EBAR__700 | SLP / 7 | 2,106.20 | 0.00 | 2,106.20 | 0.00 | 2,106.20 | 0.00 |
| 4/1/1997 | | 3EBAR__704 | SLP / 7 | 1,270.00 | 0.00 | 1,270.00 | 0.00 | 1,270.00 | 0.00 |
| 5/1/1997 | | 3EMISC_701 | SLP / 7 | 2,650.00 | 0.00 | 2,650.00 | 0.00 | 2,650.00 | 0.00 |
| 1/1/1998 | | 3EMISC_702 | SLP / 7 | 3,041.59 | 0.00 | 3,041.59 | 0.00 | 3,041.59 | 0.00 |
| 11/1/1998 | | 3EFRYER100 | SLP / 7 | 4,295.00 | 0.00 | 4,295.00 | 0.00 | 4,295.00 | 0.00 |
| 1/1/1999 | | 3EMISC_800 | SLP / 7 | 1,804.00 | 0.00 | 1,804.00 | 0.00 | 1,804.00 | 0.00 |
| 2/1/1999 | | FOODMASTER | SLP / 5 | 1,117.24 | 0.00 | 1,117.24 | 0.00 | 1,117.24 | 0.00 |
| 3/1/2000 | | 3EKITCHEN0300 | SLP / 7 | 2,274.62 | 0.00 | 2,274.62 | 0.00 | 2,274.62 | 0.00 |
| 3/1/2000 | | 3EKITCHEN0300A | SLP / 7 | 13,084.00 | 0.00 | 13,084.00 | 0.00 | 13,084.00 | 0.00 |
| 3/1/2000 | | 3ETABLES0300 | SLP / 7 | 1,400.00 | 0.00 | 1,400.00 | 0.00 | 1,400.00 | 0.00 |
| 4/1/2000 | | 3ESILO0400 | SLP / 7 | 4,111.07 | 0.00 | 4,111.07 | 0.00 | 4,111.07 | 0.00 |
| 4/1/2000 | | 3ECHAIRS0400 | SLP / 7 | 3,500.00 | 0.00 | 3,500.00 | 0.00 | 3,500.00 | 0.00 |
| 4/1/2000 | | 3EKITCHENEQUIP0400 | SLP / 7 | 1,889.57 | 0.00 | 1,889.57 | 0.00 | 1,889.57 | 0.00 |
| 4/1/2000 | | 3EGARAGE0400 | SLP / 7 | 2,023.00 | 0.00 | 2,023.00 | 0.00 | 2,023.00 | 0.00 |
| 4/1/2000 | | 3ETABLES0400 | SLP / 7 | 1,721.43 | 0.00 | 1,721.43 | 0.00 | 1,721.43 | 0.00 |
| 11/1/2000 | | 3ETABLES1100 | SLP / 7 | 3,292.50 | 0.00 | 3,292.50 | 0.00 | 3,292.50 | 0.00 |
| 8/13/2001 | | 3E BOILER | SLP / 7 | 5,700.80 | 0.00 | 5,700.80 | 0.00 | 5,700.80 | 0.00 |
| 6/1/2002 | | RESTAURANTFURNITURE | SLP / 7 | 1,200.00 | 0.00 | 1,200.00 | 0.00 | 1,200.00 | 0.00 |
| 7/1/2002 | | MiscRestaurantEquipment | SLP / 7 | 938.00 | 0.00 | 938.00 | 0.00 | 938.00 | 0.00 |
| 8/28/2002 | | 3EICEMACHINE | SLP / 7 | 1,000.00 | 0.00 | 1,000.00 | 0.00 | 1,000.00 | 0.00 |
| 9/1/2002 | | POS System - Micros 2700 | SLP / 7 | 4,000.00 | 0.00 | 4,000.00 | 0.00 | 4,000.00 | 0.00 |
| 1/1/2003 | | POS System - Micros 2700 Upgrade & Software | SLP / 5 | 1,526.00 | 0.00 | 1,526.00 | 0.00 | 1,526.00 | 0.00 |
| 3/1/2003 | | Safe - Brewer's | SLP / 7 | 1,153.19 | 0.00 | 1,153.19 | 0.00 | 1,153.19 | 0.00 |
| 4/1/2003 | | POS Upgrade - Brewer's | SLP / 5 | 1,709.00 | 0.00 | 1,709.00 | 0.00 | 1,709.00 | 0.00 |
| 9/1/2004 | | WALK-IN COOLER | SLP / 7 | 2,000.00 | 0.00 | 2,000.00 | 0.00 | 2,000.00 | 0.00 |
| 11/1/2004 | | TAP LINE CLEANER - BOB | SLP / 7 | 1,850.76 | 0.00 | 1,850.76 | 0.00 | 1,850.76 | 0.00 |
| 12/1/2005 | | BOB - Cooler Move and Replacement | SLP / 7 | 7,386.81 | 0.00 | 7,386.81 | 0.00 | 7,386.81 | 0.00 |
| 12/1/2005 | | BOB - Steam Pots | SLP / 7 | 10,055.77 | 0.00 | 10,055.77 | 0.00 | 10,055.77 | 0.00 |
| 4/1/2006 | | BOB - AUTOCHLOR DISHWASHER | MA200 / 7 | 2,500.00 | 0.00 | 2,500.00 | 0.00 | 2,500.00 | 0.00 |
| 4/1/2006 | | BOB - STAND UP FREEZER | SLP / 7 | 879.86 | 0.00 | 879.86 | 0.00 | 879.86 | 0.00 |
| 6/1/2006 | | BOB - MUSEUM EQUIPMENT (TABLES/CHAIRS/SHELVES | SLP / 5 | 5,825.21 | 0.00 | 5,825.21 | 0.00 | 5,825.21 | 0.00 |
| 6/1/2006 | | BOB - POS SYSTEM 2006 | SLP / 5 | 15,393.17 | 0.00 | 15,393.17 | 0.00 | 15,393.17 | 0.00 |
| 12/1/2006 | | BOB - POS SYSTEM PROF SERVICES | SLP / 7 | 1,750.00 | 0.00 | 1,750.00 | 0.00 | 1,750.00 | 0.00 |
| 2/1/2007 | | BOB - HOT WATER SYSTEM | SLP / 7 | 5,265.00 | 0.00 | 5,265.00 | 0.00 | 5,265.00 | 0.00 |
| 4/30/2007 | | AQUA-Wolf Eel Cafe' Signage | SLP / 5 | 1,000.00 | 0.00 | 1,000.00 | 0.00 | 1,000.00 | 0.00 |
| 12/1/2007 | | BOB - MUSEUM SHOW CASE | SLP / 5 | 1,116.05 | 0.00 | 1,116.05 | 0.00 | 1,116.05 | 0.00 |
| 2/1/2008 | | AQUA - VERSITOUCH POS SYSTEM Not In Use 12/09 | SLP / 5 | 2,495.00 | 0.00 | 2,495.00 | 0.00 | 2,495.00 | 0.00 |
| 5/1/2008 | | BOB - ROGUE NATION PRINTER | SLP / 5 | 2,035.46 | 0.00 | 2,035.46 | 0.00 | 2,035.46 | 0.00 |
| 6/1/2008 | | BOB - NEW DRAFT SYSTEM | SLP / 5 | 40,041.30 | 0.00 | 40,041.30 | 0.00 | 40,041.30 | 0.00 |
| 6/1/2009 | | BOB - ICE MACHINE | SLP / 5 | 1,600.00 | 0.00 | 1,600.00 | 0.00 | 1,600.00 | 0.00 |
| 8/1/2009 | | BOB - GREASE TRAP | SLP / 5 | 4,442.00 | 0.00 | 4,442.00 | 0.00 | 4,442.00 | 0.00 |
| 10/1/2010 | | BOB - NEW POS | SLP / 5 | 4,545.00 | 0.00 | 4,545.00 | 0.00 | 4,545.00 | 0.00 |
| 10/1/2010 | | BOB - RN PRINTER | SLP / 5 | 1,835.00 | 0.00 | 1,835.00 | 0.00 | 1,835.00 | 0.00 |
| 8/1/2011 | | BOB - MEAT SLICER | SLP / 5 | 2,095.00 | 0.00 | 2,095.00 | 0.00 | 2,095.00 | 0.00 |
| 2/1/2012 | | BOB - SANDWICH COOLER | SLP / 5 | 2,475.56 | 0.00 | 2,475.56 | 0.00 | 2,475.56 | 0.00 |
| 6/1/2012 | | BOB - POS STATION | SLP / 5 | 1,864.00 | 0.00 | 1,864.00 | 0.00 | 1,864.00 | 0.00 |
| 10/1/2012 | | BOB - WALK IN COOLER CONDENSOR | SLP / 5 | 4,534.00 | 0.00 | 4,534.00 | 0.00 | 4,534.00 | 0.00 |
| 4/1/2014 | | BOB - ALOHA POS STATION UPGRADE | SLP / 5 | 2,790.00 | 0.00 | 2,790.00 | 0.00 | 2,790.00 | 0.00 |
| 10/1/2014 | | BOB - WATER HEATER REPAIR AND UPGRADE | SLP / 5 | 1,616.50 | 0.00 | 1,616.50 | 0.00 | 1,616.50 | 0.00 |
| 12/1/2014 | | BOB - GLYCHOL SYSTEM REBUILD | SLP / 5 | 2,853.75 | 0.00 | 2,853.75 | 0.00 | 2,853.75 | 0.00 |
| 7/1/2015 | | BOB - BEER COOLER | SLP / 5 | 2,930.00 | 0.00 | 2,930.00 | 0.00 | 2,930.00 | 0.00 |
| 9/1/2015 | | BOB - POS TERMINAL REPLACEMENT | SLP / 5 | 1,753.00 | 0.00 | 1,753.00 | 0.00 | 1,753.00 | 0.00 |
| 3/1/2016 | | BOB - 48 METAL FOLDING CHAIRS | MA200 / 7 | 2,304.00 | 0.00 | 2,304.00 | 0.00 | 2,304.00 | 0.00 |
| 3/1/2016 | | BOB - PROJECTOR AND SCREEN | SLP / 5 | 1,630.38 | 0.00 | 1,630.38 | 0.00 | 1,630.38 | 0.00 |
| 5/1/2016 | | BOB - 48 FOLDING CHAIRS | MA200 / 7 | 1,728.00 | 0.00 | 1,728.00 | 0.00 | 1,728.00 | 0.00 |
| 3/1/2017 | | BOB - GROWLER FILLER | SLP / 5 | 5,822.00 | 0.00 | 5,822.00 | 0.00 | 5,822.00 | 0.00 |
| 12/1/2017 | | BOB - POS UPGRADE | SLP / 5 | 4,897.00 | 0.00 | 4,897.00 | 0.00 | 4,897.00 | 0.00 |
| 2/1/2018 | | BOB - TABLES | SLP / 5 | 1,536.00 | 0.00 | 1,536.00 | 0.00 | 1,536.00 | 0.00 |
| 3/1/2018 | | BOB - POS SERVER | SLP / 5 | 3,555.00 | 0.00 | 3,555.00 | 0.00 | 3,555.00 | 0.00 |
| 3/1/2020 | | BOB - ICE MACHINE | SLP / 5 | 6,599.64 | 0.00 | 6,599.64 | 1,319.93 | 6,379.66 | 219.98 |
| 6/1/2020 | | BOB - NEW REFRIGERATOR | SLP / 5 | 3,820.55 | 0.00 | 3,820.55 | 764.11 | 3,502.17 | 318.38 |

| Date | Description | Method / Life | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5/1/2021 | BOB - STORAGE CONTAINER W/AIR CONDITIONER FROM CHATOE | SLP / 5 | 4,035.04 | 0.00 | 4,035.04 | 807.01 | 2,959.04 | 1,076.00 |
| 8/1/2021 | BOB - DISPLAY COOLER | SLP / 5 | 2,984.00 | 0.00 | 2,984.00 | 596.80 | 2,039.07 | 944.93 |
| 12/1/2021 | BOB - HEATING SYSTEM & INSTALL | SLP / 5 | 5,468.00 | 0.00 | 5,468.00 | 1,093.60 | 3,371.93 | 2,096.07 |
| 11/1/2022 | BOB - RADIANT WALL HEATERS | SLP / 5 | 2,152.55 | 0.00 | 2,152.55 | 430.51 | 932.77 | 1,219.78 |
| 1/1/2023 | BOB - CAN SEEMER | MA200 / 7 | 2,630.08 | 0.00 | 2,630.08 | 644.10 | 1,019.83 | 1,610.25 |
| 1/1/2023 | BOB - 3 DOOR SANDWICH PREP TABLE | MA200 / 7 | 4,839.00 | 0.00 | 4,839.00 | 1,185.06 | 1,876.35 | 2,962.65 |
| | **Totals: 1620-40 - BOB PUB EQUIPMENT ( 71 assets )** | | **261,441.35** | **0.00** | **261,441.35** | **6,841.12** | **250,993.31** | **10,448.04** |

**Asset A/C#: 1620-50 - BAY PUB EQUIPMENT**

| Date | Description | Method / Life | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3/1/1989 | 2EKITCH100 | SLP / 7 | 7,650.00 | 0.00 | 7,650.00 | 0.00 | 7,650.00 | 0.00 |
| 3/1/1989 | 2EKITCH101 | SLP / 7 | 3,896.00 | 0.00 | 3,896.00 | 0.00 | 3,896.00 | 0.00 |
| 3/1/1989 | 2EKITCH102 | SLP / 7 | 1,500.00 | 0.00 | 1,500.00 | 0.00 | 1,500.00 | 0.00 |
| 3/1/1989 | 2EKITCH104 | SLP / 7 | 4,946.00 | 0.00 | 4,946.00 | 0.00 | 4,946.00 | 0.00 |
| 3/1/1993 | 2EKITCH307 | SLP / 7 | 1,195.00 | 0.00 | 1,195.00 | 0.00 | 1,195.00 | 0.00 |
| 5/1/1995 | 2EKITCH500 | SLP / 5 | 4,221.82 | 0.00 | 4,221.82 | 0.00 | 4,221.82 | 0.00 |
| 6/1/1995 | 2EBAR__500 | SLP / 7 | 1,177.23 | 0.00 | 1,177.23 | 0.00 | 1,177.23 | 0.00 |
| 9/1/1995 | 2EBAR__501 | SLP / 7 | 3,800.00 | 0.00 | 3,800.00 | 0.00 | 3,800.00 | 0.00 |
| 3/1/1996 | 2EOFFIC600 | SLP / 5 | 1,400.00 | 0.00 | 1,400.00 | 0.00 | 1,400.00 | 0.00 |
| 7/1/1996 | 2EKITCH601 | SLP / 7 | 2,000.00 | 0.00 | 2,000.00 | 0.00 | 2,000.00 | 0.00 |
| 8/1/1996 | 2EOFFIC501 | SLP / 5 | 2,155.00 | 0.00 | 2,155.00 | 0.00 | 2,155.00 | 0.00 |
| 4/1/1997 | 2EBAR__700 | SLP / 7 | 1,195.00 | 0.00 | 1,195.00 | 0.00 | 1,195.00 | 0.00 |
| 12/1/1997 | 2EBAR__701 | SLP / 7 | 4,841.87 | 0.00 | 4,841.87 | 0.00 | 4,841.87 | 0.00 |
| 7/1/1998 | 2EKITCH305 | SLP / 7 | 3,445.00 | 0.00 | 3,445.00 | 0.00 | 3,445.00 | 0.00 |
| 10/1/1998 | 2BCHAIR100 | SLP / 7 | 9,525.42 | 0.00 | 9,525.42 | 0.00 | 9,525.42 | 0.00 |
| 2/1/1999 | 2EKITCH401 | SLP / 7 | 3,117.00 | 0.00 | 3,117.00 | 0.00 | 3,117.00 | 0.00 |
| 9/1/1999 | 2ECHIPS999 | SLP / 5 | 818.75 | 0.00 | 818.75 | 0.00 | 818.75 | 0.00 |
| 12/1/1999 | 12COMPU1299 | SLP / 5 | 1,199.95 | 0.00 | 1,199.95 | 0.00 | 1,199.95 | 0.00 |
| 3/1/2000 | 2ECOOLER | SLP / 7 | 8,129.57 | 0.00 | 8,129.57 | 0.00 | 8,129.57 | 0.00 |
| 1/1/2001 | 2 E KITCHEN EQUIP JAN '01 | SLP / 7 | 1,888.76 | 0.00 | 1,888.76 | 0.00 | 1,888.76 | 0.00 |
| 2/1/2001 | 2 E PUB POS SYSTEM FEB '01 | SLP / 7 | 13,761.00 | 0.00 | 13,761.00 | 0.00 | 13,761.00 | 0.00 |
| 5/26/2001 | 2 E PUB PATIO HEATERS/FREEZER MAY 2001 | SLP / 7 | 1,415.11 | 0.00 | 1,415.11 | 0.00 | 1,415.11 | 0.00 |
| 6/1/2002 | RESTAURANTFURNITURE2002 | SLP / 5 | 1,200.00 | 0.00 | 1,200.00 | 0.00 | 1,200.00 | 0.00 |
| 7/1/2002 | MiscRestEquipment2002 | SLP / 5 | 938.00 | 0.00 | 938.00 | 0.00 | 938.00 | 0.00 |
| 6/1/2003 | Cooler - BayPub Cooler Upgrade | SLP / 7 | 3,366.33 | 0.00 | 3,366.33 | 0.00 | 3,366.33 | 0.00 |
| 10/1/2003 | HEX DISPLAY CASE | SLP / 5 | 557.75 | 0.00 | 557.75 | 0.00 | 557.75 | 0.00 |
| 1/1/2004 | ICE MACHINE - BAYPUB | SLP / 7 | 2,249.54 | 0.00 | 2,249.54 | 0.00 | 2,249.54 | 0.00 |
| 1/1/2004 | MEAT SLICER - BAY PUB 2004 | SLP / 7 | 875.00 | 0.00 | 875.00 | 0.00 | 875.00 | 0.00 |
| 1/1/2004 | COMPUTER - INTEL/ACTIONNET, WIN2000 - BAYPUB POS | SLP / 7 | 875.98 | 0.00 | 875.98 | 0.00 | 875.98 | 0.00 |
| 2/1/2004 | TABLE - SURF BOARD TABLE | SLP / 7 | 1,200.00 | 0.00 | 1,200.00 | 0.00 | 1,200.00 | 0.00 |
| 2/1/2004 | TELEVISION - BIG SCREEN | SLP / 7 | 2,091.88 | 0.00 | 2,091.88 | 0.00 | 2,091.88 | 0.00 |
| 5/1/2004 | PATIO TABLES - KAPURWOOD TABLES - 16 | SLP / 5 | 1,919.84 | 0.00 | 1,919.84 | 0.00 | 1,919.84 | 0.00 |
| 1/1/2005 | DROP SAFE FOR OFFICE | SLP / 5 | 937.35 | 0.00 | 937.35 | 0.00 | 937.35 | 0.00 |
| 8/1/2005 | BAY PUB BAR REMODEL 2005 | SLP / 7 | 2,193.10 | 0.00 | 2,193.10 | 0.00 | 2,193.10 | 0.00 |
| 4/1/2006 | BAY - AUTOCHLOR DISHWASHER | MA200 / 7 | 2,500.00 | 0.00 | 2,500.00 | 0.00 | 2,500.00 | 0.00 |
| 4/1/2006 | BAY - 2006 CARD TABLE | SLP / 7 | 911.51 | 0.00 | 911.51 | 0.00 | 911.51 | 0.00 |
| 6/1/2006 | BAY PUB - POS SYSTEM UPGRADE | SLP / 5 | 4,680.17 | 0.00 | 4,680.17 | 0.00 | 4,680.17 | 0.00 |
| 12/1/2006 | BAY PUB - POS PROF SERVICES | SLP / 7 | 1,540.00 | 0.00 | 1,540.00 | 0.00 | 1,540.00 | 0.00 |
| 12/1/2007 | BAY PUB - VERSITOUCH MONITORS | SLP / 7 | 3,182.00 | 0.00 | 3,182.00 | 0.00 | 3,182.00 | 0.00 |
| 12/1/2007 | BAY - POOL TABLE | SLP / 5 | 2,360.00 | 0.00 | 2,360.00 | 0.00 | 2,360.00 | 0.00 |
| 12/1/2007 | BAY - DRAFT INSTALL - MT HOOD | SLP / 5 | 4,373.95 | 0.00 | 4,373.95 | 0.00 | 4,373.95 | 0.00 |
| 5/1/2008 | BAY PUB - ROGUE NATION PRINTER | SLP / 5 | 2,035.46 | 0.00 | 2,035.46 | 0.00 | 2,035.46 | 0.00 |
| 3/1/2009 | BAY PUB - SMOKING TENT | SLP / 5 | 3,000.00 | 0.00 | 3,000.00 | 0.00 | 3,000.00 | 0.00 |
| 10/1/2010 | BAY - NEW POS | SLP / 5 | 4,545.00 | 0.00 | 4,545.00 | 0.00 | 4,545.00 | 0.00 |
| 10/1/2010 | BAY - RN PRINTER | SLP / 5 | 1,835.00 | 0.00 | 1,835.00 | 0.00 | 1,835.00 | 0.00 |
| 7/1/2012 | BAY - KITCHEN MIXER | SLP / 5 | 2,842.15 | 0.00 | 2,842.15 | 0.00 | 2,842.15 | 0.00 |
| 4/1/2013 | BAY PUB - ELECTRICAL PANEL | SLP / 5 | 1,918.00 | 0.00 | 1,918.00 | 0.00 | 1,918.00 | 0.00 |
| 10/1/2014 | BAY PUB - PIZZA PREP TABLE | SLP / 5 | 2,932.00 | 0.00 | 2,932.00 | 0.00 | 2,932.00 | 0.00 |
| 12/1/2014 | BAY PUB - COOLER CONDENSATOR/EVAPORATOR REBUILD | SLP / 5 | 16,762.26 | 0.00 | 16,762.26 | 0.00 | 16,762.26 | 0.00 |
| 12/1/2014 | BAY PUB - BIG SCREEN TV - MILITARY ROOM | SLP / 5 | 2,329.98 | 0.00 | 2,329.98 | 0.00 | 2,329.98 | 0.00 |
| 3/1/2015 | BAY PUB - DISPLAY COOLER & TAPS | SLP / 5 | 1,930.00 | 0.00 | 1,930.00 | 0.00 | 1,930.00 | 0.00 |
| 3/1/2016 | BAY PUB - POS STATION & PRINTER | MA200 / 7 | 4,317.00 | 0.00 | 4,317.00 | 0.00 | 4,317.00 | 0.00 |
| 10/1/2016 | BAY PUB - RN CARD PRINTER | SLP / 5 | 1,687.50 | 0.00 | 1,687.50 | 0.00 | 1,687.50 | 0.00 |
| 11/1/2016 | BAY PUB - SANDWICH PREP TABLE | MA200 / 7 | 2,200.00 | 0.00 | 2,200.00 | 0.00 | 2,200.00 | 0.00 |
| 3/1/2017 | BAY PUB - ICE MACHINE | SLP / 5 | 2,971.00 | 0.00 | 2,971.00 | 0.00 | 2,971.00 | 0.00 |
| 12/1/2017 | BAY PUB - POS UPGRADE | SLP / 5 | 4,277.00 | 0.00 | 4,277.00 | 0.00 | 4,277.00 | 0.00 |
| 2/1/2018 | BAY PUB - CHAIRS | SLP / 5 | 1,656.00 | 0.00 | 1,656.00 | 0.00 | 1,656.00 | 0.00 |
| 6/1/2018 | BAY PUB - GREASE TRAP | SLP / 5 | 1,950.00 | 0.00 | 1,950.00 | 0.00 | 1,950.00 | 0.00 |
| 11/1/2018 | BAY PUB - FRYER | SLP / 5 | 1,300.00 | 0.00 | 1,300.00 | 0.00 | 1,300.00 | 0.00 |
| 12/1/2018 | BAY PUB - SIGNAGE | SLP / 5 | 7,606.05 | 0.00 | 7,606.05 | 0.00 | 7,606.05 | 0.00 |
| 5/1/2019 | BAYPUB - BEER TAP UPGRADE | SLP / 5 | 15,816.00 | 0.00 | 15,816.00 | 1,054.40 | 15,816.00 | 0.00 |
| 6/1/2019 | BAYPUB - POS TERMINAL | SLP / 3 | 3,435.00 | 0.00 | 3,435.00 | 0.00 | 3,435.00 | 0.00 |
| 12/1/2019 | BAY PUB - DEEP FAT FRYER | SLP / 5 | 1,697.50 | 0.00 | 1,697.50 | 311.21 | 1,697.50 | 0.00 |
| 1/31/2020 | BAY PUB - PREP TABLE WITH COOLER | AMORT / 7 | 4,218.33 | 0.00 | 4,218.33 | 602.62 | 3,013.10 | 1,205.23 |
| 3/1/2020 | BAY PUB - TABLE REFINISHING | AMORT / 5 | 5,200.00 | 0.00 | 5,200.00 | 1,040.00 | 5,026.67 | 173.33 |
| 5/1/2021 | BAY PUB - FIRE SUPPRESSION EQUIPMENT | SLP / 5 | 3,485.00 | 0.00 | 3,485.00 | 697.00 | 2,555.67 | 929.33 |
| 10/1/2021 | BAY PUB - CONVECTION OVEN | SLP / 5 | 3,325.00 | 0.00 | 3,325.00 | 665.00 | 2,161.25 | 1,163.75 |
| 1/1/2023 | BAY WEB RESTAURANT | MA200 / 7 | 2,830.13 | 0.00 | 2,830.13 | 693.09 | 1,097.39 | 1,732.74 |
| 1/1/2023 | BAY PUB - SHELVING | MA200 / 7 | 4,103.00 | 0.00 | 4,103.00 | 1,004.82 | 1,590.96 | 2,512.04 |
| 1/1/2023 | BAY PUB - REDWOOD NW | MA200 / 7 | 3,303.00 | 0.00 | 3,303.00 | 808.90 | 1,280.76 | 2,022.24 |
| 4/30/2024 | A    Bay Pub - Hot Water Heater | SLP / 7 | 1,779.76 | 0.00 | 1,779.76 | 190.69 | 190.69 | 1,589.07 |
| | **Totals: 1620-50 - BAY PUB EQUIPMENT ( 71 assets )** | | **238,518.00** | **0.00** | **238,518.00** | **7,067.73** | **227,190.27** | **11,327.73** |

**Asset A/C#: 1622-10 - BREWERY LEASEHOLDS**

| Date | Description | Method / Life | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5/1/1992 | 1LBREWRY203 | SLP / 31.5 | 6,771.70 | 0.00 | 6,771.70 | 0.00 | 6,771.70 | 0.00 |
| 8/1/1992 | 1LBREWRY201 | SLP / 31.5 | 20,685.08 | 0.00 | 20,685.08 | 54.92 | 20,685.08 | 0.00 |
| 8/1/1992 | 1LBREWRY202 | SLP / 31.5 | 5,923.41 | 0.00 | 5,923.41 | 15.82 | 5,923.41 | 0.00 |
| 9/1/1992 | 1LBREWRY200 | SLP / 31.5 | 25,838.89 | 0.00 | 25,838.89 | 137.37 | 25,838.89 | 0.00 |
| 4/1/1996 | 1LBREWY600 | SLP / 39 | 2,392.51 | 0.00 | 2,392.51 | 61.35 | 1,763.70 | 628.81 |
| 4/1/1996 | 1LBREWY601 | SLP / 39 | 2,722.50 | 0.00 | 2,722.50 | 69.81 | 2,007.15 | 715.35 |
| 5/1/1996 | 1LBREWY602 | SLP / 39 | 1,104.72 | 0.00 | 1,104.72 | 28.33 | 812.09 | 292.63 |
| 5/1/1997 | 1LBREWY700 | SLP / 39 | 54,683.40 | 0.00 | 54,683.40 | 1,402.14 | 38,792.38 | 15,891.02 |
| 5/1/1997 | 1LBREWY701 | SLP / 39 | 48,968.96 | 0.00 | 48,968.96 | 1,255.61 | 34,738.41 | 14,230.55 |
| 12/1/1997 | 1LBREWY702 | SLP / 39 | 76,538.87 | 0.00 | 76,538.87 | 1,962.54 | 53,152.00 | 23,386.87 |
| 10/1/1998 | 1LBREWY801 | SLP / 39 | 4,598.15 | 0.00 | 4,598.15 | 117.90 | 3,094.80 | 1,503.35 |

