# United States Bankruptcy Court
## District of Oregon

In re **Oregon Brewing Company**  
Debtor(s)

Case No.  
Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Oregon Brewing Company** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 24, 2025**  
Date

/s/ Daniel R. Kubitz  
**Daniel R. Kubitz**  
Signature of Attorney or Litigant  
Counsel for **Oregon Brewing Company**  
**Schwabe, Williamson & Wyatt, P.C.**  
**1211 SW 5th Ave., Suite 1900**  
**Portland, OR 97204**  
**503.222.9981 Fax:503.796.2900**  
**dkubitz@schwabe.com**