| | | |
|---|---|---|
| OFD (3/28/25) asg | **UNITED STATES BANKRUPTCY COURT**<br>**District of Oregon** | U.S. BANKRUPTCY COURT<br>DISTRICT OF OREGON<br>**F I L E D**<br><br>November 25, 2025<br><br>Clerk, U.S. Bankruptcy Court<br><br>BY **asg** DEPUTY |

In re
**Oregon Brewing Company**
*Other names used by debtor:* Rogue Ales & Spirits, Rogue Ales
Debtor(s)

) Case No. **25–33945–pcm7**
)
) ORDER AND NOTICE
) REGARDING FILING OF
) DOCUMENT(S); AND NOTICE
) OF PROPOSED DISMISSAL
)

The bankruptcy CASE FILED on **11/24/25** has deficiencies.
14 DAYS TO FILE: Each document listed below was submitted to the court, but is STRICKEN or RETURNED for the reason(s) stated. You must correct the deficiency and refile each listed document within 14 days of the CASE FILED date shown above.

**Creditor mailing list required by Federal Rule of Bankruptcy Procedure 1007(a) did not include addresses for the following creditors:**

**–Nationwide Pet Insurance, Poppy Pacific Beverage, SAXCO INTERNATIONAL, LLC.**

**To correct this deficiency, you must file the following with the court along with the required filing fee: (1) a completed Local Bankruptcy Form 728 and (2) a creditor mailing list with names and addresses for all your creditors indicating where addresses have been added. You must also mail a copy of those documents along with and a copy of the Notice of Bankruptcy Case (Official Form 309) to each creditor for whom an address has been added.**

**IT IS HEREBY ORDERED** that, unless otherwise provided above, this case may be DISMISSED without further notice to the debtor(s) if the deficiencies outlined above are not completely and accurately corrected AND the documents FILED within the time indicated. Each document or item filed must show each DEBTOR'S NAME and the CASE NUMBER. Any document or item required to be filed using a form must be COMPLETED using the CURRENT VERSION of the form.

Clerk, U.S. Bankruptcy Court

###

**Dismissal for failure to correct the deficiencies noted above may make the debtor(s) ineligible to file another petition for 180 days after dismissal pursuant to 11 USC §109(g)(1) and/or may limit the automatic stay if another petition is filed within 1 year pursuant to 11 USC §362(c)(4).**

Several options are available for filing corrected or previously unfiled documents. In addition to filing with the clerk in–person or by mail to 1050 SW 6th Ave #700, Portland, OR 97204 or 405 E 8th Ave #2600, Eugene, OR 97401, documents may be filed electronically or by fax.

Many documents must be filed on Official Bankruptcy Forms or Local Bankruptcy Forms. For a complete list of petition forms required for individual debtors, refer to Local Bankrupcy Form 100; for non–individual debtors, refer to Local Bankrupcy Form 200.

To access the forms and information about filing methods, go to the court's website at www.orb.uscourts.gov.