OFT (12/1/16)

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

In re
**Oregon Brewing Company**
*Other names used by debtor:* Rogue Ales & Spirits, Rogue Ales
Debtor(s)

Case No. **25−33945−pcm7**

December 31, 2025

Clerk, U.S. Bankruptcy Court

ORDER AND NOTICE
OF TIME TO FILE CLAIMS

BY DEPUTY

The trustee anticipates receiving funds which may be sufficient to pay a dividend to creditors, therefore,

**IT IS ORDERED AND NOTICE IS GIVEN** that:

1. The deadline to file a Proof of Claim is **3/31/26** for all creditors, except for governmental units for which a later deadline may apply; see Fed. Rule Bankr. Proc. 3002(c)(1). Your claim must be <u>received</u> by the bankruptcy clerk's office by this deadline.

2. Any surplus of funds remaining after payment of filed claims will be returned to the debtor(s).

Clerk, U.S. Bankruptcy Court

**TO FILE A CLAIM**:

(a) File a proof of claim at <u>https://www.orb.uscourts.gov</u>. Select Proof of Claim (ePOC) and follow the steps to create and electronically file a proof of claim on the required form. No login/password is required.

(b) If you have already filed a claim in this case, do not file it again.

(c) If you do not have internet access, please call the court at 503−326−1500 or 541−431−4000 to request a claim form.

**NOTICE IS GIVEN** that, pursuant to LBR 2016−1(i)(1), the trustee may incur and pay from estate funds, or reimburse the trustee from estate funds, up to $1,000 in the aggregate for the following actual and necessary expenses to preserve or protect the estate: bond premiums, bank fees, court fees, UCC search fees, property−title search fees, and locksmith or security charges. An interested party may object within 21 days after the date in the "FILED" stamp above by filing a written objection, setting forth the specific grounds for the objection, with the Clerk of Court and serving a copy of the objection upon the trustee. If the 5−digit portion of the Case No. begins with "3" or "4", mail the objection to: 1050 SW 6th Ave., #700, Portland, OR 97204. If the 5−digit portion of the Case No. begins with "6" or "7", mail the objection to : 405 E. 8th Ave., #2600, Eugene, OR 97401. Service may be made upon the trustee at: Kenneth S Eiler, 515 NW Saltzman Rd − PMB 810, Portland OR, 97229.