United States Bankruptcy Court

District of Oregon

In re:                                                                           Case No. 25-33945-pcm
Oregon Brewing Company                             Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0979-3                                User: Admin.                                         Page 1 of 9
Date Rcvd: Dec 31, 2025                         Form ID: OFT                                       Total Noticed: 401

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Oregon Brewing Company, 981 SE 8th Ave., Portland, OR 97214-2590 |
| cr | + | Central Lincoln PUD, POB 1126, Newport, OR 97365-0090 |
| 102913561 | + | A.L. George, 1 Link Dr, Binghamton, NY 13904-3219 |
| 102913562 | + | ABOVEBOARD ELECTRIC INC, PO Box 2042, Newport, OR 97365-0146 |
| 102913565 | + | ADVANCE MAGAZINE PUBLISHERS INC., PO Box 77000, Detroit, MI 48277-2000 |
| 102913566 | + | AIRGAS-NOR PAC, INC, PO Box 102289, Pasadena, CA 91189-0113 |
| 102913568 | + | ALBERTSONS CO FOUNDATION, 11555 Dublin Canyon, Dublin, CA 94568-2854 |
| 102913569 | + | AMANDA ZESSIN, 1031 Santa Cruz Dr. SE, Grand Rapids, MI 49506-3466 |
| 102913570 | + | AMERIGAS, PO Box 660288, Dallas, TX 75266-0288 |
| 102913572 | + | AMOSKEAG BEVERAGES LLC, Box 1148, Concord, NH 03302-1148 |
| 102913576 | + | ASSOCIATED CLEANING SERV, PO Box 771, Newport, OR 97365-0058 |
| 102913563 | | Admiral Beverage Corp., 531 West 600 North, Attn: Mark Swain, Salt Lake City, UT 84116-3430 |
| 102913564 | + | Admiral Beverage Corp., 821 Pulliam, Attn: Mark Swain, Worland, WY 82401-2325 |
| 102913567 | + | Airrow Heating & Sheet Metal, LLC., PO Box 2047, Newport, OR 97365-0146 |
| 102913571 | + | Amoskeag Beverages, 510 Hall St., Attn: Tom Bullock, Bow, NH 03304-3105 |
| 102913573 | + | Armada Brands, 5171 S. Mingo Rd, Tulsa, OK 74146-5746 |
| 102913574 | + | Army & Air Force Exchange Service, PO Box 660792, Dallas, TX 75266-0792 |
| 102913575 | + | Ascent IT Solutions, Inc., PO Box 70690, Sringfield, OR 97475-0134 |
| 102913578 | + | BECKWITH & KUFFEL INC., PO Box 94589, Seattle, WA 98124-6889 |
| 102913584 | + | BIGFOOT BEVERAGES, 303 NW 22nd, Newport, OR 97365-2130 |
| 102913591 | | BRAUKON, 83370 SEEON, Gererberning 3, Germany |
| 102913592 | + | BREAKTHRU BEV - MO, PO Box 400, Berwyn, IL 60402-0400 |
| 102913594 | + | BREAKTHRU BEV- NV, PO Box 13186, Baltimore, MD 21203-3186 |
| 102913599 | + | BREWERS SUPPLY GROUP, PO Box 74769, Chicago, IL 60694-4769 |
| 102913600 | + | BREWERY BRANDING CO, 5841 SE International Way, Portland, OR 97222-4633 |
| 102913607 | + | BUILDERS FIRSTSOURCE, PO Box 35143 #1019, Seattle, WA 98124-5143 |
| 102913577 | + | Beauchamp Distributing Company, 1911 S. Santa Fe Avenue, Compton, CA 90221-5306 |
| 102913581 | + | Beverage South of Aiken, LLC, 100 Georgia Crown Drive, Attn: John M. Tanzine, III, McDonough, GA 30253-9071 |
| 102913582 | | Beverage South of Aiken, LLC, 700 Jamesson Road, Suite A, Midland, GA 31820 |
| 102913583 | | Beverage Wholesalers, 3063 Evergreen Ln SW, Alexandria, MN 56308 |
| 102913585 | + | Blach Distributing, LLC, 131 W. Main St., Attention: Patrick Blach, Elko, NV 89801-3698 |
| 102913586 | + | Blach Distributing, LLC, 474-340 Commercial Way, Susanville, CA 96130-9704 |
| 102913587 | + | Black River Traders, Inc., 25 Ironia Rd., Flanders, NJ 07836-9124 |
| 102913588 | | Blue Ribbon Products Company, 2410 MCDONOUGH STREET, Joliet, IL 60436-1026 |
| 102913589 | + | Bob Hall, LLC, 5600 Crain Hwy, Attn: Eric Best, Upper Marlboro, MD 20772-4137 |
| 102913590 | + | Boise Sales Co., 1035 South Lusk St., Boise, ID 83706-2832 |
| 102913595 | + | Breakthru Beverage - Nevada, 100 Distribution Drive, Sparks, NV 89441-5206 |
| 102913596 | + | Breakthru Beverage Group, 3980 Central Park Blvd, Denver, CO 80238-3803 |
| 102913597 | + | Breakthru Beverage Group - Missouri, 550 East 13th Avenue, Kansas City, MO 64116-4036 |

Case 25-33945-pcm7    Doc 17    Filed 01/02/26

| District/off: 0979-3 | User: Admin. | Page 2 of 9 |
| --- | --- | --- |
| Date Rcvd: Dec 31, 2025 | Form ID: OFT | Total Noticed: 401 |

