Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re                                                          ) Case No._____
                                                               )
                                                               )   **Application to Employ Attorney,**
                                                               )   **Attorney Certification,**
Debtor(s)                                                      )   **And Order Thereon**

The undersigned trustee applies to employ_____,
OSB#_____, whose address is_____,
as attorney to assist in the estate's administration, and certifies that:

1.  The proposed method of compensation (e.g., hourly rate) is:


2.  The trustee estimates that the total legal fees for services to the estate will be $_____.
    If the estimate is $15,000 or greater, the trustee represents that proposals to provide the services
    were solicited from at least two different firms and such proposals were considered in view of the
    trustee's fiduciary duty to economically administer the estate.

3.  The trustee will require the assistance of the attorney to provide the following legal services:

    a.  Discrete matters (for each matter, describe the matter and the potential benefit to the estate).


**753.90 (12/1/2018)**                      Page 1 of 2

      b. Incidental legal services to the trustee regarding the administration of the estate. Fees for the services shall not exceed the greater of $1,000 or 10% of the total compensation requested by the attorney.

4. The trustee selected the above-named attorney because:

5. To the best of the trustee's knowledge, the attorney has no connections with the entities listed in the verification below, except as described therein.

Date: _____                _____
                                                        Trustee

I, the attorney named above, verify that:
1) I will be the trustee's attorney of record;
2) I have read 11 U.S.C. § 101(14) and § 327, and FRBP 2014(a); and
3) my firm has no connections with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the U.S. Trustee, any person employed in the office of the U.S. Trustee, or any District of Oregon bankruptcy judge, except as follows:

Date: _____                _____
                                             Attorney at Law                          OSB #

The undersigned, _____, certifies that on _____ this application was submitted to the court.

_____
                                             Signature

**IT IS ORDERED** that employment of the above-named attorney is authorized retroactively to the date upon which the application was submitted to the court as certified above; and that compensation of the attorney will be authorized upon compliance with local procedures and subject to review pursuant to 11 U.S.C. § 330.

### ###

**<u>Attachment to Application to Employ Attorney</u>**

Miller Nash LLP ("Miller Nash") researched its conflicts database and confirms it has no connections with or to the Debtor or Kevin Large, the plaintiff in Adversary Proceeding No. 26-03001-pcm.

Given its limited role in representing the trustee as special counsel in connection with the matters described in this Application, Miller Nash has not researched its conflicts database with respect to creditors or other parties in interest. Miller Nash will file a supplemental verified Rule 2014 statement if it becomes aware of any additional parties adverse to the Debtor's bankruptcy estate with respect to the matters within Miller Nash's proposed engagement.

Attorneys and staff at Miller Nash may be current or former employees of creditors or other parties in interest and may have beneficial ownership of securities issued by, or banking, insurance, brokerage or money market relationships with creditors or other parties in interest. Attorneys and staff at Miller Nash may have relatives or spouses who are members of law firms involved in this case or who are employed by creditors or other parties in interest. Other than with respect to the Office of the United States Trustee, Miller Nash has conducted no investigation of its attorneys' or staff members' employment, banking, insurance, brokerage or investment activities or familial connections in preparing this statement.