JULIA I. MANELA, OSB#023771
Email: jmanela@wlrlaw.com
WATKINSON LAIRD RUBENSTEIN, P.C.
Attorneys at Law
1203 Willamette Street, Suite 200
PO Box 10567
Eugene, OR 97440
Telephone: 541-484-2277

Of Attorneys for Valley View Winery, Inc.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| In re<br><br>OREGON BREWING COMPANY<br><br>Debtor. | Case No. 25-33945-pcm7<br><br>**VALLEY VIEW WINERY, INC.'S SUPPLEMENTAL OBJECTION TO THE TRUSTEE'S NOTICE OF INTENT TO SELL INTELLECTUAL PROPERTY TO SILVER SCOPE MEDIA LTD.** |

Valley View Winery, Inc. (**Valley View**) filed its objection to the Trustee's Notice of Intent to Sell Intellectual Property to Silver Scope Media Ltd., [Doc 148] on July 31, 2026, [Doc 160] (the **Objection**) .

Valley View supplements its Objection with the following.

1. Valley View does not object to the sale, provided that: (1) the sale remains subject to Valley View's Objection; (2) the buyer consents to the Bankruptcy Court's jurisdiction to resolve ownership disputes; and (3) the sale order excludes the following assets belonging to Valley View, collectively referred to as the "Wine Product":
   - The ROGUE word mark for wine and wine-based products, including U.S. Trademark Registration No. 1,625,132,

- ROGUE U.S. Serial No. 77650958 Registration No. 4,392,457 — Class 33 — expressly covering "Red wine."

- Use of ROGUE in the wine field including: all contractual rights, common-law rights, priority rights, associated goodwill, registrations and applications, renewals, re-filings, foreign counterparts, and claims or causes of action.

- All wine-related marks, names, stylizations, logos, label designs, trade dress, domain names, social-media identifiers, and uses incorporating ROGUE, including DOMAINE ROGUE and all variants of CÔTE/COTES DU ROGUE or CÔTE/COTE DE ROGUE, ROGUE RED, WHITE, ROSE, whether accented or unaccented, singular or plural, and any other ROGUE-formative mark used or intended for wine or wine-based products.

- All wine and wine-based goods using ROGUE, including:
    - red, white, rosé, sparkling, still, fortified, dessert, fruit, flavored, aromatized, mulled, and cooking wines;
    - vermouth;
    - wine coolers, wine spritzers, sangria, wine punches, wine cocktails, ready-to-drink wine beverages, wine-based aperitifs or digestifs, and wine-based hard seltzers;
    - low-alcohol, dealcoholized, and nonalcoholic wines and other wine-derived beverages; and
    - any other beverage or product made principally from, containing, derived from, or marketed as wine, to the broadest extent supported by the agreements and Valley View's common-law rights.

- Any wine related rights under the following registrations:
    - ROGUE — Brazil No. 911558314;
    - ROGUE (Chinese characters) — China No. 24217405;
    - ROGUE — Japan Application No. 2006-30109 / Reg. No. 5013057;

- Wine field rights in Europe.

2. Per the Objection, the Trustee cannot sell assets that do not belong to the estate. Valley View does not object to the sale otherwise as long as it is subject to an order addressing the Wine Product, nor does stand in the way of the Trustee closing a sale subject to a later resolution of the ownership rights of the bankruptcy estate in the Wine Product. If Valley View and the

Trustee do not reach agreement regarding ownership of the Wine Product, Valley View anticipates filing an adversary proceeding to obtain a determination of the ownership rights.

DATED: August 24, 2026.

WATKINSON LAIRD RUBENSTEIN, P.C.

By: /s/ Julia I. Manela
Julia I. Manela, OSB No. 023771
541-484-2277
Of Attorneys for Valley View Winery, Inc.

