UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>OREGON BREWING COMPANY<br><br><br><br>Debtors | Case Nos.: 25-33945-pcm7<br><br>TRUSTEE'S STATUS REPORT<br>RE MOTION TO SELL IP |

On July 10, 2026, the Trustee filed a Motion to Sell (**Sale Motion**) all of the debtor's intellectual property, free and clear of liens, to Silver Scope Media, Ltd., a UK entity, for $400.000 (Dkt. 148). An Intellectual Property Asset Purchase Agreement was attached to the Sale Motion (**APA**). The Sale Motion provided that anyone wishing to object to the sale must do so within 21 days of July 10, 2026.

One objection was filed, by Valley View Winery, Inc., claiming a limited interest in the sale assets, principally as it relates to wine (Dkt. 160).[1] The sale motion also provided that anyone wishing to submit an upset bid must do so by August 21, 2026. The Trustee subsequently received six (6) upset bids. Finally, the Sale Motion provided that the court would hold a hearing on August 26, 2026 at 9:00am to consider the Sale Motion, any timely filed Objections thereto, and any upset bids.

[1]The Sale Motion noted that Northrim Funding Services (Northrim) may claim a lien on the sale assets in the sum of $1.2 million dollars. Northrim has subsequently conceded that it does not have a lien on the sale assets subject to the Trustee's sale motion. Northrim has not objected to the pending sale motion.

The purpose of this Status Report is to advise the court of the upset bids that have been received; the proposed resolution of the pending Valley View Objection to the Sale Motion, and the Trustee's proposal to submit a Sale Approval Order authorizing the Trustee to conduct an auction among the original and upset bidders, and to thereafter submit an Order approving the sale to the winning bidder.

**BIDDERS**

Below is a detail of the bids received by the Trustee. This detail contains the name of the bidder and the amount of their bid. The bidders are listed in the order that they will continue bidding at the auction to be conducted by the Trustee.

| NAME | AMOUNT | |
|---|---|---|
| SILVER SCOPE MEDIA LTD | $400,000 | (a United Kingdom entity) |
| COULTER VENTURES LLC | $440,000 | (an Ohio entity) |
| THOMAS INVESTMENT GROUP LLC | $440,000 | (an Oregon entity) |
| STG BEV HOLDINGS, INC | $440,000 | (a California entity) |
| ROSIEBERTFRANCO LLC | $450,000 | (a Pennsylvania entity) |
| SWICKARD CP LLC | $450,000 | (a Nevada entity) |
| ELECTREND, INC | $500,000 | (a California entity) |

**VALLEY VIEW OBJECTION**

In general, Valley View claims an interest in the Rogue mark for the purpose of promoting and marketing wine. Each of the bidders have agreed that they will purchase the Sale Assets subject to the rights, if any, of Valley View in the sale assets. The Trustee and respective bidders anticipate that Valley View's interest in the sale assets will eventually be

resolved by a separate judicial proceeding, or by settlement, between the winning bidder and Valley View. The Trustee does not anticipate participating in these deliberations.

**ASSET PURCHASE AGREEMENT**

Some of the upset bidders submitted a slightly revised asset purchase agreement, endeavoring to expand on the description of the sale assets and opine on the form of a sale order. The Trustee's counsel has revised the APA attached to the Sale Motion to incorporate some of the suggestions made by the upset bidders. The revised Asset Purchase Agreement has been circulated among all of the bidders and it is anticipated that each will consent to the form of the agreement.

**AUCTION PROCEDURE**

Assuming the Court approves the Trustee's pending Sale Motion, the Trustee proposes to conduct a Zoom auction as soon as can be conveniently scheduled with the bidders listed above. Once the auction has been completed, the Trustee will upload an Order to the court, in a form approved by the winning bidder, confirming the auction results, the winning bidder, and the amount of all other bidders final bid before dropping out (**Final Sale Order**). This Order shall be considered final, allowing the sale to close, when no appeal has been timely filed or, if any appeal has been filed, when no stay has been issued preventing the Final Sale Order from becoming enforceable. The auction will be conducted as follows:

The bidding will be in increments of at least $10,000 and commence with Silver Scope. In other words, Silver Scope will need to bid at least $510,000 to participate in the auction. The order of bidding thereafter will be Coulter Ventures, followed by Thomas Investments, followed by STV Bev Holdings, followed by RosieBertFranco, followed by Swickard CP,

followed by Electrend, before returning to Silver Scope. Bidding will continue thereafter in increments of $10,000 or more, until six of the bidders have dropped out and one remains. As bidders drop out, their final bid will be noted as the amount they would need to pay should they agree to retain their position as a backup bid, and should subsequent higher bidders fail to perform.

The winning bidder will need to wire the Trustee the amount of the winning bid by 5pm PST on the 2nd business day following the date when the Final Sale Order is considered final, as described above. If the winning bidder fails to pay the balance of the winning bid by that deadline, then the second highest bidder, who has elected to retain their position as a backup bid, will have 10 days from notice of that failure to pay their last highest bid. If that bidder fails to do so, then the third highest bidder, who has elected to retain their position as a backup bid, will have 10 days from notice of that failure to pay their last highest bid. If that bidder fails to do so, then the fourth highest bidder, who has elected to retain their position as a backup bid, will have 10 days from notice of that failure to pay their last highest bid. If that bidder fails to do so, then the fifth bidder, who has elected to retain their position as a backup bid, will have 10 days from notice of that failure to pay their last highest bid. If that bidder fails to do so, then the sixth highest bidder, who has elected to retain their position as a backup bid, will have 10 days from notice of that failure to pay their last highest bid.

Bidders who fail to pay their winning bid when noticed to do so will forfeit their deposit. Once a winning bidder pays their purchase price, the amount the deposits of the other bidders that have not otherwise been forfeited will be returned to each bidder within seven (7) days of receiving instructions as to where to wire the deposit. Bidders who elect not to retain their position as a backup bid will have their deposit returned within seven (7) days of receiving instructions as to where to wire the deposit. Finally, any of the existing bidders who

elect not participate in the auction will have their deposit returned within seven (7) days of receiving instructions as to where to wire the deposit.

**CONCLUSION**

At the hearing on August 26th the Trustee will ask the court to enter an Order approving the Trustee's Sale Motion subject to the Trustee conducting an auction among the original and upset bidders and the presentation of a Final Sale Order identifying the winning bidder. The Trustee anticipates scheduling the auction later this week or sometime during the following week, depending on the schedule of the participating bidders.

Respectfully submitted,

/s/ Kenneth S. Eiler
Chapter 7 Trustee

c: by ecf only