08/26/2026 Judge Peter C McKittrick

| | | |
|---|---|---|
| 09:00 25-33945-pcm7 | Oregon Brewing Company - db | DANIEL KUBITZ (Not present) |
| | Thomas Investment Group -bidder | TARA SCHLEICHER |
| | Valley View Winery, Inc. -cr | JULIA MANELA |
| | Coulter Venture -bidder | TODD ARNOLD |
| | Rosiebertfranco - bidder | RIZWAN AKMAL |
| | Swickard CP - bidder | PETER RICOY |
| | Electrend Inc -bidder | YOSINA LISSEBECK |
| | Silver Scope Media - bidder | CHRISTOPHER WILSON |
| | Kenneth S Eiler -tr | HOWARD LEVINE |

**Matter: Notice of Intent to Sell Real or Personal Property at Private Sale, Compensate Real Estate Broker, and/or Pay any Secured Creditor's Fees and Costs; Motion for Authority to Sell Property Free and Clear of Liens; and Notice of Hearing Fee Paid Filed By Trustee Kenneth S Eiler. Doc# 148**

Summary of Proceedings

After discussion on the record with all parties, the Court will conditionally overrule the objection by Valley View Winery, to the extent that the Court receives an order that satisfies the concerns raised by the Court and Ms. Manela. Mr. Howard will work with Ms. Manela regarding the form of the order and will circulate it to the parties before Monday's hearing.

The continued hearing is set for August 31, 2026 at 3:30 p.m. by video. If the parties resolve the issues regarding the form of the order before the continued hearing, correspondence may be uploaded to the Court, and the hearing may be taken off calendar.

Visit www.orb.uscourts.gov/video-hearings for connection information.

---

Order to be prepared by: _____ Clerk's Office _____ Chambers Other: Howard Levine

Minute Order: