Howard M. Levine, OSB No. 800730
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205-3089
Telephone: (503) 227-1111
Facsimile: (503) 248-0130
E-Mail: hlevine@sussmanshank.com

Attorney for Chapter 7 Trustee, Kenneth S. Eiler

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>OREGON BREWING COMPANY,<br><br>Debtor. | Case No. 25-33945-pcm7<br><br>DECLARATION OF HOWARD M. LEVINE IN SUPPORT OF OBJECTION TO ACKLEY BRANDS' MOTION FOR ORDER AUTHORIZING ITS PARTICIPATION IN AUCTION |

I, Howard M. Levine, declare under penalty of perjury:

1. I am the attorney for Kenneth Eiler, Trustee in the above case.

2. On August 28, 2026 Ackley's counsel sent the undersigned an email containing a December 1, 2025 industry article in which Ackley was prominently mentioned as being a party interested in acquiring the Debtor's assets. A copy of the email and the article are attached as Exhibit 1.

3. I conducted a Google search on September 2, 2026 using the search terms "rogue brewing assets" to locate information about the sale of the Debtor's Intellectual Property Assets (the "**IP Assets**").

4. My search revealed at least three hits, dated August 13, 2026, August 14, 2026

and August 17, 2026, each of which predates the August 21, 2026 bidding deadline. Copies of the search results are attached as Exhibits 2-4 hereto.

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing statements are true and correct.

DATED this 3rd day of September 2026

By: /s/ Howard M. Levine__________
Howard M. Levine, OSB No. 800730



SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

**From:** Glover, Bryan T.
**To:** Howard M. Levine
**Cc:** Kaplan, John S.; Lira, Brandon E.
**Subject:** RE: Oregon Brewing Company
**Date:** Monday, August 31, 2026 3:47:49 PM
**Attachments:** image003.png
image004.png
image001.png
image005.png
BREWBOUND - Rogue Creditors, Suitors (2).pdf

---

**External Email - Exercise caution with links, attachments, and requests for information.**

Howard-

I am reaching out to you on behalf of our client Ackley Brands. My understanding is that my partner John Kaplan had previously reached out to you to see if Ackley Brands could participate in the auction of the estate's IP assets, but that the Trustee's position was that Ackley Brands could not do so because bids were due on August 21. Our client has asked us to reach out to you again to reconsider this request and to emphasize the following: (a) Ackley Brands or its designee would be prepared to submit a bid of at least $510,000 as an opening bid for the assets and thereafter engage in competitive bidding at the auction; (b) Ackley Brands is adequately financed/capitalized to fund the purchase price; and (c) Ackley Brands was never notified of the sale process, even though it was a known suitor for Oregon Brewing Company's assets before the petition was filed. Please see the attached article from back in December 2025 wherein Ackley Brands' interest is discussed. As a result, Ackley is wondering why it was not notified of the sale process and instead heard about it from a news article after bids were due.

We have the following questions:

- Will the Trustee allow Ackley Brands to participate in the auction?
- When is the Auction?
- Will you circulate a copy of the revised APA that I understand has been accepted by all known bidders?

Given the lack of notice, our client is prepared to file an emergency motion to get court authorization to participate in the auction, but we're hopeful that this will not be necessary.

Please let us know your thoughts and responses to the above questions at your earliest convenience.

Thanks,

Bryan

**Bryan Glover** | Partner
**STOEL RIVES LLP** | 600 University Street, Suite 3600 | Seattle, WA 98101
Direct: (206) 386-7555 | Mobile: (404) 808-5429
bryan.glover@stoel.com | Bio | vCard | www.stoel.com

Stoel Rives LLP

This email may contain material that is confidential, privileged, and/or attorney work product for the sole use of the intended recipient. Any unauthorized review, use, or distribution is prohibited and may be unlawful.

