CERTIFICATE OF SERVICE

I, Amy E. Sinclair declare as follows:

I am employed in the County of Multnomah, state of Oregon; I am over the age of eighteen years and am not a party to this action; my business address is 1000 SW Broadway, Suite 1400, Portland, Oregon 97205-3089, in said county and state.

I certify that on September 3, 2026, I served a full and correct copy of the foregoing **OBJECTION TO MOTION FOR ORDER AUTHORIZING PARTICIPATION IN AUCTION** and **DECLARATION OF HOWARD M. LEVINE IN SUPPORT OF OBJECTION TO MOTION FOR ORDER AUTHORIZING PARTICIPATION IN AUCTION** on all ECF participants as indicated on the Court's CM/ECF system.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: September 3, 2026.

/s/ *Amy E. Sinclair*

Amy E. Sinclair, Paralegal



SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130