UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | |
|---|---|
| In re | ) |
| | ) Case No. 25-33945-pcm7 |
| OREGON BREWING COMPANY | ) |
| | ) REPORT OF AUCTION RESULTS |
| | ) |
| | ) |
| Debtor(s) | ) |

I, Kenneth S. Eiler, the undersigned Chapter 7 Trustee, having conducted an Auction on September 4, 2026 of the debtor's intellectual property pursuant to the Notice of Intent to Sell entered at Dkt. #148 and the Order approving the same entered at Dkt. #171, report the following results:

| **BIDDER** | **AMOUNT LAST BID** | **ELECTED TO REMAIN A BACKUP BID** |
|---|---|---|
| COULTER VENTURES LLC | $2,820,000 | WINNING BID |
| SWICKARD CP LLC | $2,810,000 | YES |
| ROSIEBERTFRANCO LLC | $2,560,000 | NO |
| STG BEV HOLDINGS, INC | $2,550,000 | YES |
| SILVER SCOPE MEDIA LTD | $1,530,000 | NO |
| ELECTREND, INC | $ 900,000 | NO |
| THOMAS INVESTMENTS GROUP | $ 700,000 | YES |

DATED: 9-8-26

/s/ Kenneth S. Eiler
Kenneth S. Eiler, Trustee