| Date | Description | Method / Life | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10/1/1998 | 1LBREWY802 | SLP / 39 | 1,011.52 | 0.00 | 1,011.52 | 25.94 | 680.90 | 330.62 |
| 1/1/1999 | 1LBREWY803 | SLP / 14 | 5,612.98 | 0.00 | 5,612.98 | 0.00 | 5,612.98 | 0.00 |
| 5/9/2001 | 1 L ASPHALT REPAIR MAY 2001 | SLP / 15 | 1,000.00 | 0.00 | 1,000.00 | 0.00 | 1,000.00 | 0.00 |
| 6/1/2001 | 1 L NATURAL GAS LINE INSTALL  JUNE 2001 | SLP / 39 | 3,100.00 | 0.00 | 3,100.00 | 79.49 | 1,874.64 | 1,225.36 |
| 11/28/2001 | 1L ASPHALT REPAVE | SLP / 15 | 5,450.00 | 0.00 | 5,450.00 | 0.00 | 5,450.00 | 0.00 |
| 3/1/2003 | Sprinkler System Upgrade | SLP / 7 | 8,000.00 | 0.00 | 8,000.00 | 0.00 | 8,000.00 | 0.00 |
| 10/1/2003 | BREWERY - ELECTRICAL UPGRADE - SERVICE/PANELS/WIRE | SLP / 10 | 53,486.78 | 0.00 | 53,486.78 | 0.00 | 53,486.78 | 0.00 |
| 2/1/2005 | PHASE 1 - SYMPAK BOTTLE LINE HOUSE | SLP / 39 | 234,120.96 | 0.00 | 234,120.96 | 6,003.10 | 119,561.74 | 114,559.22 |
| 5/1/2005 | PHASE 1 WIRING | SLP / 7 | 9,235.00 | 0.00 | 9,235.00 | 236.79 | 4,656.87 | 4,578.13 |
| 12/1/2005 | Phase 1 Building Remodel - Final | SLP / 15 | 2,147.59 | 0.00 | 2,147.59 | 0.00 | 2,147.59 | 0.00 |
| 12/1/2005 | Building Remodel - Phase 2 thru 2005 | SLP / 15 | 26,259.33 | 0.00 | 26,259.33 | 0.00 | 26,259.33 | 0.00 |
| 6/1/2006 | BUILDING - PHASE 2 EXPANSION | SLP / 39 | 352,111.60 | 0.00 | 352,111.60 | 9,028.50 | 167,779.63 | 184,331.97 |
| 10/1/2006 | BREWERY - PHASE 2 EQUIPMENT | SLP / 7 | 11,396.71 | 0.00 | 11,396.71 | 0.00 | 11,396.71 | 0.00 |
| 8/1/2007 | BREWERY - PHASE 3 BUILDING | SLP / 15 | 585,304.00 | 0.00 | 585,304.00 | 0.00 | 585,304.00 | 0.00 |
| 3/1/2008 | BREWERY - WATER MAIN REPLACEMENT | SLP / 7 | 34,078.65 | 0.00 | 34,078.65 | 0.00 | 34,078.65 | 0.00 |
| 9/1/2008 | BREWERY - FIRE SPRINKLER UPGRADE | SLP / 5 | 3,384.24 | 0.00 | 3,384.24 | 0.00 | 3,384.24 | 0.00 |
| 9/1/2010 | BREWERY - CURB AROUND OFFICE | SLP / 7 | 5,500.00 | 0.00 | 5,500.00 | 0.00 | 5,500.00 | 0.00 |
| 3/1/2011 | BREWERY - TREVILLIAN BUILDING IMPROVEMENTS | SLP / 7 | 8,350.00 | 0.00 | 8,350.00 | 0.00 | 8,350.00 | 0.00 |
| 11/1/2011 | BREWERY - WOOD ROOM | SLP / 7 | 43,786.64 | 0.00 | 43,786.64 | 0.00 | 43,786.64 | 0.00 |
| 2/1/2012 | BREWERY - VAULT PUMP REPAIR AND REPLACE | SLP / 7 | 9,651.50 | 0.00 | 9,651.50 | 0.00 | 9,651.50 | 0.00 |
| 2/1/2012 | BREWERY - BOB COOLER SAFETY RAILING | SLP / 7 | 1,670.24 | 0.00 | 1,670.24 | 0.00 | 1,670.24 | 0.00 |
| 4/1/2012 | BREWERY - BIRD HOLE FIXES | SLP / 7 | 5,014.96 | 0.00 | 5,014.96 | 0.00 | 5,014.96 | 0.00 |
| 7/1/2012 | BREWERY - PHASE 4 20K SQ FT BUILDING | SLP / 15 | 1,015,530.75 | 0.00 | 1,015,530.75 | 67,702.05 | 846,275.63 | 169,255.12 |
| 9/1/2012 | BREWERY - BIRD ABATEMENT 2 | SLP / 7 | 4,100.00 | 0.00 | 4,100.00 | 0.00 | 4,100.00 | 0.00 |
| 9/1/2012 | BREWERY - PHASE 4 FINAL | SLP / 7 | 18,462.35 | 0.00 | 18,462.35 | 0.00 | 18,462.35 | 0.00 |
| 3/1/2014 | BREWERY - SEWER REPAIR | SLP / 7 | 2,009.95 | 0.00 | 2,009.95 | 0.00 | 2,009.95 | 0.00 |
| 6/1/2015 | BREWERY - BACK LOT FENCE REPAIR AND UPGRADE | SLP / 5 | 5,453.42 | 0.00 | 5,453.42 | 0.00 | 5,453.42 | 0.00 |
| 12/1/2016 | BREWERY - MULTI USE AREA - OLD BOAT RAMP | SLP / 15 | 218,878.00 | 0.00 | 218,878.00 | 14,591.87 | 117,950.95 | 100,927.05 |
| 12/1/2016 | BREWERY - PHASE 5 | SLP / 39 | 1,635,678.24 | 0.00 | 1,635,678.24 | 41,940.47 | 339,018.80 | 1,296,659.44 |
| 4/1/2018 | BREWERY - POWER SUPPLY UPGRADE | SLP / 7 | 71,321.27 | 0.00 | 71,321.27 | 10,188.75 | 68,774.06 | 2,547.21 |
| 5/1/2019 | BREWERY - WAREHOUSE WEST SIDE GARAGE DOOR | SLP / 5 | 7,623.00 | 0.00 | 7,623.00 | 508.20 | 7,623.00 | 0.00 |
| 5/1/2019 | BREWERY - ENTRANCE SILO PAINT | SLP / 5 | 3,481.14 | 0.00 | 3,481.14 | 232.07 | 3,481.14 | 0.00 |
| 5/1/2019 | BREWERY - BATHROOM REMODEL | SLP / 5 | 3,176.56 | 0.00 | 3,176.56 | 211.78 | 3,176.56 | 0.00 |
| 11/1/2019 | BREWERY - BATHROOM REMODEL FINAL | SLP / 10 | 32,301.12 | 0.00 | 32,301.12 | 3,230.11 | 16,688.90 | 15,612.22 |
| 12/1/2019 | BREWERY - WASTEWATER TREATMENT SYSTEM FACILITIES | SLP / 7 | 203,030.12 | 0.00 | 203,030.12 | 29,004.30 | 147,438.53 | 55,591.59 |
| 12/1/2020 | BREWERY - WASTEWATER UPGRADES 2020 | SLP / 7 | 236,696.35 | 0.00 | 236,696.35 | 47,339.27 | 193,302.02 | 43,394.33 |
| 7/1/2021 | BREWERY - 2021 CAN LINE LEASEHOLD IMPROVEMENTS | SLP / 5 | 7,300.00 | 0.00 | 7,300.00 | 1,460.00 | 5,110.00 | 2,190.00 |
| | **Totals: 1622-10 - BREWERY LEASEHOLDS ( 48 assets )** | | 5,124,943.16 | 0.00 | 5,124,943.16 | 236,888.48 | 3,077,092.32 | 2,047,850.84 |
| | | | | | | | | |
| | **Asset A/C#: 1622-11 - Hop Farm Leaseholds** | | | | | | | |
| 2/1/2010 | HOP FARM - BUILDING/GROUNDS UPGRADES | SLP / 7 | 19,500.00 | 0.00 | 19,500.00 | 0.00 | 19,500.00 | 0.00 |
| | **Totals: 1622-11 - Hop Farm Leaseholds ( 1 asset )** | | 19,500.00 | 0.00 | 19,500.00 | 0.00 | 19,500.00 | 0.00 |
| | | | | | | | | |
| | **Asset A/C#: 1622-30 - MOM Leaseholds** | | | | | | | |
| 11/1/2005 | Mail Order Move 05 - Lights & Electrical Equipment | SLP / 7 | 1,127.17 | 0.00 | 1,127.17 | 0.00 | 1,127.17 | 0.00 |
| | **Totals: 1622-30 - MOM Leaseholds ( 1 asset )** | | 1,127.17 | 0.00 | 1,127.17 | 0.00 | 1,127.17 | 0.00 |
| | | | | | | | | |
| | **Asset A/C#: 1622-35 - SUNSET BAR LEASEHOLD IMPROVEMENTS** | | | | | | | |
| 8/1/2020 | HOS - SUNSET REMODEL 2020 | MSL / 5 | 3,421.44 | 0.00 | 3,421.44 | 684.29 | 3,079.30 | 342.14 |
| | **Totals: 1622-35 - SUNSET BAR LEASEHOLD IMPROVEMENTS ( 1 asset )** | | 3,421.44 | 0.00 | 3,421.44 | 684.29 | 3,079.30 | 342.14 |
| | | | | | | | | |
| | **Asset A/C#: 1622-36 - Still Leaseholds** | | | | | | | |
| 9/1/2012 | NEWPORT STILL - DOOR INSTALLATION | SLP / 7 | 3,050.00 | 0.00 | 3,050.00 | 0.00 | 3,050.00 | 0.00 |
| 10/1/2012 | NEWPORT STILL - FIRE SPRINKLER SYSTEM | SLP / 7 | 30,500.00 | 0.00 | 30,500.00 | 0.00 | 30,500.00 | 0.00 |
| 10/1/2012 | NEWPORT STILL - WATER LINE UPGRADE | SLP / 7 | 16,415.00 | 0.00 | 16,415.00 | 0.00 | 16,415.00 | 0.00 |
| 7/1/2013 | NEWPORT STILL - LEASEHOLD SEWER LINE UPGRADE | SLP / 7 | 19,799.50 | 0.00 | 19,799.50 | 0.00 | 19,799.50 | 0.00 |
| 12/1/2014 | STILL - BUILDING ADDITION | SLP / 30 | 695,296.69 | 0.00 | 695,296.69 | 23,176.56 | 233,696.98 | 461,599.71 |
| 12/1/2014 | STILL - PARKING LOT | SLP / 30 | 120,068.00 | 0.00 | 120,068.00 | 4,002.27 | 40,356.22 | 79,711.78 |
| 9/30/2019 | STILL - BUILDING MURAL | SLP / 10 | 33,257.62 | 0.00 | 33,257.62 | 3,325.76 | 17,737.39 | 15,520.23 |
| | **Totals: 1622-36 - Still Leaseholds ( 7 assets )** | | 918,386.81 | 0.00 | 918,386.81 | 30,504.59 | 361,555.09 | 556,831.72 |
| | | | | | | | | |
| | **Asset A/C#: 1622-40 - BOB LEASEHOLD** | | | | | | | |
| 4/1/1995 | 3LSOUTH500 | SLP / 39 | 1,450.00 | 0.00 | 1,450.00 | 37.18 | 1,106.20 | 343.80 |
| 4/1/1997 | 3LBREWR700 | SLP / 39 | 143,896.18 | 0.00 | 143,896.18 | 3,689.65 | 102,387.76 | 41,508.42 |
| 4/1/2000 | 1LLEASEHOLD0400 | SLP / 39.5 | 94,454.73 | 0.00 | 94,454.73 | 2,391.26 | 59,183.68 | 35,271.05 |
| 5/1/2000 | 3LPLUMBING0500 | SLP / 7 | 3,289.92 | 0.00 | 3,289.92 | 0.00 | 3,289.92 | 0.00 |
| 7/1/2000 | 3LDOOR0700 | SLP / 7 | 3,075.00 | 0.00 | 3,075.00 | 0.00 | 3,075.00 | 0.00 |
| 7/1/2000 | 3LCONSTR0700 | SLP / 39 | 26,600.37 | 0.00 | 26,600.37 | 682.06 | 16,710.47 | 9,889.90 |
| 8/1/2000 | 3LDECK0800 | SLP / 7 | 3,033.14 | 0.00 | 3,033.14 | 0.00 | 3,033.14 | 0.00 |
| 10/31/2000 | 3LCABINETS | SLP / 7 | 1,214.93 | 0.00 | 1,214.93 | 0.00 | 1,214.93 | 0.00 |
| 11/1/2000 | 3LELEC1100 | SLP / 7 | 3,879.96 | 0.00 | 3,879.96 | 0.00 | 3,879.96 | 0.00 |
| 2/1/2001 | 3 L  INSTALL SINK/ICEMACHINE '99 | SLP / 7 | 1,761.30 | 0.00 | 1,761.30 | 0.00 | 1,761.30 | 0.00 |
| 2/1/2003 | Effluent Pump & Install Replacement | SLP / 7 | 1,169.75 | 0.00 | 1,169.75 | 0.00 | 1,169.75 | 0.00 |
| 6/1/2003 | BOB - Sewer System Rebuild | SLP / 15 | 3,331.43 | 0.00 | 3,331.43 | 0.00 | 3,331.43 | 0.00 |
| 4/1/2006 | BOB - PUB REMODEL | MACRS / 39 | 47,802.13 | 0.00 | 47,802.13 | 1,225.70 | 22,930.80 | 24,871.33 |
| 6/1/2006 | BOB - MUSEUM REMODEL | SLP / 39 | 10,000.00 | 0.00 | 10,000.00 | 256.41 | 4,764.95 | 5,235.05 |
| 6/1/2017 | BOB - FLOOR REDO | SLP / 7 | 4,552.80 | 0.00 | 4,552.80 | 271.00 | 4,552.80 | 0.00 |
| 8/1/2020 | BOB - REMODEL 2020 | SLP / 5 | 31,454.51 | 0.00 | 31,454.51 | 6,290.90 | 28,309.05 | 3,145.46 |
| 10/1/2020 | BOB - REMODEL 2020 2ND HALF | MSL / 5 | 56,188.81 | 0.00 | 56,188.81 | 11,237.76 | 50,569.92 | 5,618.89 |
| | **Totals: 1622-40 - BOB LEASEHOLD ( 17 assets )** | | 437,154.96 | 0.00 | 437,154.96 | 26,081.92 | 311,271.06 | 125,883.90 |
| | | | | | | | | |
| | **Asset A/C#: 1622-50 - BAY PUB LEASEHOLD IMPROVE** | | | | | | | |
| 5/1/1989 | 2LBAR__100 | SLP / 31.5 | 14,351.00 | 0.00 | 14,351.00 | 0.00 | 14,351.00 | 0.00 |
| 5/1/1990 | 2LGALLY100 | SLP / 31 | 1,268.00 | 0.00 | 1,268.00 | 0.00 | 1,268.00 | 0.00 |
| 12/1/1991 | 2LDINEG100 | SLP / 31.5 | 1,827.00 | 0.00 | 1,827.00 | 0.00 | 1,827.00 | 0.00 |
| 5/1/1993 | 2LKITCH300 | SLP / 31.5 | 16,981.62 | 0.00 | 16,981.62 | 448.82 | 16,981.62 | 0.00 |
| 5/1/1994 | 2XDINEG400 | SLP / 39 | 4,130.42 | 0.00 | 4,130.42 | 105.91 | 3,248.19 | 882.23 |
| 5/1/1994 | 2XDINEG401 | SLP / 31.5 | 1,415.50 | 0.00 | 1,415.50 | 44.94 | 1,374.08 | 41.42 |
| 3/1/1995 | 2LPELIC501 | SLP / 39 | 2,862.85 | 0.00 | 2,862.85 | 90.88 | 2,711.06 | 151.79 |
| 4/1/1995 | 2LPELIC502 | SLP / 31.5 | 3,190.58 | 0.00 | 3,190.58 | 101.29 | 3,013.33 | 177.25 |
| 5/1/1995 | 2EBAR__500 | SLP / 39 | 2,337.66 | 0.00 | 2,337.66 | 0.00 | 2,337.66 | 0.00 |
| 9/1/1998 | 2LPOOL_100 | SLP / 10 | 37,335.91 | 0.00 | 37,335.91 | 0.00 | 37,335.91 | 0.00 |
| 1/1/2001 | 2 L PUB KITCHEN REMODEL JAN '01 | SLP / 39 | 6,013.17 | 0.00 | 6,013.17 | 154.18 | 3,700.32 | 2,312.85 |
| 2/1/2001 | 2 L PUB KITCHEN REMODEL | SLP / 39 | 3,521.21 | 0.00 | 3,521.21 | 90.29 | 2,159.43 | 1,361.78 |

| Date | Description | Method / Life | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5/1/2003 | BayPub Patio Improvement - 2003 - Fence/Gate | SLP / 15 | 878.90 | 0.00 | 878.90 | 0.00 | 878.90 | 0.00 |
| 8/1/2003 | Bay Pub Card Room Remodel - 2003 | SLP / 39 | 15,010.04 | 0.00 | 15,010.04 | 384.87 | 8,242.63 | 6,767.41 |
| 12/1/2003 | LIGHTS, CARD ROOM REMODEL | SLP / 7 | 1,914.66 | 0.00 | 1,914.66 | 0.00 | 1,914.66 | 0.00 |
| 2/1/2004 | DECK - HOUSE OF ROGUE DECK REPAIR | SLP / 7 | 1,242.27 | 0.00 | 1,242.27 | 0.00 | 1,242.27 | 0.00 |
| 5/1/2005 | BAY PUB BAR REMODEL | SLP / 7 | 1,976.65 | 0.00 | 1,976.65 | 0.00 | 1,976.65 | 0.00 |
| 8/1/2005 | BAY PUB BUILDING REMODEL 2005 CARPET ONE LIGHTS | SLP / 7 | 2,178.95 | 0.00 | 2,178.95 | 0.00 | 2,178.95 | 0.00 |
| 4/1/2007 | BNB - WOOD FLOORING | SLP / 7 | 1,278.60 | 0.00 | 1,278.60 | 0.00 | 1,278.60 | 0.00 |
| 4/1/2008 | BAY PUB - CARPET REPLACEMENT | SLP / 7 | 10,322.00 | 0.00 | 10,322.00 | 0.00 | 10,322.00 | 0.00 |
| 10/1/2008 | BNB - CARPET APT A | SLP / 5 | 3,800.00 | 0.00 | 3,800.00 | 0.00 | 3,800.00 | 0.00 |
| 5/1/2009 | BAY PUB - ROOF/DECK REPLACEMENT | SLP / 10 | 10,159.00 | 0.00 | 10,159.00 | 0.00 | 10,159.00 | 0.00 |
| 12/1/2013 | BAY PUB - ROOF/DECK REPLACEMENT | SLP / 10 | 74,376.00 | 0.00 | 74,376.00 | 0.00 | 74,376.00 | 0.00 |
| 11/1/2015 | BAY PUB - FLOOR COVERING REPLACEMENT | SLP / 10 | 11,694.13 | 0.00 | 11,694.13 | 1,169.41 | 10,719.59 | 974.54 |
| 7/1/2018 | BAYPUB - BATHROOM REMODEL | SLP / 10 | 25,608.00 | 0.00 | 25,608.00 | 2,560.80 | 16,645.20 | 8,962.80 |
| 11/1/2018 | BAY PUB - SIDING REPAIR AND REPLACEMENT | SLP / 10 | 25,731.00 | 0.00 | 25,731.00 | 2,573.10 | 15,867.45 | 9,863.55 |
| 12/1/2018 | BAYPUB LIGHTING | SLP / 5 | 1,602.54 | 0.00 | 1,602.54 | 0.00 | 1,602.54 | 0.00 |
| 6/1/2019 | BAYPUB - FURNACE | SLP / 5 | 2,246.48 | 0.00 | 2,246.48 | 187.19 | 2,246.48 | 0.00 |
| 8/1/2020 | BAY PUB - REMODEL 2020 | MSL / 5 | 10,531.43 | 0.00 | 10,531.43 | 2,106.29 | 9,478.30 | 1,053.13 |
| | **Totals: 1622-50 - BAY PUB LEASEHOLD IMPROVE ( 29 assets )** | | 295,785.57 | 0.00 | 295,785.57 | 10,017.97 | 263,236.82 | 32,548.75 |
| | | | | | | | | |
| | **Asset A/C#: 1622-60 - BED & BEER LEASEHOLDS** | | | | | | | |
| 10/1/1998 | 6EFURN_100 | SLP / 5 | 4,272.58 | 0.00 | 4,272.58 | 0.00 | 4,272.58 | 0.00 |
| 3/1/1999 | 6EFURN_200 | SLP / 5 | 5,871.09 | 0.00 | 5,871.09 | 0.00 | 5,871.09 | 0.00 |
| 7/1/2000 | 6EB&BFURN0500 | SLP / 7 | 3,261.29 | 0.00 | 3,261.29 | 0.00 | 3,261.29 | 0.00 |
| 7/1/2000 | 6EFURN0700 | SLP / 5 | 1,761.00 | 0.00 | 1,761.00 | 0.00 | 1,761.00 | 0.00 |
| 5/1/2003 | BnB - Dishwasher/Fridge | SLP / 5 | 738.00 | 0.00 | 738.00 | 0.00 | 738.00 | 0.00 |
| 9/1/2004 | LIGHTING - INTERIOR & EXTERIOR FOR HOR | SLP / 5 | 2,675.00 | 0.00 | 2,675.00 | 0.00 | 2,675.00 | 0.00 |
| 8/1/2005 | BNB REMODEL 2005 CARPET ONE LIGHTS | SLP / 7 | 1,746.24 | 0.00 | 1,746.24 | 0.00 | 1,746.24 | 0.00 |
| 11/1/2008 | HOR - Carpet/Vinyl Installed | SLP / 7 | 3,922.60 | 0.00 | 3,922.60 | 0.00 | 3,922.60 | 0.00 |
| 4/1/2016 | BNB - New Sliding Patio Doors | MA200 / 7 | 4,903.80 | 0.00 | 4,903.80 | 0.00 | 4,903.80 | 0.00 |
| 11/1/2019 | BED N BEER - APT B REMODEL | SLP / 5 | 14,940.00 | 0.00 | 14,940.00 | 2,490.00 | 14,940.00 | 0.00 |
| | **Totals: 1622-60 - BED & BEER LEASEHOLDS ( 10 assets )** | | 44,091.60 | 0.00 | 44,091.60 | 2,490.00 | 44,091.60 | 0.00 |
| | | | | | | | | |
| | **Asset A/C#: 1622-80 - G&A Leaseholds** | | | | | | | |
| 5/1/2011 | OFFICE - RACQUET CLUB WIRING | SLP / 7 | 15,196.00 | 0.00 | 15,196.00 | 0.00 | 15,196.00 | 0.00 |
| 9/1/2013 | OFFICE - RACQUET CLUB INSULATION | SLP / 7 | 2,640.00 | 0.00 | 2,640.00 | 0.00 | 2,640.00 | 0.00 |
| 8/1/2014 | OFFICE - RACQUET CLUB REMODEL | SLP / 10 | 39,048.97 | 0.00 | 39,048.97 | 2,277.83 | 39,048.97 | 0.00 |
| 12/1/2016 | OFFICE - FIBER OPTIC LINE | MA200 / 7 | 4,676.67 | 0.00 | 4,676.67 | 0.00 | 4,676.67 | 0.00 |
| 6/1/2017 | OFFICE - RACQUET CLUB FLOORS | SLP / 15 | 9,605.33 | 0.00 | 9,605.33 | 640.36 | 4,856.06 | 4,749.27 |
| 3/1/2019 | OFFICE - RACQUET CLUB WIRING AND DOORS | SLP / 5 | 4,887.74 | 0.00 | 4,887.74 | 162.92 | 4,887.74 | 0.00 |
| 5/1/2019 | OFFICE - NEWPORT OFFICE REMODEL | SLP / 5 | 3,899.82 | 0.00 | 3,899.82 | 260.00 | 3,899.82 | 0.00 |
| 12/1/2021 | OFFICE - PDX OFFICE 2021 REMODEL | SLP / 5 | 122,775.82 | 0.00 | 122,775.82 | 24,555.16 | 75,711.74 | 47,064.08 |
| | **Totals: 1622-80 - G&A Leaseholds ( 8 assets )** | | 202,730.35 | 0.00 | 202,730.35 | 27,896.27 | 150,917.00 | 51,813.35 |
| | | | | | | | | |
| | **Asset A/C#: 1625-70 - Sales Office Equpement** | | | | | | | |
| 12/1/2006 | OFFICE - SALES  EQUIPMENT | SLP / 7 | 3,265.41 | 0.00 | 3,265.41 | 0.00 | 3,265.41 | 0.00 |
| 5/1/2013 | OFFICE - SALES - VIP PROJECT | SLP / 7 | 31,177.27 | 0.00 | 31,177.27 | 0.00 | 31,177.27 | 0.00 |
| 8/1/2013 | COMPUTER - SALES APPLE MAC BOOK - N MALLORY | SLP / 7 | 2,973.00 | 0.00 | 2,973.00 | 0.00 | 2,973.00 | 0.00 |
| 9/1/2013 | COMPUTER - SALES THINK PAD LAPTOPS 6 UNITS | SLP / 7 | 4,732.44 | 0.00 | 4,732.44 | 0.00 | 4,732.44 | 0.00 |
| 11/1/2013 | COMPUTERS - SALES GUYS LAPTOPS | SLP / 5 | 5,308.58 | 0.00 | 5,308.58 | 0.00 | 5,308.58 | 0.00 |
| 10/1/2014 | OFFICE -  SALES 5 LAPTOP COMPUTERS | SLP / 5 | 3,065.12 | 0.00 | 3,065.12 | 0.00 | 3,065.12 | 0.00 |
| 10/1/2014 | OFFICE - SALES -APPLE LAPTOP FOR MARKETING | SLP / 5 | 2,443.00 | 0.00 | 2,443.00 | 0.00 | 2,443.00 | 0.00 |
| 10/1/2014 | OFFICE - SALES  5 THINK PAD LAPTOPS | SLP / 5 | 4,025.73 | 0.00 | 4,025.73 | 0.00 | 4,025.73 | 0.00 |
| 9/1/2015 | OFFICE SALES - LEM LAPTOP | SLP / 5 | 1,601.98 | 0.00 | 1,601.98 | 0.00 | 1,601.98 | 0.00 |
| 9/1/2015 | OFFICE SALES  - DRONE | SLP / 5 | 4,897.92 | 0.00 | 4,897.92 | 0.00 | 4,897.92 | 0.00 |
| 12/1/2015 | OFFICE - SALES/LEM LAPTOPS, 8 MACHINES | SLP / 10 | 5,590.00 | 0.00 | 5,590.00 | 559.00 | 5,077.58 | 512.42 |
| 12/1/2015 | OFFICE - MARKETING CAMERA EQUIPMENT | SLP / 5 | 7,258.89 | 0.00 | 7,258.89 | 0.00 | 7,258.89 | 0.00 |
| 6/1/2017 | OFFICE - B&H CAMERA AND PROJECTOR | SLP / 7 | 4,390.43 | 0.00 | 4,390.43 | 261.36 | 4,390.43 | 0.00 |
| 2/1/2019 | OFFICE - MARKETING CAMERA & EQUIPMENT | SLP / 5 | 3,315.00 | 0.00 | 3,315.00 | 55.25 | 3,315.00 | 0.00 |
| 5/1/2019 | OFFICE - MARKETING LAPTOP COMPUTER | SLP / 5 | 3,399.00 | 0.00 | 3,399.00 | 226.60 | 3,399.00 | 0.00 |
| | **Totals: 1625-70 - Sales Office Equpement ( 15 assets )** | | 87,443.77 | 0.00 | 87,443.77 | 1,102.21 | 86,931.35 | 512.42 |
| | | | | | | | | |
| | **Asset A/C#: 1625-80 - OFFICE EQUIPMENT** | | | | | | | |
| 7/1/1993 | 4OOFFIC301 | SLP / 5 | 2,254.00 | 0.00 | 2,254.00 | 0.00 | 2,254.00 | 0.00 |
| 10/1/1994 | 4OOFFIC402 | SLP / 5 | 3,420.00 | 0.00 | 3,420.00 | 0.00 | 3,420.00 | 0.00 |
| 12/1/1994 | 4OOFFIC403 | SLP / 5 | 7,666.00 | 0.00 | 7,666.00 | 0.00 | 7,666.00 | 0.00 |
| 4/1/1995 | 4OOFFIC500 | SLP / 5 | 1,522.00 | 0.00 | 1,522.00 | 0.00 | 1,522.00 | 0.00 |
| 11/1/1995 | 4OOFFIC501 | SLP / 5 | 2,395.00 | 0.00 | 2,395.00 | 0.00 | 2,395.00 | 0.00 |
| 12/1/1997 | 4OFFICE700 | SLP / 5 | 1,495.00 | 0.00 | 1,495.00 | 0.00 | 1,495.00 | 0.00 |
| 12/31/2000 | PDX PHONE EQUIP 12/00 | SLP / 5 | 3,752.10 | 0.00 | 3,752.10 | 0.00 | 3,752.10 | 0.00 |
| 3/1/2001 | PDX FURN/FIXT MAR 01 | SLP / 7 | 1,473.06 | 0.00 | 1,473.06 | 0.00 | 1,473.06 | 0.00 |
| 1/1/2002 | OFFICEDESKCFO | SLP / 7 | 446.42 | 0.00 | 446.42 | 0.00 | 446.42 | 0.00 |
| 1/1/2002 | 1OFFICEPDXCOMPUTERP4 | SLP / 5 | 1,923.00 | 0.00 | 1,923.00 | 0.00 | 1,923.00 | 0.00 |
| 7/1/2002 | ComputerCeleron2002Acctg | SLP / 5 | 981.95 | 0.00 | 981.95 | 0.00 | 981.95 | 0.00 |
| 7/1/2002 | AccPacAccountingUpgrade   nl lc | SLP / 3 | 32,423.95 | 0.00 | 32,423.95 | 0.00 | 32,423.95 | 0.00 |
| 8/22/2002 | 4F9SOFTWARE    nl lc | SLP / 3 | 1,090.00 | 0.00 | 1,090.00 | 0.00 | 1,090.00 | 0.00 |
| 11/4/2002 | Office XP Pro - 5 user  nl lc | SLP / 3 | 2,444.80 | 0.00 | 2,444.80 | 0.00 | 2,444.80 | 0.00 |
| 12/1/2002 | Telephone System for OBC PDX Marketing Office | SLP / 5 | 5,519.90 | 0.00 | 5,519.90 | 0.00 | 5,519.90 | 0.00 |
| 12/1/2002 | Web System Upgrade 2002 | SLP / 5 | 9,355.41 | 0.00 | 9,355.41 | 0.00 | 9,355.41 | 0.00 |
| 1/1/2003 | COMPUTER - MacForce Marketing | SLP / 5 | 4,351.00 | 0.00 | 4,351.00 | 0.00 | 4,351.00 | 0.00 |
| 1/1/2003 | COMPUTER - MacForce Dell Marketing Software | SLP / 5 | 3,207.00 | 0.00 | 3,207.00 | 0.00 | 3,207.00 | 0.00 |
| 2/1/2003 | Computer - Dell Pub Workstation (1 of 2) | SLP / 5 | 966.25 | 0.00 | 966.25 | 0.00 | 966.25 | 0.00 |
| 2/1/2003 | Computer - Dell Pub Workstation (2 of 2) | SLP / 5 | 902.79 | 0.00 | 902.79 | 0.00 | 902.79 | 0.00 |
| 6/1/2003 | LapTop Computer - Toshiba S207 - Sales Adam | SLP / 5 | 1,549.97 | 0.00 | 1,549.97 | 0.00 | 1,549.97 | 0.00 |
| 6/1/2003 | LapTop Computer - HP 4365 Notebook - Sales Abe | SLP / 5 | 1,379.84 | 0.00 | 1,379.84 | 0.00 | 1,379.84 | 0.00 |
| 6/1/2003 | Sewing Machine per JJ | SLP / 7 | 1,750.00 | 0.00 | 1,750.00 | 0.00 | 1,750.00 | 0.00 |
| 7/1/2003 | COMPUTER - COMPAQ POCKET PC #3955 ADAM | SLP / 3 | 499.90 | 0.00 | 499.90 | 0.00 | 499.90 | 0.00 |
| 8/1/2003 | Computer - Dell Dimension Desktop - Michelle B | MA200 / 3 | 1,067.00 | 0.00 | 1,067.00 | 0.00 | 1,067.00 | 0.00 |
| 8/1/2003 | Computer - HP ZE 4365 Notebook | SLP / 3 | 999.90 | 0.00 | 999.90 | 0.00 | 999.90 | 0.00 |
| 8/1/2003 | Computer - Compaq 2175 US Notebook | SLP / 3 | 1,349.98 | 0.00 | 1,349.98 | 0.00 | 1,349.98 | 0.00 |
| 8/1/2003 | Computer - 3 Flat Screen Monitors (NEC, Pixo) | SLP / 3 | 829.94 | 0.00 | 829.94 | 0.00 | 829.94 | 0.00 |
| 9/1/2003 | Pentium 4 File Server (03 Server) | SLP / 5 | 1,634.95 | 0.00 | 1,634.95 | 0.00 | 1,634.95 | 0.00 |
| 9/1/2003 | Computer - 03 Server Software   nl lc | SLP / 3 | 1,508.25 | 0.00 | 1,508.25 | 0.00 | 1,508.25 | 0.00 |
| 10/1/2003 | GATEWAY LAPTOP - SEBBIE | SLP / 3 | 2,003.37 | 0.00 | 2,003.37 | 0.00 | 2,003.37 | 0.00 |
| 10/1/2003 | COMPUTER - QUANTUM DLT TAPE DRIVE | SLP / 3 | 2,345.00 | 0.00 | 2,345.00 | 0.00 | 2,345.00 | 0.00 |