| | | |
| --- | --- | --- |
| 102913601 | | Bronken's Distributing, 707 E. Peach St, Bozeman, MT 59715-3035 |
| 102913603 | + | Bud of Spartanburg, PO Box 170009(29301), Attn: Craig Phillips, Spartanburg, SC 29301-0020 |
| 102913602 | + | Bud of Spartanburg, 6645 Pottery Rd., Attn: Craig Phillips, Spartanburg, SC 29303-6752 |
| 102913604 | | Budweiser Dist. Co. of Borger, L.P., 100 S. Philadelphia St., Attn: Mr. Dean Morrison, Amarillo, TX 79104-1023 |
| 102913605 | | Budweiser Dist. Company of Amarillo, 100 S. Philadelphia St., Amarillo, TX 79104-1023 |
| 102913606 | | Budweiser of Memphis, LLC, 45 East EH Crump Blvd, Attn: J.R. Hand, Memphis, TN 38106 |
| 102913608 | + | Burke Beverage, Inc., 4900 S. Vernon Ave, Attn: Nolan Burke, McCook, IL 60525-6000 |
| 102913609 | + | C.K.L. Corporation, 3825 Emerald Drive, Kalamazoo, MI 49001-7919 |
| 102913611 | + | CALLISON INC, 2400 Callison Rd., NE, Lacey, WA 98516-3154 |
| 102913613 | + | CALRECYCLE, P.O. Box 2711, Sacramento, CA 95812-2711 |
| 102913616 | + | CAMBRIAN WATER OPERATIONS LLC, 15 Main Street, Suite 318, Watertown, MA 02472-4403 |
| 102913619 | + | CAPITAL EAGLE INC, 2815 V Street NE, Washington, DC 20018-1516 |
| 102913623 | + | CARSON OIL COMPANY, PO Box 6030, Portland, OR 97228-6030 |
| 102913624 | + | CAVALIER DISTRIBUTING INDIANA, 3332 Pagosa Ct, Indianapolis, IN 46226-6511 |
| 102913626 | + | CEHRS ENTERPRISES, LLC, PO Box 1116, Albany, OR 97321-0534 |
| 102913634 | + | CHEM-AQUA, 23261 Newtwork Place, Chicago, IL 60673-1232 |
| 102913635 | + | CHEP USA, PO Box 281033, Atlanta, GA 30384-1033 |
| 102913637 | + | CHILDERS MEAT CO, PO Box 41058, Eugene, OR 97404-0210 |
| 102913640 | + | CLS Farms, LLC, 7810 Robillard Road, Moxee, WA 98936-9531 |
| 102913641 | + | COASTAL REFRIGERATION, 710 NE 3rd St, STE A, Newport, OR 97365-2703 |
| 102913645 | + | COLUMBIA DISTRIBUTING, PO Box 742612, Los Angeles, CA 90074-2612 |
| 102913647 | + | COLUMBIA FOOD LABORATORIES INC, 12423 NE Whitaker Way, Portland, OR 97230-1103 |
| 102913651 | + | COUNTRY CONNECTION, INC., 134 Banjo St, Suite A, Bardstown, KY 40004-9786 |
| 102913653 | + | CRAFT BREWERS GUILD, 170 Market St., Everett, MA 02149-5808 |
| 102913654 | + | CRAFT CANNING LLC, 2321 NE Argyle St., Unit D, Portland, OR 97211-1962 |
| 102913655 | + | CREST BEVERAGE, LLC., PO Box 848536, Los Angeles, CA 90084-8536 |
| 102913610 | + | Calcutta Outdoors, LLC, Attn: Chris Carlisle, 1141 Jay Lane, Graham, NC 27253-2619 |
| 102913612 | + | Calmont Beverage Co., 308 Industrial Ln, Barre, VT 05641-5277 |
| 102913614 | + | Cambrian Newport Oregon LLC, c/o Camprian Water Operations, LLC, 15 Main Street, Suite 318, Watertown, MA 02472-4403 |
| 102913615 | + | Cambrian Newport Oregon LLC, c/o Cambrian Rogue Project Company, 15 Main Street, Suite 318, Watertown, MA 02472-4403 |
| 102913617 | + | Cameron Shoemaker, 33004 S Gerards Rd, Kennewick, WA 99337-6848 |
| 102913618 | + | CanSource, LLC, 1925 Pike Road, Suite 103, Longmont, CO 80501-6749 |
| 102913621 | + | Capitol City Beverages, 920 W County Line Rd., Jackson, MS 39213-9315 |
| 102913622 | + | Carolina Beer Co., Inc., c/o William Lyles Jr., 447 E Shockley Ferry Rd, Anderson, SC 29624-3803 |
| 102913625 | + | Cavalier Distriubting Indiana, LLC, 3332 N. Pagosa Ct., Attn: George Fisher, Indianapolis, IN 46226-6511 |
| 102913628 | | Central Distributors, Inc., PO Box 1936, Lewiston, ME 04241-1936 |
| 102913627 | + | Central Distributors, Inc., 2805 Vance Street, Little Rock, AR 72206-3316 |
| 102913631 | + | Champagne Beverage Co. Inc., One Bud Place, Attn: Joel Champagne, through April 4, 2026, Madisonville, LA 70447-3354 |
| 102913632 | + | Champion Brands Incorporated, 5571 Florida Mining Boulevard South, Jacksonville, FL 32257-2043 |
| 102913636 | + | Chesapeake Distributing, 7001 Quad Avenue, Attention: Evan Athanas, Rosedale, MD 21237-2441 |
| 102913639 | + | Clark Beverage Group, 1235 Scott St., Senatobia, MS 38668-2820 |
| 102913643 | + | CoHo Distributing, LLC, 2501 East Valley Road, Renton, WA 98057-3372 |
| 102913642 | + | CoHo Distributing, LLC, c/o Gregg Christiansen, 6840 North Cutter Circle, Portland, OR 97217-3943 |
| 102913644 | + | Columbia Bank, PO Box 2310, Spokane, WA 99210-2310 |
| 102913646 | + | Columbia Distributing, Inc., 6840 North Cutter Circle, Attn: Gregg Christiansen, Portland, OR 97217-3943 |
| 102913648 | + | Comer Distriubting Co. Inc., PO Box 10821, Attn: Chip Comer, Rock Hill, SC 29731-0821 |
| 102913650 | + | CounterMeasures Corp, 6550 Carouthers Parkway, Suite 210, Franklin, TN 37067-6693 |
| 102913652 | + | Country Malt Group, 18110 SE 34th St, Ste. 240, Vancouver, WA 98683-9466 |
| 102913656 | + | D&D Distributing, 3360 Chelsea Rd. W., Attention: Luke Dahlheimer, Monticello, MN 55362-4412 |
| 102913658 | + | DHL Express (USA), Inc., 1210 SOUTH PINE ISLAND ROAD, Attn: Legal Dept, Plantation, FL 33324-4402 |
| 102913659 | + | DMM PACKAGING INC, 2467 Simpson St., Kingsburg, CA 93631-9501 |
| 102913660 | + | Doll Distributing, LLC, 1901 DeWolf St., Des Moines, IA 50316-2729 |
| 102913662 | + | Donaghy Sales, LLC, 2363 South Cedar Avenue, Fresno, CA 93725-1078 |
| 102913663 | + | Dreamland Skateparks, LLC, 6913 NE Highland Rd, Otis, OR 97368-9617 |
| 102913664 | + | Eastern Shore Distributing Ltd., 811 Snow Hill Rd, Attention: Robert Burke, Salisbury, MD 21804-1938 |
| 102913665 | + | Edwin H. Kleckner, Inc., PO Box 20, Attn: Terry L. Cromley, Montandon, PA 17850-0020 |
| 102913666 | | Elwain Bros., 655 18th NW, Huron, SD 57350-0136 |
| 102913668 | + | F.E.B. Distributing Company, Inc., 12155 Intraplex Parkway, Gulfport, MS 39503-4636 |
| 102913672 | + | FIRST RESPONSE SYSTEMS, 4970 SW Griffith Dr, Suite 100, Beaverton, OR 97005-3039 |
| 102913669 | + | Fahr Beverage, Inc., 1369 Martin Rd., Waterloo, IA 50701-4348 |
| 102913670 | + | Find Familiar Spirits, LLC, 2201 Elmwood Avenue, Wilmette, IL 60091-1435 |
| 102913673 | + | Florida Distributing Co., L.L.C., 3964 Shader Road, Orlando, FL 32808-3133 |
| 102913674 | | Frank B. Fuhrer Holdings, Inc., 03100 East Carson Street, Pittsburgh, PA 15203-2153 |

Case 25-33945-pcm7    Doc 17    Filed 01/02/26

| District/off: 0979-3 | User: Admin. | Page 3 of 9 |
|---|---|---|
| Date Rcvd: Dec 31, 2025 | Form ID: OFT | Total Noticed: 401 |