**CERTIFICATE OF SERVICE**

I certify that on August 24, 2026, I served or caused to be served a true, correct, and complete copy of the **VALLEY VIEW WINERY, INC.'S SUPPLEMENTAL OBJECTION TO THE TRUSTEE'S NOTICE OF INTENT TO SELL INTELLECTUAL PROPERTY TO SILVER SCOPE MEDIA LTD.** via ECF/CM to the ECF Registered Participants listed below:

- **TODD M. ARNOLD** tma@lnbyg.com
- **JASON M AYRES** jason.ayres@foster.com, nikea.smedley@foster.com,esther.jeong@foster.com,litdocket@foster.com
- **Kenneth S Eiler** or10@ecfcbis.com
- **DANIEL KUBITZ** dkubitz@schwabe.com, centraldocket@schwabe.com;jlowes@schwabe.com
- **JUSTIN D LEONARD** Justin.Leonard@doj.oregon.gov, OR_DOJ_ECFNotices@doj.oregon.gov
- **HOWARD M LEVINE** hlevine@sussmanshank.com, asinclair@sussmanshank.com,ecf.howard.levine@sussmanshank.com,howard-levine-5487@ecf.pacerpro.com
- **SHANNON R MARTINEZ** shannon@shannonmartinezlaw.com
- **DOUGLAS R PAHL** dpahl@perkinscoie.com, rwolf@perkinscoie.com;docketpor@perkinscoie.com
- **CAMERON MARSH PERLA** cameron.perla@usdoj.gov, ilana.greenslade@usdoj.gov
- **STEPHEN A RAHER** sraher@pdx-law.com
- **NATHAN R. RING** nathan@rrvlawyers.com, michelle@rrvlawyers.com
- **CHAD M STOKES** cstokes@cablehuston.com, bhenry@cablehuston.com
- **US Trustee, Portland** USTPRegion18.PL.ECF@usdoj.gov

I further certify that on August 24, 2026, I served or caused to be served the **VALLEY VIEW WINERY, INC.'S SUPPLEMENTAL OBJECTION TO THE TRUSTEE'S NOTICE OF INTENT TO SELL INTELLECTUAL PROPERTY TO SILVER SCOPE MEDIA LTD.** by depositing true, exact, and complete copies in the United States Post Office at Eugene, Oregon, enclosed in a sealed envelope, with first class postage prepaid and addressed to the parties at the addresses stated below:

Bennington & Moshofsky, P.C.
8285 SW Nimbus Ave #191
Beaverton, OR 97008

PARNA A. MEHRBANI on
behalf of Trustee Kenneth S Eiler
1300 SW 5th Ave. Ste 2400
Portland, OR 97201

Microstar Logistics, LLC
Todd Erickson
2401 15 St. 2nd Fl
Denver, CO 80202

NORTHRIM FUNDING
SERVICES, A DIVISION OF
NORTHRIM BANK
Jason Medley, Spencer Fane LLP
3040 Post Oak Blvd., Suite 1400
Houston, TX 77056-6560

I further certify that on August 24, 2026, I served or caused to be served a true, correct, and complete copy of the **VALLEY VIEW WINERY, INC.'S SUPPLEMENTAL OBJECTION TO THE TRUSTEE'S NOTICE OF INTENT TO SELL INTELLECTUAL PROPERTY TO SILVER SCOPE MEDIA LTD.** via email to the parties below as representatives to potential purchasers of the intellectual property:

Chris Wilson: cwilson@securitieslegal.com;
Todd M. Arnold: TMA@lnbyg.com;
Taylor Duncan: Taylor.Duncan@Dinsmore.com;
Peter D. Ricoy: peter@beeghlyricoy.com;
Rizwan Akmal: rakmal@h-alaw.com;
Tara Schleicher: Tara.Schleicher@foster.com;
Sam Ghadiri: samghadiri@gmail.com

WATKINSON LAIRD RUBENSTEIN, P.C.

By: /s/ Julia I. Manela
Julia I. Manela, OSB No. 023771
(541) 484-2277
Of Attorneys for Valley View Winery, Inc.