---

**From:** Kaplan, John S. <john.kaplan@stoel.com>
**Sent:** Friday, August 28, 2026 1:35 PM
**To:** Howard M. Levine <hlevine@sussmanshank.com>
**Cc:** Lira, Brandon E. <brandon.lira@stoel.com>
**Subject:** Re: Oregon Brewing Company

Howard, I sent you a second email with our client's offer. Is it still the trustee's position that this is too late? It seems highly competitive with the proposed sale we saw on file and could be done in conjunction with another sale to someone who just wants the wine brands.
Sent from my iPhone

> On Aug 28, 2026, at 2:05 PM, Howard M. Levine <hlevine@sussmanshank.com> wrote:
>
> Hi John,
>
> Indeed, it has been a long time. Hope you're doing well too.
>
> I do represent the Trustee.
>
> The time for submitted bids expired on August 21st. We received six overbids. Unfortunately, with the time for biding having expired, we cannot accept new bids.

Check back with me in a few weeks. If for some reason the sale doesn't close, we will be looking to restart the process.

**Howard M. Levine**
Special Counsel, Business Restructuring Group
Sussman Shank LLP
D: Direct & Cell: 503.243.1637

**From:** Kaplan, John S. <john.kaplan@stoel.com>
**Sent:** Friday, August 28, 2026 11:12 AM
**To:** Howard M. Levine <hlevine@sussmanshank.com>
**Cc:** Lira, Brandon E. <brandon.lira@stoel.com>
**Subject:** Oregon Brewing Company

**External Email - Exercise caution with links, attachments, and requests for information.**

Howard,

It's been a long time. I hope you're doing well,

Are you counsel to Ken Eiler in this case? We have a client interested in bidding on IP assets; they only recently saw an article about it and were not aware of the sale process previously. Are you the person to whom bids should be submitted, or is it Ken?

Thank you. John

**John S. Kaplan** | Partner
**STOEL RIVES LLP** | 600 University Street, Suite 3400 | Seattle, WA 98101
Direct: (206) 386-7524 | Mobile: (206) 369-1634
john.kaplan@stoel.com | Bio | vCard | www.stoel.com
Stoel Rives LLP

This email may contain material that is confidential, privileged, and/or attorney work product for the sole use of the intended recipient. Any unauthorized review, use, or distribution is prohibited and may be unlawful.




## INDUSTRY MARKETPLACE

Contract Production & CoPacking Partner to Grow...

View All | Post a Listing

## LATEST NEWS

New Products: Notch Schnitt Cans; Sierra Nevada Citra Little...

Brewers Association 2025 Benchmarking Survey: 92 Breweries R...

SPONSORED POST
Building Community & Knowledge: CCBA's Kelsey McQuaid...

SPONSORED POST
Innovation in Beer Distribution: NBWA's David Christman on...

SPONSORED POST

# Press Clips: Rogue's Possible Pre-Bankruptcy Suitors; TTB Reopens; Pike's Pub & Fish Bar to Close

Brewbound.com Staff | Dec. 1, 2025 at 8:00 AM

Investment · Mergers & Acquisitions · Openings & Closings · People Moves · Press Clips

Listen to this article
00:00 / 10:49



## INDUSTRY SPOTLIGHT




LIGHT CIDER LEADS THE BETTER-FOR-YOU EVOLUTION. VIVID MAKES THE SEASON MERRY AND BRIGHT.

Ad by Seattle Cider Company

Today's drinkers don't compromise; they trade up. VIVID delivers bold flavor and low ABV for the next era of better-for-you choices.

Learn More

## JOBS IN THE BEER INDUSTRY

Head Production Brewer - Alaska Pacific ...
Director of Sales - Asheville, NC or remot...
Packaging Manager - Trillium
Warehouse/Fulfillment Specialist - Brewe...

Turnkey Canning Solutions for Craft Beverages

## FEATURED JOBS

- Southern California Craft Beverage Sales Rep & ...
- Director Of Hospitality - Three Taverns Brewery
- Hiring Across Production & Operations! - Edison...
- Area Sales Representative Hudson Valley - Three...
- Taproom Operations Manager - Cerebral Brewing
- Brewer - Foolproof Brewing Company

View All Jobs | Post a Job

## ADDITIONAL NEWS

- Press Clips: Rogue's Possible Pre-Bankruptcy Suitors; TTB Reopens; Pike's Pub & Fish Bar to Close
- Insider's Week in Beer: A New Kind of Shower Beer
- Brewbound Live

*Editor's Note: The below news items were initially reported in the Brewbound Insider Newsletter November 20-26. Not an Insider? Become one today to get earlier access to what's going on in the industry.*

**Rogue's Possible List of Suitors Pre-Bankruptcy**

Who looked at Rogue Ales & Spirits' books before the company shuttered?