| Date | Description | Code | Amount | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11/1/2003 | COMPUTER - COMPAQ 2190 NOTEBOOK - 1 OF 2 | SLP / 3 | 949.94 | 0.00 | 949.94 | 0.00 | 949.94 | 0.00 |
| 11/1/2003 | COMPUTER - COMPAQ 2190 NOTEBOOK 2 OF 2 | SLP / 3 | 949.94 | 0.00 | 949.94 | 0.00 | 949.94 | 0.00 |
| 12/1/2003 | SOFTWARE - ACCPAC UPGRADE   nl lc | SLP / 3 | 4,845.60 | 0.00 | 4,845.60 | 0.00 | 4,845.60 | 0.00 |
| 1/1/2004 | COMPUTER - COMPAQ NOTEBOOK 2190 - 2004 1 OF 2 | SLP / 3 | 919.93 | 0.00 | 919.93 | 0.00 | 919.93 | 0.00 |
| 1/1/2004 | COMPUTER - COMPAQ 2190 - 2004 2 OF 2 | SLP / 3 | 919.93 | 0.00 | 919.93 | 0.00 | 919.93 | 0.00 |
| 2/1/2004 | COMPUTER - COMPAQ 2596 LAPTOP - MIKE PDX | SLP / 7 | 999.94 | 0.00 | 999.94 | 0.00 | 999.94 | 0.00 |
| 7/1/2004 | LAPTOP COMPUTER - HPZV5220 - RUSS | SLP / 5 | 1,299.98 | 0.00 | 1,299.98 | 0.00 | 1,299.98 | 0.00 |
| 7/1/2004 | LAPTOP COMPUTER - HPZE4805 - RYAN | SLP / 5 | 1,099.98 | 0.00 | 1,099.98 | 0.00 | 1,099.98 | 0.00 |
| 9/1/2004 | COMPUTER EQUIPMENT - 19 INCH FLAT PANEL MONITOR | SLP / 5 | 499.99 | 0.00 | 499.99 | 0.00 | 499.99 | 0.00 |
| 9/1/2004 | COMPUTER - EMACHINE DESKTOP COMPUTER PDX1 | SLP / 5 | 599.99 | 0.00 | 599.99 | 0.00 | 599.99 | 0.00 |
| 9/1/2004 | COMPUTER - EMACHINE DESKTOP COMPUTER PDX2 | SLP / 5 | 599.99 | 0.00 | 599.99 | 0.00 | 599.99 | 0.00 |
| 10/1/2004 | PHONE LINES - 3 - PORTLAND OFFICES | SLP / 7 | 1,620.59 | 0.00 | 1,620.59 | 0.00 | 1,620.59 | 0.00 |
| 10/1/2004 | HP ZE4805 LAPTOP - AARON, MISC COMP EQUIP | SLP / 5 | 1,509.94 | 0.00 | 1,509.94 | 0.00 | 1,509.94 | 0.00 |
| 11/1/2004 | SERVER DRIVES - 36GB MIRROR, 80GB DRIVE | SLP / 5 | 1,175.00 | 0.00 | 1,175.00 | 0.00 | 1,175.00 | 0.00 |
| 11/1/2004 | 2 HP COMPUTERS - SQL/730N, MARKETING/708N | SLP / 5 | 1,799.96 | 0.00 | 1,799.96 | 0.00 | 1,799.96 | 0.00 |
| 12/1/2004 | WINDOWS XP PRO UPGRADE   nl lc | SLP / 5 | 199.99 | 0.00 | 199.99 | 0.00 | 199.99 | 0.00 |
| 12/1/2004 | COMPAQ 2210 LAPTOP (MIKE) | SLP / 5 | 979.98 | 0.00 | 979.98 | 0.00 | 979.98 | 0.00 |
| 12/1/2004 | 2 - HP708N DESKTOP COMPUTERS (PLAYER, DATA ENTRY) | SLP / 5 | 1,699.88 | 0.00 | 1,699.88 | 0.00 | 1,699.88 | 0.00 |
| 12/1/2004 | SQL DISTRIBUTOR DATABASE, PHASE 1 | SLP / 5 | 10,245.00 | 0.00 | 10,245.00 | 0.00 | 10,245.00 | 0.00 |
| 1/1/2005 | COMPUTER - COMPAQ 2210 LAPTOP, HP DESKTOP | SLP / 5 | 1,404.96 | 0.00 | 1,404.96 | 0.00 | 1,404.96 | 0.00 |
| 1/1/2005 | COMPUTER - 3 COMPAQ R3000 LAPTOPS | SLP / 5 | 3,644.99 | 0.00 | 3,644.99 | 0.00 | 3,644.99 | 0.00 |
| 2/1/2005 | COMPUTER - LAPTOP (DOC) | SLP / 5 | 1,649.98 | 0.00 | 1,649.98 | 0.00 | 1,649.98 | 0.00 |
| 2/1/2005 | COMPUTER - COMPAQ (JIM), REPLACEMENT | SLP / 5 | 869.89 | 0.00 | 869.89 | 0.00 | 869.89 | 0.00 |
| 7/1/2005 | COMPUTER - COMPAQ 2105 LAPTOP | SLP / 5 | 1,569.87 | 0.00 | 1,569.87 | 0.00 | 1,569.87 | 0.00 |
| 7/1/2005 | COMPUTER - HP 4150 LAPTOP | SLP / 7 | 1,299.92 | 0.00 | 1,299.92 | 0.00 | 1,299.92 | 0.00 |
| 7/1/2005 | COMPUTER - COMPAQ 2010 NOTEBOOK | SLP / 7 | 802.04 | 0.00 | 802.04 | 0.00 | 802.04 | 0.00 |
| 7/1/2005 | COMPUTER - COMPAQ 2010 NOTEBOOK | SLP / 7 | 802.05 | 0.00 | 802.05 | 0.00 | 802.05 | 0.00 |
| 8/1/2005 | COMPUTER - COMPAQ 2105 NOTEBOOK | SLP / 7 | 1,901.53 | 0.00 | 1,901.53 | 0.00 | 1,901.53 | 0.00 |
| 12/1/2005 | Computer - LapTop HP - Lisa - Sales #DV1000 | SLP / 3 | 1,353.00 | 0.00 | 1,353.00 | 0.00 | 1,353.00 | 0.00 |
| 4/1/2006 | COMPUTER - DELL LAPTOP - YASHA MARKETING | SLP / 3 | 2,048.99 | 0.00 | 2,048.99 | 0.00 | 2,048.99 | 0.00 |
| 4/1/2006 | COMPUTER - SERVER NEWPORT - 2006  nl lc | SLP / 5 | 4,718.67 | 0.00 | 4,718.67 | 0.00 | 4,718.67 | 0.00 |
| 4/1/2006 | COMPUTER - DELL LAPTOP - JACK | SLP / 3 | 3,982.00 | 0.00 | 3,982.00 | 0.00 | 3,982.00 | 0.00 |
| 4/1/2006 | COMPUTER - PRESARIOV2555 LAPTOP | SLP / 3 | 1,392.51 | 0.00 | 1,392.51 | 0.00 | 1,392.51 | 0.00 |
| 6/1/2006 | COMPUTER - LAPTOP - MATT THOMPSON - SALES | SLP / 5 | 1,185.85 | 0.00 | 1,185.85 | 0.00 | 1,185.85 | 0.00 |
| 6/1/2006 | COMPUTER - LAPTOP RAY JEANS - BREWERY | SLP / 5 | 1,092.00 | 0.00 | 1,092.00 | 0.00 | 1,092.00 | 0.00 |
| 6/1/2006 | COMPUTER - LAPTOP - JEROME CHIVARA - SALES | SLP / 5 | 1,205.03 | 0.00 | 1,205.03 | 0.00 | 1,205.03 | 0.00 |
| 7/1/2006 | COMPUTER - LAPTOP - TOSHIBA - HOS | SLP / 7 | 731.14 | 0.00 | 731.14 | 0.00 | 731.14 | 0.00 |
| 9/1/2006 | COMPUTERS - DELL 1300 LAPTOP - MOM | SLP / 7 | 767.00 | 0.00 | 767.00 | 0.00 | 767.00 | 0.00 |
| 9/1/2006 | COMPUTERS - DELL 1300 LAPTOP - ACCT MGR | SLP / 7 | 816.00 | 0.00 | 816.00 | 0.00 | 816.00 | 0.00 |
| 11/1/2006 | OFFICE - SHARP M550N COPIER | SLP / 7 | 12,548.00 | 0.00 | 12,548.00 | 0.00 | 12,548.00 | 0.00 |
| 4/1/2007 | AQUA - TOSHIBA LAPTOP - Transferred to G&A 12/08 | SLP / 7 | 882.89 | 0.00 | 882.89 | 0.00 | 882.89 | 0.00 |
| 6/1/2007 | PDX STAFF - HOYT OFFICE FURNITURE | SLP / 7 | 1,387.88 | 0.00 | 1,387.88 | 0.00 | 1,387.88 | 0.00 |
| 6/1/2007 | PDX STAFF - HOYT OFFICE - FURNITURE | SLP / 7 | 4,998.19 | 0.00 | 4,998.19 | 0.00 | 4,998.19 | 0.00 |
| 6/1/2007 | NEWPORT OFFICE - DELL D530 LAPTOP | SLP / 7 | 1,107.00 | 0.00 | 1,107.00 | 0.00 | 1,107.00 | 0.00 |
| 7/1/2007 | DELL 820 COMPUTER - RICK | SLP / 7 | 1,078.00 | 0.00 | 1,078.00 | 0.00 | 1,078.00 | 0.00 |
| 7/18/2007 | TOSHIBA CT5500 COMPUTER - CHER | SLP / 7 | 957.96 | 0.00 | 957.96 | 0.00 | 957.96 | 0.00 |
| 8/1/2007 | HOYT OFFICE - JACK COMPUTER FROM SCRATCH | SLP / 7 | 1,116.18 | 0.00 | 1,116.18 | 0.00 | 1,116.18 | 0.00 |
| 10/1/2007 | COMPUTER - XP PRO DESKTOP - MARKETING PDX | SLP / 7 | 1,576.84 | 0.00 | 1,576.84 | 0.00 | 1,576.84 | 0.00 |
| 11/1/2007 | OFFICE - HOYT ST - FURNITURE | SLP / 7 | 15,622.81 | 0.00 | 15,622.81 | 0.00 | 15,622.81 | 0.00 |
| 12/1/2007 | OFFICE - NAVISION SOFTWARE | SLP / 7 | 100,543.10 | 0.00 | 100,543.10 | 0.00 | 100,543.10 | 0.00 |
| 12/1/2007 | COMPUTER - 2 - DELL LAPTOP SALES PDX | SLP / 7 | 1,322.35 | 0.00 | 1,322.35 | 0.00 | 1,322.35 | 0.00 |
| 4/1/2008 | AQUARIUM - ESPRESSO MACHINE Not in Use 12/08 | SLP / 5 | 4,000.00 | 0.00 | 4,000.00 | 0.00 | 4,000.00 | 0.00 |
| 10/1/2008 | OFFICE - PDX COPIER | SLP / 5 | 2,298.00 | 0.00 | 2,298.00 | 0.00 | 2,298.00 | 0.00 |
| 11/1/2008 | COMPUTER - 4 MAIL SERVER HARD DRIVES | SLP / 7 | 1,520.00 | 0.00 | 1,520.00 | 0.00 | 1,520.00 | 0.00 |
| 11/1/2008 | OFFICE EQUIPMENT - ANTIQUE RIDDLING WINE RACK | SLP / 7 | 1,697.50 | 0.00 | 1,697.50 | 0.00 | 1,697.50 | 0.00 |
| 12/1/2008 | OFFICE EQUIPMENT - PDX COPIER #2 | SLP / 7 | 2,303.40 | 0.00 | 2,303.40 | 0.00 | 2,303.40 | 0.00 |
| 12/1/2008 | OFFICE EQUIPMENT - PITNEY BOWES MACHINE | SLP / 7 | 3,310.00 | 0.00 | 3,310.00 | 0.00 | 3,310.00 | 0.00 |
| 9/1/2009 | MOM - INTERSPIRE ESTORE SOFTWARE | SLP / 3 | 1,958.00 | 0.00 | 1,958.00 | 0.00 | 1,958.00 | 0.00 |
| 3/1/2011 | OFFICE - VIDEO CAMCORDER | SLP / 5 | 4,120.15 | 0.00 | 4,120.15 | 0.00 | 4,120.15 | 0.00 |
| 6/1/2011 | OFFICE - RACQUET CLUB OFFICE EQUIPMENT | SLP / 5 | 5,859.00 | 0.00 | 5,859.00 | 0.00 | 5,859.00 | 0.00 |
| 7/1/2011 | OFFICE - ELECTRONIC WHITE BOARD PDX | SLP / 7 | 1,871.00 | 0.00 | 1,871.00 | 0.00 | 1,871.00 | 0.00 |
| 7/1/2011 | OFFICE - RACQUET CLUB GARAGE DOOR | SLP / 7 | 1,574.00 | 0.00 | 1,574.00 | 0.00 | 1,574.00 | 0.00 |
| 8/1/2011 | OFFICE - 2 G&A 2 DOOR FREEZERS | SLP / 7 | 5,400.00 | 0.00 | 5,400.00 | 0.00 | 5,400.00 | 0.00 |
| 9/1/2011 | OFFICE - RACQUET CLUB HEATING SYSTEM | SLP / 7 | 4,736.00 | 0.00 | 4,736.00 | 0.00 | 4,736.00 | 0.00 |
| 11/1/2011 | OFFICE - ROGUE ART | SLP / 7 | 2,565.00 | 0.00 | 2,565.00 | 0.00 | 2,565.00 | 0.00 |
| 12/1/2011 | OFFICE - SKEE BALL MACHINE | SLP / 7 | 4,645.00 | 0.00 | 4,645.00 | 0.00 | 4,645.00 | 0.00 |
| 12/1/2011 | OFFICE - HEATER #2 FOR RACQUET CLUB | SLP / 7 | 4,736.00 | 0.00 | 4,736.00 | 0.00 | 4,736.00 | 0.00 |
| 12/1/2011 | OFFICE - RACQUET CLUB WIRING #2 | SLP / 7 | 5,056.95 | 0.00 | 5,056.95 | 0.00 | 5,056.95 | 0.00 |
| 4/1/2012 | OFFICE - RACQUET CLUB PHONE SYSTEM | SLP / 7 | 12,220.00 | 0.00 | 12,220.00 | 0.00 | 12,220.00 | 0.00 |
| 8/1/2012 | OFFICE - PDX OFFICE #2 PHONE SYSTEM | SLP / 7 | 6,631.80 | 0.00 | 6,631.80 | 0.00 | 6,631.80 | 0.00 |
| 9/1/2012 | OFFICE - RACQUET CLUB PHONE SYSTEM ADDN'L | SLP / 7 | 6,495.95 | 0.00 | 6,495.95 | 0.00 | 6,495.95 | 0.00 |
| 10/1/2012 | OFFICE - NEW NEWPORT SERVER | SLP / 7 | 9,285.00 | 0.00 | 9,285.00 | 0.00 | 9,285.00 | 0.00 |
| 10/1/2012 | OFFICE - RACQUET CLUB NEWS RM MAC BOOK | SLP / 7 | 4,002.00 | 0.00 | 4,002.00 | 0.00 | 4,002.00 | 0.00 |
| 12/1/2012 | OFFICE - RACQUET CLUB DISPLAY CASE | SLP / 7 | 1,650.00 | 0.00 | 1,650.00 | 0.00 | 1,650.00 | 0.00 |
| 7/1/2013 | OFFICE - ALOHA CONFIGURATION UPGRADE | SLP / 7 | 4,500.00 | 0.00 | 4,500.00 | 0.00 | 4,500.00 | 0.00 |
| 7/1/2013 | COMPUTER - MAC BOOK - HIGGINS | SLP / 7 | 2,961.50 | 0.00 | 2,961.50 | 0.00 | 2,961.50 | 0.00 |
| 7/1/2013 | COMPUTER - MAC BOOK - RIGGS | SLP / 7 | 2,961.50 | 0.00 | 2,961.50 | 0.00 | 2,961.50 | 0.00 |
| 7/1/2013 | COMPUTER - MAC BOOK - R BREWER | SLP / 7 | 2,961.50 | 0.00 | 2,961.50 | 0.00 | 2,961.50 | 0.00 |
| 9/1/2013 | OFFICE - 2 PINBALL MACHINES RC | SLP / 7 | 1,950.00 | 0.00 | 1,950.00 | 0.00 | 1,950.00 | 0.00 |
| 9/1/2013 | OFFICE - THINK PADS - 9 WORKSTATIONS | SLP / 7 | 6,332.33 | 0.00 | 6,332.33 | 0.00 | 6,332.33 | 0.00 |
| 10/1/2013 | OFFICE - MACBOOK - BJ | SLP / 7 | 1,768.63 | 0.00 | 1,768.63 | 0.00 | 1,768.63 | 0.00 |
| 10/1/2013 | OFFICE - MUSEUM SIGNS ON SERVEN | SLP / 7 | 9,749.00 | 0.00 | 9,749.00 | 0.00 | 9,749.00 | 0.00 |
| 10/1/2013 | OFFICE - MUSEUM FIXTURES & FLOOR | SLP / 7 | 3,600.00 | 0.00 | 3,600.00 | 0.00 | 3,600.00 | 0.00 |
| 12/1/2013 | OFFICE - DESK TOP COMPUTERS - 3 | SLP / 7 | 3,212.95 | 0.00 | 3,212.95 | 0.00 | 3,212.95 | 0.00 |
| 3/1/2014 | OFFICE EQUIPMENT - MAC BOOK COMPUTER | SLP / 7 | 1,549.00 | 0.00 | 1,549.00 | 0.00 | 1,549.00 | 0.00 |
| 4/1/2014 | OFFICE - RC 12 TABLES W/CHAIRS | SLP / 7 | 1,835.76 | 0.00 | 1,835.76 | 0.00 | 1,835.76 | 0.00 |
| 4/1/2014 | OFFICE - 2 LAPTOPS WITH 2 PRINTERS RC | SLP / 7 | 4,053.86 | 0.00 | 4,053.86 | 0.00 | 4,053.86 | 0.00 |
| 4/1/2014 | OFFICE - NAV PAYROLL IMPORT | SLP / 7 | 4,900.00 | 0.00 | 4,900.00 | 0.00 | 4,900.00 | 0.00 |
| 4/1/2014 | OFFICE - NAV PTO FUNCTIONALITY | SLP / 7 | 4,287.53 | 0.00 | 4,287.53 | 0.00 | 4,287.53 | 0.00 |
| 5/1/2014 | OFFICE - IMAC COMPUTER | SLP / 7 | 3,299.00 | 0.00 | 3,299.00 | 0.00 | 3,299.00 | 0.00 |
| 6/1/2014 | OFFICE - 4 LAPTOP COMPUTERS | SLP / 7 | 2,255.27 | 0.00 | 2,255.27 | 0.00 | 2,255.27 | 0.00 |
| 8/1/2014 | OFFICE - NEW SERVER NEWPORT | SLP / 5 | 5,813.80 | 0.00 | 5,813.80 | 0.00 | 5,813.80 | 0.00 |
| 10/1/2014 | OFFICE - 2 NEW LENOVA LAPTOPS | SLP / 5 | 1,333.64 | 0.00 | 1,333.64 | 0.00 | 1,333.64 | 0.00 |
| 11/1/2014 | OFFICE - PTO FINAL | SLP / 5 | 4,156.25 | 0.00 | 4,156.25 | 0.00 | 4,156.25 | 0.00 |

| Date | Description | Method | Col1 | Col2 | Col3 | Col4 | Col5 | Col6 |
|---|---|---|---|---|---|---|---|---|
| 6/1/2015 | OFFICE - RICOH PRINTER NEWPORT | SLP / 5 | 3,450.00 | 0.00 | 3,450.00 | 0.00 | 3,450.00 | 0.00 |
| 6/1/2015 | OFFICE - RICOH PRINTERS X2 RACQET CLUB | SLP / 5 | 3,350.00 | 0.00 | 3,350.00 | 0.00 | 3,350.00 | 0.00 |
| 6/1/2015 | OFFICE - RACQUET CLUB LIGHTING | SLP / 5 | 1,583.07 | 0.00 | 1,583.07 | 0.00 | 1,583.07 | 0.00 |
| 12/1/2015 | OFFICE - JET ENTERPRISE SOFTWARE | SLP / 5 | 21,468.13 | 0.00 | 21,468.13 | 0.00 | 21,468.13 | 0.00 |
| 12/1/2015 | OFFICE - DELL NAV SERVER | SLP / 5 | 40,276.50 | 0.00 | 40,276.50 | 0.00 | 40,276.50 | 0.00 |
| 12/1/2015 | OFFICE - NAV SOFTWARE UPGRADES | SLP / 5 | 6,000.00 | 0.00 | 6,000.00 | 0.00 | 6,000.00 | 0.00 |
| 12/1/2015 | OFFICE - STORAGE SHELVES AT STORAGE UNIT | SLP / 5 | 2,356.76 | 0.00 | 2,356.76 | 0.00 | 2,356.76 | 0.00 |
| 3/1/2016 | OFFICE - COMPUTER SOFTWARE UPGRADE | MA200 / 7 | 1,887.00 | 0.00 | 1,887.00 | 0.00 | 1,887.00 | 0.00 |
| 2/1/2019 | OFFICE - G&A LAPTOP | SLP / 5 | 2,245.50 | 0.00 | 2,245.50 | 37.42 | 2,245.50 | 0.00 |
| 5/1/2019 | OFFICE - NEWPORT DESK, CHAIRS, SHELVING | SLP / 5 | 8,293.30 | 0.00 | 8,293.30 | 552.89 | 8,293.30 | 0.00 |
| 11/1/2019 | OFFICE - NEWPORT DESKS | SLP / 5 | 2,610.67 | 0.00 | 2,610.67 | 435.13 | 2,610.67 | 0.00 |
| 4/1/2020 | OFFICE - SCREEN PRINTING EQUIPMENT | SLP / 5 | 2,220.00 | 0.00 | 2,220.00 | 444.00 | 2,109.00 | 111.00 |
| 5/1/2020 | OFFICE - POSTAGE METER | SLP / 5 | 5,487.65 | 0.00 | 5,487.65 | 1,097.53 | 5,121.81 | 365.84 |
| 12/1/2020 | OFFICE - OMB VICINITY SOFTWARE | SLP / 5 | 6,000.00 | 0.00 | 6,000.00 | 1,200.00 | 4,900.00 | 1,100.00 |
| 12/1/2020 | OFFICE - OMB ONLINE SALES ORDERING GP ANALYTICS | SLP / 5 | 5,437.50 | 0.00 | 5,437.50 | 1,087.50 | 4,440.63 | 996.87 |
| 12/1/2020 | OFFICE - ESOFT PAYROLL SOFTWARE MODULE | SLP / 5 | 42,986.47 | 0.00 | 42,986.47 | 8,597.29 | 35,105.60 | 7,880.87 |
| 12/1/2020 | OFFICE - TIME CLOCKS FOR PAYROLL MODULE | SLP / 5 | 7,095.81 | 0.00 | 7,095.81 | 1,419.16 | 5,794.90 | 1,300.91 |
| 5/1/2021 | OFFICE EQUIPMENT - SWATCH BOOKLET | SLP / 5 | 2,014.99 | 0.00 | 2,014.99 | 403.00 | 1,477.67 | 537.32 |
| 12/1/2021 | OFFICE - NAV PAYROLL PORTAL | SLP / 5 | 2,777.25 | 0.00 | 2,777.25 | 555.45 | 1,712.64 | 1,064.61 |
| 12/1/2021 | OFFICE - PDX DISHWASHER | SLP / 5 | 2,798.00 | 0.00 | 2,798.00 | 559.60 | 1,725.43 | 1,072.57 |
| 12/1/2021 | OFFICE - PDX TV | SLP / 5 | 1,815.98 | 0.00 | 1,815.98 | 363.20 | 1,119.87 | 696.11 |
| 12/1/2021 | OFFICE - PDX OFFICE COMPUTER | SLP / 5 | 4,683.30 | 0.00 | 4,683.30 | 936.66 | 2,888.04 | 1,795.26 |
| 12/1/2021 | OFFICE - PDX FURNITURE 2021 OFFICE | SLP / 5 | 44,945.58 | 0.00 | 44,945.58 | 8,989.12 | 27,716.45 | 17,229.13 |
| 1/1/2023 | PDX OFFICE TINTING | MA200 / 7 | 4,103.00 | 0.00 | 4,103.00 | 1,004.82 | 1,590.96 | 2,512.04 |
| 7/1/2023 | OFFICE - B.C. SOFTWARE | SLP / 5 | 97,842.50 | 0.00 | 97,842.50 | 19,568.50 | 29,352.75 | 68,489.75 |
| 12/31/2024 A | OFFICE - Dell Backup Server | SLP / 7 | 8,045.05 | 0.00 | 8,045.05 | 95.77 | 95.77 | 7,949.28 |
| 12/31/2024 A | OFFICE - Dell SQL Server | SLP / 7 | 8,576.18 | 0.00 | 8,576.18 | 102.10 | 102.10 | 8,474.08 |
| **Totals: 1625-80 - OFFICE EQUIPMENT ( 153 assets )** | | | **825,568.36** | **0.00** | **825,568.36** | **47,449.14** | **703,992.72** | **121,575.64** |

**Asset A/C#: 1630 - DESIGN COST - BOTTLES**

| Date | Description | Method | Col1 | Col2 | Col3 | Col4 | Col5 | Col6 |
|---|---|---|---|---|---|---|---|---|
| 10/19/2000 | 7BOTTLDESIGN1000 | SLP / 7 | 1,200.00 | 0.00 | 1,200.00 | 0.00 | 1,200.00 | 0.00 |
| 1/1/2001 | 1 I I DESIGN EXP JAN '01 | SLP / 7 | 2,634.65 | 0.00 | 2,634.65 | 0.00 | 2,634.65 | 0.00 |
| 3/1/2001 | DESIGN COSTS MAR '01 | SLP / 7 | 1,603.50 | 0.00 | 1,603.50 | 0.00 | 1,603.50 | 0.00 |
| 8/1/2001 | DESIGN COSTS AUG '01 | SLP / 7 | 4,497.50 | 0.00 | 4,497.50 | 0.00 | 4,497.50 | 0.00 |
| 9/1/2001 | 1 E PCC BOTTLE DESIGN SEP '01 | SLP / 7 | 1,095.00 | 0.00 | 1,095.00 | 0.00 | 1,095.00 | 0.00 |
| 6/1/2002 | AmAmberCaseBox | SLP / 5 | 1,013.47 | 0.00 | 1,013.47 | 0.00 | 1,013.47 | 0.00 |
| 3/1/2003 | Label Setup Charges - Various Style Labels | SLP / 3 | 716.00 | 0.00 | 716.00 | 0.00 | 716.00 | 0.00 |
| 4/1/2003 | DESIGN - 12oz Bottles - Various Styles | SLP / 7 | 1,150.00 | 0.00 | 1,150.00 | 0.00 | 1,150.00 | 0.00 |
| 5/1/2003 | Dies - Morimoto 22oz | SLP / 7 | 1,950.00 | 0.00 | 1,950.00 | 0.00 | 1,950.00 | 0.00 |
| 6/1/2003 | Design Costs - Morimoto Bottle - Medusa | SLP / 3 | 3,656.50 | 0.00 | 3,656.50 | 0.00 | 3,656.50 | 0.00 |
| 6/1/2003 | Design Costs - 12oz - Medusa | SLP / 7 | 1,511.25 | 0.00 | 1,511.25 | 0.00 | 1,511.25 | 0.00 |
| 11/1/2004 | 300 UPC CODES | SLP / 7 | 3,585.00 | 0.00 | 3,585.00 | 0.00 | 3,585.00 | 0.00 |
| 11/1/2004 | BOTTLE DESIGN - VARIOUS STYLES - NOV 04 | SLP / 3 | 2,455.00 | 0.00 | 2,455.00 | 0.00 | 2,455.00 | 0.00 |
| 12/1/2004 | DESIGN COSTS - VARIOUS STYLES - DEC 04 | SLP / 7 | 5,235.25 | 0.00 | 5,235.25 | 0.00 | 5,235.25 | 0.00 |
| 3/1/2006 | CHIPOLTE BOTTLE SCREEN PLATES | SLP / 5 | 1,850.00 | 0.00 | 1,850.00 | 0.00 | 1,850.00 | 0.00 |
| 7/1/2006 | DESIGN - SAXCO BOTTLE DESIGN | SLP / 7 | 4,400.00 | 0.00 | 4,400.00 | 0.00 | 4,400.00 | 0.00 |
| 2/1/2007 | DESIGN - SHAKESPEARE 22OZ DIE | SLP / 7 | 2,075.00 | 0.00 | 2,075.00 | 0.00 | 2,075.00 | 0.00 |
| 2/1/2008 | DESIGN - VARIOUS 2008 BOTTLES | SLP / 7 | 2,945.00 | 0.00 | 2,945.00 | 0.00 | 2,945.00 | 0.00 |
| 5/1/2008 | DESIGN - DOUBLE DEAD GUY BOTTLE | SLP / 7 | 2,100.00 | 0.00 | 2,100.00 | 0.00 | 2,100.00 | 0.00 |
| 5/1/2008 | DESIGN - BREWERS ALE BOTTLE | SLP / 15 | 2,100.00 | 0.00 | 2,100.00 | 0.00 | 2,100.00 | 0.00 |
| 5/1/2008 | DESIGN - CAP'N SIG'S BOTTLE | SLP / 5 | 2,100.00 | 0.00 | 2,100.00 | 0.00 | 2,100.00 | 0.00 |
| 3/1/2011 | DESIGN - MOM ARTWORK VARIOUS | SLP / 7 | 1,785.00 | 0.00 | 1,785.00 | 0.00 | 1,785.00 | 0.00 |
| 10/1/2011 | DESIGN - SAXCO BOTTLE DESIGN/MOULD | SLP / 7 | 3,000.00 | 0.00 | 3,000.00 | 0.00 | 3,000.00 | 0.00 |
| 4/1/2012 | DESIGN - 16OZ SPIRIT BOTTLES | SLP / 7 | 1,550.00 | 0.00 | 1,550.00 | 0.00 | 1,550.00 | 0.00 |
| 6/1/2012 | DESIGN - PSU BOTTLE | SLP / 7 | 1,920.00 | 0.00 | 1,920.00 | 0.00 | 1,920.00 | 0.00 |
| 9/1/2012 | CHINA 750ML BOTTLE MOULD | SLP / 7 | 7,500.00 | 0.00 | 7,500.00 | 0.00 | 7,500.00 | 0.00 |
| 11/1/2012 | DESIGN - MEAD LABEL | SLP / 7 | 2,400.00 | 0.00 | 2,400.00 | 0.00 | 2,400.00 | 0.00 |
| 2/1/2013 | DESIGN - ROGUE FARMS BOTTLE DIE | SLP / 7 | 1,675.00 | 0.00 | 1,675.00 | 0.00 | 1,675.00 | 0.00 |
| 5/1/2013 | DESIGN - 25TH ANNIVERSARY | SLP / 7 | 3,200.00 | 0.00 | 3,200.00 | 0.00 | 3,200.00 | 0.00 |
| 7/1/2013 | DESIGN - 3L MILITARY SCREEN | SLP / 7 | 2,050.00 | 0.00 | 2,050.00 | 0.00 | 2,050.00 | 0.00 |
| 7/1/2013 | DESIGN - AMERICAN AMBER 22OZ | SLP / 7 | 2,012.28 | 0.00 | 2,012.28 | 0.00 | 2,012.28 | 0.00 |
| 8/1/2015 | PRINT PLATES - SANTA 12& 22OZ | SLP / 7 | 2,629.00 | 0.00 | 2,629.00 | 0.00 | 2,629.00 | 0.00 |
| 8/1/2015 | PRINT PLATES - SS STOUT 12 & 22OZ | SLP / 7 | 2,934.00 | 0.00 | 2,934.00 | 0.00 | 2,934.00 | 0.00 |
| 8/1/2015 | PRINT PLATES - AMBER 12 & 22OZ | SLP / 7 | 2,264.00 | 0.00 | 2,264.00 | 0.00 | 2,264.00 | 0.00 |
| 8/1/2015 | PRINT PLATES - YELLOW SNOW 12 & 22OZ | SLP / 7 | 2,825.00 | 0.00 | 2,825.00 | 0.00 | 2,825.00 | 0.00 |
| 8/1/2015 | PRINT PLATES - HAZELNUT 12OZ | SLP / 7 | 1,865.00 | 0.00 | 1,865.00 | 0.00 | 1,865.00 | 0.00 |
| 8/1/2015 | PRINT PLATES - MOCHA PORTER 12OZ | SLP / 7 | 1,500.00 | 0.00 | 1,500.00 | 0.00 | 1,500.00 | 0.00 |
| 8/1/2015 | PRINT PLATES - BRUTAL 22OZ | SLP / 7 | 1,542.00 | 0.00 | 1,542.00 | 0.00 | 1,542.00 | 0.00 |
| 7/1/2016 | PRINT PLATES - IMPERIAL BROWN | MA200 / 7 | 2,412.94 | 0.00 | 2,412.94 | 0.00 | 2,412.94 | 0.00 |
| 7/1/2016 | PRINT PLATES - MOCHA PORTER | SLP / 7 | 1,950.00 | 0.00 | 1,950.00 | 0.00 | 1,950.00 | 0.00 |
| 7/1/2016 | PRINT PLATES - CHOCOLATE STOUT | MA200 / 7 | 1,595.00 | 0.00 | 1,595.00 | 0.00 | 1,595.00 | 0.00 |
| 7/1/2016 | PRINT PLATES - MARIONBERRY | MA200 / 7 | 1,970.00 | 0.00 | 1,970.00 | 0.00 | 1,970.00 | 0.00 |
| 7/1/2016 | PRINT PLATES - OLD CRUSTY | MA200 / 7 | 2,440.00 | 0.00 | 2,440.00 | 0.00 | 2,440.00 | 0.00 |
| 4/1/2017 | PRINT PLATES - RN CAN | SLP / 5 | 2,046.57 | 0.00 | 2,046.57 | 0.00 | 2,046.57 | 0.00 |
| 4/1/2017 | PRINT PLATES - COSTCO VARIETY | SLP / 5 | 1,497.52 | 0.00 | 1,497.52 | 0.00 | 1,497.52 | 0.00 |
| 4/1/2017 | PRINT PLATES - 5 HOP BLACK | SLP / 5 | 2,012.80 | 0.00 | 2,012.80 | 0.00 | 2,012.80 | 0.00 |
| 4/1/2017 | PRINT PLATES - HOP TUB | SLP / 5 | 3,666.46 | 0.00 | 3,666.46 | 0.00 | 3,666.46 | 0.00 |
| 5/1/2017 | DESIGN - COLD BREW IPA CAN | SLP / 5 | 2,500.00 | 0.00 | 2,500.00 | 0.00 | 2,500.00 | 0.00 |
| 9/1/2017 | DIES - CAN PROOFS VARIOUS | SLP / 5 | 4,500.00 | 0.00 | 4,500.00 | 0.00 | 4,500.00 | 0.00 |
| 9/1/2017 | DIES - NEW SPIRITS CARTONS | SLP / 5 | 1,955.55 | 0.00 | 1,955.55 | 0.00 | 1,955.55 | 0.00 |
| 9/1/2017 | PLATES- YELLOW SNOW CAN TRAY | SLP / 5 | 5,738.73 | 0.00 | 5,738.73 | 0.00 | 5,738.73 | 0.00 |
| 9/1/2017 | PLATES - VARIOUS STYLE CARRIERS | SLP / 5 | 10,000.02 | 0.00 | 10,000.02 | 0.00 | 10,000.02 | 0.00 |
| 9/1/2017 | PLATES - COLD BREW IPA CAN TRAY | SLP / 5 | 4,904.05 | 0.00 | 4,904.05 | 0.00 | 4,904.05 | 0.00 |
| 9/1/2017 | PLATES - VARIOUS STYLES BOXES & TRAYS | SLP / 5 | 11,280.85 | 0.00 | 11,280.85 | 0.00 | 11,280.85 | 0.00 |
| 10/1/2017 | DESIGN - SON- HAZELNUT BROWN CANS | SLP / 5 | 5,000.00 | 0.00 | 5,000.00 | 0.00 | 5,000.00 | 0.00 |
| 10/1/2017 | DESIGN - HONEY KOLSCH CAN | SLP / 5 | 3,000.00 | 0.00 | 3,000.00 | 0.00 | 3,000.00 | 0.00 |
| 11/1/2017 | DESIGN - UNKNOWN CAN DESIGN | SLP / 5 | 2,500.00 | 0.00 | 2,500.00 | 0.00 | 2,500.00 | 0.00 |
| 11/1/2017 | DESIGN - UNKNOWN CAN DESIGN #2 | SLP / 5 | 3,000.00 | 0.00 | 3,000.00 | 0.00 | 3,000.00 | 0.00 |
| 11/1/2017 | DESIGN COSTS - ROLLING THUNDER IMP STOUT PLATES | SLP / 5 | 2,966.18 | 0.00 | 2,966.18 | 0.00 | 2,966.18 | 0.00 |
| 2/1/2018 | PRINT PLATES - 10 HOP | SLP / 3 | 2,178.35 | 0.00 | 2,178.35 | 0.00 | 2,178.35 | 0.00 |
| 2/1/2018 | PRINT PLATES - KULTURE KLASH | SLP / 3 | 2,079.98 | 0.00 | 2,079.98 | 0.00 | 2,079.98 | 0.00 |
| 4/1/2018 | PRINT PLATES - DEAD GUY WHISKY STOPPER - TAPI | SLP / 3 | 8,000.00 | 0.00 | 8,000.00 | 0.00 | 8,000.00 | 0.00 |
| 4/1/2018 | PRINT PLATES - DEAD GUY CAN PRINT PLATES | SLP / 3 | 2,000.00 | 0.00 | 2,000.00 | 0.00 | 2,000.00 | 0.00 |
| 9/1/2018 | PRINT PLATES - 2018 SPRUCE | SLP / 3 | 2,198.51 | 0.00 | 2,198.51 | 0.00 | 2,198.51 | 0.00 |