| | | |
|---|---|---|
| 102913675 | + | G & D CHILLERS, 130 E. First Ave., Junction City, OR 97448-1461 |
| 102913676 | + | G&G Beverage Distributors, 207 Church St, Wallingford, CT 06492-6202 |
| 102913677 | + | GARRISON PALLET, 7315 Battlecreek Rd SE, Salem, OR 97317-9337 |
| 102913678 | + | GASKO & MEYER, INC, PO Box 298, Lake Huntington, NY 12752-0298 |
| 102913680 | + | GENXSYS SOLUTIONS LLC, PO Box 79, Siletz, OR 97380-0079 |
| 102913682 | + | GIVAUDAN FLAVORS CORP, PO Box 2578, Carol Stream, IL 60132-2578 |
| 102913684 | | GLAZERS DISTRIBUTION OF LOUISIANA, PO Box 80913, Dallas, TX 75380 |
| 102913685 | + | GLORYBEE HONEY, PO Box 743761, Los Angeles, CA 90074-3761 |
| 102913686 | | GNT USA INC, One Exberry Dr., Dallas, NC 28034 |
| 102913687 | | GOLD COAST BEVERAGE, PO Box 7423259, Atlanta, GA 30374 |
| 102913690 | + | GOLDEN BEVERAGE CO, PO Box 12185, Ogden, UT 84412-2185 |
| 102913693 | + | GOLDEN TOMATO PRODUCTIONS, 281 20th St Unit 3, Brooklyn, NY 11215-6765 |
| 102913695 | + | GOSHIE FARMS, INC., 7365 Meridian Rd NE, Silverton, OR 97381-9188 |
| 102913697 | + | GRAPHIC PACKAGING INTL INC, PO Box 404170, Atlanta, GA 30384-4170 |
| 102913700 | + | GREAT WESTERN MALTING COMPANY, PO Box 51602, Los Angeles, CA 90051-5902 |
| 102913701 | #+ | GREEN LEAF LAB LLC, 12025 NE Marx, Portland, OR 97220-9013 |
| 102913703 | + | GREEN LIGHT DISTRIBUTION, LLC., 555 Airline Dr., Coppell, TX 75019-7627 |
| 102913681 | + | Gillespie Distributing Company, 486 E. Line Street, Bishop, CA 93514-3506 |
| 102913683 | + | Glazer's Distributors, 14911 Quorum Drive, Suite 150, Attn: Dennis Naslar, Dallas, TX 75254-7003 |
| 102913689 | + | Gold Coast Beverage, L.L.C., 10055 NW 12th Street, St. Doral, FL 33172-2761 |
| 102913688 | | Gold Coast Beverage, L.L.C., c/o Reyes Holdings, L.L.C., Attn. RBD General Counsel, Rosemont, IL 60018 |
| 102913691 | | Golden Beverage, LLC, 2361 B Avenue, Attention: Brett Birt, VP/GM, Ogden, UT 84401-1201 |
| 102913692 | + | Golden Eagle Distributing, 500 Golden Eagle Dr., Mount Pleasant, IA 52641-1855 |
| 102913694 | + | Good Samaritan Hospital Corvallis, 3600 NW Samaritan Dr, Corvallis, OR 97330-3700 |
| 102913698 | + | Graphic Packaging, International, 1500 Riveredge Pkwy Ste 100, Atlanta, GA 30328-4658 |
| 102913699 | + | Great Western Malting Co., PO Box 1529, Vancouver, WA 98668-1529 |
| 102913702 | + | Green Light Distribution, LLC, 555 Airline Dr., Suite 100, Attention: Lewis Dustin Odell, Coppell, TX 75019-7627 |
| 102913704 | + | Gulf Distributing Co. of Mobile, LLC, 401 N Water St, Suite 300, Mobile, AL 36602-4015 |
| 102913705 | + | Gulf Goldring, 8245 Opportunity Drive, Milton, FL 32583-8728 |
| 102913706 | + | Gusto Distributing Inc., 501 Crescent Circle, Attn: Mr. Len Watkins, Great Falls, MT 59404-3275 |
| 102913707 | | Guy Distributing Co. Inc., 25785 Point Lookout Rd., Attn: Glenn, Leonardtown, MD 20650 |
| 102913708 | + | HARBOR DISTRIBUTING LLC, 5901 Bolsa Ave., Huntington Beach, CA 92647-2053 |
| 102913712 | + | HAYDEN MOUNTAIN SPIRITS LLC, 2910 E Amity Rd., Boise, ID 83716-6989 |
| 102913713 | + | HEIDELBERG - DAYTON, 3601 Dryden Road, Mopraine, OH 45439-1411 |
| 102913723 | + | HOLGATE PROPERTY HOLDINGS LLC, 01819 SE Radcliff Road, Portland, OR 97219-8185 |
| 102913725 | | HOLGESCA INC., 107 Lemoyne Quest, Longueuil, Quebec, J4H 1V6, Canada |
| 102913726 | + | HOPS DIRECT LLC, 686 Green Valley Rd, Mabton, WA 98935-9739 |
| 102913710 | + | Harbor Distributing, L.L.C., 1625 South Lewis Street, Anaheim, CA 92805-6437 |
| 102913709 | + | Harbor Distributing, L.L.C., c/o Reyes Holdings, L.L.C., 9500 W. Bryn Mawr Avenue, Suite 700, Attn: Nicholas L. Giampietro, Esq., Rosemont, IL 60018-5216 |
| 102913711 | + | Hayden Beverage Company, 2910 E. Amity Rd., Boise, ID 83716-6989 |
| 102913714 | + | Heidelberg Dist. of Northern Kentucky, 101 W. 13th St., Attn: Mike Monnin, Covington, KY 41011-3332 |
| 102913715 | + | Heimark Distributing, LLC, PO Box 3985, Santa Fe Springs, CA 90670-1985 |
| 102913716 | + | Hensley & Company, 4201 N 45th Ave, Phoenix, AZ 85031-2109 |
| 102913717 | + | Hitchcock Distributing Inc., 2901 W. Arkansas, Durant, OK 74701-4847 |
| 102913719 | + | Holders - 2024 Unsecured Loan, c/o Brett Joyce, as Agent, 2926 Lakeview Blvd., Lake Oswego, OR 97035-3648 |
| 102913718 | + | Holders - 2024 Unsecured Loan, c/o Jeffry D. Schultz, as Agent, 4101 SW Greenleaf Drive, Portland, OR 97221-3276 |
| 102913721 | + | Holders - 2025 Unsecured Promissory Note, c/o Brett Joyce, as Agent, 2926 Lakeview Blvd., Lake Oswego, OR 97035-3648 |
| 102913720 | + | Holders - 2025 Unsecured Promissory Note, c/o Jeffry D. Schultz, as Agent, 4101 SW Greenleaf Drive, Portland, OR 97221-3276 |
| 102913722 | | Holders of Unsecured Promissory Note, c/o Brett M. Joyce, as Agent, 1009 SE 9th Ave, Portland, OR 97214 |
| 102913724 | + | Holgate Property Holdings, LLC, 18625 SE McLoughlin Blvd, Portland, OR 97267-6746 |
| 102913728 | + | Humboldt Beer Distributors, 202 Commercial St, Eureka, CA 95501-0255 |
| 102913729 | + | I-SECURE INC, 114 Assembly Circle, Grants Pass, OR 97526-8327 |
| 102913730 | #+ | ICC NORTHWEST, INC., 390 S Redwood St., Canby, OR 97013-2459 |
| 102913732 | + | IMPERIAL ORGANIC YEAST, 17268 NE Sacramento St., Portland, OR 97230-5940 |
| 102913734 | + | INDEPENDENT Promotions, 8745 W Higgins Rd., Chicago, IL 60631-2704 |
| 102913735 | + | INDUSTRIAL WELDING SUPPLY INC, PO Box 20340, Salem, OR 97307-0340 |
| 102913731 | | Imperial Beverage, Inc., 200 Miller Main Circle, Knoxville, TN 37919-6025 |
| 102913736 | + | International Wine & Spirits, Inc., 4927 Bloomfield Street, New Orleans, LA 70121-1004 |
| 102913738 | + | Island Distributing, L.L.C., 94-1450 Moaniani St, Waipahu, HI 96797-4632 |
| 102913737 | + | Island Distributing, L.L.C., c/o Reyes holdings, L.L.C., 6250 N. River Road, Rosemont, IL 60018-4247 |
| 102913739 | + | J.J. Taylor Distributing Florida, Inc., 5102 16th Avenue South, Tampa, FL 33619-5336 |
| 102913740 | + | JACKO LOGISTICS, PO Box 871627, Vancouver, WA 98687-1627 |