Monday's bankruptcy filing revealed who the Newport, OR-based craft brewery shared financial statements with over the last two years. That list includes:

- Columbia Bank and Northrim Bank, Rouge's two secured creditors;
- Ackley Brands, the wine maker that also owns Mac & Jack's craft brewery (Redmond, WA) and Silver City Brewing (Bremerton, WA);
- Ninkasi's holding company (Eugene, OR);
- East Fork Group Ltd.;
- And Tilray Brands' American Beverage Crafts LLC, which lists the address for SweetWater Brewing.

Ad from Brewbound
BREWBOUND LIVE IS ALMOST HERE! SEE WHO'S GOING
Brewbound Live hits L.A. on December 10th and 11th. Hundreds are already signed up including New Belgium, Whole Foods, Deschutes, and JuneShine. See the full attendee list and register before it's too late.

Also of note in the filing, Rogue was carrying more than $1.2 million in hop inventory, along with $692,644 in labeled and bottled beverages, $2.88 million of barrel-aging whiskey, more than $1 million in raw materials and $614,827 in packaging.

The court in the bankruptcy case issued an order Tuesday to correct deficiencies for missing creditor addresses in the filing within 14 days or face dismissal.

**Notable/Quotable: 'Travel Costs and Accessibility Become Hurdles Again …'**

Following last week's news of the Siebel Institute of Technology's upcoming move to Montreal from Chicago, we checked in with Siebel alum Zack Day, co-founder and director of brewing operations at Funkytown Brewery (Chicago, IL). Here's what he had to say:

Ad from Seattle Cider Company
LIGHT CIDER LEADS THE BETTER-FOR-YOU EVOLUTION. VIVID MAKES THE SEASON MERRY AND BRIGHT.
Today's drinkers don't compromise; they trade up. VIVID delivers bold flavor and low ABV for the next era of better-for-you choices.

"Siebel has been a staple in the Chicago beer scene for over 150 years. Having both domestic

- Head Brewer - Firehouse Brewing Co.
- National Accounts Manager - Midwest - ...
- Brewer / Cellar Person - Monday Night B...

View All Jobs | Post a Job




## UPCOMING EVENTS

**BEVNET LIVE L.A. 2025**
Marina del Rey, CA - December 7-9, 2025
Register Now

**BREWBOUND LIVE 2025**
Marina del Rey, CA - December 10 +11, 2025
Register Now

## PROMOTED PR POSTS


Brewbound Live 2025 Pitch Slam Judges Revealed


Should Bev-Alc Brands Put Down The CPG Marketing Playbook?


Brewbound Podcast: Smog City's Laurie Porter on the Life in the Middle

"Siebel has been a staple in the Chicago beer scene for over 150 years. Having both domestic and international students come through the city has helped Chicago and its breweries shine as one of the best craft beer destinations in the world.

"There are already so many barriers in craft beer, especially for Black and Brown folks, and having Siebel here in Chicago removed at least a portion of one. Now, travel costs and accessibility become hurdles again, especially for international students who may face additional travel restrictions, visa challenges, or higher overall expenses just to get to Montreal."

A move back to Chicago is off the table for Siebel, but a spokesperson told Brewbound smaller courses on this side of the border remain a possibility.

The spokesperson said: "While we do not see going back to a campus location in Chicago, Siebel Institute could certainly entertain the idea of conducting smaller local courses in Chicago or in other large cities in the USA, if there is a demand."

The student population for Siebel's advanced courses is nearly 100% international, while intermediate courses are about 50%.

"Delays and uncertainties in getting visas approved on time have certainly been a major hurdle for the students who wish to travel to Chicago and attend our courses," the spokesperson said.

**TTB Reopens for Label Processing and Other Services**

The TTB has resumed operations following the end of the 43-day federal government shutdown.

The bureau is "actively developing strategies to further streamline processes, redeploying staff to critical areas" and leveraging overtime where appropriate, it wrote in an email on Friday.

The TTB has begun processing certificates of label approval (COLA) received during the shutdown. Malt beverage (submissions from October 3 being processed as of November 21) labels lag behind spirits (October 31) and wine (October 21). Processing times vary for malt beverages (33 days), spirits (42 days) and wine (41 days).