| Date | Description | Code | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10/1/2018 | PRINT PLATES - RHUBARB | SLP / 3 | 5,467.20 | 0.00 | 5,467.20 | 0.00 | 5,467.20 | 0.00 |
| 10/1/2018 | PRINT PLATES - STRAIGHT OUT OF NEWPORT | SLP / 3 | 4,391.50 | 0.00 | 4,391.50 | 0.00 | 4,391.50 | 0.00 |
| 10/1/2018 | PRINT PLATES - OUTTA LINE | SLP / 3 | 6,099.38 | 0.00 | 6,099.38 | 0.00 | 6,099.38 | 0.00 |
| 10/1/2018 | PRINT PLATES - COUNTER CURRENT | SLP / 3 | 4,935.73 | 0.00 | 4,935.73 | 0.00 | 4,935.73 | 0.00 |
| 10/1/2018 | PRINT PLATES - BATSQUATCH | SLP / 3 | 5,430.84 | 0.00 | 5,430.84 | 0.00 | 5,430.84 | 0.00 |
| 10/1/2018 | PRINT PLATES - DOUBLE CHOCOLATE | SLP / 3 | 1,938.95 | 0.00 | 1,938.95 | 0.00 | 1,938.95 | 0.00 |
| 11/1/2018 | PRINT PLATES - JUST A PINCH | SLP / 3 | 4,424.80 | 0.00 | 4,424.80 | 0.00 | 4,424.80 | 0.00 |
| 4/1/2019 | DESIGN - OUT OF LINE KK PRINT PLATES | SLP / 3 | 2,317.94 | 0.00 | 2,317.94 | 0.00 | 2,317.94 | 0.00 |
| 6/1/2019 | DESIGN - CROWN CAN PROOF | SLP / 3 | 2,500.00 | 0.00 | 2,500.00 | 0.00 | 2,500.00 | 0.00 |
| 6/1/2019 | DESIGN - RTD GIN FIZ CANS | SLP / 3 | 2,500.00 | 0.00 | 2,500.00 | 0.00 | 2,500.00 | 0.00 |
| 6/1/2019 | DESIGN - RTD GINGER LIME CANS | SLP / 3 | 2,500.00 | 0.00 | 2,500.00 | 0.00 | 2,500.00 | 0.00 |
| 6/1/2019 | DESIGN - VODKA CRAN CANS | SLP / 3 | 1,750.00 | 0.00 | 1,750.00 | 0.00 | 1,750.00 | 0.00 |
| 8/1/2019 | PRINT PLATES - RTD DIES | SLP / 3 | 3,000.00 | 0.00 | 3,000.00 | 0.00 | 3,000.00 | 0.00 |
| 8/1/2019 | PRINT PLATES - OUTTA LINE SUMMER CAN | SLP / 3 | 3,000.00 | 0.00 | 3,000.00 | 0.00 | 3,000.00 | 0.00 |
| 8/1/2019 | PRINT PLATES - COAST HASTE | SLP / 3 | 2,226.93 | 0.00 | 2,226.93 | 0.00 | 2,226.93 | 0.00 |
| 8/1/2019 | PRINT PLATES - SANTA'S HELPER | SLP / 3 | 1,988.75 | 0.00 | 1,988.75 | 0.00 | 1,988.75 | 0.00 |
| 9/30/2019 | PRINT PLATES CHOC STOUT | SLP / 3 | 3,306.46 | 0.00 | 3,306.46 | 0.00 | 3,306.46 | 0.00 |
| 10/1/2019 | DESIGN - NEWPORT NIGHTS CAN | SLP / 3 | 4,935.52 | 0.00 | 4,935.52 | 0.00 | 4,935.52 | 0.00 |
| 10/1/2019 | DESIGN - DREAMLAND CAN | SLP / 3 | 4,834.39 | 0.00 | 4,834.39 | 0.00 | 4,834.39 | 0.00 |
| 10/1/2019 | DESIGN - DREAMLAND CAN PRINT PLATES | SLP / 3 | 4,834.42 | 0.00 | 4,834.42 | 0.00 | 4,834.42 | 0.00 |
| 12/1/2019 | DESIGN - NEWPORT NIGHTS CAN PLATES | SLP / 3 | 3,500.00 | 0.00 | 3,500.00 | 0.00 | 3,500.00 | 0.00 |
| 12/1/2019 | DESIGN - FISH SUPPLIES CAN PLATES | SLP / 3 | 4,499.79 | 0.00 | 4,499.79 | 0.00 | 4,499.79 | 0.00 |
| 12/1/2019 | DESIGN - DREAMLAND CAN PLATES | SLP / 3 | 2,500.00 | 0.00 | 2,500.00 | 0.00 | 2,500.00 | 0.00 |
| 9/1/2020 | DESIGN - CLAUDE CAN 12OZ PRINT PLATES | MSL / 3 | 2,800.00 | 0.00 | 2,800.00 | 0.00 | 2,800.00 | 0.00 |
| 12/1/2020 | DESIGN - DND PLATES | SLP / 3 | 5,411.48 | 0.00 | 5,411.48 | 0.00 | 5,411.48 | 0.00 |
| 12/1/2020 | DESIGN - CBD DIE | SLP / 3 | 2,115.00 | 0.00 | 2,115.00 | 0.00 | 2,115.00 | 0.00 |
| 12/1/2020 | DESIGN - PUMPKIN PATCH DIES | SLP / 3 | 1,691.00 | 0.00 | 1,691.00 | 0.00 | 1,691.00 | 0.00 |
| 5/1/2021 | DESIGN - HNUT PRINT PLATES | SLP / 3 | 4,861.11 | 0.00 | 4,861.11 | 540.12 | 4,861.11 | 0.00 |
| 5/1/2021 | DESIGN - CBD PRINT PLATES | SLP / 3 | 2,400.00 | 0.00 | 2,400.00 | 266.67 | 2,400.00 | 0.00 |
| 5/1/2021 | DESIGN - CBD GINGER PRINT PLATES | SLP / 3 | 2,444.44 | 0.00 | 2,444.44 | 271.61 | 2,444.44 | 0.00 |
| 5/1/2021 | DESIGN - PUMPKIN PRINT PLATES | SLP / 3 | 5,500.00 | 0.00 | 5,500.00 | 611.12 | 5,500.00 | 0.00 |
| 5/1/2021 | DESIGN - DEAD N DEAD PRINT PLATES | SLP / 3 | 6,666.67 | 0.00 | 6,666.67 | 740.75 | 6,666.67 | 0.00 |
| 5/1/2021 | DESIGN - CBD TONIC PRINT PLATES | SLP / 3 | 2,444.44 | 0.00 | 2,444.44 | 271.61 | 2,444.44 | 0.00 |
| 5/1/2021 | DESIGN - HONEY KOLSCH PRINT PLATES | SLP / 3 | 2,500.00 | 0.00 | 2,500.00 | 277.78 | 2,500.00 | 0.00 |
| 5/1/2021 | DESIGN - ROGUE PAINT THE CAN DEAD PRINT PLATES | SLP / 3 | 2,500.00 | 0.00 | 2,500.00 | 277.78 | 2,500.00 | 0.00 |
| 5/1/2021 | DESIGN - BATSQUATCH PRINT PLATES | SLP / 3 | 8,900.00 | 0.00 | 8,900.00 | 988.88 | 8,900.00 | 0.00 |
| 5/1/2021 | DESIGN - VODKA COCKTAIL PRINT PLATES | SLP / 3 | 2,305.56 | 0.00 | 2,305.56 | 256.17 | 2,305.56 | 0.00 |
| 5/1/2021 | DESIGN - KRINGLE KRUSH PRINT PLATES | SLP / 3 | 9,694.44 | 0.00 | 9,694.44 | 1,077.16 | 9,694.44 | 0.00 |
| 11/1/2021 | DESIGN - GUMBAROO PRINT PLATES | SLP / 3 | 5,647.00 | 0.00 | 5,647.00 | 1,568.62 | 5,647.00 | 0.00 |
| 11/1/2021 | DESIGN - GINGER BEER PRINT PLATES | SLP / 3 | 5,166.67 | 0.00 | 5,166.67 | 1,435.19 | 5,166.67 | 0.00 |
| 11/1/2021 | DESIGN - DAZE CAN PRINT PLATES | SLP / 3 | 3,800.00 | 0.00 | 3,800.00 | 1,055.55 | 3,800.00 | 0.00 |
| 11/1/2021 | DESIGN - KNUCKLEBUSTER PRINT PLATES | SLP / 3 | 4,400.00 | 0.00 | 4,400.00 | 1,222.22 | 4,400.00 | 0.00 |
| 11/1/2021 | DESIGN - GIN FIZZ PRINT PLATES | SLP / 3 | 3,800.00 | 0.00 | 3,800.00 | 1,055.55 | 3,800.00 | 0.00 |
| 11/1/2021 | DESIGN - VODKA LEMON PRINT PLATES | SLP / 3 | 1,900.00 | 0.00 | 1,900.00 | 527.78 | 1,900.00 | 0.00 |
| 11/1/2021 | DESIGN - VODKA MULE PRINT PLATES | SLP / 3 | 1,900.00 | 0.00 | 1,900.00 | 527.78 | 1,900.00 | 0.00 |
| 11/1/2021 | DESIGN - APPLE PRINT PLATES | SLP / 3 | 1,900.00 | 0.00 | 1,900.00 | 527.78 | 1,900.00 | 0.00 |
| 1/1/2023 | CBD - PRINT PLATE | MA200 / 7 | 2,784.00 | 0.00 | 2,784.00 | 681.80 | 1,079.51 | 1,704.49 |
| 1/1/2023 | DAZE PRINT PLATE | MA200 / 7 | 9,444.00 | 0.00 | 9,444.00 | 2,312.82 | 3,661.96 | 5,782.04 |
| 1/1/2023 | V ESPRESSO PRINT PLATE | MA200 / 7 | 3,333.33 | 0.00 | 3,333.33 | 816.33 | 1,292.52 | 2,040.81 |
| 1/1/2023 | KNUCKLE PRINT PLATE | MA200 / 7 | 3,333.33 | 0.00 | 3,333.33 | 816.33 | 1,292.52 | 2,040.81 |
| 1/1/2023 | SUPPLY DROP WINTER PRINT PLATE | MA200 / 7 | 5,444.44 | 0.00 | 5,444.44 | 1,333.33 | 2,111.11 | 3,333.33 |
| 1/1/2023 | ROLLING THUNDER PRINT PLATE | MA200 / 7 | 3,666.67 | 0.00 | 3,666.67 | 897.96 | 1,421.77 | 2,244.90 |
| 1/1/2023 | VODKA MULE PRINT PLATE | MA200 / 7 | 4,900.00 | 0.00 | 4,900.00 | 1,200.00 | 1,900.00 | 3,000.00 |
| 1/1/2023 | BEACHY CLEAN PRINT PLATE | MA200 / 7 | 4,900.00 | 0.00 | 4,900.00 | 1,200.00 | 1,900.00 | 3,000.00 |
| 1/1/2023 | PEACH BERRY PRINT PLATE | MA200 / 7 | 4,900.00 | 0.00 | 4,900.00 | 1,200.00 | 1,900.00 | 3,000.00 |
| 1/1/2023 | WHISKEY MULE PRINT PLATE | MA200 / 7 | 4,900.00 | 0.00 | 4,900.00 | 1,200.00 | 1,900.00 | 3,000.00 |
| 1/1/2023 | CUSTOM STILL BOX PRINT PLATE | MA200 / 7 | 3,008.50 | 0.00 | 3,008.50 | 736.77 | 1,166.56 | 1,841.94 |
| 1/1/2023 | MOGUL PRINT PLATES | MA200 / 7 | 5,895.00 | 0.00 | 5,895.00 | 1,443.67 | 2,285.81 | 3,609.19 |
| 1/1/2023 | SANTAS PRINT PLATES | MA200 / 7 | 5,895.00 | 0.00 | 5,895.00 | 1,443.67 | 2,285.81 | 3,609.19 |
| 1/1/2023 | DEAD GUY IPA PRINT PLATES | MA200 / 7 | 5,290.50 | 0.00 | 5,290.50 | 1,295.63 | 2,051.42 | 3,239.08 |
| 1/1/2023 | SNOCOPOLYPSE PRINT PLATES | MA200 / 7 | 5,500.00 | 0.00 | 5,500.00 | 1,346.94 | 2,132.65 | 3,367.35 |
| 5/15/2023 | PRINTING PLATES | MA200 / 7 | 4,000.00 | 0.00 | 4,000.00 | 979.59 | 1,551.02 | 2,448.98 |
| **Totals:  1630 - DESIGN COST - BOTTLES ( 126 assets )** | | | **436,743.09** | **0.00** | **436,743.09** | **32,404.96** | **389,480.98** | **47,262.11** |

**Asset A/C#: 1635 - DESIGN COST - CARRIERS**

| Date | Description | Code | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 7/1/1995 | 10CARRR500 | SLP / 3 | 11,698.03 | 0.00 | 11,698.03 | 0.00 | 11,698.03 | 0.00 |
| 7/1/1995 | 95 DESIGN COSTS-CARRIER 7/1/95 | SLP / 3 | 3,066.00 | 0.00 | 3,066.00 | 0.00 | 3,066.00 | 0.00 |
| 8/1/1996 | 10CARRR501 | SLP / 3 | 13,271.84 | 0.00 | 13,271.84 | 0.00 | 13,271.84 | 0.00 |
| 9/1/1997 | 10CARRR600 | SLP / 3 | 1,503.48 | 0.00 | 1,503.48 | 0.00 | 1,503.48 | 0.00 |
| 1/1/1998 | 10CARRR800 | SLP / 3 | 14,280.78 | 0.00 | 14,280.78 | 0.00 | 14,280.78 | 0.00 |
| 8/1/1999 | 10DESIG799 | SLP / 3 | 4,035.58 | 0.00 | 4,035.58 | 0.00 | 4,035.58 | 0.00 |
| 8/1/1999 | 10DESIG899A | SLP / 3 | 1,105.88 | 0.00 | 1,105.88 | 0.00 | 1,105.88 | 0.00 |
| 8/1/1999 | 10DESIG899B | SLP / 3 | 1,471.55 | 0.00 | 1,471.55 | 0.00 | 1,471.55 | 0.00 |
| 10/1/2000 | 7YELLOWSNOWPOS1000 | SLP / 7 | 1,030.00 | 0.00 | 1,030.00 | 0.00 | 1,030.00 | 0.00 |
| 11/1/2000 | 10DESIGN1100 | SLP / 7 | 3,206.08 | 0.00 | 3,206.08 | 0.00 | 3,206.08 | 0.00 |
| 6/1/2002 | AmAmber220ZDIES | SLP / 5 | 2,375.00 | 0.00 | 2,375.00 | 0.00 | 2,375.00 | 0.00 |
| 3/1/2003 | Carrier Artwork on Box Design Changes - Various | SLP / 5 | 4,175.00 | 0.00 | 4,175.00 | 0.00 | 4,175.00 | 0.00 |
| 3/1/2003 | Dies for Dead Guy Box Change 2003 | SLP / 5 | 1,990.00 | 0.00 | 1,990.00 | 0.00 | 1,990.00 | 0.00 |
| 3/1/2003 | Dies for Various Style Box Change - 2003 | SLP / 5 | 6,700.00 | 0.00 | 6,700.00 | 0.00 | 6,700.00 | 0.00 |
| 7/1/2003 | DIES - 6PK BEER TOP  (PACK. RESOURCES) | SLP / 5 | 2,085.00 | 0.00 | 2,085.00 | 0.00 | 2,085.00 | 0.00 |
| 11/1/2004 | DIES FOR VARIOUS CARRIERS - DGUY,BRUTAL,AMBER,RED | SLP / 5 | 6,450.00 | 0.00 | 6,450.00 | 0.00 | 6,450.00 | 0.00 |
| 11/1/2004 | 6 PACK DESIGNS, VARIOUS STYLES - NOV 04 | SLP / 5 | 2,282.50 | 0.00 | 2,282.50 | 0.00 | 2,282.50 | 0.00 |
| 12/1/2005 | Dies for PCC Box Printing | SLP / 7 | 1,675.00 | 0.00 | 1,675.00 | 0.00 | 1,675.00 | 0.00 |
| 4/1/2006 | BOX DESIGN - UBER 220Z SAXCO | SLP / 5 | 2,250.00 | 0.00 | 2,250.00 | 0.00 | 2,250.00 | 0.00 |
| 8/2/2006 | BOX DESIGN - SANTA'S PRIVATE RESERVE | SLP / 5 | 1,690.00 | 0.00 | 1,690.00 | 0.00 | 1,690.00 | 0.00 |
| 2/1/2012 | HAZELNUT BOX DIES - SAXCO | SLP / 7 | 1,282.98 | 0.00 | 1,282.98 | 0.00 | 1,282.98 | 0.00 |
| 9/1/2012 | DOUBLE CHOCOLATE BOX DIE | SLP / 7 | 5,175.00 | 0.00 | 5,175.00 | 0.00 | 5,175.00 | 0.00 |
| 7/1/2013 | DIES FOR VARIOUS 6PK CARRIERS | SLP / 7 | 2,200.00 | 0.00 | 2,200.00 | 0.00 | 2,200.00 | 0.00 |
| 10/1/2017 | DESIGN - SPIRITS CARTON AND PRINT PLATE | SLP / 5 | 4,534.65 | 0.00 | 4,534.65 | 0.00 | 4,534.65 | 0.00 |
| 11/1/2017 | DESIGN - CHOC STOUT PLATES | SLP / 5 | 1,840.28 | 0.00 | 1,840.28 | 0.00 | 1,840.28 | 0.00 |
| 11/1/2017 | DESIGN - FRESH ROAST PLATES | SLP / 5 | 1,875.00 | 0.00 | 1,875.00 | 0.00 | 1,875.00 | 0.00 |
| 11/1/2017 | DESIGN - NB-DG-SON-HK TRAYS & CARTONS | SLP / 5 | 26,024.86 | 0.00 | 26,024.86 | 0.00 | 26,024.86 | 0.00 |
| 12/1/2017 | DESIGN COSTS - CB 2.0 TRAY PLATES | SLP / 3 | 5,706.23 | 0.00 | 5,706.23 | 0.00 | 5,706.23 | 0.00 |
| 6/1/2018 | DESIGN COSTS - MARIONBERRY PRINT PLATES | SLP / 3 | 2,034.55 | 0.00 | 2,034.55 | 0.00 | 2,034.55 | 0.00 |

| Date | Description | Code | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6/1/2018 | DESIGN COSTS - COMBAT WOMBAT PRINT PLATES | SLP / 3 | 2,174.91 | 0.00 | 2,174.91 | 0.00 | 2,174.91 | 0.00 |
| 12/1/2018 | DESIGN COST - DEAD GUY CANS | SLP / 3 | 3,600.00 | 0.00 | 3,600.00 | 0.00 | 3,600.00 | 0.00 |
| 2/1/2019 | DESIGN - ROGUE ROUGE CAN PRINT PLATES | SLP / 3 | 2,450.00 | 0.00 | 2,450.00 | 0.00 | 2,450.00 | 0.00 |
| 2/1/2019 | DESIGN - KULTURE KLASH PRINT PLATES | SLP / 3 | 1,527.86 | 0.00 | 1,527.86 | 0.00 | 1,527.86 | 0.00 |
| 3/1/2019 | DESIGN - MB SOUR TRAY PRINT PLATES | SLP / 3 | 4,779.68 | 0.00 | 4,779.68 | 0.00 | 4,779.68 | 0.00 |
| 3/1/2019 | DESIGN - BRUT IPA TRAY PRINT PLATES | SLP / 3 | 3,538.83 | 0.00 | 3,538.83 | 0.00 | 3,538.83 | 0.00 |
| 5/1/2019 | DESIGN - DGW GIFT PACK PRINT PLATES | SLP / 3 | 6,862.00 | 0.00 | 6,862.00 | 0.00 | 6,862.00 | 0.00 |
| 5/1/2019 | DESIGN - PRINT PLATES - OUTTA LINE CAN | SLP / 3 | 5,265.24 | 0.00 | 5,265.24 | 0.00 | 5,265.24 | 0.00 |
| 6/1/2019 | DESIGN - PRINT PLATES - OUTTA LINE SUMMER CAN | SLP / 3 | 2,153.85 | 0.00 | 2,153.85 | 0.00 | 2,153.85 | 0.00 |
| 6/1/2019 | DESIGN - RTD CUC CAN TRAY | SLP / 3 | 2,503.48 | 0.00 | 2,503.48 | 0.00 | 2,503.48 | 0.00 |
| 6/1/2019 | DESIGN - TRAY CUTTING DIE | SLP / 3 | 3,168.00 | 0.00 | 3,168.00 | 0.00 | 3,168.00 | 0.00 |
| 6/1/2019 | DESIGN - PRINT PLATES - RTD GINGER LIME TRAY | SLP / 3 | 2,503.48 | 0.00 | 2,503.48 | 0.00 | 2,503.48 | 0.00 |
| 6/1/2019 | DESIGN - PRINT PLATES - VODKA CRAN TRAY | SLP / 3 | 2,503.48 | 0.00 | 2,503.48 | 0.00 | 2,503.48 | 0.00 |
| 9/30/2019 | PRINT PLATES - SANTA'S HELPER TRAY | SLP / 3 | 1,988.75 | 0.00 | 1,988.75 | 0.00 | 1,988.75 | 0.00 |
| 9/30/2019 | PRINT PLATES DOUBLE TIME CHERRY LIME TRAY | SLP / 3 | 5,179.74 | 0.00 | 5,179.74 | 0.00 | 5,179.74 | 0.00 |
| 10/1/2019 | DESIGN - DREAMLAND CARTON PRINT PLATES | SLP / 3 | 1,520.54 | 0.00 | 1,520.54 | 0.00 | 1,520.54 | 0.00 |
| 12/1/2019 | DESIGN - NEWPORT DAZE CAN TRAY PLATES | SLP / 3 | 2,890.11 | 0.00 | 2,890.11 | 0.00 | 2,890.11 | 0.00 |
| 1/1/2020 | DESIGN - SHAVSANA GRANOLA TRAY | SLP / 3 | 1,906.97 | 0.00 | 1,906.97 | 0.00 | 1,906.97 | 0.00 |
| 1/1/2020 | DESIGN - GRAPEFRUIT VODKA RTD TRAY | SLP / 3 | 3,725.31 | 0.00 | 3,725.31 | 0.00 | 3,725.31 | 0.00 |
| 1/1/2020 | DESIGN - DEAD & DEAD TESTING? | SLP / 3 | 2,586.30 | 0.00 | 2,586.30 | 0.00 | 2,586.30 | 0.00 |
| 1/1/2020 | DESIGN - NEWPORT DAZE BC TRAY | SLP / 3 | 4,900.00 | 0.00 | 4,900.00 | 0.00 | 4,900.00 | 0.00 |
| 1/1/2020 | DESIGN - COMBAT WOMBAT TRAY | SLP / 3 | 5,989.42 | 0.00 | 5,989.42 | 0.00 | 5,989.42 | 0.00 |
| 2/1/2020 | DESIGN - COTES DU ROGUE CARTON | SLP / 3 | 1,767.90 | 0.00 | 1,767.90 | 0.00 | 1,767.90 | 0.00 |
| 2/1/2020 | DESIGN - VODKA/GIN BOX | SLP / 3 | 3,658.79 | 0.00 | 3,658.79 | 0.00 | 3,658.79 | 0.00 |
| 5/1/2020 | DESIGN - NEWPORT DAZE PRINT PLATES | SLP / 3 | 4,069.80 | 0.00 | 4,069.80 | 0.00 | 4,069.80 | 0.00 |
| 5/1/2020 | DESIGN - SUPPLY DROP TRAY PRINT PLATES | SLP / 3 | 2,573.94 | 0.00 | 2,573.94 | 0.00 | 2,573.94 | 0.00 |
| 8/1/2020 | DESIGN - COLASSAL CLAUDE | SLP / 3 | 2,500.00 | 0.00 | 2,500.00 | 0.00 | 2,500.00 | 0.00 |
| 8/1/2020 | DESIGN - COAST HASTE | SLP / 3 | 6,316.66 | 0.00 | 6,316.66 | 0.00 | 6,316.66 | 0.00 |
| 8/1/2020 | DESIGN - SANTA CARTON | MA200 / 3 | 1,972.42 | 0.00 | 1,972.42 | 0.00 | 1,972.42 | 0.00 |
| 8/1/2020 | DESIGN - HONEY KOLSCH TRAY | MA200 / 3 | 4,741.47 | 0.00 | 4,741.47 | 0.00 | 4,741.47 | 0.00 |
| 9/1/2020 | DESIGN - DOUBLE COLASSAL CLAUDE PRINT PLATES | MSL / 3 | 3,711.91 | 0.00 | 3,711.91 | 0.00 | 3,711.91 | 0.00 |
| 9/1/2020 | DESIGN - RTD WHISKEY PRINT PLATES | MSL / 3 | 3,025.48 | 0.00 | 3,025.48 | 0.00 | 3,025.48 | 0.00 |
| 9/1/2020 | DESIGN - RTD ICED TEA PRINT PLATES | MSL / 3 | 3,025.48 | 0.00 | 3,025.48 | 0.00 | 3,025.48 | 0.00 |
| 9/1/2020 | DESIGN - SHAKESPEARE STOUT PRINT PLATES | MSL / 3 | 3,306.59 | 0.00 | 3,306.59 | 0.00 | 3,306.59 | 0.00 |
| 9/1/2020 | DESIGN - PUNCH PRINT PLATES | MSL / 3 | 4,904.42 | 0.00 | 4,904.42 | 0.00 | 4,904.42 | 0.00 |
| 9/1/2020 | DESIGN - STRAWBERRY JAM PRINT PLATES | MSL / 3 | 3,900.00 | 0.00 | 3,900.00 | 0.00 | 3,900.00 | 0.00 |
| 10/1/2020 | DESIGN - NEWPORT NIGHTS | SLP / 3 | 1,900.00 | 0.00 | 1,900.00 | 0.00 | 1,900.00 | 0.00 |
| 10/1/2020 | DESIGN - RTD GINGER LEMON | SLP / 3 | 2,900.00 | 0.00 | 2,900.00 | 0.00 | 2,900.00 | 0.00 |
| 10/1/2020 | DESIGN - CLAUDE CAN | SLP / 3 | 4,674.16 | 0.00 | 4,674.16 | 0.00 | 4,674.16 | 0.00 |
| 10/1/2020 | DESIGN - JAM SESH | SLP / 3 | 4,674.16 | 0.00 | 4,674.16 | 0.00 | 4,674.16 | 0.00 |
| 10/1/2020 | DESIGN - RTART | SLP / 3 | 7,892.22 | 0.00 | 7,892.22 | 0.00 | 7,892.22 | 0.00 |
| 10/1/2020 | DESIGN - NEW HAZELNUT | SLP / 3 | 5,325.78 | 0.00 | 5,325.78 | 0.00 | 5,325.78 | 0.00 |
| 11/1/2020 | DESIGN - DOUBLE CHOCOLATE | SLP / 3 | 2,650.00 | 0.00 | 2,650.00 | 0.00 | 2,650.00 | 0.00 |
| 12/1/2020 | DESIGN - RTIS 2021 PRINT PLATE | SLP / 3 | 1,527.78 | 0.00 | 1,527.78 | 0.00 | 1,527.78 | 0.00 |
| 12/1/2020 | DESIGN - VODKA 1.75 PLATES | SLP / 3 | 3,529.00 | 0.00 | 3,529.00 | 0.00 | 3,529.00 | 0.00 |
| 12/1/2020 | DESIGN - COLLASAL CLAUDE CAN PLATE | SLP / 3 | 1,782.50 | 0.00 | 1,782.50 | 0.00 | 1,782.50 | 0.00 |
| 7/1/2021 | DESIGN - GIN FIZZ CARTON PRINT PLATES | SLP / 3 | 4,666.67 | 0.00 | 4,666.67 | 777.77 | 4,666.67 | 0.00 |
| 8/1/2021 | DESIGN - APPLE PIE PRINT PLATE | SLP / 3 | 4,958.89 | 0.00 | 4,958.89 | 964.24 | 4,958.89 | 0.00 |
| 9/1/2021 | DESIGN - WHISKEY MULE PRINT PLATE | SLP / 3 | 4,666.67 | 0.00 | 4,666.67 | 1,037.03 | 4,666.67 | 0.00 |
| 9/1/2021 | DESIGN - VODKA MULE PRINT PLATE | SLP / 3 | 4,666.67 | 0.00 | 4,666.67 | 1,037.03 | 4,666.67 | 0.00 |
| 9/1/2021 | DESIGN - VODKA LEMONADE PRINT PLATE | SLP / 3 | 9,333.34 | 0.00 | 9,333.34 | 2,074.08 | 9,333.34 | 0.00 |
| 9/1/2021 | DESIGN - VODKA GRAPEFRUIT PRINT PLATE | SLP / 3 | 4,666.67 | 0.00 | 4,666.67 | 1,037.03 | 4,666.67 | 0.00 |
| 9/1/2021 | DESIGN - COCKTAIL PARTY PRINT PLATE | SLP / 3 | 5,166.67 | 0.00 | 5,166.67 | 1,148.16 | 5,166.67 | 0.00 |
| 11/1/2021 | DESIGN - VODKA CRAN BOX PRINT PLATES | SLP / 3 | 10,650.00 | 0.00 | 10,650.00 | 2,958.33 | 10,650.00 | 0.00 |
| 12/1/2021 | DESIGN - SUPPLY DROP CAN TRAY PRINT PLATE | SLP / 3 | 2,625.00 | 0.00 | 2,625.00 | 802.08 | 2,625.00 | 0.00 |
| 12/1/2021 | DESIGN - DEADGUY CAN TRAY PRINT PLATES | SLP / 3 | 15,433.00 | 0.00 | 15,433.00 | 4,715.65 | 15,433.00 | 0.00 |
| **Totals: 1635 - DESIGN COST - CARRIERS ( 85 assets )** | | | **363,897.26** | **0.00** | **363,897.26** | **16,551.40** | **363,897.26** | **0.00** |

**Asset A/C#: 1650-20 - VEHICLES**

| Date | Description | Code | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12/1/1995 | 1VBREWY505 | SLP / 5 | 3,107.20 | 0.00 | 3,107.20 | 0.00 | 3,107.20 | 0.00 |
| 8/1/1996 | [LKT000001] TRADED 06/29/02 NBV-B 0.00 | SLP / 5 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6/29/2002 | [LKT000002] TRADED 02/01/08 NBV-F 0.00 | SLP / 5 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/1/2002 | Ford 1994 Truck & Fruehauf 1986 Trailer | SLP / 5 | 2,312.81 | 0.00 | 2,312.81 | 0.00 | 2,312.81 | 0.00 |
| 2/1/2003 | Rogue Paint - 1994 Ford Truck/Trailer | SLP / 5 | 3,482.00 | 0.00 | 3,482.00 | 0.00 | 3,482.00 | 0.00 |
| 11/1/2003 | FORD TRUCK - TRANSMISSION REBUILD | SLP / 7 | 6,006.92 | 0.00 | 6,006.92 | 0.00 | 6,006.92 | 0.00 |
| 9/1/2004 | 94 FORD L6000 - MAJOR REPAIRS - HEAD, BLOCK | SLP / 5 | 6,060.86 | 0.00 | 6,060.86 | 0.00 | 6,060.86 | 0.00 |
| 12/1/2004 | 2002 FORD E350 ECONOLINE VAN - NEWPORT 1FTSS34L72HB17443 | SLP / 5 | 13,371.00 | 0.00 | 13,371.00 | 0.00 | 13,371.00 | 0.00 |
| 12/1/2004 | 2001 FORD E350 VAN - EUGENE 1FTSS34L11HA17000 | SLP / 5 | 10,601.00 | 0.00 | 10,601.00 | 0.00 | 10,601.00 | 0.00 |
| 1/1/2005 | VANS - DEAD GUY DECALS FOR NEW VANS Eugene and Newport Vans | SLP / 7 | 7,044.42 | 0.00 | 7,044.42 | 0.00 | 7,044.42 | 0.00 |
| 1/1/2007 | VEHICLES - 1989 UTILITY REFER TRAILER 68616 | SLP / 7 | 14,000.00 | 0.00 | 14,000.00 | 0.00 | 14,000.00 | 0.00 |
| 12/1/2007 | VEHICLES - 1978 CHEV PINK TRUCK TKL248Z521742 | SLP / 7 | 8,279.65 | 0.00 | 8,279.65 | 0.00 | 8,279.65 | 0.00 |
| 1/1/2008  I | 1995 Ford Tractor Only | SLP / 7 | 4,500.00 | 0.00 | 4,500.00 | 0.00 | 4,500.00 | 0.00 |
| 2/1/2008  I | 2004 Freightliner 58" Tractor 219wb Traded 1999 Ke | SLP / 5 | 32,000.00 | 0.00 | 32,000.00 | 0.00 | 32,000.00 | 0.00 |
| 1/1/2009 | VEHICLES - 2001 STERLING TRACTOR TRUCK 2FWJA3AS11AH38207 | SLP / 5 | 23,550.00 | 0.00 | 23,550.00 | 0.00 | 23,550.00 | 0.00 |
| 1/1/2009 | VEHICLES - SEMI TRAILER LOGO Sterling Tractor/Truck | SLP / 7 | 1,965.00 | 0.00 | 1,965.00 | 0.00 | 1,965.00 | 0.00 |
| 12/1/2010 | VEHICLES - ENGINE REBUILD - BUCKEYE | SLP / 7 | 13,779.67 | 0.00 | 13,779.67 | 0.00 | 13,779.67 | 0.00 |
| 11/1/2011 | BREWERY - WABASH 2002 SEMI TRAILER 1JJY352WX2L781937 | SLP / 7 | 14,075.00 | 0.00 | 14,075.00 | 0.00 | 14,075.00 | 0.00 |
| 11/1/2013 | VEHICLES - SEMI TRAILER LOGO 1YUVS24841M280805 | SLP / 7 | 1,784.00 | 0.00 | 1,784.00 | 0.00 | 1,784.00 | 0.00 |
| 3/1/2014 | VEHICLES - SEMI TRAILER LOGO | SLP / 7 | 2,552.00 | 0.00 | 2,552.00 | 0.00 | 2,552.00 | 0.00 |
| 5/1/2014 | VEHICLES - FLATBED TRAILER FOR TRAIN 184BU1218DC013722 | SLP / 7 | 2,939.00 | 0.00 | 2,939.00 | 0.00 | 2,939.00 | 0.00 |
| 9/1/2014 | VEHICLES - 2014 CHEV 3/4 TON PICKUP 1GC3KZCG0EF116713 | SLP / 5 | 31,131.00 | 0.00 | 31,131.00 | 0.00 | 31,131.00 | 0.00 |
| 5/1/2016 | Vehicles - Engine Rebuild | MA200 / 7 | 5,222.82 | 0.00 | 5,222.82 | 0.00 | 5,222.82 | 0.00 |
| 5/1/2016 | Vehicles - Engine Rebuild Unit 3 | MA200 / 7 | 4,775.54 | 0.00 | 4,775.54 | 0.00 | 4,775.54 | 0.00 |
| 4/1/2018 | VEHICLES - BOX TRUCK VINYL WRAP 1FV3HJAC8YHG82599 | SLP / 5 | 11,635.00 | 0.00 | 11,635.00 | 0.00 | 11,635.00 | 0.00 |
| 3/1/2019 | VEHICLES - INTNL PROSTAR 2014 TRACTOR 1HSDJAPR1EH032884 | SLP / 7 | 50,985.00 | 0.00 | 50,985.00 | 7,283.57 | 42,487.49 | 8,497.51 |
| 4/1/2019 | VEHICLES - SPRINTER CARGO VAN | SLP / 7 | 30,248.00 | 0.00 | 30,248.00 | 4,321.14 | 24,846.56 | 5,401.44 |
| 5/1/2021 | VEHICLES - FOOD TRLR FROM CHATOE FOR BOB 2011 Forri | SLP / 5 | 2,000.00 | 0.00 | 2,000.00 | 400.00 | 1,466.67 | 533.33 |
| **Totals: 1650-20 - VEHICLES ( 28 assets )** | | | **307,407.89** | **0.00** | **307,407.89** | **12,004.71** | **292,975.61** | **14,432.28** |