Case 25-33945-pcm7    Doc 17    Filed 01/02/26

| District/off: 0979-3 | User: Admin. | Page 4 of 9 |
| --- | --- | --- |
| Date Rcvd: Dec 31, 2025 | Form ID: OFT | Total Noticed: 401 |

| | | |
| --- | --- | --- |
| 102913745 | + | JJ TAYLOR DIST - TAMPA BAY, 655 N A1A, Jupiter, FL 33477-4579 |
| 102913746 | + | JNB TRUCKING, PO Box 41088, Eugene, OR 97404-0301 |
| 102913747 | + | JOHN C. MAIER, 112 NW Brook St., Newport, OR 97365-3739 |
| 102913748 | + | JOHN I HAAS INC, 1600 River Road, Yakima, WA 98902-1249 |
| 102913750 | | JOHNSON BROS OF NEBRASKA, 92320 J Street, Omaha, NE 68127 |
| 102913753 | + | JOSHUA PARENT, 48 Shannon Ave., Watertown, CT 06795-2523 |
| 102913741 | + | Jackson BevCo, Inc., 1445 W Commerce Ave. Suite 100, Boise, ID 83705-5311 |
| 102913742 | + | Jefferson Distributing Company Inc., 799 Mid Atlantic Parkway, Martinsburg, WV 25404-3895 |
| 102913743 | + | Jerome Distributing, Inc., 3420 Miriam Ave., Attn: Arthur Jerome, Bismarck, ND 58501-7907 |
| 102913744 | + | Jett Distributing Company, 2400 South 13th Street, Clinton, OK 73601-9503 |
| 102913752 | + | Joseph Mullarkey Distributors, 2200 Ridge Drive, Attn: Kevin Mullarkey, Glenview, IL 60025-7607 |
| 102913755 | + | Kabrick Distributing, 1809 S Benjamin Ave, Mason City, IA 50401-5610 |
| 102913756 | + | Katlef Brothers Inc., 2404 A & Eagle Blvd, Attn: Neal Katlef, Annapolis, MD 21401-7053 |
| 102913757 | + | Kelly Distributors, LLC, PO Box 927, Attention: Clyde Kelly, Easton, MD 21601-8917 |
| 102913758 | + | Kloss Distributing Co., 1333 Northwestern Ave, Attention: Tom Kloss, Gurnee, IL 60031-2347 |
| 102913759 | + | L & L Distributing Co., 2101 Murray St, Sioux City, IA 51111-1149 |
| 102913760 | + | L&F Distributors, LLC, 3900 N. McColl Rd., Attn: Joe V. LaMantia III, McAllen, TX 78501-9160 |
| 102913761 | + | L.T. Verrastro, Inc., 700 Moosic Rd, Old Forge, PA 18518-2031 |
| 102913762 | + | LANTERNA DIST INC, PO Box 47250, Windsor Mill, MD 21244-0250 |
| 102913764 | + | LDF Sales & Distributing, Inc., 10610 E. 26th Circle North, Wichita, KS 67226-4536 |
| 102913765 | + | LINCOLN COUNTY, 36 SW NYE Street, Newport, OR 97365-3821 |
| 102913766 | | LINCOLN COUNTY TAX COLLECTOR, PO Box 5116, Newport, OR 97365 |
| 102913767 | + | LIPMAN BROTHERS, LLC, 2815 Brick Church Pike, Nashville, TN 37207-3903 |
| 102913763 | + | Lanterna Distributors, 7223 Ambassador Rd, Windsor Mill, MD 21244-2710 |
| 102913768 | + | Louis Glunz Beer, Inc., c/o Earl E. Farkas, Gozdecki, Del Guidice, Americus, Farkas, 1 E. Wacker Dr., Suite 1700, Chicago, IL 60601-1814 |
| 102913770 | + | Lowcountry Craft Distribution, LLC, 1932 Hall Point Road, Mount Pleasant, SC 29466-9372 |
| 102913771 | + | M & M DISTRIBUTING, 531 West 600 North, Salt Lake City, UT 84116-3430 |
| 102913772 | | M. L. Wismer Distributing Company, 13827 I-10 East, Mont Velvieu, TX 77523 |
| 102913775 | | MARION COUNTY JUSTICE COURT, 4660 Portland Road NW, Suite 107, Salem, OR 97305 |
| 102913776 | + | MARKET EXPRESS LLC, 10400 N. Vancouver Way, Portland, OR 97217-7575 |
| 102913777 | + | MARKET OF CHOICE, 2862 Willamette St. Suite B, Eugene, OR 97405-3283 |
| 102913784 | + | MICROSTAR QUALITY SERVICES LLC, PO Box 912857, Denver, CO 80291-2857 |
| 102913788 | + | MILLER NASH LLP, 1140 SW Washington St., Suite 700, Portland, OR 97205-2384 |
| 102913791 | + | MINUTEMAN PRESS, 3382 SE 20TH Ave., Portland, OR 97202-2332 |
| 102913793 | + | MM Management LLC, 160 Greentree Drive, Suite 101, Dover, DE 19904-7620 |
| 102913792 | + | MM Management LLC, c/o Richard A. Horodeck Esq., 375 Park Avenue, Suite 2607, New York, NY 10152-2600 |
| 102913794 | + | MO'S ENTERPRISES, 622 SW Bay Blvd., Newport, OR 97365-4719 |
| 102913798 | + | MOUNTAINVALE LLC, PO Box 820570, Vancouver, WA 98682-0012 |
| 102913773 | + | Magnolia Beverage Company, 2668 Saint Andrews Street, Attention: Michael Davis II, Meridian, MS 39301-6468 |
| 102913774 | + | MainMerch Inc., 6 Waltham Rd, Tinton Falls, NJ 07724-4454 |
| 102913778 | + | Marketplace Selections, Inc., 1809 W. Chanute Rd., Peoria, IL 61615-1608 |
| 102913779 | | Martignetti Compaines of Maine, PO Box 408, Scarborough, ME 04070-0408 |
| 102913780 | + | Martignetti Compaines of New Hampshire, PO Box 1113, Manchester, NH 03105-1113 |
| 102913781 | | McKinnon Company Inc., 1002 South 48th Street, Grand Forks, ND 58201-3828 |
| 102913783 | + | MicroStar Keg Management, L.L.C., 2401 15th Street, Denver, CO 80202-6105 |
| 102913785 | | Mid State Beverage, 1805 E 3rd St, Attn: Ted Weiss, Williamsport, PA 17701-3994 |
| 102913786 | + | Mike Hopkins Distributing Company, Inc., PO Box 1919, Attention: Robert Mikeska, Brenham, TX 77834-1919 |
| 102913787 | | Mike Hopkins Distributing Company, Inc., 1751 SH 290 West, Attention: Robert Mikeska, Brenham, TX 77834 |
| 102913789 | + | Miller of Denton d/b/a Fisher 59, 1210 Gilbert Gibson Road, Lawton, OK 73501-9582 |
| 102913790 | + | Mindful Distributors, 6201 Coliseum Way, Suite I, Attn: Philip Birnbaum, Oakland, CA 94621-3733 |
| 102913795 | + | Mo's Enterprises, Inc., 622 S.W. Bay Blvd., Newport, OR 97365-4719 |
| 102913796 | + | Morelli's Distributing, Inc., P.O. Box 1517, Attn: Reginald P. Morelli, Minot, ND 58702-1517 |
| 102913797 | | Mountain County Distributing, 1201 N. Ewing, Helena, MT 59601-2903 |
| 102913799 | + | Mussetter Distributing, Inc., 12979 Earhart Ave., Auburn, CA 95602-9076 |
| 102913802 | + | NAV PAYROLL, PO Box 563, Colleyville, TX 76034-0563 |
| 102913804 | + | NBA Properties, Inc., 645 Fifth Avenue, New York, NY 10022-5986 |
| 102913803 | + | NBA Properties, Inc., General Counsel, 645 Fifth Avenue, New York, NY 10022-5986 |
| 102913806 | + | NEWPORT BASEBALL/SOFTBALL ASSOC, PO Box 1956, Newport, OR 97365-0132 |
| 102913807 | + | NEWPORT RENTAL SERVICE, 435 E Olive, Newport, OR 97365-2897 |
| 102913811 | ++ | NITTANY BEVERAGE, ATTN TOM KATANCIK, 139 NORTH PATTERSON STREET, STATE COLLEGE PA 16801-3757 address filed with court:, Nittany Beverage Corporation, 138 N. Patterson St., State College, PA 16801-3757 |
| 102913812 | + | NOLEMONNOMELON, 2926 Lakeview Blvd, Lake Oswego, OR 97035-3648 |