For bev-alc formula approval applications, the TTB has begun processing applications received on October 21 across all three categories. Processing times vary less than COLA applications; spirits have the shortest at 40 days, followed by malt beverages (41 days) and wine (42 days). Formulas that require sample analysis take 56 days, but the TTB is processing applications received on November 7.

As of Monday, the TTB's goal is to process 85% of permit applications within 75 days and 85% of COLA and formula applications within 15 days of receipt.

The TTB has asked producers to aid its post-shutdown recovery by withdrawing applications that are no longer needed, waiting to submit until final formulas or labels are decided and checking that all applications are correct and complete before submitting.

THE ONLY KIWI BEER AVAILABLE IN AMERICA ARRIVES THIS YEAR

HERITAGE GLOBAL PARTNERS TO AUCTION BREWING AND RESTAURA...

SIERRA NEVADA BREWING COMPANY SELECTS OHANAFY TO POWER 202...


BIG COUNTRY EXPANDS ITS WEST COAST FOOTPRINT WITH NEW PARTNERSHIP...

THE ODOM CORPORATION SELECTS GOSPOTCHECK FOR BETTER COMPLIANCE...

THC BEVERAGE PIONEER FLORA REBRANDS WITH FUNCTIONAL INGREDIENTS

View All | Post a PR

## RECENT ARTICLES

NEWSWIRE | FEATURES | SPIRITS

- American Rebel Light Expands Kroger F...
- Mother Earth Brew Co. Double Beer Rele...
- Cider Category Surges, Powered by Gro...
- Sunrise Brewery Invests £100,000 Into C...
- Ypsilanti-Based O&W Inc. Celebrates Giv...

View All | Submit News

checking that all applications are correct and complete before submitting.




**Tilray to Close Revolver Granbury Location**

Tilray Brands' Project 420 cost-cutting efforts are continuing, with the planned closure of Revolver Brewing's original Granbury, Texas, location, the company announced in a social media post earlier this week.

The move follows the end of large-scale brewing operations at the location earlier this year.

A note on Revolver's Instagram said the taproom is moving to Dallas-Fort Worth: "Our passion for craft beer and warm hospitality remains as strong as ever, and we can't wait to welcome you to our new home."

**Pike Brewing to Shutter Pike Place Pub, Fish Bar**

Pike Brewing (Seattle, Washington) will close Pike Pub and Pike Fish Bar, both located at the city's iconic Pike Place Market, it announced this week.

The locations' final day of service will be November 30. All pints cost $4 until then, Pike shared.

The closure comes slightly more than two years after Pike moved its brewing operations to a new facility in Seattle's SoDo neighborhood. That brewery does not have a taproom at the location.

Pike directed drinkers to seek its products at on- and off-premise retailers across the Pacific Northwest and its taproom at Seattle Convention Center Summit.

Pike's 2024 output declined 63% YoY, to 1,995 barrels of beer, according to data from the Brew-

Pike's 2024 output declined 65% YoY, to 1,995 barrels of beer, according to data from the Brewers Association.

**Molson Coors to Shutter Cork Craft Brewery**

Molson Coors will close its Irish craft brewery Franciscan Well (Cork) early next year, the Irish Times reported.

Molson Coors cited "a challenging craft beer category" and "other economic pressures" for closure. Breweries in Ireland have been tackling increased commercial water charges and heightened supply costs from U.S. tariffs, according to the Irish Times.

Molson Coors acquired Franciscan Well in 2013. Fifteen employees are reportedly affected by the closure.

**Molson Coors-Michelle St. Jacques Severance Details**

Details of Molson Coors chief commercial officer Michelle St. Jacques' separation from the company were laid out in a Form 8-K filing Thursday with the U.S. Securities and Exchange Commission.

St. Jacques will receive severance pay of $750,282 (minus withholding taxes) in a lump sum or installment payments through November 14, 2026. However, those payments are conditioned upon whether she accepts full-time employment, including if she goes to work for a competitor of Molson Coors, in which she would "forfeit any further severance pay and benefits, including any bonus payment."

Molson Coors defines competitors in the agreement as "any other alcohol beverage manufacturer (including beer, wine, and spirits) or beer distributor (excluding any company-affiliated distributors), as determined by the company in its absolute discretion."