**Asset A/C#: 1720 - ROGUE.COM**

| Date | Description | Code | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 7/1/1999 | ROGUE.COM-PURCHASE 7/1/99 | SLP / 15 | 10,099.80 | 0.00 | 10,099.80 | 0.00 | 10,099.80 | 0.00 |
| 10/1/2003 | ROGUE.COM UPGRADES - 2003 - SOFTWARE | SLP / 3 | 1,845.83 | 0.00 | 1,845.83 | 0.00 | 1,845.83 | 0.00 |
| 12/1/2006 | ROGUE VIDEO PRODUCTION | SLP / 3 | 16,500.84 | 0.00 | 16,500.84 | 0.00 | 16,500.84 | 0.00 |
| 6/1/2015 | ROGUE.COM MOBILE APP UPGRADE | SLP / 5 | 12,500.00 | 0.00 | 12,500.00 | 0.00 | 12,500.00 | 0.00 |

| Date | Description | Method/Life | | | | | | |
|------|-------------|-------------|---|---|---|---|---|---|
| 4/1/2018 | ROGUE.COM 2016 UPGRADE | SLP / 3 | 78,041.66 | 0.00 | 78,041.66 | 0.00 | 78,041.66 | 0.00 |
| 8/1/2018 | ROGUE.COM 2017 UPGRADE | SLP / 3 | 38,334.00 | 0.00 | 38,334.00 | 0.00 | 38,334.00 | 0.00 |
| **Totals: 1720 - ROGUE.COM ( 6 assets )** | | | 157,322.13 | 0.00 | 157,322.13 | 0.00 | 157,322.13 | 0.00 |
| | | | | | | | | |
| **Asset A/C#: 1740 - VALLEY VIEW TRADEMARK** | | | | | | | | |
| 8/1/1997 | VALLEYVIEW TRADEMARK | SLP / 15 | 60,000.00 | 0.00 | 60,000.00 | 0.00 | 60,000.00 | 0.00 |
| 3/1/2005 | VALLEY VIEW #2 3/2005 | SLP / 15 | 15,000.00 | 0.00 | 15,000.00 | 0.00 | 15,000.00 | 0.00 |
| **Totals: 1740 - VALLEY VIEW TRADEMARK ( 2 assets )** | | | 75,000.00 | 0.00 | 75,000.00 | 0.00 | 75,000.00 | 0.00 |
| | | | | | | | | |
| **Asset A/C#: 1745 - CAPITALIZED TRADEMARK** | | | | | | | | |
| 7/1/1997 | 97 TRADEMARK-LEGAL FEES VALLEY VIEW | SLP / 15 | 12,642.00 | 0.00 | 12,642.00 | 0.00 | 12,642.00 | 0.00 |
| 7/1/1998 | 98 TRADEMARD-LEGAL FEES VALLEYVIEW | SLP / 15 | 8,214.00 | 0.00 | 8,214.00 | 0.00 | 8,214.00 | 0.00 |
| 7/1/1999 | 99 TRADEMARK -LEGAL FEES VALLEYVIEW | SLP / 15 | 10,121.32 | 0.00 | 10,121.32 | 0.00 | 10,121.32 | 0.00 |
| 7/1/2000 | 00 TRADEMARK -PURCHASE 7/1/00 | SLP / 15 | 21,007.41 | 0.00 | 21,007.41 | 0.00 | 21,007.41 | 0.00 |
| 3/1/2001 | TRADEMARK LEGAL FEES MAR '01 | SLP / 15 | 1,580.46 | 0.00 | 1,580.46 | 0.00 | 1,580.46 | 0.00 |
| 3/1/2001 | TRADEMARK LEGAL FEES JAN '01 | SLP / 15 | 1,147.70 | 0.00 | 1,147.70 | 0.00 | 1,147.70 | 0.00 |
| 3/1/2001 | TRADEMARK LEGAL FEE'S MAR '01 | SLP / 15 | 1,901.19 | 0.00 | 1,901.19 | 0.00 | 1,901.19 | 0.00 |
| 11/1/2004 | TRADEMARK LEGAL FEES - NOV 04 - IPSOLON | SLP / 15 | 750.00 | 0.00 | 750.00 | 0.00 | 750.00 | 0.00 |
| 7/1/2005 | TRADEMARK - SO YOU WANT A REVOLUTION | SLP / 15 | 2,158.25 | 0.00 | 2,158.25 | 0.00 | 2,158.25 | 0.00 |
| 8/1/2005 | TRADEMARK - SO YOU WANT A REVOLUTION 2 | SLP / 15 | 2,368.43 | 0.00 | 2,368.43 | 0.00 | 2,368.43 | 0.00 |
| **Totals: 1745 - CAPITALIZED TRADEMARK ( 10 assets )** | | | 61,890.76 | 0.00 | 61,890.76 | 0.00 | 61,890.76 | 0.00 |
| | | | | | | | | |
| **Grand totals for all accounts: ( 1,254 assets )** | | | 29,878,618.59 | 0.00 | 29,878,618.59 | 1,234,755.04 | 25,388,188.13 | 4,490,430.46 |
| **Less: 8 Disposed assets ( Current Depreciation: $857.14 )** | | | 227,799.80 | 0.00 | 227,799.80 | | 226,728.36 | 1,071.44 |
| **Net totals for all accounts: ( 1,246 assets )** | | | 29,650,818.79 | 0.00 | 29,650,818.79 | 1,234,755.04 | 25,161,459.77 | 4,489,359.02 |

| | Cost | Curr Depr | End A/Depr |
|---|---|---|---|
| **Depreciable Assets: (1,252 assets 8 disposed)** | 29,641,400.46 | 1,233,112.42 | 25,153,420.00 |
| **Amortizable Assets: (2 assets, 0 disposed)** | 9,418.33 | 1,642.62 | 8,039.77 |

**Codes that may appear next to the date acquired include: A - Addition, D - Disposal, T - Traded, I - Inactive, C - Construction In Progress, MQ - Mid Quarter Applied**

| Fill in this information to identify the case: |
|---|
| Debtor name **Oregon Brewing Company** |
| United States Bankruptcy Court for the: DISTRICT OF OREGON |
| Case number (if known) |

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Columbia Bank** | |
|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**Columbia Bank Credit Card Deposit**

**PO Box 2310**
**Spokane, WA 99210**

Column A: **$53,665.00**    Column B: **$100,000.00**

Creditor's mailing address

Describe the lien
**Securing credit card balance**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Northrim Bank** | |
|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**accounts, accounts receivable, inventory, goods, payment intangibles and rights to payments of every kind, together with all cash and non-cash proceeds thereof**

**P.O. Box 241489**
**Anchorage, AK 99524**

Column A: **$1,355,291.54**    Column B: **$2,292,322.65**

Creditor's mailing address

Describe the lien
**Security for line of credit**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor   **Oregon Brewing Company**
Name

Case number (*if known*) _____

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | **$1,408,956.54** |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
|  |  |  |

Fill in this information to identify the case:

Debtor name    **Oregon Brewing Company**

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| **2.1** | Priority creditor's name and mailing address<br>**LINCOLN COUNTY TAX**<br>**COLLECTOR**<br>**PO Box 5116**<br>**Newport, OR 97365** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$510,827.12** | **$0.00** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Propery Taxes** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| **2.2** | Priority creditor's name and mailing address<br>**NORTH DAKOTA TAX**<br>**COMMISSIONER**<br>**P.O. Box 5623**<br>**Bismarck, ND 58506** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$200.00** | **$0.00** |
| --- | --- | --- | --- | --- |
|  | Date or dates debt was incurred | Basis for the claim:<br>**trade debt** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| Debtor | **Oregon Brewing Company** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.22 | $0.00 |

**OHIO DEPT TAXATION**
P.O. Box 2678
Columbus, OH 43216

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $101.49 | $0.00 |

**OREGON DEPT REVENUE**
PO Box 14725
Salem, OR 97309

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $65,623.22 | $0.00 |

**US Bureau of ATF**
550 Main St, Room 8002
Cincinnati, OH 45202-3263

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Alcohol Tax**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $176.00 |

**ABOVEBOARD ELECTRIC INC**
PO Box 2042
Newport, OR 97365

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,000.00 |

**ADVANCE MAGAZINE PUBLISHERS INC.**
PO Box 77000
Detroit, MI 48277

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **Oregon Brewing Company**
_____  Case number _(if known)_ _____
Name

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$14,070.46** |
|---|---|---|---|

**AIRGAS-NOR PAC, INC**
PO Box 102289
Pasadena, CA 91189

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$183.00** |
|---|---|---|---|

**Airrow Heating & Sheet Metal, LLC.**
PO Box 2047
Newport, OR 97365

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$4,000.00** |
|---|---|---|---|

**ALBERTSONS CO FOUNDATION**
11555 Dublin Canyon
Dublin, CA 94568

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$249.76** |
|---|---|---|---|

**AMANDA ZESSIN**
1031 Santa Cruz Dr. SE
Grand Rapids, MI 49506

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$9,952.89** |
|---|---|---|---|

**AMERIGAS**
PO Box 660288
Dallas, TX 75266

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$96.65** |
|---|---|---|---|

**AMOSKEAG BEVERAGES LLC**
Box 1148
Concord, NH 03302

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$475.00** |
|---|---|---|---|

**Army & Air Force Exchange Service**
PO Box 660792
Dallas, TX 75266

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Oregon Brewing Company**                                          Case number *(if known)* _____
_____
Name

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $900.67 |
|---|---|---|---|

**Ascent IT Solutions, Inc.**
PO Box 70690
Sringfield, OR 97475

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $413.00 |
|---|---|---|---|

**ASSOCIATED CLEANING SERV**
PO Box 771
Newport, OR 97365

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $80.50 |
|---|---|---|---|

**BECKWITH & KUFFEL INC.**
PO Box 94589
Seattle, WA 98124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $348.12 |
|---|---|---|---|

**BEST POTS INC**
PO Box 444
Albany, OR 97321

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,673.10 |
|---|---|---|---|

**BIGFOOT BEVERAGES**
303 NW 22nd
Newport, OR 97365

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,200.00 |
|---|---|---|---|

**BRAUKON**
83370 SEEON, Gererberning 3, Germany

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $241.31 |
|---|---|---|---|

**BREAKTHRU BEV - MO**
PO Box 400
Berwyn, IL 60402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Oregon Brewing Company**
_____     Case number (if known) _____
                Name

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,134.38 |
|------|--------------------------------------------------|--------------------------------------------------------------------|-----------|

**BREAKTHRU BEV- COLORADO**
**3980 Central Park Blvd.**
**Denver, CO 80238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,075.17 |
|------|--------------------------------------------------|--------------------------------------------------------------------|-----------|

**BREAKTHRU BEV- NV**
**PO Box 13186**
**Baltimore, MD 21203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $830.24 |
|------|--------------------------------------------------|--------------------------------------------------------------------|---------|

**BREWERS SUPPLY GROUP**
**PO Box 74769**
**Chicago, IL 60694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,473.43 |
|------|--------------------------------------------------|--------------------------------------------------------------------|------------|

**BREWERY BRANDING CO**
**5841 SE International Way**
**Portland, OR 97222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.89 |
|------|--------------------------------------------------|--------------------------------------------------------------------|-------|

**BUILDERS FIRSTSOURCE**
**PO Box 35143 #1019**
**Seattle, WA 98124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,794.16 |
|------|--------------------------------------------------|--------------------------------------------------------------------|-----------|

**CALLISON INC**
**2400 Callison Rd., NE**
**Lacey, WA 98516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69.02 |
|------|--------------------------------------------------|--------------------------------------------------------------------|--------|

**CALRECYCLE**
**P.O. Box 2711**
**Sacramento, CA 95812**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Oregon Brewing Company**                                    Case number *(if known)* _____
_____
Name

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $72,116.81 |

**CAMBRIAN WATER OPERATIONS LLC**
**15 Main Street, Suite 318**
**Watertown, MA 02472**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __
Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,458.00 |

**Cameron Shoemaker**
**33004 S Gerards Rd**
**Kennewick, WA 99337**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __
Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $79,994.33 |

**CanSource, LLC**
**1925 Pike Road, Suite 103**
**Longmont, CO 80501**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __
Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.26 |

**CAPITAL EAGLE INC**
**2815 V Street NE**
**Washington, DC 20018**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __
Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,651.71 |

**CARSON OIL COMPANY**
**PO Box 6030**
**Portland, OR 97228**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __
Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $143.18 |

**CAVALIER DISTRIBUTING INDIANA**
**3332 Pagosa Ct**
**Indianapolis, IN 46226**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __
Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $256.00 |

**CEHRS ENTERPRISES, LLC**
**PO Box 1116**
**Albany, OR 97321**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __
Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Oregon Brewing Company**

Case number *(if known)* _____
Name

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $72.85 |

**CENTURYLINK**
**PO Box 91155**
**Seattle, WA 98111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85,000.00 |

**CH ROBINSON CO**
**PO Box 9121**
**Minneapolis, MN 55480**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,983.32 |

**CHEM-AQUA**
**23261 Newtwork Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $92.61 |

**CHEP USA**
**PO Box 281033**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,035.58 |

**CHILDERS MEAT CO**
**PO Box 41058**
**Eugene, OR 97404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,540.00 |

**CLS Farms, LLC**
**7810 Robillard Road**
**Moxee, WA 98936**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,983.76 |

**COASTAL REFRIGERATION**
**710 NE 3rd St, STE A**
**Newport, OR 97365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Oregon Brewing Company**
_____   Case number *(if known)* _____
Name

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,301.25 |
|---|---|---|---|

**COLUMBIA DISTRIBUTING**
PO Box 742612
Los Angeles, CA 90074

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,759.00 |
|---|---|---|---|

**COLUMBIA FOOD LABORATORIES INC**
12423 NE Whitaker Way
Portland, OR 97230

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,145.00 |
|---|---|---|---|

**corosys Beverage Technology GmbH & Co. K**
Hessenstrasse 23, DE Hofheim Am Taunus
GMBH-D-65719

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,575.00 |
|---|---|---|---|

**COUNTRY CONNECTION, INC.**
134 Banjo St, Suite A
Bardstown, KY 40004

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $343.29 |
|---|---|---|---|

**CRAFT BREWERS GUILD**
170 Market St.
Everett, MA 02149

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,948.40 |
|---|---|---|---|

**CRAFT CANNING LLC**
2321 NE Argyle St., Unit D
Portland, OR 97211

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,995.00 |
|---|---|---|---|

**CREST BEVERAGE, LLC.**
PO Box 848536
Los Angeles, CA 90084

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Oregon Brewing Company** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$763.43** |
|---|---|---|---|

**DMM PACKAGING INC**
**2467 Simpson St.**
**Kingsburg, CA 93631**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,221.00** |
|---|---|---|---|

**Doll Distributing, LLC**
**1901 DeWolf St.**
**Des Moines, IA 50316**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,353.00** |
|---|---|---|---|

**FIRST INSURANCE FUNDING**
**PO  Box 7000**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**FIRST RESPONSE SYSTEMS**
**4970 SW Griffith Dr, Suite 100**
**Beaverton, OR 97005**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37,518.64** |
|---|---|---|---|

**G & D CHILLERS**
**130 E. First Ave.**
**Junction City, OR 97448**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,120.00** |
|---|---|---|---|

**GARRISON PALLET**
**7315 Battlecreek Rd SE**
**Salem, OR 97317**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$53.55** |
|---|---|---|---|

**GASKO & MEYER, INC**
**PO Box 298**
**Lake Huntington, NY 12752**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **Oregon Brewing Company**
      Name

Case number *(if known)* _____

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $375.00 |
|---|---|---|---|

**GENXSYS SOLUTIONS LLC**
PO Box 79
Siletz, OR 97380

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,093.35 |
|---|---|---|---|

**GIVAUDAN FLAVORS CORP**
PO Box 2578
Carol Stream, IL 60132

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $210.96 |
|---|---|---|---|

**GLAZERS DISTRIBUTION OF LOUISIANA**
PO Box 80913
Dallas, TX 75380

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $210.96 |
|---|---|---|---|

**GLORYBEE HONEY**
PO Box 743761
Los Angeles, CA 90074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,179.59 |
|---|---|---|---|

**GNT USA INC**
One Exberry Dr.
Dallas, NC 28034

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $208.20 |
|---|---|---|---|

**GOLD COAST BEVERAGE**
PO Box 7423259
Atlanta, GA 30374

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $378.00 |
|---|---|---|---|

**GOLDEN BEVERAGE CO**
PO Box 12185
Ogden, UT 84412

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Oregon Brewing Company**
_____    Case number *(if known)* _____
Name

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|---|

3.59 **Nonpriority creditor's name and mailing address**
**GOLDEN TOMATO PRODUCTIONS**
**281 20th St Unit 3**
**Brooklyn, NY 11215**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

3.60 **Nonpriority creditor's name and mailing address**
**GOSHIE FARMS, INC.**
**7365 Meridian Rd NE**
**Silverton, OR 97381**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,600.00**

---

3.61 **Nonpriority creditor's name and mailing address**
**GRAINGER**
**PO Box 419267**
**Kansas City, MO 64141**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$384.05**

---

3.62 **Nonpriority creditor's name and mailing address**
**GRAPHIC PACKAGING INTL INC**
**PO Box 404170**
**Atlanta, GA 30384**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$126,000.00**

---

3.63 **Nonpriority creditor's name and mailing address**
**GREAT WESTERN MALTING COMPANY**
**PO Box 51602**
**Los Angeles, CA 90051**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$146,131.49**

---

3.64 **Nonpriority creditor's name and mailing address**
**GREEN LEAF LAB LLC**
**12025 NE Marx**
**Portland, OR 97220**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

3.65 **Nonpriority creditor's name and mailing address**
**GREEN LIGHT DISTRIBUTION, LLC.**
**555 Airline Dr.**
**Coppell, TX 75019**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,385.96**

Debtor   **Oregon Brewing Company**

Case number *(if known)* _____

Name

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,172.50** |
|---|---|---|---|

**HARBOR DISTRIBUTING LLC**
**5901 Bolsa Ave.**
**Huntington Beach, CA 92647**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  trade debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |
|---|---|---|---|

**HAYDEN MOUNTAIN SPIRITS LLC**
**2910 E Amity Rd.**
**Boise, ID 83716**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  trade debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,084.15** |
|---|---|---|---|

**HEIDELBERG - DAYTON**
**3601 Dryden Road**
**Mopraine, OH 45439**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  trade debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$327,902.60** |
|---|---|---|---|

**Holders - 2024 Unsecured Loan**
**c/o Jeffry D. Schultz, as Agent**
**4101 SW Greenleaf Drive**
**Portland, OR 97221**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Unsecured shareholder loan

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$292,121.29** |
|---|---|---|---|

**Holders - 2025 Unsecured Promissory Note**
**c/o Jeffry D. Schultz, as Agent**
**4101 SW Greenleaf Drive**
**Portland, OR 97221**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  7/22/2025

**Last 4 digits of account number** _

**Basis for the claim:**  Unsecured shareholder loan

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$118,964.45** |
|---|---|---|---|

**HOLGATE PROPERTY HOLDINGS LLC**
**01819 SE Radcliff Road**
**Portland, OR 97219**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  lease

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,040.00** |
|---|---|---|---|

**HOLGESCA INC.**
**107 Lemoyne Quest, Longueuil, Quebec**
**J4H 1V6, Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  trade debt

Is the claim subject to offset? ■ No  ☐ Yes

Debtor **Oregon Brewing Company**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| 3.73 | **Nonpriority creditor's name and mailing address** |

**HOPS DIRECT LLC**
**686 Green Valley Rd**
**Mabton, WA 98935**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$865,441.22**

---

| | |
|---|---|
| 3.74 | **Nonpriority creditor's name and mailing address** |

**I-SECURE INC**
**114 Assembly Circle**
**Grants Pass, OR 97526**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$45.10**

---

| | |
|---|---|
| 3.75 | **Nonpriority creditor's name and mailing address** |

**ICC NORTHWEST, INC.**
**390 S Redwood St.**
**Canby, OR 97013**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$104.90**

---

| | |
|---|---|
| 3.76 | **Nonpriority creditor's name and mailing address** |

**IMPERIAL ORGANIC YEAST**
**17268 NE Sacramento St.**
**Portland, OR 97230**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,516.13**

---

| | |
|---|---|
| 3.77 | **Nonpriority creditor's name and mailing address** |

**INDEPENDENT Promotions**
**8745 W Higgins Rd.**
**Chicago, IL 60631**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,422.00**

---

| | |
|---|---|
| 3.78 | **Nonpriority creditor's name and mailing address** |

**INDUSTRIAL WELDING SUPPLY INC**
**PO Box 20340**
**Salem, OR 97307**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,053.43**

---

| | |
|---|---|
| 3.79 | **Nonpriority creditor's name and mailing address** |

**JACKO LOGISTICS**
**PO Box 871627**
**Vancouver, WA 98665**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$7,125.00**

---

Debtor  **Oregon Brewing Company**
_____  Case number *(if known)* _____
Name

| | | |
|---|---|---|
| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.80 | **Nonpriority creditor's name and mailing address**

**Jackson BevCo, Inc.**
**1445 W Commerce Ave. Suite 100**
**Boise, ID 83705**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$494.90**

---

3.81 | **Nonpriority creditor's name and mailing address**

**JJ TAYLOR DIST - TAMPA BAY**
**655 N A1A**
**Jupiter, FL 33477**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$103.15**

---

3.82 | **Nonpriority creditor's name and mailing address**

**JNB TRUCKING**
**PO Box 41088**
**Eugene, OR 97404**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$30,550.00**

---

3.83 | **Nonpriority creditor's name and mailing address**

**JOHN C. MAIER**
**112 NW Brook St.**
**Newport, OR 97365**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3.66**

---

3.84 | **Nonpriority creditor's name and mailing address**

**JOHN I HAAS INC**
**1600 River Road**
**Yakima, WA 98902**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$475,989.17**

---

3.85 | **Nonpriority creditor's name and mailing address**

**JOHN SNYDER**
**11733 SE Ash St.**
**South Beach, OR 97366**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$45.56**

---

3.86 | **Nonpriority creditor's name and mailing address**

**JOHNSON BROS OF NEBRASKA**
**92320 J Street**
**Omaha, NE 68127**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$465.00**

---

Debtor   **Oregon Brewing Company**
_____      Case number (if known) _____
Name

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |

**JOSHUA PARENT**
**48 Shannon Ave.**
**Watertown, CT 06795**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $236.34 |

**LANTERNA DIST INC**
**PO Box 47250**
**Windsor Mill, MD 21244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,197.00 |

**LINCOLN COUNTY**
**36 SW NYE Street**
**Newport, OR 97365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Health Permit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57.66 |

**LIPMAN BROTHERS, LLC**
**2815 Brick Church Pike**
**Nashville, TN 37207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $464.18 |

**M & M DISTRIBUTING**
**531 West 600 North**
**Salt Lake City, UT 84116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $440.00 |

**MARION COUNTY JUSTICE COURT**
**4660 Portland Road NW, Suite 107**
**Salem, OR 97305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,550.00 |

**MARKET EXPRESS LLC**
**10400 N. Vancouver Way**
**Portland, OR 97217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Oregon Brewing Company**
_____
Name

Case number *(if known)* _____

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**MARKET OF CHOICE**
**2862 Willamette St. Suite B**
**Eugene, OR 97405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,302.81** |
|---|---|---|---|

**MCMASTER-CARR INC**
**PO Box 7690**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33,698.56** |
|---|---|---|---|

**MICROSTAR QUALITY SERVICES LLC**
**PO Box 912857**
**Denver, CO 80291**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,844.08** |
|---|---|---|---|

**MILLER NASH LLP**
**1140 SW Washington St., Suite 700**
**Portland, OR 97205**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Legal Fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$147.00** |
|---|---|---|---|

**MINUTEMAN PRESS**
**3382 SE 20TH Ave.**
**Portland, OR 97202**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,457.42** |
|---|---|---|---|

**MO'S ENTERPRISES**
**622 SW Bay Blvd.**
**Newport, OR 97365**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |
|---|---|---|---|

**MOUNTAINVALE LLC**
**PO Box 820570**
**Vancouver, WA 98682**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Oregon Brewing Company**

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Nationwide Pet Insurance**

$827.40

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Pet Insurance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|

**NAV PAYROLL**
**PO Box 563**
**Colleyville, TX 76034**

$87.50

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|

**Newco Inc.**
**6900 Fox Ave, S**
**Seattle, WA 98108**

$1,905.13

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|

**NEWPORT BASEBALL/SOFTBALL ASSOC**
**PO Box 1956**
**Newport, OR 97365**

$600.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Donation**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|

**NEWPORT RENTAL SERVICE**
**435 E Olive**
**Newport, OR 97365**

$90.16

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|

**Nielsen Consumer, LLC c/o Byzzer**
**200 W. Jackson Blvd., 24th Floor**
**Chicago, IL 60606**

$13,203.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|

**NOLEMONNOMELON**
**2926 Lakeview Blvd**
**Lake Oswego, OR 97035**

$4,950.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Oregon Brewing Company | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.108**

**Nonpriority creditor's name and mailing address**

**NORTH PACIFIC MANAGEMENT, INC**
PO Box 820570
Vancouver, WA 98682

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Rent 

**Is the claim subject to offset?** ☑ No ☐ Yes

**$17,874.00**

---

**3.109**

**Nonpriority creditor's name and mailing address**

**NUCO2**
P.O. Box 417902
Boston, MA 02241

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   trade debt 

**Is the claim subject to offset?** ☑ No ☐ Yes

**$679.58**

---

**3.110**

**Nonpriority creditor's name and mailing address**

**NW NATURAL**
PO Box 6017
Portland, OR 97228

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility 

**Is the claim subject to offset?** ☑ No ☐ Yes

**$215.59**

---

**3.111**

**Nonpriority creditor's name and mailing address**

**OLD DOMINION FREIGHT LINE**
PO Box 742296
Los Angeles, CA 90074

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   trade debt 

**Is the claim subject to offset?** ☑ No ☐ Yes

**$480.99**

---

**3.112**

**Nonpriority creditor's name and mailing address**

**OMLID**
PO Box 412007
Boston, MA 02241

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   trade debt 

**Is the claim subject to offset?** ☑ No ☐ Yes

**$3,023.75**

---

**3.113**

**Nonpriority creditor's name and mailing address**

**OPTEK-DANULAT INC**
N1 18 W18748 Bunsen Dr
Germantown, WI 53022

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   trade debt 

**Is the claim subject to offset?** ☑ No ☐ Yes

**$415.04**

---

**3.114**

**Nonpriority creditor's name and mailing address**

**OPUS INTERACTIVE**
8135 NE Evergreen Parkway, Suite 1220
Hillsboro, OR 97124

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   trade debt 

**Is the claim subject to offset?** ☑ No ☐ Yes

**$1,676.35**

---

Debtor **Oregon Brewing Company**
_____
Name

Case number *(if known)* _____

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,680.00 |

**OREGON BARREL WORKS**
PO Box 748
McMinnville, OR 97128

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,938.00 |

**Oregon Beverage Recycling Cooperative**
17300 SE 120th Ave
Clackamas, OR 97015

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $123.20 |

**OREGON DEPT OF CONSUMER &
BUSINESS SERVI**
PO Box 14610
Salem, OR 97309

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $132.00 |

**OREGON OILS INC**
2515 NW 28Th Ave
Portland, OR 97210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $97.00 |

**OREGON OYSTER FARMS, INC.**
PO Box 1475
Newport, OR 97365

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,694.37 |

**PACIFIC OFFICE AUTOMATION**
14747 NW Greenbrier Pkwy
Portland, OR 97201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |

**PEACOCK PRDUCTIONS, INC**
PO Box 16337
Portland, OR 97292

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Oregon Brewing Company** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.122** | Nonpriority creditor's name and mailing address
**PENN DISTRIBUTORS**
**2801 E Township Line Rd**
**Hatfield, PA 19440**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$193.15**

---

**3.123** | Nonpriority creditor's name and mailing address
**PENSKE TRUCK LEASING CO., LP**
**PO Box 827380**
**Philadelphia, PA 19182**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **equipment lease**

Is the claim subject to offset? ■ No ☐ Yes

**$4,232.00**

---

**3.124** | Nonpriority creditor's name and mailing address
**PEPSI-COLA COMPANY**
**PO Box 75948**
**Chicago, IL 60675**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$823.45**

---

**3.125** | Nonpriority creditor's name and mailing address
**PIONEER PRINTING INC**
**231 N Coast Hwy**
**Newport, OR 97365**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$348.10**

---

**3.126** | Nonpriority creditor's name and mailing address
**PITNEY BOWES**
**PO Box 981026**
**Boston, MA 02298**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$642.02**

---

**3.127** | Nonpriority creditor's name and mailing address
**Platform CPAs, LLP**
**6650 SW Redwood Lane Suite 210**
**Tigard, OR 97224**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$17,500.00**

---

**3.128** | Nonpriority creditor's name and mailing address
**PNEUMATIC SCALE ANGELUS**
**10 Ascot Parkway**
**Cuyahoga Falls, OH 44223**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$872.30**

---

Debtor   **Oregon Brewing Company**
_____          Case number _(if known)_ _____
Name

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $2,150.81 |

**Poppy Pacific Beverages**
**3848 McHenry Ave, Suite 135-194**
**Modesto, CA 95356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $594,178.19 |

**PORT OF NEWPORT**
**600 SE Bay Blvd**
**Newport, OR 97365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $159.56 |

**PORTLAND GENERAL ELECTRIC**
**PO Box 4438**
**Portland, OR 97208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **utility**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $2,226.77 |

**PORTLAND STATE UNIVERSITY**
**PO Box 751**
**Portland, OR 97207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $100.00 |

**PRAGER & MILLER, PC**
**14911 Quorum Dr, Suite 320**
**Dallas, TX 75254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $30.46 |

**RICHARD BATES**
**3637 E Alsea Hwy**
**Waldport, OR 97394**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $240.00 |

**RNDC - YOUNGS**
**14402 Franklin Ave**
**Tustin, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Oregon Brewing Company**                                    Case number *(if known)* _____
      Name

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,479.00** |
|---|---|---|---|

**RNDC-ABQ**
**5920 Office Blvd NE**
**Albuquerque, NM 87109**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$38,040.99** |
|---|---|---|---|

**ROA300-OCEAN BEAUTY**
**305 Industry**
**Astoria, OR 97103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,647.06** |
|---|---|---|---|

**ROCKY MOUNTAIN BARREL COMPANY**
**11467 W 1-70 Frontage Rd**
**Wheat Ridge, CO 80033**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$125,842.39** |
|---|---|---|---|

**S.S. STEINER, INC.**
**725 Fifth Ave Floor 23**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$110.00** |
|---|---|---|---|

**SALTY DOG BARLEY BONES**
**PO Box 1715**
**Newport, OR 97365**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,630.00** |
|---|---|---|---|

**SAMFIT, SAMARITAN HEALTH SERVICES**
**PO Box 3000**
**Corvallis, OR 97339**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40,524.33** |
|---|---|---|---|

**SAXCO INTERNATIONAL, LLC.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Oregon Brewing Company**

Case number *(if known)* _____

Name

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $392.00 |

**SCHAMBERGER BROS INC**
**PO Box 7440**
**Villa Park, IL 60181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Schwabe, Williamson & Wyatt, PC**
**1211 SW 5th Ave, Suite 1900**
**Portland, OR 97204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **[delete if waived]**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,597.93 |

**SCOUT DISTRIBUTION**
**10119 Carroll Canyon Rd**
**San Diego, CA 92131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $62.31 |

**SHANGY BEVERAGE**
**40 East Main**
**Emmaus, PA 18049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $552.07 |

**SHORE POINT DISTRIBUTING CO., INC.**
**100 Shore Point Dr.**
**Freehold, NJ 07728**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40.00 |

**SHRED NORTHWEST LLC**
**PO Box 247**
**Boring, OR 97009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $766.40 |

**SNOTEMP COLD STORAGE**
**PO Box 2066**
**Eugene, OR 97402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Oregon Brewing Company** | Case number *(if known)* | |
| | Name | | |

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,771.36 |
|---|---|---|---|

**SPEAKEASY COMMERCE INC**
**4616 25th Ave, BE #131**
**Seattle, WA 98105**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,929.80 |
|---|---|---|---|

**SPRAGUE PEST SOLUTIONS**
**PO Box 35129**
**Seattle, WA 98124**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $102.25 |
|---|---|---|---|

**STANDARD BEVERAGE CORP**
**2526 E 36TH Circle N - A**
**Wichita, KS 67219**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $88.32 |
|---|---|---|---|

**STAPLES BUSINES CREDIT**
**PO Box 105638**
**Atlanta, GA 30348**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,427.20 |
|---|---|---|---|

**SUPPLYONE**
**12777 SE Tualatin-Sherwood Rd.**
**Tualatin, OR 97062**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $622.50 |
|---|---|---|---|

**SURF TOWN COFFEE CO**
**345 SW Bay Blvd**
**Newport, OR 97365**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,529.12 |
|---|---|---|---|

**SYSCO PORTLAND, INC.**
**26250 SW Parkway Center Dr.**
**Wilsonville, OR 97070**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Oregon Brewing Company**                                    Case number *(if known)* _____
_____
Name

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$855.29** |
|---|---|---|---|

**The Chefs' Warehouse West Coast**
**PO Box 601154**
**Pasadena, CA 91189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000,000.00** |
|---|---|---|---|

**The Estate of Nancy Vickstrom**
**c/o The Gatti Law Firm**
**235 Front Street SE, Suite 200**
**Salem, OR 97301**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/22/2022**

Basis for the claim:  **Dram Shop Negligence Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,389.36** |
|---|---|---|---|

**THOMPSON'S SANITARY SERVICE**
**Po Box 643**
**Newport, OR 97365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,941.00** |
|---|---|---|---|

**TONKON TORP LLP**
**1300 SW 5th Ave, Suite 2400**
**Portland, OR 97201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Attorney Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,479.00** |
|---|---|---|---|

**TotalClean, Inc**
**PO Box 5891**
**Salem, OR 97304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39,375.00** |
|---|---|---|---|

**TRAIL BLAZERS, INC.**
**1 N. Center Court, Suite 200**
**Portland, OR 97227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|---|

**Try Hops LLC**
**5281 NE 19th Ave**
**Portland, OR 97211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Oregon Brewing Company** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,932.44** |
|---|---|---|---|

**TRYON DISTRIBUTING**
**4701 Stockhold Court**
**Charlotte, NC 28273**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$32.40** |
|---|---|---|---|

**UNITED DISTRIBUTORS - SMYRNA**
**5500 United Dr**
**Smyrna, GA 30082**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$56.12** |
|---|---|---|---|

**UNITED-JOHNSON BROS OF ALABAMA**
**6000 Greenwood Pkwy, Suite 100**
**Bessemer, AL 35022**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$305.97** |
|---|---|---|---|

**UPS**
**PO Box 894820**
**Los Angeles, CA 90189**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,836.73** |
|---|---|---|---|

**US FOODS**
**PO Box 3929**
**Portland, OR 97208**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$542.05** |
|---|---|---|---|

**USF REDDAWAY**
**26401 Network Place**
**Chicago, IL 60673**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$189,998.00** |
|---|---|---|---|

**VENTURE CAPITAL INTL CONSULT**
**PO Box 299**
**Pocopson, PA 19366**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Oregon Brewing Company**
_____    Case number *(if known)* _____
Name

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,819.99 |

**VERMONT INFORMATION PROCESSING**
**402 Watertower Circle**
**Colchester, VT 05446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,254.36 |

**VESTIS**
**2680 Palumbo Dr.**
**Lexington, KY 40509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23.96 |

**VIRGINIA IMPORTS**
**7550 Accotink Park Road**
**Springfield, VA 22150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |

**WAVE**
**PO Box 31001-2714**
**Pasadena, CA 91110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,830.30 |

**WCP SOLUTIONS**
**Box 84145**
**Seattle, WA 98124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,609.99 |

**WEST COAST HOP BREEDING LLC**
**PO Box 522**
**Saint Paul, OR 97137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $892.50 |

**WEST WIND VENDING INC.**
**PO Box 458**
**Depot Bay, OR 97391**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Oregon Brewing Company**
        _____
        Name                                              Case number _(if known)_  _____

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $105.50 |
|---|---|---|---|

**WHITE LABS**
**9495 Candida St**
**San Diego, CA 92126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $225.00 |
|---|---|---|---|

**WILLAMETTE HOSE & FITTINGS**
**PO Box 1407**
**Philomath, OR 97370**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $21,182.00 |
|---|---|---|---|