Case 25-33945-pcm7    Doc 17    Filed 01/02/26

District/off: 0979-3　　　　　　　　　　　　　　User: Admin.　　　　　　　　　　　　　　Page 5 of 9
Date Rcvd: Dec 31, 2025　　　　　　　　　　　Form ID: OFT　　　　　　　　　　　　Total Noticed: 401

| | | |
|---|---|---|
| 102913813 | + | NORTH DAKOTA TAX COMMISSIONER, P.O. Box 5623, Bismarck, ND 58506-5623 |
| 102913814 | + | NORTH PACIFIC MANAGEMENT, INC, PO Box 820570, Vancouver, WA 98682-0012 |
| 102913818 | + | NUCO2, P.O. Box 417902, Boston, MA 02241-7902 |
| 102913800 | + | National Distributing Company, 5920 Office Blvd NE, Albuquerque, NM 87109-5821 |
| 102917901 | + | Nationwide Pet Insurance, PO Box 50939, Los Angeles, CA 90074-0939 |
| 102913805 | + | Newco Inc., 6900 Fox Ave, S, Seattle, WA 98108-3419 |
| 102913809 | + | Nielsen Consumer, LLC c/o Byzzer, 200 W. Jackson Blvd., 24th Floor, Chicago, IL 60606-6941 |
| 102913810 | | Niken Chaya Mochi Kadoya Honten Co. Ltd., 564-17 Shimono, Attn: Narihiro Suzuki, Ise, Mie 516-0003, Japan |
| 102913815 | + | Northeast Beverage Corp, 32 Robinson Blvd #3647, Orange, CT 06477-3622 |
| 102913816 | + | Northern Beverage Distribution, 2222 32nd Ave NW, Rochester, MN 55901-8322 |
| 102913820 | + | OHIO DEPT TAXATION, P.O. Box 2678, Columbus, OH 43216-2678 |
| 102913821 | + | OLD DOMINION FREIGHT LINE, PO Box 742296, Los Angeles, CA 90074-2296 |
| 102913822 | + | OMLID, PO Box 412007, Boston, MA 02241-2007 |
| 102913823 | | OPTEK-DANULAT INC, N1 18 W18748 Bunsen Dr, Germantown, WI 53022 |
| 102913824 | + | OPUS INTERACTIVE, 8135 NE Evergreen Parkway, Suite 1220, Hillsboro, OR 97124-8292 |
| 102913825 | + | OREGON BARREL WORKS, PO Box 748, McMinnville, OR 97128-0748 |
| 102913828 | + | OREGON DEPT OF CONSUMER & BUSINESS SERVI, PO Box 14610, Salem, OR 97309-0445 |
| 102913830 | + | OREGON OILS INC, 2515 NW 28Th Ave, Portland, OR 97210-2003 |
| 102913831 | + | OREGON OYSTER FARMS, INC., PO Box 1475, Newport, OR 97365-0112 |
| 102913826 | + | Oregon Beverage Recycling Cooperative, 17300 SE 120th Ave, Clackamas, OR 97015-8738 |
| 102913827 | + | Oregon Beverage Recycling Cooperative, c/o DeGay Harris or CFO, 17300 SE 120th Ave, Clackamas, OR 97015-8738 |
| 102913833 | + | Overpowered Labs, LLC, c/o Zachary Dudzik, 1381 North Road, Green Bay, WI 54313-5723 |
| 102913832 | + | Overpowered Labs, LLC, c/o Christina J. Moser, Baker & Hostetler LLP, Key Tower, Suite 2000, 127 Public Square, Cleveland, OH 44114-1217 |
| 102913834 | | PACIFIC OFFICE AUTOMATION, 14747 NW Greenbrier Pkwy, Portland, OR 97201 |
| 102913835 | + | PEACOCK PRDUCTIONS, INC, PO Box 16337, Portland, OR 97292-0337 |
| 102913836 | + | PENN DISTRIBUTORS, 2801 E Township Line Rd, Hatfield, PA 19440-1755 |
| 102913839 | + | PENSKE TRUCK LEASING CO., LP, PO Box 827380, Philadelphia, PA 19182-7380 |
| 102913840 | + | PEPSI-COLA COMPANY, PO Box 75948, Chicago, IL 60675-5948 |
| 102913842 | + | PIONEER PRINTING INC, 231 N Coast Hwy, Newport, OR 97365-3111 |
| 102913845 | + | PNEUMATIC SCALE ANGELUS, 10 Ascot Parkway, Cuyahoga Falls, OH 44223-3325 |
| 102913848 | + | PORT OF NEWPORT, 600 SE Bay Blvd, Newport, OR 97365-4346 |
| 102913851 | + | PORTLAND STATE UNIVERSITY, PO Box 751, Portland, OR 97207-0751 |
| 102913837 | + | Penn Distributors, Inc., 401 Domino Lane, Philadelphia, PA 19128-4397 |
| 102913841 | + | Pepsi-Cola Fountain Company, Inc., 700 Anderson Hill Road, Purchase, NY 10577-1444 |
| 102913844 | + | Platform CPAs, LLP, 6650 SW Redwood Lane Suite 210, Tigard, OR 97224-7169 |
| 102917902 | + | Poppy Pacific Beverage, 3913 Marigold Land, Attn: Victoria Titus-Gecsek, Modesto, CA 95356-1313 |
| 102913847 | + | Poppy Pacific Beverages, 3848 McHenry Ave, Suite 135-194, Modesto, CA 95356-1586 |
| 102913849 | + | Porter Distributing Company, 212 S. Langon, Mitchell, SD 57301-3462 |
| 102913853 | + | ProGuard Service and Solutions, 1 Ecolab Pl, Saint Paul, MN 55102-2739 |
| 102913854 | + | R & K Distributors, Inc., 1302 E Whaley St., Longview, TX 75601-6824 |
| 102913858 | + | RICHARD BATES, 3637 E Alsea Hwy, Waldport, OR 97394-9747 |
| 102913859 | + | RNDC - YOUNGS, 14402 Franklin Ave, Tustin, CA 92780-7013 |
| 102913860 | + | RNDC Alaska, LLC, One National Drive, Atlanta, GA 30336-1631 |
| 102913861 | + | RNDC-ABQ, 5920 Office Blvd NE, Albuquerque, NM 87109-5821 |
| 102913862 | + | ROA300-OCEAN BEAUTY, 305 Industry, Astoria, OR 97103-6305 |
| 102913863 | | ROCKY MOUNTAIN BARREL COMPANY, 11467 W 1-70 Frontage Rd, Wheat Ridge, CO 80033 |
| 102913865 | + | RS Lipman Co., 411 Great Circle Rd, Nashville, TN 37228-1403 |
| 102913855 | + | Ralph's Beer Distributors, Inc., 724 Powell Avenue, Morgantown, WV 26505-6266 |
| 102913856 | + | Redwood Capital dba Heidelberg Dist., 3601 Dryden Road, Dayton, OH 45439-1411 |
| 102913864 | + | Rogue Beverage Company, LLC, 551 SW G St., Grants Pass, OR 97526-2472 |
| 102913866 | | S.R. Perrott, 4 North Perrott Drive, Ormond Beach, FL 32174 |
| 102913867 | + | S.S. STEINER, INC., 725 Fifth Ave Floor 23, New York, NY 10022-2582 |
| 102913868 | + | SALTY DOG BARLEY BONES, PO Box 1715, Newport, OR 97365-0126 |
| 102913869 | + | SAMFIT, SAMARITAN HEALTH SERVICES, PO Box 3000, Corvallis, OR 97339-3000 |
| 102917903 | + | SAXCO INTERNATIONAL, LLC., PO Box 3900, San Francisco, CA 94139-0001 |
| 102913871 | + | SCHAMBERGER BROS INC, PO Box 7440, Villa Park, IL 60181-7440 |
| 102913874 | + | SCOUT DISTRIBUTION, 10119 Carroll Canyon Rd, San Diego, CA 92131-1109 |
| 102913877 | + | SHANGY BEVERAGE, 40 East Main, Emmaus, PA 18049-4013 |
| 102913879 | + | SHORE POINT DISTRIBUTING CO., INC., 100 Shore Point Dr., Freehold, NJ 07728-8568 |
| 102913882 | + | SHRED NORTHWEST LLC, PO Box 247, Boring, OR 97009-0247 |
| 102913885 | + | SNOTEMP COLD STORAGE, PO Box 2066, Eugene, OR 97402-0024 |
| 102913888 | + | SPEAKEASY COMMERCE INC, 4616 25th Ave, BE #131, Seattle, WA 98105-4183 |