St. Jacques remains eligible for a prorated bonus scheduled for March 2026, including a cash payment of $675,254 (minus taxes). She will also receive a cash payment for unvested restricted stock units and performance share units that she was granted in 2023 and were set to vest in February 2026.

The agreement includes payments for several other benefits, as well as confidentiality and non-disparagement agreements.

**Notable/Quotable: 'People Say They Have Fewer Reasons to Celebrate, Fewer Reasons to Go Out and Socialize ...'**

"... and all those result in just a less predictable and more inconsistent consumer base when it comes to their behaviors," Bump Williams Consulting (BWC) president Dave Williams said earlier this month at the Mass Brewers Guild Conference.

Williams warned that consumers are thinking about the impact of purchases on their bottom

Williams warned that consumers are thinking about the impact of purchases on their bottom line, with price and inflation "creeping up."

"When your discretionary income starts getting reduced, what gets cut first in those scenarios – the staples you need to survive, or the things that you did to relax or enjoy or have some fun? It's a shitty question to ask, but we all know what the ultimate answer is."

Consumers are still willing to spend on high-end bev-alc items, but they need to be given a "value proposition" or a "reason to trust you and extend and make that purchase," Williams said.

*Williams also dove into other trends across craft, NA, intoxicating hemp and more. Catch up here.*




**Word on the Street: 'Big Beer Companies Will Need to Acquire More Emerging Beyond Beer Brands to Offset Rising Structural Headwinds in Beer'**

– Cowan analysts on the Wall Street Journal's report that A-B is in talks to acquire BeatBox for a reported $700 million.

The financial services firm called BeatBox "a proven success in the beyond beer category," with off-premise sales up 36% and on pace for $382 million in the last 52-week period.

Cowan wrote: "The news of a prospective acquisition differs from what we thought we heard from ABI about their capital allocation priorities in the U.S. when we wrote our Beyond Beer report in January. However, we think the brand will fit well in the ABI portfolio and further their efforts to reduce their exposure to mainstream beer declines."

That fit is in part due to the vast majority of BeatBox's volume distributed by A-B wholesalers, with room to grow at 56% ACV (all commodity volume).

Cowan added that BeatBox's "valuation of 2.9x EV/LTM (enterprise value/last 12 months) sales

Cowan added that BeatBox's "valuation of 2.9x EV/LTM (enterprise value/last 12 months) sales seems reasonable in relation to multiples paid for similar beyond beer brands averaging 4x sales in recent years."

**Firestone Walker Extends X Games Partnership**

Firestone Walker (Paso Robles, California) has extended its partnership with the X Games through the 2026 winter and summer events, the companies announced last week.

The partnership will include expanded "broadcast, digital, experiential and athlete-driven storytelling," that will showcase Firestone Walker's 805 beer brand, including 805 Blonde Ale, 805 Cerveza and 8ZERO5, according to a press release. There will also be "a strong 805 Beer presence on-site" at X Games events, athlete collaborations, limited-edition apparel and trade programs.

X Games global chief revenue official Cherie Cohen said: "805 Beer has become part of the cultural fabric of action sports. Their commitment to storytelling, creativity and supporting athletes makes them the perfect fit for our global community."

Firestone Walker partnered with the X Games earlier this year for the league's 30th anniversary, and has a longer history of collaborations with X Games athletes.



©2010-2025 BevNET.com®, Inc. Terms of Use Privacy Policy

# Dead Guy is Not Dead Yet! Rogue Ales & Spirits Shows Signs of Life

KENDALL JONES AUGUST 17, 2026







Search …

Exhibit 2 Page 1 of 4

ELLIOTT BAY BREWING COMPANY
WEST SEATTLE BURIEN LAKE CITY EST. 1997
USDA ORGANIC

PFRIEM JAPANESE LAGER
TWO TIME WORLD BEER CUP® WINNER
AVAILABLE YEAR-ROUND
PFRIEM

## Don’t Get Too Excited. Rogue’s IP Assets Have Attracted Some Interest

As we reported, Rogue Ales & Spirits abruptly ceased operations at all of its facilities last November. Not long thereafter, we shared news that the company filed for bankruptcy. It was an unceremonious end for a nearly 40-year-old brand that helped propel the craft beer revolution forward. But wait, the Dead Guy is not entirely dead yet! As part of the process, the company’s intellectual property rights are up for sale and, to date, there’s a $400,000 offer on the table. Bidding continues through this week. Also, there are rumors about the possible future of Rogue’s more tangible, beery assets.