**WILLAMETTE VALLEY LUMBER LLC**
**1620 Wilco Rd**
**Stayton, OR 97383**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $168.75 |
|---|---|---|---|

**Wilson Albers, an Alera Grp. Agency, LLC**
**1201 Pacific Ave, Suite 205**
**Tacoma, WA 98402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $3,150.00 |
|---|---|---|---|

**WRIGHT ONE INC**
**PO Box 967390**
**Saint Petersburg, FL 33736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $161.25 |
|---|---|---|---|

**WYE LLC.**
**Unit 23, PO Box 4800**
**Portland, OR 97208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $870.00 |
|---|---|---|---|

**WYEAST LABORATORIES**
**PO Box 146**
**Odell, OR 97044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Oregon Brewing Company**                                        Case number *(if known)* _____
_____
Name

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$82,082.46** |

**YAKIMA CHIEF - HOPUNION LLC**
**306 Division St**
**Yakima, WA 98902**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$361,435.81** |

**Yaquina Bay Beverage Company**
**981 SE 8th Ave.**
**Portland, OR 97214**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Intercompany Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$446.00** |

**YAQUINA CAB CO.**
**PO Box 1215**
**Newport, OR 97365**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$65.00** |

**ZACKERY WASSMUTH**
**23406 Siletz HWY**
**Siletz, OR 97380**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Holders - 2024 Unsecured Loan**<br>**c/o Brett Joyce, as Agent**<br>**2926 Lakeview Blvd.**<br>**Lake Oswego, OR 97035** | Line  **3.69**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Holders - 2025 Unsecured Promissory Note**<br>**c/o Brett Joyce, as Agent**<br>**2926 Lakeview Blvd.**<br>**Lake Oswego, OR 97035** | Line  **3.70**<br><br>☐ Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 576,786.05 |
| **5b. Total claims from Part 2** | 5b. | + $ | 14,777,717.67 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 15,354,503.72 |

**Fill in this information to identify the case:**

Debtor name **Oregon Brewing Company**

United States Bankruptcy Court for the: DISTRICT OF OREGON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Distribution Arrangement (New York)** |
| State the term remaining | |
| List the contract number of any government contract | A.L. George<br>1 Link Dr<br>Binghamton, NY 13904 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Sales and Distribution Agreement effective December 31, 2010 (Utah) through December 31, 2025** |
| State the term remaining | |
| List the contract number of any government contract | Admiral Beverage Corp.<br>821 Pulliam<br>Attn: Mark Swain<br>Worland, WY 82401 |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Sales & Distribution Agreement executed June 10, 2016 (New Hampshire)** |
| State the term remaining | |
| List the contract number of any government contract | Amoskeag Beverages<br>510 Hall St.<br>Attn: Tom Bullock<br>Bow, NH 03304 |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Distribution Arrangement (Oklahoma - spirits)** |
| State the term remaining | |
| List the contract number of any government contract | Armada Brands<br>5171 S. Mingo Rd<br>Tulsa, OK 74146 |

Debtor 1    **Oregon Brewing Company**
       First Name         Middle Name        Last Name

Case number *(if known)* _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Sales & Distribution Agreement executed January 31, 2018 (California)** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Beauchamp Distributing Company**<br>**1911 S. Santa Fe Avenue**<br>**Compton, CA 90221** |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Agreement dated April 8, 2004, as amended by Addendum Letter dated February 23, 2015 (Wisconsin)** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Beechwood Sales and Service**<br>**5350 S. Emmer Drive**<br>**New Berlin, WI 53151** |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Sales & Distribution Agreement executed September 29, 2009 (South Carolina) through Septempber 29, 2026** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Beverage South of Aiken, LLC**<br>**700 Jamesson Road, Suite A**<br>**Midland, GA 31820** |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Arrangement (Minnesota)** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Beverage Wholesalers**<br>**3063 Evergreen Ln SW**<br>**Alexandria, MN 56308** |
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Sales & Distribution Agreement executed October 17, 2016 (California)** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Blach Distributing, LLC**<br>**474-340 Commercial Way**<br>**Susanville, CA 96130** |

| Debtor 1 | **Oregon Brewing Company** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name Middle Name Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.10. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Sales & Distribution Agreement executed January 11, 2004 (New Jersey)**<br><br>**Black River Traders, Inc.**<br>**25 Ironia Rd.**<br>**Flanders, NJ 07836** |
| 2.11. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Exclusive Distribution Agreement dated September 4, 2008 (Illinois)**<br><br>**Blue Ribbon Products Company**<br>**2410 MCDONOUGH STREET**<br>**Joliet, IL 60436-1026** |
| 2.12. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Sales & Distribution Agreement executed December 31, 2012 (Maryland) through December 31, 2025**<br><br>**Bob Hall, LLC**<br>**5600 Crain Hwy**<br>**Attn: Eric Best**<br>**Upper Marlboro, MD 20772** |
| 2.13. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Trademark and Trade Name License Agreement dated October 15, 2025 through October 15, 2026**<br><br>**Boise Sales Co.**<br>**1035 South Lusk St.**<br>**Boise, ID 83706** |
| 2.14. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Distribution Arrangement (Nevada)**<br><br>**Breakthru Beverage - Nevada**<br>**100 Distribution Drive**<br>**Sparks, NV 89441** |

Debtor 1   **Oregon Brewing Company**                                    Case number *(if known)* _____
           First Name      Middle Name       Last Name

<span style="background-color:purple">   </span> **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Arrangement (Colorado)** | |
|---|---|---|---|
| | State the term remaining | | **Breakthru Beverage Group** |
| | List the contract number of any government contract | | **3980 Central Park Blvd Denver, CO 80238** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Arrangement (Missouri)** | |
|---|---|---|---|
| | State the term remaining | | **Breakthru Beverage Group - Missouri** |
| | List the contract number of any government contract | | **550 East 13th Avenue Kansas City, MO 64116** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Sales & Distribution Agreement executed November 28, 2022 (Minnesota) through November 28, 2025** | |
|---|---|---|---|
| | State the term remaining | | **Breakthru Beverage Minnesota Beer LLC** |
| | List the contract number of any government contract | | **489 Prior Ave N Saint Paul, MN 55104** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Appointment Letter dated July 8, 2015 (Montana)** | |
|---|---|---|---|
| | State the term remaining | | **Bronken's Distributing** |
| | List the contract number of any government contract | | **707 E. Peach St Bozeman, MT 59715-3035** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Sales & Distribution Agreement executed November 6, 2009 (South Carolina) through November 6, 2026** | |
|---|---|---|---|
| | State the term remaining | | **Bud of Spartanburg** |
| | List the contract number of any government contract | | **PO Box 170009(29301) Attn: Craig Phillips Spartanburg, SC 29303** |

Debtor 1    **Oregon Brewing Company**

Case number *(if known)* _____

First Name    Middle Name    Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.20.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Sales & Distribution Agreement and Addendum executed March 18, 2010 (Texas) through March 18, 2026** <br><br> **Budweiser Dist. Co. of Borger, L.P.**<br>**100 S. Philadelphia St.**<br>**Attn: Mr. Dean Morrison**<br>**Amarillo, TX 79104-1023** |
| **2.21.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Sales and Distribution Agreement dated March 18, 2010, as amended (Oklahoma)** <br><br> **Budweiser Dist. Company of Amarillo**<br>**100 S. Philadelphia St.**<br>**Amarillo, TX 79104-1023** |
| **2.22.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Sales & Distribution Agreement excuted December 19, 2012 (Tennessee) through December 19, 2025** <br><br> **Budweiser of Memphis, LLC**<br>**45 East EH Crump Blvd**<br>**Attn: J.R. Hand**<br>**Memphis, TN 38106** |
| **2.23.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Distribution Agreement dated October 5, 2018 (Illinois)** <br><br> **Burke Beverage, Inc.**<br>**4900 S. Vernon Ave**<br>**Attn: Nolan Burke**<br>**McCook, IL 60525** |
| **2.24.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Distributor Agreement dated June 19, 2019 (Illinois - spirits)** <br><br> **Burke Beverage, Inc.**<br>**4900 S. Vernon Ave**<br>**Attn: Nolan Burke**<br>**McCook, IL 60525** |

Debtor 1 __Oregon Brewing Company__     Case number *(if known)* _____

First Name      Middle Name      Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Brokerage Agreement dated April 24, 2018** | |
|---|---|---|---|
| | State the term remaining | **through April 24, 2026** | **C.K.L. Corporation**<br>**3825 Emerald Drive**<br>**Kalamazoo, MI 49001** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **ADA Agreement dated April 24, 2018** | |
|---|---|---|---|
| | State the term remaining | **through April 24, 2026** | **C.K.L. Corporation**<br>**3825 Emerald Drive**<br>**Kalamazoo, MI 49001** |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Mutual License Agreement dated February 15, 2024** | |
|---|---|---|---|
| | State the term remaining | **through Februar 15, 2028** | **Calcutta Outdoors, LLC**<br>**Attn: Chris Carlisle**<br>**1141 Jay Lane**<br>**Graham, NC 27253** |
| | List the contract number of any government contract | | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Sales & Distribution Agreement effective August 21, 2025 (Vermont)** | |
|---|---|---|---|
| | State the term remaining | **through August 21, 2027** | **Calmont Beverage Co.**<br>**308 Industrial Ln**<br>**Barre, VT 05641** |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Water Services Agreement dated September 30, 2022, as amended** | |
|---|---|---|---|
| | State the term remaining | **through 2048** | **Cambrian Newport Oregon LLC**<br>**c/o Cambrian Rogue Project Company**<br>**15 Main Street, Suite 318**<br>**Watertown, MA 02472** |
| | List the contract number of any government contract | | |

Debtor 1    **Oregon Brewing Company**                                    Case number *(if known)* _____
      First Name      Middle Name      Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.30.** State what the contract or lease is for and the nature of the debtor's interest — **Distribution Arrangement (Washington, DC)**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Capital Eagle Inc.**<br>**2815 V Street NE**<br>**Washington, DC 20018** |
| **2.31.** State what the contract or lease is for and the nature of the debtor's interest — **Appointment Letter dated March 15, 2007 (Mississippi)**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Capitol City Beverages**<br>**920 W County Line Rd.**<br>**Jackson, MS 39213** |
| **2.32.** State what the contract or lease is for and the nature of the debtor's interest — **Sales & Distribution Agreement executed September 21, 2009 (South Carolina) through September 21, 2026**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Carolina Beer Co., Inc.**<br>**c/o William Lyles Jr.**<br>**447 E Shockley Ferry Rd**<br>**Anderson, SC 29624** |
| **2.33.** State what the contract or lease is for and the nature of the debtor's interest — **Malt Berage Sales & Distribution Agreement executed May 3, 2023 (Indiana)**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Cavalier Distriubting Indiana, LLC**<br>**3332 N. Pagosa Ct.**<br>**Attn: George Fisher**<br>**Indianapolis, IN 46226** |
| **2.34.** State what the contract or lease is for and the nature of the debtor's interest — **Sales and Sitribution Agreement executed December 22, 2014 (Arkansas)**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Central Distributors, Inc.**<br>**2805 Vance Street**<br>**Little Rock, AR 72206** |

Debtor 1    **Oregon Brewing Company**
    First Name        Middle Name        Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.35.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Sales & Distribution Agreement effective January 1, 2008 (Maine)**<br><br>**through January 1, 2026** |
| | **Central Distributors, Inc.**<br>**PO Box 1936**<br>**Lewiston, ME 04241-1936** |
| **2.36.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Sales & Distribution Agreement executed April 4, 2013 (Louisiana)** |
| | **Champagne Beverage Co. Inc.**<br>**One Bud Place**<br>**Attn: Joel Champagne**<br>**through April 4, 2026**<br>**Madisonville, LA 70447** |
| **2.37.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Sales & Distribution Agreement effective September 11, 2007 (Florida)**<br>**through September 11, 2026** |
| | **Champion Brands Incorporated**<br>**5571 Florida Mining Boulevard South**<br>**Jacksonville, FL 32257** |
| **2.38.** State what the contract or lease is for and the nature of the debtor's interest<br><br><br><br>State the term remaining<br><br>List the contract number of any government contract | **Exclusive Distribution Agreement with Michaud Distributing, Inc. (predecessor in interest to Bernick's) dated October 20, 2004 (Minnesota)**<br>**through October 20, 2026** |
| | **Chas A. Bernick, Inc.**<br>**PO Box 7008**<br>**Saint Cloud, MN 56302** |
| **2.39.** State what the contract or lease is for and the nature of the debtor's interest<br><br><br><br>State the term remaining<br><br>List the contract number of any government contract | **Exclusive Distribution Agreement with Michaud Distributing, Inc. (predecessor in interest to Bernick's) dated October 20, 2004 (Wisconsin)**<br>**through October 20, 2026** |
| | **Chas A. Bernick, Inc.**<br>**PO Box 7008**<br>**Saint Cloud, MN 56302** |

Debtor 1   **Oregon Brewing Company**

First Name          Middle Name          Last Name

Case number *(if known)* _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Sales & Distribution Agreement executed August 27, 2014 (Maryland)** | |
| | State the term remaining | **through August 27, 2026** | **Chesapeake Distributing** |
| | List the contract number of any government contract | | **7001 Quad Avenue**<br>**Attention: Evan Athanas**<br>**Rosedale, MD 21237** |
| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Sales & Distribution Agreement effective August 1, 2016 (Louisiana)** | |
| | State the term remaining | | **Choice Brands, Inc.** |
| | List the contract number of any government contract | | **310 Powell Avenue**<br>**Monroe, LA 71201** |
| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Sales & Distribution Agreement executed January 3, 2020 (Mississippi)** | |
| | State the term remaining | | **Clark Beverage Group** |
| | List the contract number of any government contract | | **1235 Scott St.**<br>**Senatobia, MS 38668** |
| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Sales & Distribution Agreement dated October 31, 2008 (Washington)** | |
| | State the term remaining | **through October 31, 2026** | **CoHo Distributing, LLC** |
| | List the contract number of any government contract | | **2501 East Valley Road**<br>**Renton, WA 98055** |
| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Sales & Distribution Agreement dated October 3, 2008 (Oregon)** | |
| | State the term remaining | **through October 3, 2026** | **Columbia Distributing, Inc.** |
| | List the contract number of any government contract | | **6840 North Cutter Circle**<br>**Attn: Gregg Christiansen**<br>**Portland, OR 97217** |

Debtor 1   **Oregon Brewing Company**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)* _____



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Sales & Distribution Agreement executed September 25, 2009 (South Carolina) through September 25, 2026** | **Comer Distriubting Co. Inc. PO Box 10821 Attn: Chip Comer Rock Hill, SC 29731** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement executed January 30, 2024, as amended by Statements of Work** | **CounterMeasures Corp 6550 Carouthers Parkway, Suite 210 Franklin, TN 37067** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Purcahse Commitment executed February 22, 2024** **through December 31, 2026** | **Country Malt Group 18110 SE 34th St, Ste. 240 Vancouver, WA 98683** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Sales & Distribution Agreement executed June 12, 2014 (Minnesota) through June 12, 2026** | **D&D Distributing 3360 Chelsea Rd. W. Attention: Luke Dahlheimer Monticello, MN 55362** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Exclusive Distribution Agrement dated September 24, 2001 (South Dakota) through September 24, 2026** | **Dakota Beverage Co. 605 S. Wayland Ave. Sioux Falls, SD 57103** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor 1  **Oregon Brewing Company**

First Name          Middle Name          Last Name

Case number *(if known)* _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Agreement to Transport of International Carriage of Alcoholic Beverages** | **DHL Express (USA), Inc.**<br>**1210 SOUTH PINE ISLAND ROAD**<br>**Attn: Legal Dept**<br>**Plantation, FL 33324** |
|---|---|---|---|
| 2.51. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Sales & Distribution Agreement executed November 14, 2022 (Iowa)** | **Doll Distributing, LLC**<br>**1901 Dewolf Street**<br>**Des Moines, IA 50316** |
| 2.52. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Sales & Distribution Agreement effective April 1, 2007 (California) through April 1, 2026** | **Donaghy Sales, LLC**<br>**2363 South Cedar Avenue**<br>**Fresno, CA 93725** |
| 2.53. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Dreamland Beer Agreement** | **Dreamland Skateparks, LLC**<br>**6913 NE Highland Rd**<br>**Otis, OR 97368** |
| 2.54. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Sales & Distribution Agreement executed December 31, 2012 (Maryland) through December 31, 2025** | **Eastern Shore Distributing Ltd.**<br>**811 Snow Hill Rd**<br>**Attention: Robert Burke**<br>**Salisbury, MD 21804** |

Debtor 1    **Oregon Brewing Company**                                                    Case number *(if known)* _____

      First Name           Middle Name          Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.55. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Sales & Distribution Agreement executed August 28, 2024 (Pennsylvania)**<br><br>**Edwin H. Kleckner, Inc.**<br>**PO Box 20**<br>**Attn: Terry L. Cromley**<br>**Montandon, PA 17850** |
| 2.56. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Distribution Arrangement (South Dakota)**<br><br>**Elwain Bros.**<br>**655 18th NW**<br>**Huron, SD 57350-0136** |
| 2.57. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **EROAD Sales and Services Agreement dated December 21, 2021**<br><br>**EROAD Inc**<br>**7618 SW Mohawk Street**<br>**Tualatin, OR 97062** |
| 2.58. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Appointment Letter dated March 15, 2007 (Mississippi)**<br><br>**F.E.B. Distributing Company, Inc.**<br>**12155 Intraplex Parkway**<br>**Gulfport, MS 39503** |
| 2.59. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Sales & Distribution Agreement executed November 14, 2022 (Iowa)**<br><br>**Fahr Beverage, Inc.**<br>**1369 Martin Rd.**<br>**Waterloo, IA 50704** |

Debtor 1   **Oregon Brewing Company**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)* _____



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Non-Exclusive Trademark License Agreement dated May 24, 2024** | |
|---|---|---|---|
| | State the term remaining | **through May 24, 2026** | |
| | List the contract number of any government contract | | **Find Familiar Spirits, LLC 2201 Elmwood Avenue Wilmette, IL 60091** |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Sales & Distribution Agreement executed July 15, 2011 (Florida)** | |
|---|---|---|---|
| | State the term remaining | **through July 15, 2026** | |
| | List the contract number of any government contract | | **Florida Distributing Co., L.L.C. 3964 Shader Road Orlando, FL 32808** |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Letter Agreement with Alfred M. Lutheran Distributors, Inc. (predecessor in interest to Fuhrer) dated March 21, 1997, as amended by Letter dated December 24, 2008 (Pennsylvania)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Frank B. Fuhrer Holdings, Inc. 03100 East Carson Street Pittsburgh, PA 15203** |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Arrangement (Connecticut)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **G&G Beverage Distributors 207 Church St Wallingford, CT 06492** |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Exclusive Distribution Agreement dated July 7, 2003, as amended (New York)** | |
|---|---|---|---|
| | State the term remaining | **through July 7, 2026** | |
| | List the contract number of any government contract | | **Gasko & Meyer, Inc. PO Box 298 Lake Huntington, NY 12752** |

| Debtor 1 | **Oregon Brewing Company** | | Case number *(if known)* |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Appointment Letter dated March 27, 2007** | |
|---|---|---|---|
| | State the term remaining | | **Gillespie Distributing Company** |
| | List the contract number of any government contract | | **486 E. Line Street** **Bishop, CA 93514** |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Letter re Territorial Agreement dated May 18, 2016 (Louisiana)** | |
|---|---|---|---|
| | State the term remaining | | **Glazer's Distributors** **14911 Quorum Drive, Suite 150** |
| | List the contract number of any government contract | | **Attn: Dennis Naslar** **Dallas, TX 75254** |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Agreement dated October 15, 2021 (Florida)** | |
|---|---|---|---|
| | State the term remaining | | **Gold Coast Beverage, L.L.C.** |
| | List the contract number of any government contract | | **10055 NW 12th Street** **St. Doral, FL 33172** |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Sales & Distribution Agreement executed April 19, 2010 (Utah)** | |
|---|---|---|---|
| | State the term remaining | **through April 19, 2026** | **Golden Beverage, LLC** **2361 B Avenue** |
| | List the contract number of any government contract | | **Attention: Brett Birt, VP/GM** **Ogden, UT 84401-1201** |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Sales & Distribution Agreement executed November 28, 2022 (Iowa)** | |
|---|---|---|---|
| | State the term remaining | | **Golden Eagle Distributing** |
| | List the contract number of any government contract | | **500 Golden Eagle Dr.** **Mount Pleasant, IA 52641** |

| Debtor 1 | **Oregon Brewing Company** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **Samaritan Occupational Medicine Professional Services Agreement dated November 7, 2019** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Good Samaritan Hospital Corvallis 3600 NW Samaritan Dr Corvallis, OR 97330** |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **Memorandum of Understanding dated March 11, 2024** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Graphic Packaging, International 1500 Riveredge Pkwy Ste 100 Atlanta, GA 30328** |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **Payment Plan Agreement dated August 22, 2025** | |
|---|---|---|---|
| | State the term remaining | **through January 15, 2027** | **Great Western Malting Co. PO Box 1529 Vancouver, WA 98668** |
| | List the contract number of any government contract | | |

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Agreement and Territory Agreement dated March 14, 2024 (Texas)** | |
|---|---|---|---|
| | State the term remaining | | **Green Light Distribution, LLC 555 Airline Dr., Suite 100 Attention: Lewis Dustin Odell Coppell, TX 75019** |
| | List the contract number of any government contract | | |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **Territorial Agreement dated May 4, 2000 (Alabama)** | |
|---|---|---|---|
| | State the term remaining | | **Gulf Distributing Co. of Mobile, LLC 401 N Water St, Suite 300 Mobile, AL 36602** |
| | List the contract number of any government contract | | |

Debtor 1   **Oregon Brewing Company**
      First Name       Middle Name       Last Name

Case number *(if known)*

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Arrangement (Florida)** | |
|---|---|---|---|
| | State the term remaining | | **Gulf Goldring** |
| | List the contract number of any government contract | | **8245 Opportunity Drive** |
| | | | **Milton, FL 32583** |

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | **Sales & Distribution Agreement executed December 15, 2009 (Montana)** | |
|---|---|---|---|
| | State the term remaining | **through December 15, 2025** | **Gusto Distributing Inc.** |
| | List the contract number of any government contract | | **501 Crescent Circle** |
| | | | **Attn: Mr. Len Watkins** |
| | | | **Great Falls, MT 59404** |

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **Sales & Distribution Agreement executed December 31, 2012 (Maryland)** | |
|---|---|---|---|
| | State the term remaining | **through December 31, 2025** | **Guy Distributing Co. Inc.** |
| | List the contract number of any government contract | | **25785 Point Lookout Rd.** |
| | | | **Attn: Glenn** |
| | | | **Leonardtown, MD 20650** |

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **Sales & Distribution Agreement dated March 28, 2007, as amended by letter dated February 10, 2020 (California)** | |
|---|---|---|---|
| | State the term remaining | **through April 1, 2026** | **Harbor Distributing, L.L.C.** |
| | List the contract number of any government contract | | **1625 South Lewis Street** |
| | | | **Anaheim, CA 92805** |

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **Appointment Letter dated December 16, 2016 (Idaho)** | |
|---|---|---|---|
| | State the term remaining | | **Hayden Beverage Company** |
| | List the contract number of any government contract | | **2910 E. Amity Rd.** |
| | | | **Boise, ID 83716** |

Debtor 1  **Oregon Brewing Company**
_____
First Name        Middle Name        Last Name

Case number *(if known)* _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **Appointment Letter dated May 10, 2024 (Montana)** |
| | State the term remaining | |
| | List the contract number of any government contract | **Hayden Beverage Company**<br>**2910 E. Amity Rd.**<br>**Boise, ID 83716** |
| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **Sales & Distribution Agreement executed April 30, 2012 (Kentucky)** |
| | State the term remaining | **through April 30, 2026** |
| | List the contract number of any government contract | **Heidelberg Dist. of Northern Kentucky**<br>**101 W. 13th St.**<br>**Attn: Mike Monnin**<br>**Covington, KY 41011** |
| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **Sales & Distribution Agreement with Classic Distributing and Beverage Group, Inc. (precessor in interest to Heimark) executed January 31, 2018 (California)** |
| | State the term remaining | |
| | List the contract number of any government contract | **Heimark Distributing, LLC**<br>**PO Box 3985**<br>**Santa Fe Springs, CA 90670** |
| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **Sales and Distribution Agreement executed October 19, 2015 (Arizona)** |
| | State the term remaining | |
| | List the contract number of any government contract | **Hensley & Company**<br>**4201 N 45th Ave**<br>**Phoenix, AZ 85301** |
| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **Sales & Distribution Agreement effective October 1, 2018 (Oklahoma)** |
| | State the term remaining | |
| | List the contract number of any government contract | **Hitchcock Distributing Inc.**<br>**2901 W. Arkansas**<br>**Durant, OK 74701** |

Debtor 1 **Oregon Brewing Company**

First Name      Middle Name      Last Name

Case number *(if known)* _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **Portland Office Lease dated October 1, 2019, as amended** | |
|---|---|---|---|
| | State the term remaining | **through 11/07/2031** | **Holgate Property Holdings, LLC**<br>**18625 SE McLoughlin Blvd**<br>**Portland, OR 97267** |
| | List the contract number of any government contract | | |

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | **Settlement Agreement dated May 12, 2023** | |
|---|---|---|---|
| | State the term remaining | | **Hops Direct, LLC**<br>**686 Green Valley Road**<br>**Mabton, WA 98935** |
| | List the contract number of any government contract | | |

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Arrangement (California)** | |
|---|---|---|---|
| | State the term remaining | | **Humboldt Beer Distributors**<br>**202 Commercial St**<br>**Eureka, CA 95501** |
| | List the contract number of any government contract | | |

| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | **Exclusive Distribtion Agreement dated January 3, 2003 (Michigan)** | |
|---|---|---|---|
| | State the term remaining | **through January 3, 2026** | **Imperial Beverage, Inc.**<br>**200 Miller Main Circle**<br>**Knoxville, TN 37919-6025** |
| | List the contract number of any government contract | | |

| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | **Non-Exclusive Trademark License Agreement dated March 3, 2021** | |
|---|---|---|---|
| | State the term remaining | **through March 2026** | **Improper Goods Inc.**<br>**3961 N Williams Ave, Suite 100**<br>**Portland, OR 97227** |
| | List the contract number of any government contract | | |

Debtor 1    **Oregon Brewing Company**

First Name        Middle Name        Last Name

Case number *(if known)*

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | **Sales & Distribution Agreement executed June 30, 2017 (Louisiana)** | |
| | State the term remaining | | **International Wine & Spirits, Inc.** |
| | List the contract number of any government contract | | **4927 Bloomfield Street New Orleans, LA 70121** |
| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | **Sales & Distribution Agreement executed October 23, 2023 (Hawaii)** | |
| | State the term remaining | | **Island Distributing, L.L.C.** |
| | List the contract number of any government contract | | **94-1450 Moaniani St Waipahu, HI 96797** |
| 2.92. | State what the contract or lease is for and the nature of the debtor's interest | **Sales & Distribution Agreement effective September 9, 2007 (Florida) through September 9, 2026** | |
| | State the term remaining | | **J.J. Taylor Distributing Florida, Inc.** |
| | List the contract number of any government contract | | **5102 16th Avenue South Tampa, FL 33619** |
| 2.93. | State what the contract or lease is for and the nature of the debtor's interest | **Exclusive Distribution Agreement dated April 18, 2006 (West Virginia)** | |
| | State the term remaining | **through April 18, 2026** | **Jefferson Distributing Company Inc.** |
| | List the contract number of any government contract | | **799 Mid Atlantic Parkway Martinsburg, WV 25401** |
| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | **Sales & Distribution Agreement executed May 6, 2010 (North Dakota)** | |
| | State the term remaining | **through May 6, 2026** | **Jerome Distributing, Inc.** |
| | List the contract number of any government contract | | **3420 Miriam Ave. Attn: Arthur Jerome Bismarck, ND 58501** |

Debtor 1    **Oregon Brewing Company**

First Name          Middle Name          Last Name

Case number *(if known)*

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.95. | State what the contract or lease is for and the nature of the debtor's interest | **Sales & Distribution Agreement effective October 1, 2018 (Oklahoma)** | |
|---|---|---|---|
| | State the term remaining | | **Jett Distributing Company** |
| | List the contract number of any government contract | | **2400 South 13th Street** **Clinton, OK 73601** |

| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Arrangement (Nebraska)** | |
|---|---|---|---|
| | State the term remaining | | **Johnson Brothers of Nebraska** |
| | List the contract number of any government contract | | **9320 J St** **Omaha, NE 68127** |

| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Agreement dated October 5, 2018 (Illinois)** | |
|---|---|---|---|
| | State the term remaining | | **Joseph Mullarkey Distributors** **2200 Ridge Drive** |
| | List the contract number of any government contract | | **Attn: Kevin Mullarkey** **Glenview, IL 60025** |

| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | **Work for Hire Agreement dated December 4, 2023** | |
|---|---|---|---|
| | State the term remaining | | **Joshua Parent** |
| | List the contract number of any government contract | | **48 Shannon Ave** **Watertown, CT 06795** |

| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | **Sales & Distribution Agreement dated November 15, 2022 (Iowa)** | |
|---|---|---|---|
| | State the term remaining | | **Kabrick Distributing** |
| | List the contract number of any government contract | | **1809 S Benjamin Ave** **Mason City, IA 50401** |

| Debtor 1 | **Oregon Brewing Company** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.100. | State what the contract or lease is for and the nature of the debtor's interest | **Sales & Distribution Agreement executed December 31, 2012 (Maryland) through December 31, 2025** | |
|---|---|---|---|
| | State the term remaining | | **Katlef Brothers Inc. 2404 A & Eagle Blvd Attn: Neal Katlef Annapolis, MD 21401** |
| | List the contract number of any government contract | | |

| 2.101. | State what the contract or lease is for and the nature of the debtor's interest | **Sales & Distribution Agreement executed December 31, 2012 (Maryland) through December 31, 2025** | |
|---|---|---|---|
| | State the term remaining | | **Kelly Distributors, LLC PO Box 927 Attention: Clyde Kelly Easton, MD 21601** |
| | List the contract number of any government contract | | |

| 2.102. | State what the contract or lease is for and the nature of the debtor's interest | **Sales & Distribution Agreement executed November 10, 2016 (Illinois) through November 10, 2026** | |
|---|---|---|---|
| | State the term remaining | | **Kloss Distributing Co. 1333 Northwestern Ave Attention: Tom Kloss Gurnee, IL 60031** |
| | List the contract number of any government contract | | |

| 2.103. | State what the contract or lease is for and the nature of the debtor's interest | **Sales & Distribution Agreement executed November 28, 2022 (Iowa)** | |
|---|---|---|---|
| | State the term remaining | | **L & L Distributing Co. 2101 Murray St Sioux City, IA 51111** |
| | List the contract number of any government contract | | |

| 2.104. | State what the contract or lease is for and the nature of the debtor's interest | **Sales & Distribution Agreemnt and Amendment effective February 20, 2009 (Texas) through February 20, 2026** | |
|---|---|---|---|
| | State the term remaining | | **L&F Distributors, LLC 3900 N. McColl Rd. Attn: Joe V. LaMantia III McAllen, TX 78501** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Oregon Brewing Company** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.105. | State what the contract or lease is for and the nature of the debtor's interest | **Sales & Distribution Agreement executed August 23, 2024 (Pennsylvania)** | |
|---|---|---|---|
| | State the term remaining | | **L.T. Verrastro, Inc.** |
| | List the contract number of any government contract | | **700 Moosic Rd** |
| | | | **Old Forge, PA 18518** |

| 2.106. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Arrangement (Maryland - spirits)** | |
|---|---|---|---|
| | State the term remaining | | **Lanterna Distributors** |
| | List the contract number of any government contract | | **7223 Ambassador Rd** |
| | | | **Windsor Mill, MD 21244** |

| 2.107. | State what the contract or lease is for and the nature of the debtor's interest | **Sales & Distribution Agreement effective October 1, 2018 (Oklahoma)** | |
|---|---|---|---|
| | State the term remaining | | **LDF Sales & Distributing, Inc.** |
| | List the contract number of any government contract | | **10610 E. 26th Circle North** |
| | | | **Wichita, KS 67226** |

| 2.108. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Agreement effective January 22, 2021 (Illinois)** | |
|---|---|---|---|
| | State the term remaining | | **Louis Glunz Beer, Inc.** |
| | List the contract number of any government contract | | **7199 N. Capitol Drive** |
| | | | **Attn: Jerry Glunz** |

| 2.109. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Agreement dated Feburary 14, 2025 (South Carolina)** | |
|---|---|---|---|
| | State the term remaining | | **Lowcountry Craft Distribution, LLC** |
| | List the contract number of any government contract | | **1932 Hall Point Road** |
| | | | **Mount Pleasant, SC 29466** |

| Debtor 1 | **Oregon Brewing Company** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name          Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.110. | State what the contract or lease is for and the nature of the debtor's interest | **Sales & Distribution Agreement executed September 20, 2019 (Texas)** | |
|---|---|---|---|
| | State the term remaining | | **M. L. Wismer Distributing Company** |
| | List the contract number of any government contract | | **13827 I-10 East** **Mont Velvieu, TX 77523** |

| 2.111. | State what the contract or lease is for and the nature of the debtor's interest | **Sales & Distribution Agreement executed August 13, 2012 (Mississippi)** | |
|---|---|---|---|
| | State the term remaining | **through August 13, 2026** | **Magnolia Beverage Company** **2668 Saint Andrews Street** |
| | List the contract number of any government contract | | **Attention: Michael Davis II** **Meridian, MS 39301** |

| 2.112. | State what the contract or lease is for and the nature of the debtor's interest | **Emailed terms dated August 3, 2023** | |
|---|---|---|---|
| | State the term remaining | | **MainMerch Inc.** |
| | List the contract number of any government contract | | **6 Waltham Rd** **Tinton Falls, NJ 07724** |

| 2.113. | State what the contract or lease is for and the nature of the debtor's interest | **Exclusive Distribution Agreement dated June 20, 2008 (Illinois)** | |
|---|---|---|---|
| | State the term remaining | **through June 20, 2026** | **Marketplace Selections, Inc.** **1809 W. Chanute Rd.** |
| | List the contract number of any government contract | | **Peoria, IL 61615** |

| 2.114. | State what the contract or lease is for and the nature of the debtor's interest | **Appointment Letter dated April 4, 2019 (Maine)** | |
|---|---|---|---|
| | State the term remaining | | **Martignetti Compaines of Maine** |
| | List the contract number of any government contract | | **PO Box 408** **Scarborough, ME 04070-0408** |