Case 25-33945-pcm7    Doc 17    Filed 01/02/26

| | | |
|---|---|---|
| District/off: 0979-3 | User: Admin. | Page 6 of 9 |
| Date Rcvd: Dec 31, 2025 | Form ID: OFT | Total Noticed: 401 |

| | | |
|---|---|---|
| 102913892 | + | SPRAGUE PEST SOLUTIONS, PO Box 35129, Seattle, WA 98124-5129 |
| 102913897 | + | STAPLES BUSINES CREDIT, PO Box 105638, Atlanta, GA 30348-5638 |
| 102913903 | | SUPPLYONE, 12777 SE Tualatin-Sherwood Rd., Tualatin, OR 97062 |
| 102913904 | + | SURF TOWN COFFEE CO, 345 SW Bay Blvd, Newport, OR 97365-4509 |
| 102925629 | + | Saxco International, LLC, c/o Bialson, Bergen & Schwab, Attn: Lawrence Schwab/Jessica Mckinlay, 830 Menlo Ave., Suite 201, Menlo Park, CA 94025-4734 |
| 102913872 | | Schamberger Bros., Inc., 101 E HILL ST POB 7440, Villa Park, IL 60181-7440 |
| 102913873 | #+ | Schwabe, Williamson & Wyatt, PC, 1211 SW 5th Ave, Suite 1900, Portland, OR 97204-3719 |
| 102913875 | + | Sentman Dist. Inc., 400 Maloney Rd., Attention: Alan C. Czerwinski, Elkton, MD 21921-6337 |
| 102913876 | + | Serena A. Kirchner Co., 2740 Charlestown Road, Lancaster, PA 17603-9702 |
| 102913878 | + | Shangy Beverage, 601 State Avenue, Emmaus, PA 18049-3029 |
| 102913881 | + | Shore Point Distributing Company, Inc., 100 Shore Point Drive, Attn: James Annarella, Freehold, NJ 07728-8568 |
| 102913880 | | Shore Point Distributing Company, Inc., c/o McCarter & English LLP, Four Gateway Center, 100 Mulberry Street, Freehold, NJ 07728 |
| 102913883 | + | Skyland Distributing Co., PO Box 645, Arden, NC 28704-0645 |
| 102913884 | + | Sno Temp Cold Storage Co., 310 S Seneca Rd, Eugene, OR 97402-2726 |
| 102913886 | + | Sound Security, Inc., 8220 N. Interstate Ave, Portland, OR 97217-6635 |
| 102913887 | + | Space Age Brewing Co. LLC, PO Box 1429, Attn: Matt Cochenour, Clackamas, OR 97015-1429 |
| 102913889 | + | Speakeasy Commerce Inc., c/o Joe Brotherton, 4616 25th Ave NE #131, Seattle, WA 98105-4183 |
| 102913890 | + | Speakeasy Commerce Inc., 700 W E St, Unit 2703, San Diego, CA 92101-8952 |
| 102913891 | + | Specialty Beverage, Inc., 1614 West Main Street, Richmond, VA 23220-4633 |
| 102913893 | | St. John's Marketing, 10 Explosives Lane, Route 131 West, Bridgeport, WV 26330 |
| 102913894 | + | Standard Beverage, 16800 West 113th Street, Lenexa, KS 66219-1322 |
| 102913896 | + | Standard Sales Company, L.P., 4800 E. 42nd St., Suite 400, Attention: Lanny Layman, Odessa, TX 79762-7214 |
| 102913898 | | Stevenson Beer Distributing Company Inc., 201 East Madison Street, Attn: Kurt Stevenson, Trinity, TX 75862 |
| 102913899 | + | Stokes Distributing Co., 12 Stokes Drive, Attention: James Walker, Hattiesburg, MS 39401-9084 |
| 102913900 | | Summit Beverage, Inc., 3305 Great Northern Way, Missoula, MT 59808 |
| 102913901 | + | Sunset Distributing, LLC, 6440 Sky Pointe Dr, Ste 140-106, Las Vegas, NV 89131-4047 |
| 102913902 | + | Superior Products Company, 110 E. County Rd. 53, Willows, CA 95988-9715 |
| 102913911 | + | THOMPSON'S SANITARY SERVICE, Po Box 643, Newport, OR 97365-0047 |
| 102913915 | + | TONKON TORP LLP, 1300 SW 5th Ave, Suite 2400, Portland, OR 97201-5610 |
| 102913919 | + | TRAIL BLAZERS, INC., 1 N. Center Court, Suite 200, Portland, OR 97227-2103 |
| 102913924 | + | TRYON DISTRIBUTING, 4701 Stockhold Court, Charlotte, NC 28273-5995 |
| 102913906 | + | Teton Distributors, 721 Pulliam Ave, Worland, WY 82401-2323 |
| 102913907 | + | The Beverage Market, LLC, 60 Pilsner Place, Charleston, WV 25312-9465 |
| 102913908 | + | The Chefs' Warehouse West Coast, PO Box 601154, Pasadena, CA 91189-0002 |
| 102913909 | + | The Estate of Nancy Vickstrom, c/o The Gatti Law Firm, 235 Front Street SE, Suite 200, Salem, OR 97301-3303 |
| 102913910 | | The Greater Good Fresh Brewing Co Ltd, Studio 10, Tiger House, Burton St, London, England WC1H 9BY |
| 102913912 | | Thundering Beverage, LLC, 435 7th Ave, Huntington, WV 25701-1981 |
| 102913913 | + | TimeClock Plus, LLC, 1 TimeClock Drive, San Angelo, TX 76904-5917 |
| 102913917 | + | Town & Country Distributors, Inc., 1050 Ardmore Ave., Attn: John M. Holland, CEO, Itasca, IL 60143-1304 |
| 102913918 | + | Trail Blazers Inc., Attn: SVP & General Counsel, One Center Court, Suite 200, Portland, OR 97227-2103 |
| 102913920 | + | Tri-Eagle Sales, 545 River Birch Road, Midway, FL 32343-2768 |
| 102913922 | + | Triple P Distributing Co., Inc., 3601 Regent Blvd., Jacksonville, FL 32224-6500 |
| 102913921 | + | Triple P Distributing Co., Inc., Attn: V. Gentry Pelham, 3601 Regent Blvd., Jacksonville, FL 32224-6500 |
| 102913923 | #+ | Try Hops LLC, 5281 NE 19th Ave, Portland, OR 97211-5632 |
| 102913925 | + | Tryon Distributing, 4701 Stockholm Court, Charlotte, NC 28273-5995 |
| 102913926 | + | Tyee Carr, LLC, PO Box 19572, Portland, OR 97280-0572 |
| 102913929 | + | UNITED DISTRIBUTORS - SMYRNA, 5500 United Dr, Smyrna, GA 30082-4755 |
| 102913931 | + | UNITED-JOHNSON BROS OF ALABAMA, 6000 Greenwood Pkwy, Suite 100, Bessemer, AL 35022-5689 |
| 102913935 | | US Bureau of ATF, 550 Main St, Room 8002, Cincinnati, OH 45202-3263 |
| 102913936 | + | US FOODS, PO Box 3929, Portland, OR 97208-3929 |
| 102913927 | + | United Beverage Imports, PO Box 48051, Denver, CO 80204-8051 |
| 102913928 | + | United Distributors, 5500 United Dr SE, Smyrna, GA 30082-4755 |
| 102913932 | + | United-Johnson Brothers of Alabama, 6000 Greenwood Pkwy, Suite 100, Attn: Roger Millwood, Bessemer, AL 35022-5689 |
| 102913933 | + | Universal Projects, Inc. t/a Ace Dist., 3800 E. Market St., Attn: James E. Beard, York, PA 17402-2767 |
| 102913941 | + | VENTURE CAPITAL INTL CONSULT, PO Box 299, Pocopson, PA 19366-0299 |
| 102913945 | + | VESTIS, 2680 Palumbo Dr., Lexington, KY 40509-1234 |
| 102913947 | + | VIRGINIA IMPORTS, 7550 Accotink Park Road, Springfield, VA 22150-3644 |
| 102913939 | + | Valley Distributing, 895 Industrial Park Road, Elkins, WV 26241-3798 |
| 102913940 | | Valley View Winery, Inc., 1352 Applegate Road, Jacksonville, OR 97530 |
| 102913942 | + | Venture Marketing Corporation, 34 Feed Mill Rd, Lecompte, LA 71346-9518 |
| 102913946 | + | Vestis Services, LLC, 1035 Alpharetta St, Roswell, GA 30075-3601 |
| 102913950 | + | WAVE, PO Box 31001-2714, Pasadena, CA 91110-0001 |