What does “IP assets” mean? Rogue’s IP rights include its website domain name (Rogue.com), beer recipes, biological strains, the right to propagate its proprietary yeast. Add to that its social media accounts, trademarks, brands, graphics, and all that jazz.

### *Not Very Beery*

Does this mean that Rogue’s Dead Guy Ale may rise from the grave? Not likely, given the current offer, which comes from an English company that does not make beer. Silver Scope Media is a digital marketing and web design agency that provides custom-built websites, strategic search engine optimization (SEO), and online growth campaigns.

MAC & JACK'S BREWING CO. WHOLEHEARTED BEER

MAC & JACK'S BREWING CO. WHOLEHEARTED BEER
MOSES LAKE TAPROOM
ICICLE BREWING MADE IN Leavenworth, WA
LUCKY ENVELOPE BREWING Culturally Inspired Beer
München Haus Bavarian Grill & Beer Garden 709 Front St. 509.548.1158 www.munchenhaus.com
POSTDOC BREWING REDMOND KENMORE

Search engine optimization is definitely not beer and definitely not very rogue. If nothing else, rogue.com is a desirable web property and, for the right business, $400k might be a steal. When evaluating its assets for bankruptcy purposes, Rogue Ale & Spirits valued its IP property rights at $2 million. That might have been optimistic.

Another Oregon-based business filed an objection to the sale of the IP assets, asserting that it has a “perpetual license” for Rogue’s wine and wine-based products. Valley View Winery trademarked “Rogue” in 1983, but a court settlement later granted Oregon Brewing (Rogue) the trademark rights. A hearing is scheduled for later this month to address that matter.

WASHINGTON BREWERS GUILD
North American Guild of Beer Writers
SOCIETY OF PROFESSIONAL JOURNALISTS
BREWERS ASSOCIATION

## *Will the Brewery Rise From the Dead?*

In related news, there are rumors floating around that Rogue's more tangible assets, like its brewing equipment, may find a new home. When, and if, those rumors become fact, I'll share that news. Read a more detailed report on the potential sale of Rogue's IP assets here.

Want us to share your news here on the Washington Beer Blog? **Click here** to learn how to reach us.

---




## Related Articles




Applications Being Accepted for the Falconer Foundation Brewing Scholarship



Final Countdown for Cider Summit Seattle on September 11th and 12th




Everybody's Brewing Celebrates "18 and Life to Go" on October 2nd




River Barrel Doubles Down on Independent Craft with Portfolio Expansion

---

Some images provided in partnership with DepositPhotos.com.

Copyright © 2026 The Washington Beer Blog

Privacy Policy




BOOZE NEWS

# Rogue's Dead Guy Gets New Lease on Life as Bid for Bankrupt Brewery's IP Reaches $400k

**WORDS:** STEPHEN BRADLEY
**PHOTOGRAPHY:** ROGUE ALES & SPIRITS
**UPDATED:** AUGUST 13, 2026

Rogue's Dead Guy might get a new lease on life. Roughly nine months after Rogue Ales & Spirits' parent company Oregon Brewing filed (https://vinepair.com/articles/hop-take-rogue-

ales-craft-brewery-collapse/) for Chapter 7 bankruptcy, companies are vying for Rogue's intellectual property (IP).

U.K.-based digital marketing agency Silver Scope Media Ltd made a $400,000 bid, and the U.S. Bankruptcy Court for the District of Oregon is accepting offers through Aug. 21. Competing bids are required to top Silver Scope's proposal by $40,000.

Oregon Brewing estimated the craft beer brand's IP at $2 million in its valuation of assets, according to Brewbound. Rogue's IP assets include its website domain; all confidential information, including recipes, manufacturing, specifications, and quality control; biological strain and propagation rights of Rogue's proprietary yeast; social media accounts; and trademarks, including that of its famed "Dead Guy" IPA.