Debtor 1   **Oregon Brewing Company**

First Name          Middle Name          Last Name

Case number (*if known*) _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.115. | State what the contract or lease is for and the nature of the debtor's interest | **Appointment Letter dated May 6, 2018 (New Hampshire)** | |
|---|---|---|---|
| | State the term remaining | | **Martignetti Compaines of New Hampshire** |
| | List the contract number of any government contract | | **PO Box 1113** **Manchester, NH 03105** |

| 2.116. | State what the contract or lease is for and the nature of the debtor's interest | **Exclusive Distribution Agreement dated June 30, 2004 (North Dakota)** | |
|---|---|---|---|
| | State the term remaining | **through June 30, 2026** | **McKinnon Company Inc.** |
| | List the contract number of any government contract | | **1002 South 48th Street** **Grand Forks, ND 58201-3828** |

| 2.117. | State what the contract or lease is for and the nature of the debtor's interest | **Keg Management Agreement dated November 8, 2021** | |
|---|---|---|---|
| | State the term remaining | **through November 8, 2031** | **MicroStar Keg Management, L.L.C.** |
| | List the contract number of any government contract | | **2401 15th Street** **Denver, CO 80202** |

| 2.118. | State what the contract or lease is for and the nature of the debtor's interest | **Sales & Distribution Agreement executed December 6, 2011 (Pennsylvania)** | |
|---|---|---|---|
| | State the term remaining | **through December 6, 2025** | **Mid State Beverage** |
| | List the contract number of any government contract | | **1805 E 3rd St** **Attn: Ted Weiss** **Williamsport, PA 17701-3994** |

| 2.119. | State what the contract or lease is for and the nature of the debtor's interest | **Sales & Distribution Agreement dated February 20, 2009 (Texas)** | |
|---|---|---|---|
| | State the term remaining | **through February 20, 2026** | **Mike Hopkins Distributing Company, Inc.** |
| | List the contract number of any government contract | | **1751 SH 290 West** **Attention: Robert Mikeska** **Brenham, TX 77834** |

Debtor 1 **Oregon Brewing Company**

First Name          Middle Name          Last Name

Case number (*if known*) _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.120. | State what the contract or lease is for and the nature of the debtor's interest | **Sales & Distribution Agreement effective October 1, 2018 (Oklahoma)** | |
| | State the term remaining | | **Miller of Denton d/b/a Fisher 59 1210 Gilbert Gibson Road Lawton, OK 73505** |
| | List the contract number of any government contract | | |
| 2.121. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Agreement dated August 5, 2024 (California)** | |
| | State the term remaining | **through August 12, 2026** | **Mindful Distributors 6201 Coliseum Way, Suite I Attn: Philip Birnbaum Oakland, CA 94621** |
| | List the contract number of any government contract | | |
| 2.122. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement dated December 8, 2015** | |
| | State the term remaining | | **MM Management LLC 160 Greentree Drive, Suite 101 Dover, DE 19904** |
| | List the contract number of any government contract | | |
| 2.123. | State what the contract or lease is for and the nature of the debtor's interest | **Newport Bayfront Pub Lease dated December 1999, as amended** | |
| | State the term remaining | **through 04/30/2023** | **Mo's Enterprises, Inc. 622 S.W. Bay Blvd. Newport, OR 97365** |
| | List the contract number of any government contract | | |
| 2.124. | State what the contract or lease is for and the nature of the debtor's interest | **Sales & Distribution Agreement executed January 13, 2014 (North Dakota)** | |
| | State the term remaining | **through January 13, 2026** | **Morelli's Distributing, Inc. P.O. Box 1517 Attn: Reginald P. Morelli Minot, ND 58702** |
| | List the contract number of any government contract | | |

Debtor 1    **Oregon Brewing Company**                                          Case number *(if known)* _____
　　　　　First Name　　　　Middle Name　　　　Last Name

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.125. | State what the contract or lease is for and the nature of the debtor's interest | **Exclusive Distribution Agreement dated July 6, 2005 (Montana)** | |
|---|---|---|---|
| | State the term remaining | **through July 6, 2026** | |
| | List the contract number of any government contract | | **Mountain County Distributing<br>1201 N. Ewing<br>Helena, MT 59601-2903** |

| 2.126. | State what the contract or lease is for and the nature of the debtor's interest | **Sales & Distribution Agreement executed July 12, 2017 (California)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Mussetter Distributing, Inc.<br>12979 Earhart Ave.<br>Auburn, CA 95602** |

| 2.127. | State what the contract or lease is for and the nature of the debtor's interest | **Appointment Letter dated March 25, 2025 (New Mexico)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **National Distributing Company<br>5920 Office Blvd NE<br>Albuquerque, NM 87109** |

| 2.128. | State what the contract or lease is for and the nature of the debtor's interest | **Team License Agreement** | |
|---|---|---|---|
| | State the term remaining | **through May 1, 2026** | |
| | List the contract number of any government contract | | **NBA Properties, Inc.<br>645 Fifth Avenue<br>New York, NY 10022** |

| 2.129. | State what the contract or lease is for and the nature of the debtor's interest | **Untappd Marketing Agreement dated February 11, 2021, as amended** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Next Glass, Inc.<br>21 South Front Street<br>Wilmington, NC 28401** |

| Debtor 1 | **Oregon Brewing Company** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.130. | State what the contract or lease is for and the nature of the debtor's interest | **Trademark and Trade License Agreement dated February 3, 2025** | |
|---|---|---|---|
| | State the term remaining | **through February 3, 2026** | **Niken Chaya Mochi Kadoya Honten Co. Ltd.**<br>**564-17 Shimono**<br>**Attn: Narihiro Suzuki**<br>**Ise, Mie 516-0003, Japan** |
| | List the contract number of any government contract | | |

| 2.131. | State what the contract or lease is for and the nature of the debtor's interest | **Exclusive Distribution Agreement executed June 6, 2005 (Pennsylvania)** | |
|---|---|---|---|
| | State the term remaining | | **Nittany Beverage Corporation**<br>**138 N. Patterson St.**<br>**State College, PA 16801-3757** |
| | List the contract number of any government contract | | |

| 2.132. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Arrangement (Connecticut)** | |
|---|---|---|---|
| | State the term remaining | | **Northeast Beverage Corp**<br>**32 Robinson Blvd #3647**<br>**Orange, CT 06477** |
| | List the contract number of any government contract | | |

| 2.133. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Arrangement (Minnesota)** | |
|---|---|---|---|
| | State the term remaining | | **Northern Beverage Distribution**<br>**2222 32nd Ave NW**<br>**Rochester, MN 55901** |
| | List the contract number of any government contract | | |

| 2.134. | State what the contract or lease is for and the nature of the debtor's interest | **Contract of Sale & Assignment Agreement (Factoring & Security Agreement) and Inventory Loan Addendum dated December 2, 2024** | |
|---|---|---|---|
| | State the term remaining | | **Northrim Bank**<br>**P.O. Box 241489**<br>**Anchorage, AK 99524** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Oregon Brewing Company** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.135. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreemetn dated October 8, 2025 | |
|---|---|---|---|
| | State the term remaining | though October 8, 2026 | **Oregon Beverage Recycling Cooperative c/o DeGay Harris or CFO 17300 SE 120th Ave Clackamas, OR 97015** |
| | List the contract number of any government contract | | |

| 2.136. | State what the contract or lease is for and the nature of the debtor's interest | License Agreement dated March 2024 | |
|---|---|---|---|
| | State the term remaining | through March 2029 (with licensee option to extend 5 years) | **Overpowered Labs, LLC c/o Zachary Dudzik 1381 North Road Green Bay, WI 54313** |
| | List the contract number of any government contract | | |

| 2.137. | State what the contract or lease is for and the nature of the debtor's interest | Exclusive Distribution Agreement dated March 24, 2006, as amended by Addendum Letter dated September 6, 2018 (Pennsylvania) | |
|---|---|---|---|
| | State the term remaining | | **Penn Distributors, Inc. 401 Domino Lane Philadelphia, PA 19128** |
| | List the contract number of any government contract | | |

| 2.138. | State what the contract or lease is for and the nature of the debtor's interest | Vehicle Lease Service Agreement dated January 14, 2021, as amended | |
|---|---|---|---|
| | State the term remaining | | **Penske Truck Leasing Co., L.P. 2675 Morgantown Road Reading, PA 19607** |
| | List the contract number of any government contract | | |

| 2.139. | State what the contract or lease is for and the nature of the debtor's interest | Fountain Beverage Sales Agreement executed March 20, 2006 | |
|---|---|---|---|
| | State the term remaining | | **Pepsi-Cola Fountain Company, Inc. 700 Anderson Hill Road Purchase, NY 10577** |
| | List the contract number of any government contract | | |

Debtor 1   **Oregon Brewing Company**

First Name      Middle Name      Last Name

Case number *(if known)* _____

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.140. | State what the contract or lease is for and the nature of the debtor's interest | **Representation Broker Agreement effective August 6, 2025 (California)** | |
|---|---|---|---|
| | State the term remaining | **through August 6, 2026** | **Poppy Pacific Beverage**<br>**3913 Marigold Land**<br>**Attn: Victoria Titus-Gecsek** |
| | List the contract number of any government contract | | |

| 2.141. | State what the contract or lease is for and the nature of the debtor's interest | **Newport Brewery Lease dated July 1, 2007, as amended** | |
|---|---|---|---|
| | State the term remaining | **through 06/30/2027** | **Port of Newport**<br>**600 SE Bay Blvd**<br>**Newport, OR 97365** |
| | List the contract number of any government contract | | |

| 2.142. | State what the contract or lease is for and the nature of the debtor's interest | **Newport Distillery Lease dated April 25, 2006, as amended** | |
|---|---|---|---|
| | State the term remaining | **through 06/30/2027** | **Port of Newport**<br>**600 SE Bay Blvd**<br>**Newport, OR 97365** |
| | List the contract number of any government contract | | |

| 2.143. | State what the contract or lease is for and the nature of the debtor's interest | **Exclusive Distribution Agreement dated August 5, 2004 (South Dakota)** | |
|---|---|---|---|
| | State the term remaining | **through August 5, 2026** | **Porter Distributing Company**<br>**212 S. Langon**<br>**Mitchell, SD 57301** |
| | List the contract number of any government contract | | |

| 2.144. | State what the contract or lease is for and the nature of the debtor's interest | **Standard DM Rental Program Dishmachine Rental Agreement executed August 13, 2020 (Newport Brewery)** | |
|---|---|---|---|
| | State the term remaining | **month-to-month** | **ProGuard Service and Solutions**<br>**1 Ecolab Pl**<br>**Saint Paul, MN 55102** |
| | List the contract number of any government contract | | |

Debtor 1    **Oregon Brewing Company**
      First Name        Middle Name        Last Name

Case number *(if known)* _____



**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.145.** State what the contract or lease is for and the nature of the debtor's interest | **Standard DM Rental Program Dishmachine Rental Agreement executed August 12, 2020 (Newport Bayfront Pub)** | |
| State the term remaining | **month-to-month** | |
| List the contract number of any government contract | | **ProGuard Service and Solutions**<br>**1 Ecolab Pl**<br>**Saint Paul, MN 55102** |
| **2.146.** State what the contract or lease is for and the nature of the debtor's interest | **Sales & Distribution Agreement effective February 1, 2017 (Texas)** | |
| State the term remaining | | |
| List the contract number of any government contract | | **R & K Distributors, Inc.**<br>**1302 E Whaley St.**<br>**Longview, TX 75601** |
| **2.147.** State what the contract or lease is for and the nature of the debtor's interest | **Exclusive Distribution Agreement dated April 23, 2004 (West Virginia)** | |
| State the term remaining | **through April 23, 2026** | |
| List the contract number of any government contract | | **Ralph's Beer Distributors, Inc.**<br>**724 Powell Avenue**<br>**Morgantown, WV 26505** |
| **2.148.** State what the contract or lease is for and the nature of the debtor's interest | **Distribution Arrangement (Ohio)** | |
| State the term remaining | | |
| List the contract number of any government contract | | **Redwood Capital dba Heidelberg Dist.**<br>**3601 Dryden Road**<br>**Dayton, OH 45439** |
| **2.149.** State what the contract or lease is for and the nature of the debtor's interest | **Non-Exclusive Distribution Agreement dated January 16, 2004 (Rhode Island)** | |
| State the term remaining | **through January 16, 2026** | |
| List the contract number of any government contract | | **Rhode Island Distributing Company**<br>**119 Hopkins Hill Road**<br>**West Greenwich, RI 02817-1709** |

Debtor 1    **Oregon Brewing Company**                                      Case number *(if known)* _____
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.150. State what the contract or lease is for and the nature of the debtor's interest | **Sales & Distribution Agreement with K&L Distributors (predecessor in interest to RNDC) dated November 11, 2008 (Alaska)** | |
| State the term remaining | **through November 11, 2026** | **RNDC Alaska, LLC** |
| List the contract number of any government contract | | **One National Drive Atlanta, GA 30336** |
| 2.151. State what the contract or lease is for and the nature of the debtor's interest | **Non-Exclusive Trademark License Agreement dated August 1, 2025** | |
| State the term remaining | **through 09/30/2026** | **Rogue Beverage Company, LLC** |
| List the contract number of any government contract | | **551 SW G St. Grants Pass, OR 97526** |
| 2.152. State what the contract or lease is for and the nature of the debtor's interest | **Sales & Distribution Agreement excuted June 29, 2017 (Tennessee)** | |
| State the term remaining | | **RS Lipman Co.** |
| List the contract number of any government contract | | **411 Great Circle Rd Nashville, TN 37228** |
| 2.153. State what the contract or lease is for and the nature of the debtor's interest | **Sales & Distribution Agreement effective January 1, 2008 (Florida)** | |
| State the term remaining | **through January 1, 2026** | **S.R. Perrott** |
| List the contract number of any government contract | | **4 North Perrott Drive Ormond Beach, FL 32174** |
| 2.154. State what the contract or lease is for and the nature of the debtor's interest | **Exclusive Distribution Agreement dated December 18, 2008 (Illinois)** | |
| State the term remaining | | **Schamberger Bros., Inc.** |
| List the contract number of any government contract | | **101 E HILL ST POB 7440 Villa Park, IL 60181-7440** |

Debtor 1   **Oregon Brewing Company**

First Name          Middle Name          Last Name

Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.155.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Sales & Distribution Agreement executed December 31, 2012 (Maryland) through December 31, 2025** |
| | **Sentman Dist. Inc.**<br>**400 Maloney Rd.**<br>**Attention: Alan C. Czerwinski**<br>**Elkton, MD 21921** |
| **2.156.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Sales & Distribution Agreement executed September 20, 2010 (Pennsylvania) through September 20, 2026** |
| | **Serena A. Kirchner Co.**<br>**2740 Charlestown Road**<br>**Lancaster, PA 17603** |
| **2.157.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Letter Agreement dated July 25, 1994 (Pennsylvania)** |
| | **Shangy Beverage**<br>**601 State Avenue**<br>**Emmaus, PA 18049** |
| **2.158.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Sales & Distribution Agreement effective December 1, 2023 (New Jersey - malt beverages)** |
| | **Shore Point Distributing Company, Inc.**<br>**100 Shore Point Drive**<br>**Attn: James Annarella**<br>**Freehold, NJ 07728** |
| **2.159.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Sales & Distribution Agreement effective December 1, 2023 (New Jersey - spirits)** |
| | **Shore Point Distributing Company, Inc.**<br>**100 Shore Point Drive**<br>**Attn: James Annarella**<br>**Freehold, NJ 07728** |

| Debtor 1 | **Oregon Brewing Company** | Case number *(if known)* |
|---|---|---|
| | First Name   Middle Name   Last Name | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.160. | State what the contract or lease is for and the nature of the debtor's interest | **Letter Agreement dated March 1, 1996 (North Carolina)** | |
|---|---|---|---|
| | State the term remaining | | **Skyland Distributing Co.** |
| | List the contract number of any government contract | | **PO Box 645** **Arden, NC 28704** |

| 2.161. | State what the contract or lease is for and the nature of the debtor's interest | **SnoTemp Cold Storage Contract executed January 24, 2020** | |
|---|---|---|---|
| | State the term remaining | | **Sno Temp Cold Storage Co.** |
| | List the contract number of any government contract | | **310 S Seneca Rd** **Eugene, OR 97402** |

| 2.162. | State what the contract or lease is for and the nature of the debtor's interest | **Client Agreement dated March 20, 2025** | |
|---|---|---|---|
| | State the term remaining | **through March 2030** | **Sound Security, Inc.** |
| | List the contract number of any government contract | | **8220 N. Interstate Ave** **Portland, OR 97217** |

| 2.163. | State what the contract or lease is for and the nature of the debtor's interest | **Trademark and Trade Name License Agreement dated July 10, 2025** | |
|---|---|---|---|
| | State the term remaining | **through July 10, 2026** | **Space Age Brewing Co. LLC** **PO Box 1429** |
| | List the contract number of any government contract | | **Attn: Matt Cochenour** **Clackamas, OR 97015** |

| 2.164. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement dated January 21, 2021, as amended by Statement of Work** | |
|---|---|---|---|
| | State the term remaining | | **Speakeasy Commerce Inc.** |
| | List the contract number of any government contract | | **700 W E St, Unit 2703** **San Diego, CA 92101** |

Debtor 1    **Oregon Brewing Company**

First Name          Middle Name          Last Name

Case number *(if known)* _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.165. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Exclusive Distribution Agreement dated February 1, 2000 (Virginia) through February 1, 2026** | **Specialty Beverage, Inc.**<br>**1614 West Main Street**<br>**Richmond, VA 23220** |
|---|---|---|---|
| 2.166. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Spirits Broker Letter Agreement dated February 16, 2018 (West Virginia)** | **St. John's Marketing**<br>**10 Explosives Lane**<br>**Route 131 West**<br>**Bridgeport, WV 26330** |
| 2.167. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Supplier Franchise Agreements dated August 9, 2021 (Kansas)** | **Standard Beverage**<br>**16800 West 113th Street**<br>**Lenexa, KS 66219** |
| 2.168. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Sales & Distribution Agreement executed September 27, 2012 (Texas) through September 27, 2026** | **Standard Sales Company, L.P.**<br>**4800 E. 42nd St., Suite 400**<br>**Attention: Lanny Layman**<br>**Odessa, TX 79761** |
| 2.169. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Sales & Distribution Agreement effective February 20, 2009 (Texas) through February 20, 2026** | **Stevenson Beer Distributing Company Inc.**<br>**201 East Madison Street**<br>**Attn: Kurt Stevenson**<br>**Trinity, TX 75862** |

Debtor 1   **Oregon Brewing Company**
_____   Case number *(if known)* _____
First Name          Middle Name          Last Name

███ **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.170. | State what the contract or lease is for and the nature of the debtor's interest | **Sales & Distribution Agreement executed June 14, 2012 (Mississippi)** | |
|---|---|---|---|
| | State the term remaining | **through June 14, 2026** | **Stokes Distributing Co. 12 Stokes Drive Attention: James Walker Hattiesburg, MS 39403** |
| | List the contract number of any government contract | | |

| 2.171. | State what the contract or lease is for and the nature of the debtor's interest | **Beer Distribution Agreement executed July 13, 2010 (Montana)** | |
|---|---|---|---|
| | State the term remaining | | **Summit Beverage, Inc. 3305 Great Northern Way Missoula, MT 59808** |
| | List the contract number of any government contract | | |

| 2.172. | State what the contract or lease is for and the nature of the debtor's interest | **Sales & Distribution Agreement with Classic Distributing and Beverage Group, Inc. (precessor in interest to Sunset) executed January 31, 2018 (California)** | |
|---|---|---|---|
| | State the term remaining | | **Sunset Distributing, LLC 6440 Sky Pointe Dr, Ste 140-106 Las Vegas, NV 89131** |
| | List the contract number of any government contract | | |

| 2.173. | State what the contract or lease is for and the nature of the debtor's interest | **Sales & Distribution Agreement effective April 1, 2007 (California)** | |
|---|---|---|---|
| | State the term remaining | **through April 1, 2026** | **Superior Products Company 110 E. County Rd. 53 Willows, CA 95988** |
| | List the contract number of any government contract | | |

| 2.174. | State what the contract or lease is for and the nature of the debtor's interest | **Sales & Distribution Agreement executed June 9, 2020 (Wyoming)** | |
|---|---|---|---|
| | State the term remaining | | **Teton Distributors 721 Pulliam Ave Worland, WY 82401** |
| | List the contract number of any government contract | | |

Debtor 1    **Oregon Brewing Company**
　　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number (*if known*) _____

<span style="background:#3a1a3a;">　　　　　</span>    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.175. State what the contract or lease is for and the nature of the debtor's interest<br><br>　　State the term remaining<br><br>List the contract number of any government contract | **Sales & Distribution Agreement effective July 2, 2021 (West Virginia)**<br><br><br>**The Beverage Market, LLC**<br>**60 Pilsner Place**<br>**Charleston, WV 25312** |
| 2.176. State what the contract or lease is for and the nature of the debtor's interest<br><br>　　State the term remaining<br><br>List the contract number of any government contract | **Pinter Licensing Agreement dated February 26, 2025**<br><br>**through June 1, 2028**<br><br>**The Greater Good Fresh Brewing Co Ltd**<br>**Studio 10, Tiger House, Burton St**<br>**London, England WC1H 9BY** |
| 2.177. State what the contract or lease is for and the nature of the debtor's interest<br><br>　　State the term remaining<br><br>List the contract number of any government contract | **Sales & Distribution Agreement effective July 1, 2024 (West Virginia)**<br><br><br>**Thundering Beverage, LLC**<br>**435 7th Ave**<br>**Huntington, WV 25701-1981** |
| 2.178. State what the contract or lease is for and the nature of the debtor's interest<br><br>　　State the term remaining<br><br>List the contract number of any government contract | **TCP Service Level Agreement and Master Licensing Agreement dated July 10, 2020**<br><br><br>**TimeClock Plus, LLC**<br>**1 TimeClock Drive**<br>**San Angelo, TX 76904** |

Debtor 1   **Oregon Brewing Company**

First Name        Middle Name        Last Name

Case number *(if known)*

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.179.** State what the contract or lease is for and the nature of the debtor's interest

**Merchant Agreement and Commercial Equipment Lease Agreement dated March 17, 2022 and Self-Managed and Managed Service Provider Networks Agreement dated April 1, 2022 (Newport Bayfront Pub)**

State the term remaining

List the contract number of any government contract

**Toast, Inc.**
**401 Park Drive, Suite 801**
**Boston, MA 02215**

---

**2.180.** State what the contract or lease is for and the nature of the debtor's interest

**Merchant Agreement and Commercial Equipment Lease Agreement dated March 17, 2022 and Self-Managed and Managed Service Provider Networks Agreement dated April 1, 2022 (Newport Brewery)**

State the term remaining

List the contract number of any government contract

**Toast, Inc.**
**401 Park Drive, Suite 801**
**Boston, MA 02215**

---

**2.181.** State what the contract or lease is for and the nature of the debtor's interest

**Merchant Agreement and Commercial Equipment Lease Agreement dated March 17, 2022 and Self-Managed and Managed Service Provider Networks Agreement dated April 1, 2022 (Newport Sunset Bar)**

State the term remaining

List the contract number of any government contract

**Toast, Inc.**
**401 Park Drive, Suite 801**
**Boston, MA 02215**

---

| Debtor 1 | **Oregon Brewing Company** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.182. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Agreement dated September 13, 2018 (Illinois)** | |
|---|---|---|---|
| | State the term remaining | | **Town & Country Distributors, Inc.** |
| | | | **1050 Ardmore Ave.** |
| | List the contract number of any government contract | | **Attn: John M. Holland, CEO** |
| | | | **Itasca, IL 60143** |

| 2.183. | State what the contract or lease is for and the nature of the debtor's interest | **Sponsorship Agreement dated July 1, 2024** | |
|---|---|---|---|
| | State the term remaining | **through June 30, 2027** | **Trail Blazers Inc.** |
| | | | **Attn: SVP & General Counsel** |
| | List the contract number of any government contract | | **One Center Court, Suite 200** |
| | | | **Portland, OR 97227** |

| 2.184. | State what the contract or lease is for and the nature of the debtor's interest | **Sales & Distribution Agreement with Cone Distributing, Inc. (predecessor in interest to Tri-Eagle) effective June 27, 2008 (Florida)** | |
|---|---|---|---|
| | State the term remaining | **through June 27, 2026** | |
| | | | **Tri-Eagle Sales** |
| | List the contract number of any government contract | | **545 River Birch Road** |
| | | | **Midway, FL 32343** |

| 2.185. | State what the contract or lease is for and the nature of the debtor's interest | **Sales & Distribution Agreement executed May 20, 2016 (Florida)** | |
|---|---|---|---|
| | State the term remaining | **through May 20, 2026** | **Triple P Distributing Co., Inc.** |
| | | | **3601 Regent Blvd.** |
| | List the contract number of any government contract | | **Jacksonville, FL 32224** |

| 2.186. | State what the contract or lease is for and the nature of the debtor's interest | **Sales & Distribution Agreement partially executed March 6, 2018 (North Carolina)** | |
|---|---|---|---|
| | State the term remaining | | **Tryon Distributing** |
| | | | **4701 Stockholm Court** |
| | List the contract number of any government contract | | **Charlotte, NC 28273** |

Debtor 1    **Oregon Brewing Company**

First Name          Middle Name          Last Name

Case number (*if known*) _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.187. | State what the contract or lease is for and the nature of the debtor's interest | **CFO Services Letter dated November 21, 2025** | |
|---|---|---|---|
| | State the term remaining | | **Tyee Carr, LLC** |
| | List the contract number of any government contract | | **PO Box 19572** |
| | | | **Portland, OR 97280** |

| 2.188. | State what the contract or lease is for and the nature of the debtor's interest | **Appointment Letter dated April 10, 2024 (Colorado)** | |
|---|---|---|---|
| | State the term remaining | | **United Beverage Imports** |
| | List the contract number of any government contract | | **PO Box 48051** |
| | | | **Denver, CO 80204** |

| 2.189. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Arrangement (Georgia)** | |
|---|---|---|---|
| | State the term remaining | | **United Distributors** |
| | List the contract number of any government contract | | **5500 United Dr SE** |
| | | | **Smyrna, GA 30082** |

| 2.190. | State what the contract or lease is for and the nature of the debtor's interest | **Beer Shipping Agreement dated February 9, 2015** | |
|---|---|---|---|
| | State the term remaining | | **United Parcel Service Inc.** |
| | List the contract number of any government contract | | **55 Glenlake Parkway** |
| | | | **Atlanta, GA 30328** |

| 2.191. | State what the contract or lease is for and the nature of the debtor's interest | **Carrier Agreement** | |
|---|---|---|---|
| | State the term remaining | | **United Parcel Service Inc.** |
| | List the contract number of any government contract | | **55 Glenlake Parkway** |
| | | | **Atlanta, GA 30328** |

Debtor 1    **Oregon Brewing Company**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)* _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.192. | State what the contract or lease is for and the nature of the debtor's interest | **Distilled Spirits Shipping Agreement effective April 8, 2019** | |
|---|---|---|---|
| | State the term remaining | | **United Parcel Service Inc.**<br>**55 Glenlake Parkway**<br>**Atlanta, GA 30328** |
| | List the contract number of any government contract | | |

| 2.193. | State what the contract or lease is for and the nature of the debtor's interest | **Territory Agreement, as amended September 16, 2024 (Alabama)** | |
|---|---|---|---|
| | State the term remaining | | **United-Johnson Brothers of Alabama**<br>**6000 Greenwood Pkwy, Suite 100**<br>**Attn: Roger Millwood**<br>**Bessemer, AL 35022** |
| | List the contract number of any government contract | | |

| 2.194. | State what the contract or lease is for and the nature of the debtor's interest | **Sales & Distribution Agreement effective February 16, 2009, as amended by Addendum Letter dated July 17, 2017 (Pennsylvania) through February 16, 2026** | |
|---|---|---|---|
| | State the term remaining | | **Universal Projects, Inc. t/a Ace Dist.**<br>**3800 E. Market St.**<br>**Attn: James E. Beard**<br>**York, PA 17402** |
| | List the contract number of any government contract | | |

| 2.195. | State what the contract or lease is for and the nature of the debtor's interest | **Master Distribution Agreement dated December 4, 2022** | |
|---|---|---|---|
| | State the term remaining | **through December 6, 2025** | **US Foods, Inc.**<br>**9399 West Higgins Road, Suite 500**<br>**Rosemount, IL 60018** |
| | List the contract number of any government contract | | |

| 2.196. | State what the contract or lease is for and the nature of the debtor's interest | **Exclusive Distribution Agreement dated December 30, 2004 (West Virginia) through December 30, 2025** | |
|---|---|---|---|
| | State the term remaining | | **Valley Distributing**<br>**895 Industrial Park Road**<br>**Elkins, WV 26241** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Oregon Brewing Company** | | Case number *(if known)* |
|---|---|---|---|
| | First Name          Middle Name          Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.197. | State what the contract or lease is for and the nature of the debtor's interest | **Amended License Agreement dated September 19, 2005** | |
|---|---|---|---|
| | State the term remaining | | **Valley View Winery, Inc.** |
| | List the contract number of any government contract | | **1352 Applegate Road Jacksonville, OR 97530** |

| 2.198. | State what the contract or lease is for and the nature of the debtor's interest | **Sales & Distribution Agreement executed May 18, 2018 (Louisiana)** | |
|---|---|---|---|
| | State the term remaining | | **Venture Marketing Corporation** |
| | List the contract number of any government contract | | **34 Feed Mill Rd Lecompte, LA 71346** |

| 2.199. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service and License Agreement dated August 2, 2012** | |
|---|---|---|---|
| | State the term remaining | | **Vermont Information Processing, Inc.** |
| | List the contract number of any government contract | | **402 Water Tower Circle Colchester, VT 05446** |

| 2.200. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement executed March 19, 2025** | |
|---|---|---|---|
| | State the term remaining | **through March 2026** | **Vestis Services, LLC** |
| | List the contract number of any government contract | | **1035 Alpharetta St Roswell, GA 30075** |

| 2.201. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Arrangement (Virginia)** | |
|---|---|---|---|
| | State the term remaining | | **Virginia Imports** |
| | List the contract number of any government contract | | **7550 Accotink Park Rd Springfield, VA 22150** |

Debtor 1    **Oregon Brewing Company**

First Name          Middle Name          Last Name

Case number *(if known)* _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.202. | State what the contract or lease is for and the nature of the debtor's interest | **Sales & Distribution Agreement executed December 31, 2012 (Maryland)** | |
|---|---|---|---|
| | State the term remaining | **through December 31, 2025** | **Wantz Distributors, Inc.** |
| | List the contract number of any government contract | | **11743 Warswell Road** **Attention: Eric** **Hagerstown, MD 21740** |

| 2.203. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement dated August 26, 2024** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Wilson Albers, an Alera Group Agency LLC** **3000 A Street, Suite 400** **Anchorage, AK 99503** |

| 2.204. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Arrangement (California)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Wonderland Distributing** **202 Commercial St** **Eureka, CA 95501** |

| 2.205. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Agreement dated October 1, 2025 (California)** | |
|---|---|---|---|
| | State the term remaining | **through October 1, 2026** | **WSB Corporation** **Attn: Rod Taylor, President** |
| | List the contract number of any government contract | | **1051 3rd St** **Norco, CA 92860** |

| 2.206. | State what the contract or lease is for and the nature of the debtor's interest | **Master Equipment Lease and Product Sales Agreement dated November 30, 2021 through November 2026** | |
|---|---|---|---|
| | State the term remaining | | **Zee Co, LLC** |
| | List the contract number of any government contract | | **412 Georgia Ave. Suite 300** **Chattanooga, TN 37403** |

**Fill in this information to identify the case:**

Debtor name   **Oregon Brewing Company**

United States Bankruptcy Court for the:  DISTRICT OF OREGON

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

_Column 1:_ **Codebtor**

_Column 2:_ **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | Street _____ <br> _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name **Oregon Brewing Company**