Case 25-33945-pcm7    Doc 17    Filed 01/02/26

| District/off: 0979-3 | User: Admin. | Page 7 of 9 |
|---|---|---|
| Date Rcvd: Dec 31, 2025 | Form ID: OFT | Total Noticed: 401 |

| | | |
|---|---|---|
| 102913951 | + | WCP SOLUTIONS, Box 84145, Seattle, WA 98124-5445 |
| 102913952 | + | WEST COAST HOP BREEDING LLC, PO Box 522, Saint Paul, OR 97137-0522 |
| 102913953 | + | WEST WIND VENDING INC., PO Box 458, Depot Bay, OR 97341-0458 |
| 102913955 | + | WILLAMETTE HOSE & FITTINGS, PO Box 1407, Philomath, OR 97370-1407 |
| 102913956 | #+ | WILLAMETTE VALLEY LUMBER LLC, 1620 Wilco Rd, Stayton, OR 97383-1084 |
| 102913960 | | WRIGHT ONE INC, PO Box 967390, Saint Petersburg, FL 33736 |
| 102913961 | + | WSB Corporation, Attn: Rod Taylor, President, 1051 3rd St, Norco, CA 92860-2757 |
| 102913962 | + | WYE LLC., Unit 23, PO Box 4800, Portland, OR 97208-4800 |
| 102913963 | + | WYEAST LABORATORIES, PO Box 146, Odell, OR 97044-0146 |
| 102913949 | | Wantz Distributors, Inc., 11743 Warswell Road, Attention: Eric, Hagerstown, MD 21740 |
| 102913957 | + | Wilson Albers, an Alera Group Agency LLC, 3000 A Street, Suite 400, Anchorage, AK 99503-4040 |
| 102913958 | + | Wilson Albers, an Alera Grp. Agency, LLC, 1201 Pacific Ave, Suite 205, Tacoma, WA 98402-4301 |
| 102913959 | + | Wonderland Distributing, 202 Commercial St, Eureka, CA 95501-0255 |
| 102913964 | + | YAKIMA CHIEF - HOPUNION LLC, 306 Division St, Yakima, WA 98902-4553 |
| 102913966 | + | YAQUINA CAB CO., PO Box 1215, Newport, OR 97365-0140 |
| 102913965 | + | Yaquina Bay Beverage Company, 981 SE 8th Ave., Portland, OR 97214-2590 |
| 102913967 | + | ZACKERY WASSMUTH, 23406 Siletz HWY, Siletz, OR 97380-9732 |
| 102913968 | + | Zee Co, LLC, 412 Georgia Ave. Suite 300, Chattanooga, TN 37403-1853 |

TOTAL: 367

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: CSPBankruptcy@doj.state.or.us | Dec 31 2025 23:27:00 | Dept of Justice, Division of Child Support, Attn: Bankruptcy Unit, POB 14670, Salem, OR 97309-9995 |
| smg | | EDI: ORREV.COM | Jan 01 2026 04:18:00 | ODR Bkcy, 955 Center NE #353, Salem, OR 97301-2555 |
| smg | + | Email/Text: usaor.bankruptcy@usdoj.gov | Dec 31 2025 23:27:00 | US Attorney, US Attorney, 1000 SW 3rd Ave #600, Portland, OR 97204-2936 |
| smg | ^ | MEBN | Dec 31 2025 23:21:25 | US Attorney General, Department of Justice, 10th & Constitution NW, Washington, DC 20530-0001 |
| 102913633 | | Email/Text: ar@bernicks.com | Dec 31 2025 23:27:00 | Chas A. Bernick, Inc., PO Box 7008, Saint Cloud, MN 56302 |
| 102913580 | + | Email/Text: courtneybpi1@gmail.com | Dec 31 2025 23:27:00 | BEST POTS INC, PO Box 444, Albany, OR 97321-0127 |
| 102913593 | + | Email/Text: JCARFIELD@BREAKTHRUBEV.COM | Dec 31 2025 23:27:00 | BREAKTHRU BEV- COLORADO, 3980 Central Park Blvd., Denver, CO 80238-3803 |
| 102913579 | + | Email/Text: MARY.AIELLO@WESELLBUD.COM | Dec 31 2025 23:28:00 | Beechwood Sales and Service, 5350 S. Emmer Drive, New Berlin, WI 53151-7365 |
| 102913630 | | Email/Text: Bankruptcies@chrobinson.com | Dec 31 2025 23:27:00 | CH ROBINSON CO, PO Box 9121, Minneapolis, MN 55480 |
| 102913629 | + | Email/Text: bmg.bankruptcy@centurylink.com | Dec 31 2025 23:27:00 | CENTURYLINK, PO Box 91155, Seattle, WA 98111-9255 |
| 102913638 | | Email/Text: cbonvillain@choicebrands.net | Dec 31 2025 23:27:00 | Choice Brands, Inc., 310 Powell Avenue, Monroe, LA 71201 |
| 102913671 | ^ | MEBN | Dec 31 2025 23:21:51 | FIRST INSURANCE FUNDING, PO Box 7000, Carol Stream, IL 60197-7000 |
| 102913696 | ^ | MEBN | Dec 31 2025 23:20:22 | GRAINGER, PO Box 419267, Kansas City, MO 64141-6267 |
| 102913751 | + | Email/Text: agriffin@johnsonbrothers.com | Dec 31 2025 23:28:00 | Johnson Brothers of Nebraska, 9320 J St, Omaha, NE 68127-1207 |
| 102913782 | + | Email/Text: chi.sales@mcmaster.com | Dec 31 2025 23:27:00 | MCMASTER-CARR INC, PO Box 7690, Chicago, IL 60680-7690 |