The search for a buyer of the IP comes five months after Rogue's bankruptcy liquidation auction, which saw a firesale (https://www.proxibid.com/Commercial-Industrial-Auctioneers/Rogue-Ales-Online-Bankruptcy-Liquidation-Auction/event-catalog/291551) of its tangible assets like unitanks, hoses, and other brewery equipment.

Oregon-based Valley View Winery filed an objection to the parent company's intent to sell the IP, as it claims it maintains a "perpetual license" for the rights to Rogue's wine and wine-based beverages. The winery's filing states that it trademarked Rogue in 1983, though they reached a settlement agreement with Oregon Brewing in 1997 that gave it rights to the brand's beer products.

Oregon Brewery's filing for Chapter 7 came as a shock to the craft beer industry. Rogue abruptly shuttered its distillery and taprooms before citing $17 million in debts against roughly $5 million in assets. Former employees fired back (https://vinepair.com/booze-news/ex-rogue-employee-sues-oregon-brewing/) at the parent company for giving little notice of the layoffs and violating the Worker Adjustment and Retraining Notification Act.

A hearing for the potential sale and any associated objections will take place on Aug. 26.

***This story is a part of VP Pro (https://vinepair.com/business-of-drinks/), our free content platform and newsletter for the drinks industry, covering wine, beer, and liquor — and beyond. Sign up for VP Pro now! (https://vinepair.com/vp-pro-join/)***

ProBrewer

Phoenix, AZ Brewery Online Timed Auction – Begins 9/2/26 10am Arizona/Pacific Time

LOOK or BID

» Beverage Industry News » News From The Breweries

Open side menu

# News Rogue Brewing Receives $400,000 Offer to Buy Intellectual Property as Bidding Continues

Posted August 14, 2026 by Tom McCormick

After filing for Chapter 7 nine months ago, Rogue Ales & Spirits has put its brand name and intellectual property rights up for bid and has received one offer at $400,000. Bidding will continue until August 21st.

Silver Scope Media Ltd, based in Hereford, United Kingdom was placed the highest bid so far at $400,000. The company, founded in 2008 is a digital marketing and web design agency that specializes in custom website development and eCommerce platforms.

assets. The brands IP assets include its website domain, beer recipes, biological strain and propagation rights of Rogue's proprietary yeast, social media accounts, trademarks, brand names and graphics among other assets.

Back in November of 2025, ten days after suddenly closing all operations with no notice, Silver Scope Media Ltd filed for Chapter 7 bankruptcy in federal court.

More on the story here.

*Rogue Brewing Receives $400,000 Offer to Buy Intellectual Property as Bidding Continues* posted in:

Beverage Industry News » Business of Beer »

News (4729)

Beverage Industry News » News From The Breweries »

News (763)

Tom McCormick

Tom has been in the craft brewing industry since 1982. In 1984 he started McCormick Beverage Co., the first beer wholesaler in the country to sell exclusively craft beer. After selling his distributorship in 1994, he was involved in a number of projects in the industry including co-founding partner in Wolaver's Organic Ales, Editor at ProBrewer.com and instructor at both the American Brewers Guild and UC

ProBrewer

Association.

## Join the Conversation » Rogue Brewing Receives $400,000 Offer to Buy Intellectual Property as Bidding Continues

Login or register to join the conversation. Login Register

### Join the ProBrewer mailing list

Beverage industry pros read the pages of ProBrewer each day for equipment, news, and discussions, but not everyone has the time to do it daily. Hit the ground running each day with an update on ProBrewer's last 24 hours in your mailbox.

Email Address (required)

**ProBrewer Subscriptions**
- [x] ProBrewer Beverage Industry Daily
- [ ] ProBrewer Weekly

View previous newsletters.

Subscribe

### Connect With @ProBrewerPage

Instagram - @ProBrewerPage

ProBrewer

Facebook - @ProBrewerPage

Threads - @ProBrewerPage

Mastodon - @news@probrewer.com

## More Links

- Beverage Industry News
- Brewing Expert Topic Library
- Beverage Equipment Classified Ads
- Beverage Industry Jobs
- Beverage Industry Discussions
- Advertise on Probrewer
- Contact ProBrewer
- Need Help?

Copyright © 2026 ProBrewer / Real Beer Media • Privacy Policy • Terms and Conditions