United States Bankruptcy Court for the: DISTRICT OF OREGON

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other | $14,954,328.01 |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other | $19,685,299.79 |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other | $23,567,508.18 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | **Non-business revenue** | $58,489.08 |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | **Non-business revenue** | $132,576.18 |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | **Non-business revenue** | $2,235,121.12 |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Oregon Brewing Company** | | Case number *(if known)* | |
|---|---|---|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **CanSource, LLC**<br>**1925 Pike Road, Suite 103**<br>**Longmont, CO 80501** | **8/29/25,**<br>**9/5/25,**<br>**9/12/25,**<br>**9/19/25,**<br>**9/26/25,**<br>**10/10/25** | **$265,173.45** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **Cameron Shoemaker**<br>**33004 S Gerards Rd.**<br>**Kennewick, WA 99337** | **8/29/25;**<br>**10/3/25** | **$10,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3. | **Cambrian Water Operations LLC**<br>**15 Main Street, Suite 318**<br>**Watertown, MA 02472** | **8/29/25;**<br>**9/5/25;**<br>**10/3/25;**<br>**10/31/25** | **$137,114.49** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4. | **Brewery Branding Co.**<br>**5841 SE International Way**<br>**Portland, OR 97222** | **8/29/25;**<br>**8/29/25;**<br>**9/26/25;**<br>**10/3/25;**<br>**10/10/25;**<br>**10/16/25;**<br>**10/31/25** | **$58,172.48** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. | **Boelter Companies**<br>**N22 W23685 Ridgeview Pkwy West**<br>**Waukesha, WI 53188** | **9/26/25;**<br>**10/3/25** | **$13,438.88** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. | **US Bureau of ATF**<br>**Alcohol & Tobacco Tax & Trade Bureau**<br>**550 Main St,  Room 8002**<br>**Cincinnati, OH 45202-3263** | **8/28/25;**<br>**9/10/25;**<br>**9/12/25;**<br>**9/19/25;**<br>**10/20/25;**<br>**10/23/25;**<br>**11/11/25;**<br>**11/21/25** | **$35,756.48** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Excise Tax** |
| 3.7. | **Anton Parr**<br>**2824 Columbia Street**<br>**Torrance, CA 90503** | **10/24/25** | **$8,924.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor  **Oregon Brewing Company** _____   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.8. **AirGas-Nor Pac, Inc.**<br>PO Box 102289<br>Pasadena, CA 91189 | 9/19/25;<br>10/3/25;<br>10/10/25;<br>10/31/25 | $40,451.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9. **ADP**<br>PO Box 84875<br>Boston, MA 02284 | 8/28/25;<br>9/5/25;<br>9/26/25;<br>10/24/25 | $10,437.39 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.10. **Capital Dist LLC**<br>421 North Portland Avenue<br>Oklahoma City, OK 73107 | 9/19/25 | $11,310.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Keg Deposit Return** |
| 3.11. **Central Lincoln PUD**<br>PO Box 1126<br>Newport, OR 97365 | 8/29/25;<br>9/11/25;<br>9/16/25;<br>9/25/25;<br>9/29/25;<br>10/9/25;<br>10/16/25;<br>10/31/25 | $46,608.36 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Utilities** |
| 3.12. **CH Robinson Co.**<br>PO Box 9121<br>Minneapolis, MN 55480 | 8/29/25;<br>9/5/25;<br>9/12/25;<br>9/19/25;<br>9/26/25;<br>10/3/25;<br>10/10/25;<br>10/16/25;<br>10/24/25;<br>10/31/25;<br>11/7/25;<br>11/24/25 | $202,955.96 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. **Childers Meat Co.**<br>PO Box 41058<br>Eugene, OR 97404 | 8/28/25;<br>9/4/25;<br>9/11/25;<br>9/18/25;<br>9/25/25;<br>10/2/25;<br>10/10/25;<br>10/16/25;<br>10/23/25;<br>10/31/25;<br>11/7/25 | $61,928.72 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor   **Oregon Brewing Company**                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.14. **City of Newport**<br>169 SW Coast Hwy<br>Newport, OR 97365 | 9/15/25;<br>9/22/25;<br>9/26/25;<br>10/14/25;<br>10/15/25;<br>10/16/25 | $42,362.30 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other **Utilities** |
| 3.15. **Coastal Refrigeration**<br>710 NE 3rd St, STE A<br>Newport, OR 97365 | 9/19/25;<br>9/26/25;<br>10/3/25;<br>10/9/25;<br>10/16/25;<br>10/24/25;<br>10/31/25 | $24,739.95 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |
| 3.16. **Columbia Distributing, Inc.**<br>PO Box 742612<br>Los Angeles, CA 90074 | 9/12/25;<br>10/3/25;<br>10/17/25 | $45,025.69 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |
| 3.17. **Country Malt-Vancouver**<br>PO Box 51602<br>Los Angeles, CA 90051 | 8/28/25;<br>9/5/25;<br>9/12/25;<br>9/18/25;<br>9/25/25;<br>10/2/25;<br>10/9/25;<br>10/24/25;<br>11/7/25 | $36,476.84 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.18. **Craft Canning LLC**<br>2321 NE Argyle St., Unit D<br>Portland, OR 97211 | 10/3/25;<br>10/24/25;<br>10/31/25 | $54,346.78 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.19. **DWS Printing Assoc.**<br>89 N Industrial Court<br>Deer Park, NY 11729 | 9/5/25;<br>9/12/25;<br>9/26/25;<br>10/14/25 | $12,241.37 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.20. **East Fork Hemp LLC**<br>2616 NE Sandy Blvd<br>Portland, OR 97232 | 9/12/25;<br>9/18/25 | $9,405.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor  **Oregon Brewing Company**                           Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.21. | **GEA Mechanical** PO Box 13370 Newark, NJ 07101 | **10/24/25** | **$16,604.71** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.22. | **Georgia-Pacific Corrugated LLC** PO Box 743348 Los Angeles, CA 90074 | **9/19/25** | **$28,130.74** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.23. | **Glorybee Honey** PO Box 743761 Los Angeles, CA 90074 | **9/26/25; 10/31/25** | **$11,727.38** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.24. | **Graphic Packaging, International** 1500 Riveredge Pkwy Ste 100 Atlanta, GA 30328 | **8/29/25; 9/9/25; 9/18/25; 9/25/25; 10/2/25; 10/3/25; 10/9/25; 10/17/25; 10/24/25** | **$78,073.78** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.25. | **Great Western Malting Co.** PO Box 1529 Vancouver, WA 98668 | **9/12/25; 9/18/25; 10/2/25; 10/13/25; 10/16/25; 10/31/25** | **$96,082.63** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.26. | **Holgate Property Holdings, LLC** 18625 SE McLoughlin Blvd Portland, OR 97267 | **8/29/25; 9/5/25; 9/12/25; 9/19/25; 9/26/25; 10/3/25; 10/10/25; 10/17/25; 10/24/25** | **$45,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other__Rent__ |
| 3.27. | **Jacko Logistics** PO Box 871627 Vancouver, WA 98665 | **8/29/25; 9/5/25; 9/12/25; 9/19/25; 9/26/25; 10/16/25; 10/24/25; 10/31/25; 11/7/25** | **$47,124.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |

Debtor    **Oregon Brewing Company**                              Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.28. | **JNB Trucking**<br>**PO Box 41088**<br>**Eugene, OR 97404** | **10/10/25;**<br>**10/16/25;**<br>**10/24/25;**<br>**11/7/25** | **$14,911.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.29. | **John I Hass Inc.**<br>**1600 River Road**<br>**Yakima, WA 98902** | **8/29/25;**<br>**9/5/25;**<br>**9/12/25;**<br>**9/19/25;**<br>**9/26/25;**<br>**10/3/25;**<br>**10/10/25;**<br>**10/16/25** | **$56,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.30. | **Market of Choice**<br>**2862 Willamette St. Suite B**<br>**Eugene, OR 97405** | **8/29/25** | **$10,600.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.31. | **Microstar Quality Services LLC**<br>**PO Box 912857**<br>**Denver, CO 80291** | **9/3/25;**<br>**9/30/25;**<br>**10/24/25** | **$50,992.25** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.32. | **Mo's Enterprises, Inc.**<br>**622 S.W. Bay Blvd.**<br>**Newport, OR 97365** | **8/29/25;**<br>**9/5/25;**<br>**9/12/25;**<br>**9/19/25;**<br>**9/26/25;**<br>**10/3/25;**<br>**10/10/25;**<br>**10/17/25;**<br>**10/24/25;**<br>**10/31/25** | **$38,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Rent** |
| 3.33. | **Mountainvale LLC**<br>**1260 NW Waterhouse Ave Ste 150**<br>**Beaverton, OR 97006** | **8/29/25;**<br>**10/3/25** | **$9,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Rent** |
| 3.34. | **NW Natural**<br>**PO Box 6017**<br>**Portland, OR 97228** | **8/26/25;**<br>**9/8/25;**<br>**9/24/25;**<br>**10/8/25;**<br>**10/23/25;**<br>**11/6/25** | **$18,023.57** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Utilities** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor __Oregon Brewing Company_____    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.35. **O-I Packaging Solutions LLC**<br>**PO Box 843053**<br>**Dallas, TX 75284** | **9/19/25;**<br>**10/3/25;**<br>**10/20/25** | **$58,441.93** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.36. **Otto Pipe Construction, LLC** | **9/26/25** | **$11,636.78** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.37. **Penske Truck Leasing Co., L.P.**<br>**2675 Morgantown Road**<br>**Reading, PA 19607** | **8/29/25;**<br>**9/19/25;**<br>**10/10/25** | **$14,609.76** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.38. **Pinnacle Peak**<br>**8147 E Evans Road**<br>**Scottsdale, AZ 85260** | **9/1/25;**<br>**10/1/25;**<br>**11/1/25** | **$102,711.43** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Health Insurance** |
| 3.39. **Port of Newport**<br>**600 SE Bay Blvd**<br>**Newport, OR 97365** | **8/29/25;**<br>**10/3/25** | **$55,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.40. **Ocean Beauty**<br>**305 Industry**<br>**Astoria, OR 97103** | **8/29/25;**<br>**9/5/25;**<br>**9/12/25;**<br>**9/19/25;**<br>**9/26/25;**<br>**9/30/25;**<br>**10/3/25;**<br>**10/14/25;**<br>**10/17/25;**<br>**10/24/25;**<br>**10/31/25;**<br>**11/7/25** | **$48,225.15** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.41. **Saxco International, LLC**<br>**PO Box 3900**<br>**OR 97139** | **9/5/25;**<br>**9/19/25;**<br>**10/3/25;**<br>**10/31/25** | **$46,206.76** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Debtor    **Oregon Brewing Company**                                      Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.42. **Schultz Group CPAs**<br>**9700 S.W. Capitol Highway**<br>**Portland, OR 97219-5292** | **9/12/25** | **$17,060.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.43. **Schwabe, Williamson & Wyatt, PC**<br>**1211 SW 5th Ave, Suite 1900**<br>**Portland, OR 97204** | **8/29/25;**<br>**9/5/25;**<br>**9/12/25;**<br>**9/19/25;**<br>**9/26/25;**<br>**10/3/25;**<br>**10/10/25;**<br>**10/17/25;**<br>**11/3/25;**<br>**11/6/25;**<br>**11/12/25;**<br>**11/14/25;**<br>**11/20/25** | **$135,922.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.44. **Sentry Insurance**<br>**PO Box 8048**<br>**Stevens Point, WI 54481** | **8/27/25;**<br>**9/28/25;**<br>**10/28/25** | **$33,881.99** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__**Insurance**__ |
| 3.45. **South Beach Business Park LLC** | **8/29/25;**<br>**9/5/25;**<br>**9/19/25** | **$53,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other__**Rent**__ |
| 3.46. **Sysco Portland, Inc.**<br>**26250 SW Parkway Center Dr.**<br>**Wilsonville, OR 97070** | **9/16/25;**<br>**10/16/25** | **$106,592.77** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.47. **The Vincit Group - Zee Loeffler**<br>**412 Georgia Ave., Suite 300**<br>**Chattanooga, TN 37403** | **9/5/25;**<br>**9/26/25** | **$14,612.91** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.48. **Trail Blazers Inc.**<br>**1 N. Center Court, Suite 200**<br>**Portland, OR 97227** | **8/29/25** | **$39,375.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__**Sponsorship**__ |

Debtor  **Oregon Brewing Company**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.49<br>. **Tyee Carr, LLC**<br>PO Box 19572<br>Portland, OR 97280 | **See Line 4** | **$79,565.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.50<br>. **Columbia Bank (fka Umpqua Bank)**<br>PO Box 2310<br>Spokane, WA 99210 | **9/25/25;**<br>**10/25/25** | **$59,584.39** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Credit Card Payments** |
| 3.51<br>. **United States Beverage, LLC**<br>700 Canal Street<br>Stamford, CT 06902 | **9/19/25;**<br>**10/3/25;**<br>**10/31/25** | **$127,276.40** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.52<br>. **US Foods, Inc.**<br>9399 West Higgins Road, Suite 500<br>Rosemount, IL 60018 | **9/12/25;**<br>**10/10/25** | **$12,606.42** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.53<br>. **Venture Capital Intl Consult**<br>PO Box 299<br>Pocopson, PA 19366 | **8/29/25;**<br>**9/26/25** | **$10,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.54<br>. **Vermont Information Processing, Inc.**<br>402 Water Tower Circle<br>Colchester, VT 05446 | **8/29/25;**<br>**9/12/25;**<br>**10/3/25;**<br>**10/24/25** | **$15,013.90** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.55<br>. **Wye LLC**<br>Unit 23, PO Box 4800<br>Portland, OR 97208 | **9/5/25** | **$13,846.95** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.56<br>. **G & D Chillers**<br>130 E. First Ave<br>Junction City, OR 97448 | **10/8/25** | **$37,518.64** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor   **Oregon Brewing Company**                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.57. **Holders of Unsecured Promissory Note**<br>**c/o Jeffry D. Schultz, as Agent**<br>**4101 SW Greenleaf Drive**<br>**Portland, OR 97221** | **See Line 4** | $13,428.67 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.58. **Internal Revenue Service**<br>**1111 Constitution Ave., NW**<br>**Washington, DC 20224** | **9/5/25;**<br>**9/10/25;**<br>**9/12/25;**<br>**9/17/25;**<br>**9/24/25;**<br>**9/26/25;**<br>**10/3/25;**<br>**10/8/25;**<br>**10/10/25;**<br>**10/15/25;**<br>**10/17/25;**<br>**10/22/25;**<br>**10/24/25;**<br>**11/5/25;**<br>**11/12/25;**<br>**11/19/25;**<br>**11/20/25;**<br>**11/21/25;**<br>**11/24/25** | $251,325.13 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _Payroll Taxes_ |
| 3.59. **Lincoln County Tax Collector**<br>**PO Box 5116**<br>**Newport, OR 97365** | **9/26/25** | $14,001.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _Property Taxes_ |
| 3.60. **Oregon Department of Revenue**<br>**PO Box 22297**<br>**Milwaukie, OR 97269** | **8/27/25;**<br>**8/29/25;**<br>**9/5/25;**<br>**9/10/25;**<br>**9/12/25;**<br>**9/24/25;**<br>**9/26/25;**<br>**10/3/25;**<br>**10/8/25;**<br>**10/10/25;**<br>**10/15/25;**<br>**10/17/25;**<br>**10/22/25;**<br>**10/24/25;**<br>**10/31/25;**<br>**11/3/25;**<br>**11/5/25;**<br>**11/12/25;**<br>**11/19/25;**<br>**11/20/25;**<br>**11/21/25;**<br>**11/24/25** | $101,188.78 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _Payroll Taxes_ |

Debtor   **Oregon Brewing Company**                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.61. **SAIF Corporation**<br>**400 High St SE**<br>**Salem, OR 97312** | **8/29/25;**<br>**9/30/25;**<br>**10/31/25** | **$10,237.04** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Workers Comp Insurance** |
| 3.62. **Oregon Liquor Control Commission**<br>**9079 SE McLoughlin Blvd.**<br>**Portland, OR 97222** | **8/29/25;**<br>**9/4/25;**<br>**9/5/25;**<br>**9/10/25;**<br>**9/12/25;**<br>**9/12/25;**<br>**9/17/25;**<br>**9/19/25;**<br>**9/23/25;**<br>**9/26/25;**<br>**9/30/25;**<br>**10/3/25;**<br>**10/10/25;**<br>**10/14/25;**<br>**10/20/25;**<br>**10/22/25;**<br>**10/31/25;**<br>**11/5/25;**<br>**11/12/25** | **$61,405.41** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Privilege/Excise Tax** |
| 3.63. **OBC 401K Profit Sharing Plan**<br>**c/o Oregon Brewing Company**<br>**981 SE 8th Ave.**<br>**Portland, OR 97214** | **9/4/25;**<br>**9/5/25;**<br>**9/12/25;**<br>**9/19/25;**<br>**10/3/25;**<br>**10/20/25;**<br>**10/24/25;**<br>**11/5/25;**<br>**11/17/25;**<br>**11/15/25;**<br>**11/19/25;**<br>**11/20/25** | **$48,587.10** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **401(k) benefits** |
| 3.64. **Northrim Bank**<br>**P.O. Box 241489**<br>**Anchorage, AK 99524** | **From**<br>**8/26/2025 to**<br>**11/24/2025** | **$2,415,890.30** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.65. **Steven Garrett**<br>**PO Box 94**<br>**West Linn, OR 97068** | **See Line 4** | **$88,044.39** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **See Line 4** |

Debtor  **Oregon Brewing Company**                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.66<br>. | **Green Light Distribution, LLC**<br>**555 Airline Dr., Suite 100**<br>**Attention: Lewis Dustin Odell**<br>**Coppell, TX 75019** | **11/14/25** | **$11,523.70** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Tyee Carr, LLC**<br>**PO Box 19572**<br>**Portland, OR 97280**<br>**Wholly owned by officer Tyee Carr**<br>**(CFO)** | **3/21/25**<br>**($9,790.00);**<br>**4/18/25,**<br>**5/19/25,**<br>**6/18/25,**<br>**7/18/25,**<br>**8/18/25**<br>**($19,580.00**<br>**on each**<br>**date); 9/19/25**<br>**($16,970.00);**<br>**10/3/25**<br>**($9,790.00);**<br>**10/17/25**<br>**($14,790.00);**<br>**11/4/25**<br>**($12,290.00);**<br>**11/13/25**<br>**($6,145.00);**<br>**11/24/25**<br>**($3,870.00)** | **$171,545.00** | **Payment to the firm providing CFO and Accounting services under Engagement Letters dated March 13, 2025, September 8, 2025, and November 21, 2025.** |
| 4.2. | **Holders of Unsecured Promissory Note**<br>**c/o Jeffry D. Schultz, as Agent**<br>**4101 SW Greenleaf Drive**<br>**Portland, OR 97221**<br>**Shareholders** | **6/9/25**<br>**($3,357.17);**<br>**7/1/25**<br>**($3,357.17);**<br>**9/26/25**<br>**($10,071.50);**<br>**10/20/25**<br>**($3,357.17)** | **$20,143.00** | **Interest payments to agent for shareholders in connection with shareholder loan of $287,757 and Amended & Restated Unsecured Promissory Note dated July 15, 2025** |

Debtor **Oregon Brewing Company** _____  Case number *(if known)* _____

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.3. **Steven Garrett**<br>**PO Box 94**<br>**West Linn, OR 97068**<br>**Officer (President)** | **12/5/24,**<br>**12/20/24,**<br>**1/3/25,**<br>**1/17/25,**<br>**1/17/25,**<br>**2/5/25,**<br>**2/20/25,**<br>**3/5/25,**<br>**3/20/25,**<br>**4/4/25,**<br>**4/18/25,**<br>**5/5/25,**<br>**5/20/25,**<br>**6/5/25,**<br>**6/20/25,**<br>**7/3/25,**<br>**7/18/25,**<br>**8/5/25,**<br>**8/20/25,**<br>**9/5/25,**<br>**9/19/25,**<br>**10/3/25,**<br>**10/20/25,**<br>**11/5/25,**<br>**11/14/25**<br>**($8,750.00**<br>**each date);**<br>**1/7/25**<br>**($100.00);**<br>**4/18/25**<br>**($731.89);**<br>**9/5/25**<br>**($733.05);**<br>**9/19/25**<br>**($25,000.00);**<br>**9/26/25**<br>**($229.45);**<br>**11/17/25**<br>**($807.70);**<br>**11/19/25**<br>**($1,615.40);**<br>**11/20/25**<br>**($807.70);**<br>**11/21/25**<br>**($807.70);**<br>**11/24/25**<br>**($807.70)** | **$241,640.59** | **Regular twice-monthly payments are salary for serving as President; individual $807.70 and $1,615.40 payments between 11/17 and 11/24/25 represent salary for one- or two-day increments, respectively; single $25,000 transfer on 9/19/25 was a bonus awarded by the board for performance in 2024** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Oregon Brewing Company** | | Case number *(if known)* | |
|---|---|---|---|---|

| | **Insider's name and address**<br>**Relationship to debtor** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** |
|---|---|---|---|---|
| 4.4. | **Brian Benavidez**<br>**2727 SW Patton Ct**<br>**Portland, OR 97201**<br>**Former officer (CFO)** | **12/5/24,**<br>**12/20/24,**<br>**1/3/25,**<br>**1/17/25,**<br>**2/5/25,**<br>**2/20/25,**<br>**3/5/25**<br>**($9,791.67**<br>**each date);**<br>**3/18/25**<br>**($427.50);**<br>**3/19/25**<br>**($427.50);**<br>**5/5/25,**<br>**5/20/25,**<br>**6/5/25,**<br>**6/20/25,**<br>**7/3/25,**<br>**7/18/25,**<br>**8/5/25,**<br>**8/20/25**<br>**($4,875.00**<br>**each date)** | **$118,188.36** | **Payments from 12/5/24 to 3/5/25: Twice-monthly salary for serving as CFO; All subsequent payments: Severance pay** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ◼ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ◼ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Miles Troy Vickstrom as the Personal Representative of Nancy Vickstrom v. Vin & Brau LLC; Beachcrest Brewing Company; and Oregon Brewing Company**<br>**25CV02382** | **Civil** | **Lincoln County Circuit Court**<br>**225 W Olive St # 201**<br>**Newport, OR 97365** | ◼ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor  **Oregon Brewing Company**                                      Case number *(if known)*

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. **Bingham Knoll Group, LLC v. Brian Benavidez; Oregon Brewing Company 25SC04284** | **Civil - small claims** | **Jackson County Circuit Court 100 S. Oakdale Avenue Medford, OR 97501** | ☐ Pending ☐ On appeal ■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. **Dreamland Skate Parks PO Box 419 Neotsu, OR 97364** | **Cash Donation** | **12/08/2023** | **$15,000.00** |
| Recipients relationship to debtor | | | |
| 9.2. **Rose City Rollers 7805 SE Oaks Park Way Portland, OR 97202** | **Donated Product** | **12/22/2023** | **$1,312.50** |
| Recipients relationship to debtor | | | |
| 9.3. **Pints for Prostates 5888 Wood Duck Way Catawba, NC 28609** | **Donated Product** | **03/20/2025** | **$1,650.00** |
| Recipients relationship to debtor | | | |
| 9.4. **Greater Newport Chamber of Commerce 555 SW Coast Highway Newport, OR 97365-4934** | **Donated Product** | **09/29/2025** | **$1,000.00** |
| Recipients relationship to debtor | | | |
| 9.5. **Newport Booster Club 45 SE John Moore Rd Newport, OR 97365** | **Donated Product** | **11/15/2024; 11/03/2025** | **$2,390.00** |
| Recipients relationship to debtor | | | |

Debtor    **Oregon Brewing Company**                              Case number *(if known)*

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.6. | **Oregon Military Museum**<br>**15300 Minuteman Way**<br>**Clackamas, OR 97015** | **Donated Product** | **03/20/2024** | **$1,200.00** |
| | Recipients relationship to debtor | | | |
| 9.7. | **National Guard Association**<br>**One Massachusetts Avenue NW**<br>**Washington, DC 20001** | **Donated Product** | **08/16/2025** | **$2,000.00** |
| | Recipients relationship to debtor | | | |
| 9.8. | **Oregon National Guard**<br>**1776 Militia Way SE**<br>**Salem, OR 97309** | **Donated Product** | **08/25/2025;**<br>**11/11/2025** | **$8,400.00** |
| | Recipients relationship to debtor | | | |
| 9.9. | **World Central Kitchen**<br>**PO Box 96538**<br>**Washington, DC 20090-6538** | **Cash Donation (LA fire relief)** | **06/01/2025** | **$1,369.00** |
| | Recipients relationship to debtor | | | |
| 9.10.| **Hillebrand Gori Last Mile**<br>**25 Pixley Industrial Parkway**<br>**Rochester, NY 14624** | **Donated Product** | **06/01/2025** | **$1,136.00** |
| | Recipients relationship to debtor | | | |
| 9.11.| **Runwithpaula**<br>**5220 FIRWOOD RD**<br>**Lake Oswego, OR 97035** | **Donated Product** | **05/31/2025** | **$5,000.00** |
| | Recipients relationship to debtor | | | |
| 9.12.| **Portland Running Company**<br>**10029 SW NIMBUS AVE**<br>**Beaverton, OR 97008** | **Donated Product** | **07/04/2025;**<br>**09/13/2025** | **$6,000.00** |
| | Recipients relationship to debtor | | | |

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

Debtor    **Oregon Brewing Company**                                    Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **NONE** | | | **$0.00** |

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. | | **11/3/2025 ($22,073.35); 11/6/2025 ($26,000); 11/12/2025 ($1,300); 11/14/2025 ($26,000); 11/20/2025 ($26,000)** | |
| **Schwabe, Williamson & Wyatt, P.C.**<br>**1211 SW 5th Ave., Suite 1900**<br>**Portland, OR 97204** | **Advance Fee Deposits (allocated portion)—$87,959.95 earned prepetition; $13,413.40 held in trust** | | **$101,373.35** |
| Email or website address<br>**schwabe.com** | | | |
| Who made the payment, if not debtor? | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☐ None.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Oregon Brewing Company**                                     Case number *(if known)*

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Northrhim Bank<br>P.O. Box 241489<br>Anchorage, AK 99524** | **In exchange for access to a line of credit, debtor granted Northrim a security interest in its accounts, accounts receivable, inventory, goods, payment intangibles and rights to payments of every kind, together with all cash and non-cash proceeds thereof.** | **12/2/2024** | **Unknown** |
| | Relationship to debtor | | | |

---

**Part 7:**    **Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **2320 OSU Drive<br>Newport, OR 97365** | **Before November 2022 to present** |
| 14.2. | **2122 Marine Science Drive<br>Newport, OR 97365** | **Before November 2022 to present** |
| 14.3. | **748 SW Bay Blvd.<br>Newport, OR 97365** | **Before November 2022 to present** |
| 14.4. | **525 Bigham Knoll Dr<br>Jacksonville, OR 97530** | **June 2024 to December 2024** |
| 14.5. | **PO Box 14668<br>Portland, OR 97293** | **Present** |

**Part 8:**    **Health Care Bankruptcies**

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**    **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ☐ No.
   ■ Yes. State the nature of the information collected and retained.

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | Oregon Brewing Company | Case number *(if known)* |
|---|---|---|

**Customer names, birthdays, email addresses, and state/zip codes (but not street addresses) were collected for the Rogue Nation email list**

Does the debtor have a privacy policy about that information?

☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Oregon Brewing Co. 401K Profit Sharing Plan** | EIN: **93-096650** |

Has the plan been terminated?

■ No
☐ Yes

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **South Beach Business Park LLC**<br>**3807 Ash Street**<br>**South Beach, OR 97366** | **N/A** | **None** | ■ No<br>☐ Yes |
| **Sno Temp Cold Storage Co.** | **Steven Garrett**<br>**PO Box 94**<br>**West Linn, OR 97068** | **Inventory - Raw materials** | ☐ No<br>■ Yes |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Oregon Brewing Company**                                    Case number *(if known)*

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Amlogic Co., Limited**<br>**Unit 1908, 19/F., Kodak House II**<br>**39 Healthy Street East**<br>**North Point, Hong Kong** | **2320 SE OSU Drive**<br>**Newport, OR 97365** | **19 barrels of Rogue Spirits Oregon Single Malt Whiskey pursuant to Purchase Agreement** | **$200,000.00** |
| **Cambrian Newport Oregon LLC**<br>**15 Main Street, Suite 318**<br>**Watertown, MA 02472** | **2320 OSU Drive**<br>**Newport, OR 97365** | **Equipment for the Wastewater treatment system constructed by Cambrian under the Water Services and Energy Purchase Agreement dated September 30, 2022, including the bioreactor, pumps, switchgear, wiring, meters, tools, and any other ancillaiy equipment and property owned by Cambrian** | **Unknown** |

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ☐ No.
   ■ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

Debtor    **Oregon Brewing Company**                                    Case number *(if known)*

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **Brewery**<br>**2320 OSU Drive**<br>**Newport, OR 97365** | **City of Newport**<br>**169 SW Coast Hwy**<br>**Newport, OR 97365** | **OBC operates its brewery under an industrial user permit issued by the City of Newport consistent with the City's NPDES Permit. Around October 2018, the City notified OBC that itwas not fully in compliance with wastewater pretreatment standards under the permit. OBC and the City entered into consent agreements dated July 30, 2020 and September 1, 2021 to apply while OBC worked towards full compliance, which was ultimately achieved by partnering with wastewater treatment provider Cambrian.** | **October 2018** |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☐ No.

☒ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **Brewery**<br>**2320 OSU Drive**<br>**Newport, OR 97365** | **City of Newport**<br>**169 SW Coast Hwy**<br>**Newport, OR 97365** | **OBC has provided informal notice to the Port of Newport on November 14, 2025, that it had ceased operations at the Brewery, which has raised potential wastewater release concerns. OBC has been actively working with the Port of Newport, City of Newport, and Cambrian in an effort to comply with applicable law on this issue.** | **November 14, 2025** |

**Part 13:**    Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

Debtor   **Oregon Brewing Company** _____   Case number *(if known)* _____

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |
| 25.1.  **Yaquina Bay Beverage Company** **981 SE 8th Ave.** **Portland, OR 97214** | **Wholly owned subsidiary** | EIN:  **85-3868904** From-To  **11/12/2020 to present** |
| 25.2.  **Rogue River Brewing Company** **981 SE 8th Ave.** **Portland, OR 97214** | **Wholly owned subsidiary** | EIN:  **93-0960258** From-To  **9/3/1987 to present** |
| 25.3.  **Oregon Brewing Company II** **2320 SE OSU DRIVE** **Newport, OR 97365** | **Wholly owned subsidiary - IC-DISC entity, not in use for several years.** | EIN:  **47-3891276** From-To  **4/30/2015 to present** |
| 25.4.  **Rogue Cannabis Company** **2320 SE OSU DRIVE** **Newport, OR 97365** | **Wholly owned subsidiary. No business--this was set up for a cannabis business segment that never materialized.** | EIN: From-To  **6/4/2021 to present** |
| 25.5.  **Leroy Ventures LLC** **2320 SE OSU DRIVE** **Newport, OR 97365** | **Wholly owned subsidiary. No business--this was set up for a cannabis business segment that never materialized.** | EIN: From-To  **2/11/2021 to present** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Brian Benavidez** **2727 SW Patton Ct** **Portland, OR 97201** | **CFO - 03/15/2021 to 03/14/2025** |
| 26a.2.  **Tyee Carr** **c/o Tyee Carr LLC** **PO Box 19572** **Portland, OR 97280** | **CFO - 03/15/2025 to present** |
| 26a.3.  **Kira Rice** **c/o Tyee Carr LLC** **PO Box 19572** **Portland, OR 97280** | **VP of Finance - 03/15/2025 to present** |
| 26a.4.  **Marian Calvert** **3016 Hazel Ave** **Hood River, OR 97031** | **Director of Finance & Accounting - 05/01/2023 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Debtor    **Oregon Brewing Company**                          Case number *(if known)*

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Tyee Carr LLC**<br>**PO Box 19572**<br>**Portland, OR 97280** | |
| 26c.2.  **Tyee Carr**<br>**c/o Tyee Carr LLC**<br>**PO Box 19572**<br>**Portland, OR 97280** | |
| 26c.3.  **Kira Rice**<br>**c/o Tyee Carr LLC**<br>**PO Box 19572**<br>**Portland, OR 97280** | |
| 26c.4.  **Marian Calvert**<br>**3016 Hazel Ave.**<br>**Hood River, OR 97031** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Columbia Bank**<br>**PO Box 2310**<br>**Spokane, WA 99210** |
| 26d.2.  **Northrim Bank**<br>**P.O. Box 241489**<br>**Anchorage, AK 99524** |
| 26d.3.  **Ackley Brands, Ltd.**<br>**600 University Street, Suite 902**<br>**Seattle, WA 98101** |
| 26d.4.  **Ninkasi Holding Company**<br>**155 Blair Boulevard**<br>**Eugene, OR 97402** |
| 26d.5.  **East Fork Group Inc.**<br>**2616 NE SANDY BLVD**<br>**Portland, OR 97232** |
| 26d.6.  **American Beverage Crafts, LLC**<br>**195 OTTLEY DR NE**<br>**Atlanta, GA 30324** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Oregon Brewing Company**                                     Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Steven Garrett** | **PO Box 94**<br>**West Linn, OR 97068** | **Officer (President)** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Brett Joyce** | **2926 Lakeview Blvd.**<br>**Lake Oswego, OR 97035** | **Director; Trustee of Brett M Joyce and Rhonda K Joyce Living Trust** | **0.5% (Brett M Joyce and Rhonda K Joyce Living Trust)** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Joan Joyce** | **5510 Dogwood Drive**<br>**Lake Oswego, OR 97035** | **Director; Trustee of Joan Joyce Survivor's Trust; Trustee of Jack L. Joyce Oregon Trust; Trustee of Jack L. Joyce Marital Trust; Trustee of Jack L. Joyce Decedent's Trust** | **32.64% (Joan Joyce Survivor's Trust); 0.02% (Jack L. Joyce Oregon Trust); 0.02% (Jack L. Joyce Marital Trust); 0.01% (Jack L. Joyce Decedent's Trust)** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ronald Ervin Nelson** | **78-6804 Kuhinanui Pl**<br>**Kailua Kona, HI 96740** | **Director; Shareholder** | **0.01%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Warren James Rosenfeld** | **2424 SW Arden**<br>**Portland, OR 97201** | **Director; Shareholder** | **31.86%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jeffry Dean Schultz** | **4101 SW Greenleaf Drive**<br>**Portland, OR 97221** | **Director; Shareholder** | **5.01%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Daniel Woodell** | **1075 Sherren St W**<br>**Roseville, MN 55113** | **Officer (Secretary); Director; Trustee of Mitrovic Woodell Trust** | **28.05% (Mitrovic Woodell Trust)** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

Debtor **Oregon Brewing Company**                     Case number *(if known)* _____

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Brian Benavidez | 2727 SW Patton Ct<br>Portland, OR 97201 | Officer (CFO) | 03/15/2021 to 03/14/2025 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Robert Woodell | PO Box 966<br>Sisters, OR 97759 | Director | 1988 to December 2024 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Tyee Carr | c/o Tyee Carr, LLC<br>PO Box 19572<br>Portland, OR 97280 | Officer (CFO and Secretary) | 03/15/2025 to 11/21/2025 |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Steven Garrett** | $241,640.59 -- See Line 4 | See Line 4 | See Line 4 |
| | Relationship to debtor<br>**Officer (President)** | | | |
| 30.2. | **Tyee Carr, LLC**<br>**PO Box 19572**<br>**Portland, OR 97280** | $171,545.00 -- See Item 4 | See Item 4 | See Item 4 |
| | Relationship to debtor<br>**Wholly owned subsidiary of Tyee Carr, an officer (CFO) of debtor** | | | |
| 30.3. | **Holders of Unsecured Promissory Note**<br>**c/o Jeffry D. Schultz, as Agent**<br>**4101 SW Greenleaf Drive**<br>**Portland, OR 97221** | $20,143.00 -- See Item 4 | See Item 4 | See Item 4 |
| | Relationship to debtor<br>**Shareholders** | | | |
| 30.4. | **Brian Benavidez**<br>**2727 SW Patton Ct**<br>**Portland, OR 97201** | $118,188.36 -- See Item 4 | See Item 4 | See Item 4 |
| | Relationship to debtor<br>**Former officer (CFO)** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

Debtor    **Oregon Brewing Company**                                    Case number *(if known)*

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **November 24, 2025**

**/s/ Steven Garrett**                                              **Steven Garrett**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

## United States Bankruptcy Court
### District of Oregon

In re   **Oregon Brewing Company**                                          Case No. _____

                                                 Debtor(s)         Chapter   **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **November 24, 2025**                    **/s/ Steven Garrett**
                                                 **Steven Garrett**/**President**
                                                 Signer/Title

# United States Bankruptcy Court
### District of Oregon

In re   __Oregon Brewing Company__                                     Case No.  _____

                                        Debtor(s)        Chapter    __7__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Oregon Brewing Company__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__November 24, 2025__                          __/s/ Daniel R. Kubitz__

Date                                           __Daniel R. Kubitz__

                                               Signature of Attorney or Litigant
                                               Counsel for   __Oregon Brewing Company__
                                               __Schwabe, Williamson & Wyatt, P.C.__
                                               __1211 SW 5th Ave., Suite 1900__
                                               __Portland, OR 97204__
                                               __503.222.9981 Fax:503.796.2900__
                                               __dkubitz@schwabe.com__