Case 25-33945-pcm7    Doc 17    Filed 01/02/26

| District/off: 0979-3 | User: Admin. | Page 8 of 9 |
| --- | --- | --- |
| Date Rcvd: Dec 31, 2025 | Form ID: OFT | Total Noticed: 401 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 102913819 | + | Email/Text: banko@nwnatural.com | Dec 31 2025 23:27:00 | NW NATURAL, PO Box 6017, Portland, OR 97228-6017 |
| 102913817 | + | Email/Text: creditadminmail@nrim.com | Dec 31 2025 23:27:00 | Northrim Bank, P.O. Box 241489, Anchorage, AK 99524-1489 |
| 102913829 | + | EDI: ORREV.COM | Jan 01 2026 04:18:00 | OREGON DEPT REVENUE, PO Box 14725, Salem, OR 97309-5018 |
| 102913838 | | Email/Text: diane.hetrick@penske.com | Dec 31 2025 23:27:00 | Penske Truck Leasing Co., L.P., 2675 Morgantown Road, Reading, PA 19607 |
| 102913843 | + | Email/Text: bankruptcy@pb.com | Dec 31 2025 23:28:00 | PITNEY BOWES, PO Box 981026, Boston, MA 02298-1026 |
| 102913850 | + | Email/PDF: credit.collections@pgn.com | Dec 31 2025 23:32:58 | PORTLAND GENERAL ELECTRIC, PO Box 4438, Portland, OR 97208-4438 |
| 102913852 | + | Email/Text: RMILLER@PRAGER-MILLER.COM | Dec 31 2025 23:28:00 | PRAGER & MILLER, PC, 14911 Quorum Dr, Suite 320, Dallas, TX 75254-1482 |
| 102913857 | | Email/Text: accountinquiry@ridistributing.com | Dec 31 2025 23:28:00 | Rhode Island Distributing Company, 119 Hopkins Hill Road, West Greenwich, RI 02817-1709 |
| 102913895 | + | Email/Text: payroll@stdbev.com | Dec 31 2025 23:27:00 | STANDARD BEVERAGE CORP, 2526 E 36TH Circle N - A, Wichita, KS 67219-2300 |
| 102913905 | + | Email/Text: wright.c@pdx.sysco.com | Dec 31 2025 23:27:58 | SYSCO PORTLAND, INC., 26250 SW Parkway Center Dr., Wilsonville, OR 97070-9606 |
| 102913914 | ^ | MEBN | Dec 31 2025 23:21:56 | Toast, Inc., 401 Park Drive, Suite 801, Boston, MA 02215-3372 |
| 102913916 | + | Email/Text: gradye@msn.com | Dec 31 2025 23:28:00 | TotalClean, Inc, PO Box 5891, Salem, OR 97304-0891 |
| 102913934 | + | Email/Text: bankruptcy@ups.com | Dec 31 2025 23:28:00 | UPS, PO Box 894820, Los Angeles, CA 90189-4820 |
| 102913937 | + | Email/Text: bankruptcyecf.shared@usfoods.com | Dec 31 2025 23:28:00 | US Foods, Inc., 9399 West Higgins Road, Suite 500, Rosemount, IL 60018-4992 |
| 102913938 | + | Email/Text: YRCW.BK.INFO@YRCW.COM | Dec 31 2025 23:28:00 | USF REDDAWAY, 26401 Network Place, Chicago, IL 60673-1264 |
| 102913930 | + | Email/Text: bankruptcy@ups.com | Dec 31 2025 23:28:00 | United Parcel Service Inc., 55 Glenlake Parkway, Atlanta, GA 30328-3498 |
| 102913943 | | Email/Text: ar@vtinfo.com | Dec 31 2025 23:27:00 | VERMONT INFORMATION PROCESSING, 402 Watertower Circle, Colchester, VT 05446 |
| 102913944 | + | Email/Text: ar@vtinfo.com | Dec 31 2025 23:27:00 | Vermont Information Processing, Inc., 402 Water Tower Circle, Colchester, VT 05446-1908 |
| 102913954 | + | Email/Text: accounting@whitelabs.com | Dec 31 2025 23:28:00 | WHITE LABS, 9495 Candida St, San Diego, CA 92126-4541 |

TOTAL: 34

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 102913769 | | Louis Glunz Beer, Inc., 7199 N. Capitol Drive, Attn: Jerry Glunz |
| 102913649 | | corosys Beverage Technology GmbH & Co. K, Hessenstrasse 23, DE Hofheim Am Taunus, GMBH-D-65719 |
| cr | *+ | Port of Newport, 600 SE Bay Blvd, Newport, OR 97365-4346 |
| 102913620 | *+ | Capital Eagle Inc., 2815 V Street NE, Washington, DC 20018-1516 |
| 102913661 | *+ | Doll Distributing, LLC, 1901 Dewolf Street, Des Moines, IA 50316-2729 |
| 102913679 | *+ | Gasko & Meyer, Inc., PO Box 298, Lake Huntington, NY 12752-0298 |
| 102913727 | *+ | Hops Direct, LLC, 686 Green Valley Road, Mabton, WA 98935-9739 |

Case 25-33945-pcm7 Doc 17 Filed 01/02/26

| District/off: 0979-3 | User: Admin. | Page 9 of 9 |
| --- | --- | --- |
| Date Rcvd: Dec 31, 2025 | Form ID: OFT | Total Noticed: 401 |

| | | |
| --- | --- | --- |
| 102913754 | *+ | Joshua Parent, 48 Shannon Ave, Watertown, CT 06795-2523 |
| 102913948 | *+ | Virginia Imports, 7550 Accotink Park Rd, Springfield, VA 22150-3644 |
| 102913598 | ##+ | Breakthru Beverage Minnesota Beer LLC, 489 Prior Ave N, Saint Paul, MN 55104-3420 |
| 102913657 | ##+ | Dakota Beverage Co., 605 S. Wayland Ave., Sioux Falls, SD 57103-2210 |
| 102913667 | ##+ | EROAD Inc, 7618 SW Mohawk Street, Tualatin, OR 97062-8121 |
| 102913733 | ##+ | Improper Goods Inc., 3961 N Williams Ave, Suite 100, Portland, OR 97227-1479 |
| 102913749 | ##+ | JOHN SNYDER, 11733 SE Ash St., South Beach, OR 97366-9761 |
| 102913808 | ##+ | Next Glass, Inc., 21 South Front Street, Wilmington, NC 28401-4463 |

TOTAL: 2 Undeliverable, 7 Duplicate, 6 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 02, 2026      Signature:     /s/Gustava Winters

OFT (12/1/16)

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

December 31, 2025

Clerk, U.S. Bankruptcy Court

BY DEPUTY

In re
**Oregon Brewing Company**
  *Other names used by debtor:* Rogue Ales & Spirits, Rogue Ales
Debtor(s)

Case No. **25–33945–pcm7**

ORDER AND NOTICE
OF TIME TO FILE CLAIMS

The trustee anticipates receiving funds which may be sufficient to pay a dividend to creditors, therefore,

**IT IS ORDERED AND NOTICE IS GIVEN** that:

1. The deadline to file a Proof of Claim is **3/31/26** for all creditors, except for governmental units for which a later deadline may apply; see Fed. Rule Bankr. Proc. 3002(c)(1). Your claim must be <u>received</u> by the bankruptcy clerk's office by this deadline.

2. Any surplus of funds remaining after payment of filed claims will be returned to the debtor(s).

Clerk, U.S. Bankruptcy Court

**TO FILE A CLAIM**:

(a) File a proof of claim at <u>https://www.orb.uscourts.gov</u>. Select Proof of Claim (ePOC) and follow the steps to create and electronically file a proof of claim on the required form. No login/password is required.

(b) If you have already filed a claim in this case, do not file it again.

(c) If you do not have internet access, please call the court at 503–326–1500 or 541–431–4000 to request a claim form.

**NOTICE IS GIVEN** that, pursuant to LBR 2016–1(i)(1), the trustee may incur and pay from estate funds, or reimburse the trustee from estate funds, up to $1,000 in the aggregate for the following actual and necessary expenses to preserve or protect the estate: bond premiums, bank fees, court fees, UCC search fees, property–title search fees, and locksmith or security charges. An interested party may object within 21 days after the date in the "FILED" stamp above by filing a written objection, setting forth the specific grounds for the objection, with the Clerk of Court and serving a copy of the objection upon the trustee. If the 5–digit portion of the Case No. begins with "3" or "4", mail the objection to: 1050 SW 6th Ave., #700, Portland, OR 97204. If the 5–digit portion of the Case No. begins with "6" or "7", mail the objection to : 405 E. 8th Ave., #2600, Eugene, OR 97401. Service may be made upon the trustee at: Kenneth S Eiler, 515 NW Saltzman Rd – PMB 810, Portland OR, 97229.